UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 NOV 30  P 3: 07

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| CHAD EDWARD,<br>Plaintiff | ) ) ) ) | DOCKET NO. |
| v. | ) ) | 04-CV-12462 MLW |
| AMERICAN EXPRESS,<br>Defendant | ) ) ) ) | |

## ANSWER AND COUNTERCLAIM
## OF DEFENDANT AMERICAN EXPRESS CENTURION BANK

Defendant American Express Centurion Bank ("American Express Centurion"), improperly designated in the Complaint as "American Express" answers the correspondingly numbered paragraphs of the Complaint as follows:

1.     To the extent that the allegations in this paragraph constitute conclusions of law, no response is required.  To the extent, if any, that the allegations in this paragraph constitute allegations of fact, American Express Centurion denies the allegations of this paragraph.

2.     American Express Centurion denies that any arbitration has been conducted; to the extent that an arbitration was conducted, denies that the arbitration was conducted pursuant to the terms of a contract between the plaintiff and the defendant; states that any arbitration conducted without American Express Centurion's consent is incapable of binding American Express Centurion; and denies the remaining allegations of this paragraph.

### AFFIRMATIVE DEFENSES

American Express Centurion will rely on the following affirmative defenses if applicable and if supported by facts developed in discovery:

### FIRST AFFIRMATIVE DEFENSE

The complaint fails for insufficiency of process.

## SECOND AFFIRMATIVE DEFENSE

The complaint fails for insufficiency of service of process.

## THIRD AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief can be granted.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff has not suffered any injury or damage by reason of any act or omission by the defendant.

## FIFTH AFFIRMATIVE DEFENSE

The injuries or damages plaintiff complains of were not reasonably foreseeable to defendant.

## SIXTH AFFIRMATIVE DEFENSE

The injuries or damages plaintiff complains of were caused in whole or in part by plaintiff's negligence.

## SEVENTH AFFIRMATIVE DEFENSE

Defendant's acts or omissions were not the proximate cause of plaintiff's injuries or damages.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant complied with all laws and federal regulations in effect at the time.

## NINTH AFFIRMATIVE DEFENSE

To the extent, if any, that defendant violated a federal law or regulation with respect to plaintiff, the violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

TENTH AFFIRMATIVE DEFENSE

Plaintiff, at all relevant times, failed to take reasonable steps to mitigate the injuries and damages alleged in the Complaint.

ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the statute of limitations.

TWELTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail because of the statute of frauds.

THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims fail because of a failure of consideration.

FOURTEENTH AFFIRMATIVE DEFENSE

No arbitration has been conducted.

FIFTEENTH AFFIRMATIVE DEFENSE

No arbitration has been conducted pursuant to the terms of a contract between the plaintiff and the defendant. Any arbitration conducted without defendant's consent is incapable of binding defendant.

SIXTEENTH AFFIRMATIVE DEFENSE

Defendant intends to rely upon such other and further defenses as may become available or apparent during discovery in this case, and reserves the right to amend its answer to assert any such defense.

COUNTERCLAIM

This is a counterclaim for damages brought by American Express Centurion Bank ("American Express Centurion") against Chad Edward arising out of Chad Edward's refusal to pay amounts due under a contract between the parties.

## Jurisdiction

1.    This Court has jurisdiction over these counterclaims pursuant to Fed. R. Civ. P. 13 and 28 U.S.C. § 1367.

## Parties

2.    Counterclaim plaintiff, American Express Centurion, is a Utah corporation with its principal place of business at 4315 South 2700 West, Salt Lake City, Utah.

3.    Counterclaim defendant, Chad Edward, is an individual and resides in Westport, Massachusetts.

4.    Chad Edward and American Express Centurion entered a contractual agreement (the "Agreement"), which is attached as Exhibit 1, under which American Express Centurion issued a Delta SkyMiles® Credit Card (the "Credit Card") to Chad Edward and opened an account in his name (the "Account").

5.    Chad Edward agreed to pay all amounts charged to the Account by an authorized user of the Card, including without limitation: purchases, cash advances and other loans an authorized user obtained from American Express Centurion, annual fees, finance charges imposed under the Agreement, and other fees set forth in the Agreement.

6.    Chad Edward agreed to pay American Express Centurion each month a minimum payment calculated under the terms of the Agreement.

7.    On January 9, 2004, Chad Edward sent American Express a payment of $20.00, which he described by letter as his "final payment."

8.    The Agreement expressly states that American Express may accept payments marked as being payment in full or as being settlement of any dispute without losing any of its rights under the Agreement or under the law.

9.    Since January 9, 2004, Chad Edward has refused to pay the minimum payment due each month.

10.    Chad Edward's Account is in default under the terms of the Agreement.

11.    Upon his default and subject to any limitations or requirements of applicable law, Chad Edward agreed to pay all reasonable costs, including reasonable attorney's fees incurred by American Express Centurion (1) in collecting the balance due, including finance charges, if any, and (2) in protecting itself from any harm American Express Centurion may suffer as a result of Chad Edward's default.

12.    Under the terms of the Agreement, American Express Centurion may, upon Chad Edward's default, declare the entire amount of Chad Edward's obligations to American Express Centurion immediately due and payable.

13.    American Express Centurion has declared the entire amount of Chad Edward's obligations to it immediately due and payable.

14.    As of November 30, 2004, the entire amount of Chad Edward's obligation to American Express Centurion under the Account is $3,787.15.

15.    Chad Edward has not paid American Express Centurion the amount due under the Agreement, or reimbursed American Express Centurion for its reasonable costs.

## Count I
### (Breach of Contract)

16.    American Express Centurion realleges and incorporates by reference the allegations contained in paragraphs 1 through 15 above.

17.    By failing to pay the minimum payment due each month, Chad Edward breached the Agreement.

18.    By failing to pay the entire amount due under the Agreement, as well as all reasonable costs, including reasonable attorney's fees incurred by American Express Centurion

(1) in collecting the balance due, including finance charges, if any, and (2) in protecting itself from any harm American Express Centurion may suffer as a result of Chad Edward's default, Chad Edward breached the Agreement.

19.    American Express Centurion has been and continues to be damaged by Chad Edward's breaches of the Agreement.

## Count II
### (On an Account)

20.    American Express Centurion realleges and incorporates by reference the allegations contained in paragraphs 1 through 19 above.

21.    Chad Edward owes American Express Centurion $3,787.15 according to the account attached as Exhibit 2.

WHEREFORE, American Express Centurion requests that this Court grant the following relief:

A.    Actual damages, with interest and costs,

B.    All reasonable attorney's fees and costs incurred by American Express Centurion; and

C.    Such other relief as this Court deems proper.

AMERICAN EXPRESS CENTURION BANK

By its attorneys,

_Paige Scott Reed_
Joseph S. Sano, BBO # 545706
Paige A. Scott Reed, BBO #637905
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

Date: November 30, 2004

"I hereby certify that I have made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5."





## Welcome to Cardmembership

Please read this agreement thoroughly, because when you keep, sign or use the Delta SkyMiles® Credit Card from... American Express Card issued to... including any renewal or replacement Cards... to us the "Card"), you agree to the terms of this agreement...

## Renewal of Cards and Cancellation

The Card will be valid within the time period embossed on the Card. We will issue you renewal or replacement Cards before the current Card expires and we will continue to do so until your Account is canceled.

## Liability for Charges and Finance Charges

You may use the Card to obtain goods or services from any person who accepts the Card ("Purchase[s]"), and obtain loans ("Cash Advance[s]") from us, by way of American Express Credit Card Checks and ATM access, upon enrollment through the American Express® Express Cash program, up to the applicable limits on your account. "Cash Advances" will also include loans made to you by way of the use of extended payment checks used to pay all or part of your outstanding balance on your Account. All amounts charged to an Account, which include Purchases, Cash Advances, any amount transferred to your Account from another Account ("Balance Transfers"), the annual Basic Card fee, if any, or other fees and any Finance Charges imposed under this Agreement, will be called "Charges" in this Agreement. Charges include any Purchase or Cash Advance in which you have entered a charge form. You incur a Charge, regardless of whether you have signed a charge form. You are liable to us for all charges you make and all Charges made by holders of any Additional Cards.

Additional Cardmembers using a Basic Cardmember's Account are not liable for obligations incurred by the Basic Cardmember... However, for each use of the Additional Card to make Purchases or obtain Cash Advances, the Additional Cardmember will be indicating his or her agreement to pay us for that Purchase or Cash Advance if you fail or refuse to pay that obligation. Additional Cardmembers may not use American Express Credit Card Checks issued to the Basic Cardmember.

## Monthly Statement – Minimum Payment

Each billing statement will reflect a Minimum Payment amount. To calculate the Minimum Payment amount, we will first take any previously billed Minimum Payment amounts that remain unpaid on the Closing Date of the statement, and then add the following:

- the greater of (i) 1/50th of the New Balance on your billing statement rounded up or down to the nearest whole dollar (for the purpose of this calculation we exclude from the New Balance any overlimit fee added to your Account during the billing period), (ii) the current billed Finance Charges, or (iii) $15; and
- any overlimit fee added to your Account during the billing period.

The Minimum Payment amount will not exceed the New Balance on your billing statement.

At our option, we may also include in the Minimum Payment amount, all or part of other fees incurred during the billing period and any part of the New Balance on your billing statement in excess of your credit limit.

You may pay more than that amount, or you may pay the total New Balance at any time. An increase or decrease in any Daily Periodic Rate may increase or decrease the amount of your Minimum Payments that remain unpaid on the Closing Date of the billing period.

We will apply and allocate payments and credits among features such as Purchases, Cash Advances and Balance Transfers, and to Charges and transactions on your Account in any order and manner determined by us in our sole discretion. In most cases, we will apply and allocate payments first to lower ANNUAL PERCENTAGE RATE ("APR") features and then to higher APR features, and apply purchase credits first to the feature from which the corresponding debit originated. However, for servicing, administrative, systems or other business reasons, we may apply and allocate payments and credits among features and to Charges and transactions on your Account in some other order or manner which we may determine in our sole discretion. You agree that we have the unconditional right to exercise this discretion.

## Grace Period

No Finance Charges will be assessed for Purchases on any billing statement where the Previous Balance is zero or a credit balance or if you have paid the full Previous Balance by the Payment Due Date shown on the previous billing statement. There is no grace period for Cash Advances, Balance Transfers and certain promotional offers. The Payment Due Date will be no less than 20 days after the closing date of the billing statement.

## Calculation of Daily Periodic Rate

A. The Daily Periodic Rate for charges each month depends on your adherence to the terms of this Agreement during the current billing period (the "Review Period").

B. See the Supplement for your standard APR/DPR for Purchases which may be adjusted monthly. Unless the default or other rate applies in accordance with the terms of this Agreement, the APR for Cash Advances is equal to the Prime Rate plus 14.99%. The Daily Periodic Rate for each billing period is 1/365th of the APR in effect for that billing period, rounded to the nearest one ten-thousandth of a percentage point.

## Additional Cards

Additional Cardmembers do not have Accounts with us. Any Additional Card may be canceled by you or us. Additional Cards issued on your Account must be used in a manner consistent with this Agreement. You also authorize us to maintain this Account with Additional Cardmembers in the course of administering your Account. We may, at our discretion, pursue Additional Cardmembers for payment of their own charges if you fail to pay these charges.

## Credit Limit

Your initial credit limit is set forth in the Supplement. A portion of your credit limit may be available to you for Cash Advances up to an amount determined by us to be your Cash Advance limit. We may, at any time and in our sole discretion, change your credit and Cash Advance limits. Notice of a change to your credit or Cash Advance limit will be provided to you on or with a billing statement or by separate communication either before or after such change. Your billing statement will show your credit limit and Cash Advances and the portions of such limit that are available to you for Purchases and Cash Advances to use the Account in any way that causes your balance for all Charges to exceed the Cash Advance limit or causes your balance to immediately pay in excess of... your credit limit. Upon our request, you also agree to immediately pay the amount of any balance on your Account in excess of any applicable limit.

## Annual Fee

The annual Basic Card fee for the Delta Card, Personal Card, or Platinum Card® American Express® consumer Gold Card is $55 unless you have a Qualifying Charge Account with a membership fee issued in your name ("Qualifying Charge... Product"), in which case there is no annual Basic Card fee...

**Default**

We may consider your Account to be in default at any time if you fail to pay us any payment when it is due, if you attempt to borrow more than the applicable limits on your Account or if you breach any other promise or obligation under this Agreement.

Subject to applicable law, we also may consider your Account in default at any time if any statement made by you to us in connection with this credit program was false or misleading, if you breach any other promise or obligation under this Agreement or any other agreement that you may have with us or with any of our affiliates, or if we receive information from a third party (including credit reporting agencies) indicating that you are bankrupt, intend to file bankruptcy, are unable to pay your debts as they become due, or are otherwise not creditworthy. In our determination of your credit-worthiness, in our discretion we may consider the amount of debt you are carrying compared to your resources or any other of your credit character-istics, regardless of your performance on this Account. In addition to other remedies we may pursue upon default, we reserve the right to reduce your credit line or require repayment of a portion of your outstanding balance greater than the Minimum Payment.

Additionally, we may consider your Account in default at any time you declare bankruptcy or in the event of your death.

Upon your default and subject to any limitations or requirements of applicable law, you agree to pay all other reasonable costs, including reasonable attorney's fees, incurred by us (1) in collecting the balance due, including Finance Charges, (2) if any, whether or not suit is brought against you, and (2) in protecting ourselves from any harm that we may suffer as a result of your default. We may also, upon your default, subject to applicable law declare the entire amount of your obligations to us immediately due and payable and suspend or cancel your Account privileges.

**Delinquency Fees**

You will be assessed a Delinquency Fee if you fail to pay us at least the minimum amount due by the Payment Due Date shown on each billing statement. The Delinquency Fee will vary based on the amount of your previous balance. The previous balance that we use to determine the Delinquency Fee is the closing balance of your prior statement for which we did not receive timely payment of the minimum amount due:

| Previous Balance | Delinquency Fee |
| --- | --- |
| Less than $100 | $15 |
| $100 to $1000 | $29 |
| Greater than $1000 | $35 |

**Suspension/Cancellation**

In addition to any of the actions we may take under this Agreement, we may suspend or cancel your Account privileges at our sole option, subject to applicable law, at any time with or without cause and without giving you notice, including but not limited to situations in which (1) you cease to be an Account holder in good standing with respect to any other Account you may have with American Express, or (2) you are in default. Any such action on our part will not cancel your obligation to pay us the outstanding balance, Finance Charges and other charges due on your Account under the terms of the Agreement in effect at the time of the cancellation or suspension of your Account, or as subsequently amended. You agree to pay us all such obligations despite any suspension or cancellation of your Account.

**Transactions Made in Foreign Countries**

If you initiate a transaction in a foreign currency, it will be converted into U.S. dollars on the date it is processed by us or our agents at a rate set by us based on an interbank, tourist or (where required by law) official rate, increased in each instance by up to 2%. This rate may differ from rates in effect on the date of your transaction. Transactions converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Fees**

We may charge the following fees, subject to applicable law:

1. *Checks* – A fee of up to $29 will be charged for any payment to your Account that is not honored for its full amount. Also, if you use the Card to cash a check at an American Express Travel Service Office or other authorized location and the check is not honored for its full amount, we may charge to your Account the portion of the check that was not honored and we may charge an amount not to exceed $29.

2. *Wire Transfers* – If you initiate and are authorized to complete a wire transfer from your Account, we may charge your Account a fee of $15.

3. *Copies of Statements and Checks* – If you request a copy of any billing statement, or any check you have drawn on your Account, we may charge your Account a fee of $3 for each billing statement or check. We will not charge your Account for billing statements for the three months prior to the month of your request. New York residents: If you would like to receive copies of billing statement with your billing statement for a fee, you may contact us.

4. *Stop Payment Orders* – If you request us to stop payment on a check drawn on your account, we may charge your Account a fee of $29.

5. *Over the Limit Fee* – We may charge your Account a fee of $29 in each billing period if a balance on your Account exceeds your credit limit. We may impose the fee even if we authorize or impose any Charges that cause your balance to exceed your credit limit.

6. *Account Re-opening Fee* – If your Account is considered in default for any reason and is canceled, and you request reinstatement, we may charge your account a re-opening fee of $25 if such a request is honored.

7. *Check Usage/Balance Transfer Transaction Fee* – We may charge your Account a transaction fee for each balance transfer that you initiate or for any all purpose check you utilize, whose promotional term has expired. This fee will be 3% of the amount transferred with a minimum of $5 and a maximum of $50.

---

We encourage you to enroll in the Express Cash Program and Express Cash Program concerning use of the Card in connection with the Express Cash Program is enclosed with this Agreement. Please refer to that agreement for rights and duties relating to the use of the Card in such machines. The fee for using the Card to obtain cash from an automated teller machine is 3% of the amount of the transaction, with a $5.00 minimum and no maximum. A 1% commission is charged for Travelers Cheque purchases.

**Billing Errors or Inquiries/Problems with Goods or Services**

Included with this Agreement is a notice containing important information on your rights to dispute billing errors. If you have any question, problem or dispute concerning the monthly statement we send you, you should contact us, and we will take all reasonable and appropriate steps to provide the information you require or resolve your dispute in compliance with your rights as outlined in the notice included with this Agreement. If you have a problem with goods or services you charge using the account, or if you have a dispute with a firm honoring the account, you may in some circumstances be permitted not to pay us until the dispute is resolved. Those circumstances are specified in the notice describing your rights. Unless such circumstances exist, you must pay us and settle the dispute directly with the firm. We will not be responsible if any firm refuses to honor the Account, or for any other problem you may have with such firm.

**Insurance**

If you use the Account to buy insurance, you give us permission to pay premiums for you when due. You agree to repay us according to the terms of this Agreement. You must tell us in writing if you no longer wish us to pay premiums for you. If your Account is canceled, we will stop paying premiums for you.

**Arbitration**

This Arbitration Provision sets forth the circumstances and procedures under which Claims (as defined below) may be arbitrated instead of litigated in court.

As used in this Arbitration Provision, the term "Claim" means any claim, dispute or controversy between you and us arising from or relating to the dispute or controversy between you and us arising from or relating to the Cardmember Agreement (the "Agreement"), any related or prior agreement that you may have had with us or the relationships resulting from the Agreement or any prior agreement, including the validity, enforceability or scope of this Arbitration Provision, the Agreement or any prior agreement. "Claim" includes claims of every kind and nature, including but not limited to initial claims, counterclaims, cross-claims and third-party claims and claims based upon contract, tort, fraud and other intentional torts, statutes, regulations, common law and equity. The term "Claim" is to be given the broadest possible meaning and includes, by way of example and without limitation, any claim, dispute or controversy that arises from or relates to (a) the Account(s) ("Account") created by the Agreement or any related or prior agreement, or any balances on the Account, (b) advertisements, promotions or oral or written statements related to the Account, goods or services financed under the Account or the terms of financing, (c) the benefits and services related to Cardmembership (including free benefit programs, enrollment services and rewards programs), and (d) your application for the Account. We shall not elect to use arbitration under the Arbitration Provision for any individual Claim that you properly file and pursue in a small claims court of your state or municipality so long as the Claim is pending only in that court.

Any Claim shall be resolved upon the election by you or us, by arbitration pursuant to this Arbitration Provision and the code of procedures of the national arbitration organization to which the Claim is referred in effect at the time the Claim is filed. Claims shall be referred to either the National Arbitration Forum ("NAF"), JAMS/Endispute ("JAMS"), or the American Arbitration Association ("AAA"), as selected by the party electing to use arbitration. If a selection by us of one of these organizations is unacceptable to you, you shall have the right within 30 days after you receive notice of our election to select either of the organizations listed to serve as arbitrator administrator. For a copy of the procedures, to file a Claim or for other information about these organizations, contact them as follows:

- The NAF at P.O. Box 50191, Minneapolis, MN 55404; phone: 1-800-474-2371; website at www.arbitration-forum.com.
- JAMS at 1920 Main Street, Suite 300, Los Angeles, CA 92614; phone: 1-800-448-1660; website: www.jamsadr.com.
- AAA at 335 Madison Avenue, New York, NY 10017; website: www.adr.org.

IF ARBITRATION IS CHOSEN BY ANY PARTY WITH RESPECT TO A CLAIM, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO LITIGATE THAT CLAIM IN COURT OR HAVE A JURY TRIAL ON THAT CLAIM, OR TO ENGAGE IN PRE-ARBITRATION DISCOVERY EXCEPT AS PROVIDED FOR IN THE CODE OF PROCEDURES OF THE NAF, JAMS OR AAA, AS APPLICABLE. FURTHER, YOU WILL NOT HAVE THE RIGHT TO PARTICIPATE IN A REPRESENTATIVE CAPACITY OR AS A MEMBER OF ANY CLASS OF CLAIMANTS PERTAINING TO ANY CLAIM SUBJECT TO ARBITRATION. EXCEPT AS SET FORTH BELOW, THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING. NOTE THAT OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT MAY ALSO NOT BE AVAILABLE IN ARBITRATION.

There shall be no right or authority for any Claims to be arbitrated on a class action basis or on bases involving Claims brought in a purported representative capacity on behalf of the general public, other Cardmembers or other persons similarly situated; provided however, that the claimant's individual Claim would be subject to this Arbitration Provision. Furthermore, Claims brought by or against a Cardmember(s) of one Account may not be joined or consolidated in the arbitration with Claims brought by or against any other Cardmember(s) of any other Account, unless otherwise agreed to in writing by all parties. Any arbitration hearing that you attend shall take place in the federal judicial district of your residence. At your written request,

---

order in good faith making a temporary advance of all or part of the filing, administrative and/or hearing fees for any Claim you initiate as to which you or we seek arbitration. At the conclusion of the arbitration, the arbitrator will decide who will ultimately be responsible for paying the filing, administrative and/or hearing fees in connection with the arbitration. For any Claims you initiate against us as to which either you or we have elected to use arbitration, we will be responsible to reimburse you for filing, administrative and/or hearing fees you incur, including for any appeal, if and to the extent such fees exceed the amount they would have been (such amount to be determined by the arbitrator) if the Claim had been brought in the state or federal court which is closest to your billing address and would have jurisdiction over the Claim.

This Arbitration Provision is made pursuant to a transaction involving interstate commerce, and shall be governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16, as it may be amended (the "FAA"). The arbitrator shall apply applicable substantive law consistent with the FAA and applicable statutes of limitations and shall honor claims of privilege recognized at law and, at the timely request of either party, shall provide a brief written explanation of the basis for the award. In conducting the arbitration proceeding, the arbitrator shall not apply the federal or any state rules of civil procedure or rules of evidence. In addition to the parties' rights to exchange information pursuant to the Code, either party may submit a request to the arbitrator with a copy of the request provided to the other party to expand the scope of discovery allowable under the Code. The objecting party may submit objections to the arbitrator with a copy of the objections provided to the requesting party, within fifteen (15) days of the requesting party's notice. The granting or denial of either party's request will be in the sole discretion of the arbitrator who shall notify the parties of his/her decision within twenty (20) days of the objecting party's submission. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction. The arbitrator's decision will be final and binding, except for any right of appeal provided by the FAA and/or if the amount of the award exceeds $100,000, any party can appeal that award to a three-arbitrator panel administered by the NAF, JAMS or AAA, as applicable, which shall reconsider *de novo* any aspect of the initial award requested by the appealing party. The appealing party shall have thirty (30) days from the date of entry of the written arbitration award to notify the arbitration organization that it is exercising the right of appeal. The appeal shall be filed with the arbitration organization in the form of a dated writing. The arbitration organization will then notify the other party that the award has been appealed. The arbitration organization will appoint a three-arbitrator panel who will conduct an arbitration pursuant to its code of procedures and issue its decision within one hundred and twenty (120) days of the date of the appellant's written notice. The decision of the panel shall be by majority vote and shall be final and binding. The costs of such an appeal will be borne by the appealing party regardless of the outcome of the appeal.

As used in the Arbitration Provision, the terms "we" and "us" shall for all purposes mean American Express Travel Related Services Company, Inc., American Express Centurion Bank, as applicable, all of their parents, wholly or majority owned subsidiaries, affiliates, licensees, predecessors, successors, assigns, and any purchaser of your Account; and all of their agents, employees, directors and representatives. In addition, "we" or "us" shall mean any third party providing any product, service or benefit in connection with the Account (including, but not limited to credit bureaus, merchants who honor the Card used for the Account, third parties who provide or participate in free benefit programs, enrollment services and rewards programs, credit insurance companies, debt collectors and all of their agents, employees, directors and representatives) if, and only if, such third party is named as a co-defendant with us in a Claim asserted by you. As solely used in this Arbitration Provision, the terms "you" or "yours" shall mean all persons or entities approved by us to use the Account, including but not limited to all persons or entities contractually obligated under the Agreement or any prior agreement you may have had with us and all authorized users of the Account.

This Arbitration Provision shall survive termination of your Account as well as voluntary payment of the debt in full by you, any legal proceeding by us to collect a debt owed by you, any bankruptcy by you and any sale by us of your Account. If any portion of this Arbitration Provision is deemed invalid or unenforceable under any law or statute, consistent with the FAA, it shall not invalidate the remaining portions of this Arbitration Provision, the Agreement or any prior agreement you may have had with us, each of which shall be enforceable regardless of such invalidity. In the event of a conflict or inconsistency between the NAF Code and this Arbitration Provision, this Arbitration Provision shall govern.

**Note to California Residents:** This Arbitration Provision shall not apply to you unless and until you use the Card after we notify you in writing that it is applicable in California.

**Waiver**

Our failure to exercise any of our rights under this Agreement, or our waiver of our rights on any one occasion, shall not constitute a waiver of such rights on any other occasion.

**Privacy**

*Consumer Reports* – You authorize us and our affiliates to make whatever credit investigations we deem appropriate and to obtain and exchange any information we may receive from consumer reports and other sources.

We may ask consumer reporting agencies for consumer reports of your credit history. Upon request, we will tell you whether a consumer report was requested and the name and address of the agency that furnished it.

Information concerning your Account may be furnished by us to consumer reporting agencies, banks or other creditors. If we determine that your Account is past due, adverse credit information may appear on your

consumer report and the consumer reports of any Additional Cardmembers on your Account. If you believe information we have furnished about your Account to a consumer reporting agency is inaccurate, you should write to us at: American Express Credit Bureau Unit, P.O. Box 7871, Ft. Lauderdale, FL 33329-7871 and identify the specific information you believe is inaccurate.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

*Information Provided to Affiliates and Marketing Partners* – We may exchange any information we receive about you with our affiliates, including any credit or other information we may obtain from your application or consumer reports. You may direct us not to share with our affiliates and subsidiaries certain credit information (other than transaction or experience information) about you or any Additional Cardmember(s) on your Account by writing to us at: American Express, P.O. Box 7852, Ft. Lauderdale, FL 33329. Please include your Account number and indicate if your request applies to any Additional Cardmember(s) as well. We may also exchange information about you with our marketing partners.

*Telephone Monitoring* – From time to time we may monitor telephone calls between you or Additional Cardmembers and us to assure the quality of our customer service.

*Mailing Lists* – We may use information you have provided to us on your initial application and in surveys, information derived from how you use the Card and information from external sources, including consumer reports, for marketing activities (including mailing lists), by us and our affiliates. We may share transaction or experience information about you, and information from your application, with our marketing partners. If at any time you wish to have your name and address removed from such lists, please call 1-800-297-8378.

*Use of Card at Federal Government Agencies* – American Express has entered into contracts which enable the Card to be accepted at certain federal government agencies and departments ("Agencies"). As with Card transactions at commercial establishments, when you choose to use your Card at an Agency certain charge information is necessarily collected by American Express. Charge information from Card transactions at Agencies may be used for processing charges and payments, billing and collections activities and may be aggregated for reporting, analysis and marketing activities. Additional "routine uses" of charge information by Agencies are published periodically in the Federal Register.

**Benefits and Services**
Subject to the law of your jurisdiction, we reserve the right to add, modify or delete any benefit or service offered with the Card at any time without notice to you.

**Change of Billing Address – Notices**
You should notify us immediately of any change in your billing address. Any notice given by us shall be deemed to be given when deposited in the United States mail, postage prepaid, addressed to you at the latest billing address shown on our records.

**Change of Terms – Assignment**
We may assign Accounts to our affiliates or to some other financial institution at any time. We may also change the terms of or add new terms to this Agreement at any time, including changes which affect existing balances or Finance Charge rates, in accordance with applicable law.

**Revocation and Voluntary Cancellation**
We can revoke your right to use the Card at any time. We can do this whether or not you have violated this Agreement without giving you notice. If we revoke the Card, you must return the Card to us if we request. Also, if a firm that accepts Cards asks you to surrender an expired or revoked Card, you must do so. You may not use the Card after it has expired or after it has been revoked.

If you ask us to cancel your Account, but you continue to use your Account afterwards, we will consider such use as your request for reinstatement of your Account. If we agree to reinstate your Account, this Agreement or any amended or new Agreement we send you will govern your reinstated Account. When we reinstate your Account, and bill you the applicable annual fee(s) in connection with your Account, and bill you the applicable annual fee(s) in connection with your Account, and bill you the applicable annual fee(s).
AMERICAN EXPRESS CENTURION BANK

*David E. Poulin*

David E. Poulin, President/CEO

**TO CARDMEMBERS IN THE U.S. AND ITS TERRITORIES. YOUR BILLING RIGHTS – KEEP THIS NOTICE FOR FUTURE USE.**
This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act. Notify Us In Case Of Errors or Questions About Your Account Statement.

If you think your statement is wrong or if you need more information about a transaction on your statement, write us on a separate sheet of paper at the address for billing inquiries listed on your statement. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared. You can also telephone us at the number indicated on the front of your billing statement, but doing so will not preserve your rights.

In your letter, give us the following information:
• Your name and Account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your Account bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.

**Your Rights and Responsibilities after We Receive Your Written Notice**
We must acknowledge your letter within thirty (30) days, unless we have corrected the error by then. Within ninety (90) days, we must either correct the error or explain why we believe the statement was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including Finance Charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your statement, you will not have to pay any Finance Charges related to any questioned amount. If we did not make a mistake, you may have to pay Finance Charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount that we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten (10) days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your statement, and we must tell you the name of anyone we reported you to.

We must tell anyone we report to you that the matter has been settled between us when it finally is.

If we do not follow these rules, we cannot collect the first $50 of the questioned amount, even if your statement was correct.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of property or services that you purchased with the Card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations to this right:
(a) you must have made the purchase in your home state or, if not within your home state, within 100 miles of your current mailing address; and
(b) the purchase price must have been more than $50.
These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services.

**Note for Ohio Residents:** The Ohio law against discrimination requires that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio Civil Rights Commission administers compliance with this law.

You will receive one Delta SkyMile ("SkyMile") for each U.S. dollar of "Eligible Spending" (as defined below) on your Delta Air Lines SkyMiles® Credit Card from American Express (the "Card Account"), subject to the terms set forth below. SkyMiles will be credited to your SkyMiles Account after the billing period in which the Eligible Spending occurs.

If you have a Delta Card, you will receive one additional SkyMile for each U.S. dollar of Eligible Spending for "Delta Purchases" (as defined below) subject to the terms set forth below. SkyMiles will not be awarded for Eligible Spending in excess of $60,000 per year of Delta Cardmembership, not including bonuses; however, one "bonus" SkyMile for each U.S. dollar of Eligible Spending for Delta Purchases will continue to be awarded above this limit. If in any given year you upgrade your Account from a Delta Card to a Gold Card, all eligible spending earned as a Delta Cardmember will be transferred to your Gold Card Account.

If you have a Gold Card, you will receive one additional SkyMile for each U.S. dollar of Eligible Spending for Delta Purchases, subject to the terms set forth below. SkyMiles will not be awarded for Eligible Spending in excess of $100,000 per year of Gold Cardmembership, not including bonuses; however, one "bonus" SkyMile for each U.S. dollar of Eligible Spending for Delta Purchases will continue to be awarded above this limit. If in any given year you upgrade your Account from a Delta Card to a Gold Card, all eligible spending earned as a Delta Cardmember will be transferred to your Gold Card Account.

If you have a Platinum Card, you will receive one additional SkyMile for each U.S. dollar of Eligible Spending for Delta Purchases, subject to the terms set forth below. If in any year of Cardmembership your Eligible Spending is $25,000 or more, you will be awarded 10,000 Base Miles (as defined in the Delta SkyMiles Membership Guide and Program Rules). The Basic Cardmember is eligible to receive one 10,000 base miles award for one Delta SkyMiles Frequent Flyer Account each year. Such Base Miles will be processed the month your annual Platinum Card fee is billed. Please allow six-eight weeks for such Base Miles to be posted to your SkyMiles Account.

You may be permitted to have more than one Delta SkyMiles® Card Account, however, you are eligible to receive welcome bonus points for only one Card Account. If you previously closed a Delta Card Account, a Gold Card Account, or a Platinum Card Account, you are not eligible for Welcome bonus points if you open another Delta Card Account, Gold Card Account or Platinum Card Account.

You are subject to the Delta SkyMiles Membership Guide and Program Rules, and you should see them for more details on redemption of SkyMiles. Delta's right to change program terms, and other conditions which may apply.

Your Account must be active (i.e., not canceled) for any given billing period to earn SkyMiles.

"Eligible Spending" includes purchases of goods or services, which purchases have not been returned or otherwise rescinded, and are not subject to a credit; it does NOT include fees, Finance Charges, Cash Advances (including the use of checks, line activators, automated teller machines, or other means of accessing your Account), Balance Transfers, or adjustments to your Account. We reserve the right not to award any SkyMiles for transactions we determine are not charges made with the good faith intention of consuming the item charged.

For the purpose of this Agreement, "Delta Purchases" are Delta ticket purchases, Delta Vacation® packages and other Delta services, excluding Delta air travel purchases which are a part of an all-inclusive air/sea tour package.

We reserve the right to change these terms and conditions at any time, subject to applicable law. Terms used have the meanings assigned to them in the AGREEMENT BETWEEN DELTA SKYMILES CREDIT CARDMEMBER AND AMERICAN EXPRESS CENTURION BANK

AGREEMENT BETWEEN
DELTA SKYMILES CREDIT CARDMEMBER
AND AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY, INC.
CONCERNING ELECTRONIC
FUND TRANSFER SERVICES

**Scope of Agreement**
This Agreement covers your participation in the Express Cash Program offered by American Express (the "Program"). In this Agreement, the words "you" and "your" refer to the Cardmember who has applied to participate in the Program. The words "we," "our" and "us" refer to American Express Travel Related Services Company, Inc., which offers the Express Cash Program in its capacity as agent for American Express Centurion Bank. The words "your credit line" refer to the line of credit on the Delta SkyMiles® Credit Card from American Express Account with respect to which a Card was issued to you. For purposes of this Agreement only, unless we specify otherwise, the word "Card" means the Delta SkyMiles Credit Card from American Express issued to you.

Participating in the Express Cash Program will enable you to use the Card to obtain cash from automated teller machines ("ATMs") operated by any bank or financial institution that participates in the Program and to obtain American Express® Travelers Cheques ("Cheques") and cash, where available, directly from American Express Dispensers. Participating in the Program may also enable you to obtain cash and/or Cheques (including at times American Express® Gift Cheques) through other means that we may make available. Such ATMs and American Express Dispensers are hereinafter referred to as "Machines." Any transaction made under the Program is hereinafter referred to as a "transaction." The words "other options" refer to electronic payment transfer options and/or other cash and Cheque access which American Express may make available from time to time. The Program may also enable you to participate in other options.

By using the Card to obtain cash or Cheques through the Program, you will be agreeing with us to everything written here.

**Personal Identification Number**
After you have enrolled in the Program, we will issue to you or allow you to choose your own Personal Identification Number ("PIN"). Each time you wish to obtain cash, Cheques, or other services under the Program, you must supply your PIN and use or present the Card. To ensure that no unauthorized transactions are made under the Program, you should take all reasonable precautions to prevent any other person from learning your PIN or using the Card. For example, you should never keep any material containing your PIN attached to or with the Card. Other options may or may not require the use of a PIN.

**Limits on Obtaining Cash or Cheques**
Presently, you may obtain a cash and/or Cheque advance based on your available cash line. For Delta Classic Credit Cardmembers, the maximum a Cardmember can obtain during any seven-day period is $1,000. For Gold Delta Credit Cardmembers, the maximum a Cardmember can obtain during a seven-day period is $2,500. For Platinum Credit Card members, the maximum a Cardmember can obtain during a seven-day period is $3,500. Other limits may be imposed at our discretion. Also, the bank operating a Machine may impose its own limits and, for security reasons, the bank or other providers of funds may have additional limits on the number or amount of transactions.

In no event may you obtain cash or Cheques in excess of your credit line.

**Payment for Cash or Cheques**
Each time you initiate a transaction, you authorize us or our agent to charge to your credit line a Cash Advance in the amount of the transaction. The amount of the transaction shall be the amount of cash you have received or the face value of the Cheques, plus any applicable fees or charges. The fees or charges are disclosed in the Section of this Agreement entitled "Charges." This charge to your credit line constitutes a Cash Advance, which is billed on your Card Account.

3

## Charges

The fee for each cash transaction at a Machine shall be 3% of each cash transaction amount with a $5.00 minimum and no maximum. Also, an owner of a Machine may impose a surcharge for usage in addition to any transaction fee charged. For Cheque transactions, the fee applicable to purchases of Cheques shall be 1% of the face value of the Cheques in your billing currency. Also, the bank or provider of funds may charge you additional fees when applicable.

### Foreign Currency Transactions

If you initiate a transaction in a foreign currency, it will be converted into U.S. dollars on the date it is processed by us or our agents at a rate set by us, based on an interbank, tourist or (where required by law) official rate, increased in each instance by up to 2%. This rate may differ from rates in effect on the date of your transaction. Express Cash transactions in foreign currencies converted by unaffiliated banks or other third parties will be billed at the rates such banks or other third parties use.

### Travelers Cheque Refunds

You agree that if you obtain or use Cheques, your right to receive a refund or replacement if those Cheques are lost or stolen shall be subject to all of the conditions listed below:

- you have signed the Cheques in the upper left corner in permanent ink;
- you have not signed the Cheques in the lower left corner;
- you have not given the Cheques to another person or company to hold or to keep, or as part of a confidence game;
- you have not used the Cheques in violation of any law, including, as part of an illegal bet, game of chance or other prohibited action;
- your Cheques have not been taken by court order or by government action;
- you immediately notify us of the loss or theft of the Cheques;
- you report all facts of the loss or theft to us and also to the police if we ask you to;
- you inform us of the serial numbers of the lost or stolen Cheques and the place and date of purchase;
- you complete our refund forms and provide us with acceptable proof of your identity; and
- you give us all reasonable information and help requested to make a complete investigation of the loss or theft.

We reserve the right to investigate the circumstances of any loss or theft. We cannot stop payment on any Cheque.

### Written Records of Transactions

You will receive a receipt at the time of each transaction at a Machine describing the transaction. In addition, we will send the Basic Cardmember a monthly statement showing the status of the Card Account, all transactions, and any charges we have imposed. If there are no transactions under the Program in a particular month, we may not send a statement.

### Liability for Unauthorized Transactions and Advisability of Prompt Reporting

Tell us AT ONCE if you believe the Card or your PIN has been lost, stolen or used without your permission. Telephoning is the best way of minimizing your possible losses. We will not hold you liable for any unauthorized transaction which occurs after you notify us of a loss, theft or possible unauthorized use of the Card or your PIN. In any event, even if you fail to notify us, your liability for any unauthorized transaction or series of related unauthorized transactions shall not exceed $50. See the section entitled "How to Contact Us" below.

### Our Liability for Improper Payments and Transactions

If a transaction is not completed as you have directed or if we do not complete a transfer to or from your credit line on time in the correct amount, we will be liable for your losses or damages. However, there are some exceptions. We will not be liable to you in the following instances:

- if the transaction would exceed the credit limit on your credit line;
- if the Machine or other location where you are making the transaction does not have enough cash or Cheques;
- if the Machine was not working properly and you knew this at the time you started the transaction;
- if circumstances beyond our control (such as fire or flood) prevent the transaction, despite reasonable precautions that we have taken; or
- any other exceptions stated in this Agreement.

### Arbitration

The Card Account is governed by the previous agreement. The *Arbitration* provision contained within that agreement applies to this Agreement. Please refer to that provision as you read this Agreement.

### Disclosure of Account Information to Third Parties

In order that your privacy may be protected, we will not disclose any information about your Express Cash transactions to any person, except as follows:

1. as necessary to complete transactions;
2. to verify the existence and condition of the Card account for a third party, such as a financial institution or a credit bureau (or, for Massachusetts residents, a consumer reporting agency as defined in Chapter 93 of the Massachusetts General Laws);
3. to comply with government agency or court orders;
4. to our employees, auditors, service providers, attorneys, or collection agents in the course of their duties;
5. to persons authorized by law in the course of their official duties; or
6. if you give us your written consent.

### How to Contact Us

If for any reason you wish to contact us about the Express Cash Program, about your participation in the Program or about transactions relating to the Program, write or call us as follows:

Address:   American Express Travel Related Services Company, Inc.
           Express Cash Operations
           P.O. Box 297815
           Ft. Lauderdale, FL 33329-7815
Telephone:  1-800-CASH-NOW, 24 hours a day, seven days a week

### In Case of Errors or Questions About Your Transactions

Write or call us at the number or address given above as soon as you can if you think your statement or receipt is wrong or if you need more information about a transaction listed on your statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

1. Tell us your name and Card Account number.
2. Describe the error or the transaction you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten business days* from the date you notified us. We will tell you the results of our investigation within ten business days* after we hear from you and we will correct any error promptly. If we need more time, however, we may take up to 45 calendar days to investigate your complaint or question. If we decide to do this, we will ensure that your bank recredits your credit line within ten business days* for the amount you think is in error. If we ask you to put your complaint or question in writing and we do not receive it within ten business days* following your oral notification, we may not recredit your credit line.

For transactions initiated outside the U.S. (and in the event there are transfers resulting from any point-of-sale debit card transactions), we will have 90 calendar days to complete our investigation, unless otherwise required by law.

If notification of an error on your Account is received within 30 calendar days after your Account is opened, we will have 20 business days to provide you with the results of our investigation and correct any error and 90 days to complete the investigation.

If we determine that there was no error, we will send you a written explanation within three business days after we finish our investigation. Upon your request, we will provide you with copies of the documents that we used in our investigation. If we have provisionally recredited your credit line during the investigation and determine that there was no error, we will notify you of the date on which we will redebit your credit line, and the amount to be debited.

### Business Day

For purposes of this Agreement, our business days are Monday through Friday. Holidays are not included.

### Termination

We, or any bank or financial institution participating in the Program, may add or remove any or all Machines or extend or limit the services provided at any location without notifying you beforehand. In addition, we may discontinue the Program at any time. We may also revoke your right to participate in the Program, but if we do, we will give you written notice of such revocation. You may terminate your participation in the Program but you must do so by writing to us at the address disclosed in the Section of this Agreement entitled "How to Contact Us."

Your right to participate in the Program will also be terminated if the Card Account is canceled for any reason, or if your participation in the Program is inactive for 18 consecutive months or more. For security reasons, once your Express Cash access has reached an inactive status, your enrollment information will be removed from our records. Your participation in the Program also depends upon the Card Account remaining in good standing.

### Prior Agreement and Assignments

This Agreement terminates and takes the place of all prior Agreements you may have with us relating to the Program using the Optima Card. We have the right to assign this Agreement to a subsidiary or affiliate company at any time.

*[signature]*

Gordon A. Smith, President, Consumer Card Member Since 1984

### For Your Safety When Using an ATM, Please Observe the Following:

If the ATM you are using is inside a building, close the entry door completely upon entering. Individuals who have a legitimate need to gain access to an ATM should have a card. There may be occasions when unauthorized users gain access to an ATM machine that are beyond an individual's control.

Put withdrawn cash or Travelers Cheques in a secure place before stepping away from the ATM. Be aware of your surroundings. If you believe you are being watched or followed, cancel your transaction, then go to a well-populated area. If necessary, call the local police.

Do not write your PIN number on or near the Card. Do not give your PIN number to anyone else. In case of an emergency, call 911.

Complaints concerning security at an American Express Dispenser should be directed to the address listed under "How to Contact Us."

**Note:** *Activity is being recorded by hidden cameras at ATM locations in New York City and/or as required by local regulations.*

---

### General Disclosure Statement.

Any documentation provided to you which indicates that an electronic transfer was made shall be admissible as evidence of such transfer and shall constitute *prima facie* proof that such transfer was made.

The initiation by you of certain electronic fund transfers from your Account will, except as otherwise provided in this Agreement, effectively eliminate your ability to stop payment of the transfer.

**Unless otherwise provided in this Agreement, you may not stop payment of electronic fund transfers; therefore, you should not employ electronic access for purchases or services unless you are satisfied that you will not need to stop payment.**

**Disclosure of Account Information to Third Parties.** If you give us your written authorization to disclose information about you, your Card Account or the transactions that you make to any person, that authorization shall automatically expire 45 days after we receive it.

**Optional Limit on Obtaining Cash.** You have the option to request that we limit the total amount of cash that you may obtain from an ATM to a single day to $50. If you elect this option, we will take all reasonable steps to comply with your request.

- For Massachusetts residents: ten calendar days instead of ten business days. Does not apply to New York State residents.

### PURCHASE PROTECTION PLAN

### Description of Coverage

**How the Purchase Protection Plan Works.** When an American Express® Cardmember charges a covered purchase with his or her Card Account, the Purchase Protection Plan protects that item for 90 days from the date of purchase if it is stolen or is accidentally damaged, including vandalism. The coverage is limited to $1,000 per Occurrence, up to $50,000 per Cardmember Account per policy year, and is in EXCESS of other sources of indemnity.

### How You Benefit

- Items of personal property purchased worldwide with the Card are covered, including gifts purchased for others.
- As a Cardmember, your purchase is covered for 90 days from the date of purchase when you charge any portion of the price of the purchased item with your Card Account. You will only be reimbursed for the amount charged to your Card.
- The Purchase Protection Plan provides coverage for up to $1,000 per Occurrence of theft or accidental damage, including vandalism, ("Occurrence"), not to exceed $50,000 per Cardmember Account per policy year.
- The program administrator will decide whether to have the item repaired or replaced, or to reimburse you (cash or credit) up to the amount charged to the Card, and not to exceed the original purchase price. The Purchase Protection Plan does not reimburse for shipping and handling expenses or installation, assembly, or other service charges.

### Who is Covered

You are covered under this Plan and coverage remains effective as long as you are a U.S. resident Cardmember; that is, the American Express Card has been issued in your name, and you maintain your Permanent Residence in the 50 United States of America, the District of Columbia, Puerto Rico, or the U.S. Virgin Islands.[1]

Your Permanent Residence is considered your primary dwelling place.

### Key Terms to Know

- Benefits will not be paid if, on the date of Occurrence, on the date of claim filing, or on the date of would-be claim payment any amount due on your Card Account is unpaid for one or more billing cycle(s) or your Card Account is canceled.
- You must provide proof of purchase and satisfactory proof of the theft, accidental damage, including vandalism, while coverage is in effect to qualify for payment under the Purchase Protection Plan. Remember to keep all your American Express charge receipts, original store receipts, and damaged items.
- Coverage under the Purchase Protection Plan is EXCESS, this means that if, at the time of Occurrence, you have other valid and collectible insurance or indemnity – such as but not limited to homeowner's or renter's insurance – the Purchase Protection Plan will cover that amount not covered by such other insurance or indemnity, up to the limits of the Purchase Protection Plan.
- Product rebates, discounts or money received from lowest price comparison programs will be deducted from the original cost of the item.

### Purchases Not Covered

- travelers checks, tickets of any kind, negotiable instruments (such as gift certificates, gift cards and gift checks), cash or its equivalent;
- animals or living plants;
- consumable or perishable items with limited life spans (such as, but not limited to, perfume, light bulbs, batteries);
- at the time of purchase, used, rebuilt, refurbished, or remanufactured items;
- if the damaged or stolen item consists of articles in a pair or set, coverage will be limited to no more than the value of any particular part or parts unless the articles are unusable individually and cannot be replaced individually, regardless of any special value the article(s) may have had as part of a set or collection;
- permanent household and/or business fixtures, including, but not limited to, carpeting, flooring and/or tile;
- business fixtures, including, but not limited to, air conditioners, refrigerators, heaters;

4

- custom hospital, medical and dental equipment and devices;
- rare stamps or coins;
- antique, previously owned items;
- items purchased for resale, professional, or commercial use;
- items still under installment billing (except those purchased from American Express Merchandise Services);
- motorized vehicles and watercraft, aircraft, and motorcycles or their motors, equipment, parts or accessories;
- items rented, leased or borrowed for which you will be held responsible.

**Occurrences Not Covered**

- items lost or misplaced;
- items stolen from motor vehicles;
- items not reasonably safeguarded by you (for example, unlocked or unattended items stolen from public facilities will not be covered);
- items stolen from baggage not carried by hand under your personal supervision or under the supervision of a traveling companion known by you;
- items that you damage through alteration (including cutting, sawing, and shaping);
- items damaged due to normal wear and tear, inherent product defect or normal course of play (such as, but not limited to, golf and tennis balls);
- Occurrences caused by any of the following: fraud; abuse; natural disaster, including, but not limited to, flood, earthquake, tornado or hurricane; war or hostilities of any kind (e.g., invasion, rebellion, insurrection); confiscation by order of any government, public authority, or customs official; risks of contraband; illegal activity or acts; radioactive contamination;
- items lost, damaged, or stolen under the care and control of a third party or common carrier;
- manufacturer's defects;
- items at an unoccupied construction site.

**How to File a Claim**

Remember, to ensure prompt processing of your claim, you need to report any theft or damage immediately following the date of the Occurrence, including for gifts purchased with the Card. Remember also, you need to retain your receipts and your damaged item (if required) until the claim process is complete.

1. Call toll-free 1-800-322-1277 to report your claim (overseas, call collect at 1-303-273-6498).
   **Note:** *You must report your claim within 30 days from the date of Occurrence.*
2. You may be sent a Purchase Protection Claim Form which you must complete, front and back, sign, and return to the claims office with the following required documents* (keep copies for your own records):
   - the American Express charge receipt;
   - the original itemized store receipt;
   - the insurance declaration forms for other sources of insurance or indemnity (e.g., homeowner's or renter's insurance);
   - a photograph of and/or repair estimate for the damaged item (damage claims only); and
   - for theft and vandalism claims, a report regarding the stolen or vandalized items must be filed with the appropriate authority before you call to file a claim with the Purchase Protection Plan.
   **Note:** *You must return your completed claim form and required documents within 60 days from the date of Occurrence to remain eligible for coverage.*
3. The program administrator will decide whether to have the item repaired or replaced, or to reimburse you (cash or credit) up to the amount charged to the Card, and not to exceed the original purchase price. The Purchase Protection Plan does not reimburse for shipping and handling expenses, or installation, assembly, or other service charges.*
   **Note:** *No payment will be made for invalid claims or on any claims not substantiated in the manner required by the Insurer.*
4. For damage claims, you may be required to send in the damaged item(s), at your expense, for further evaluation of your claim.
   **Note:** *If requested, you must send in the damaged item within 30 days from the date of request to remain eligible for coverage.*

**Important Additional Information for You**

The benefits provided under the Purchase Protection Plan apply only to you. Only you have any legal or equitable right, remedy, or claim to insurance proceeds and/or damages under or arising from the Purchase Protection Plan.

All reasonable and practical steps must be taken to avoid or lessen any chance of property covered by the Purchase Protection Plan being stolen or damaged.

When a benefit has been paid under the Purchase Protection Plan, the Insurer becomes subrogated, to the extent of such payment, to all your rights and remedies against any responsible party. Upon our request, you must provide us reasonable assistance, including signing documents if necessary, to bring suit in your name.

The Purchase Protection Plan is underwritten by AMEX Assurance Company ("Insurer"), Administrative Office, Green Bay, Wisconsin. This document serves only as a description of coverage and is not a policy or contract of insurance; the actual terms, conditions and exclusions of Policy AX0951 ("Policy") govern the Purchase Protection Plan. The Policy has been issued to American Express Travel Related Services Company, Inc. ("American Express"), the Policyholder. This document replaces all existing prior Descriptions of Coverage for the Purchase Protection Plan.

---

*Kenneth J. Ciak*

Kenneth J. Ciak, President
AMEX Assurance Company
6726-11-01

*Timothy Meehan*

Timothy Meehan, Secretary
AMEX Assurance Company

1. For those eligible and enrolled in the Membership Rewards program, the cost of a covered product may also be purchased through redemption of a Membership Rewards program redemption certificate.
2. For those eligible and enrolled in the Membership Rewards program, benefits are also paid when the purchased item is received through the redemption of a Membership Rewards program redemption certificate.
3. Credit reimbursement does not apply to New York State residents.
4. For those eligible and enrolled in the Membership Rewards program, payment or credit will not exceed the original assigned value of the personal property received through redemption of a Membership Rewards program redemption certificate up to the stated limits, excluding shipping and handling expenses.
5. Important note for those enrolled in the Membership Rewards program: a Membership Rewards program redemption certificate can only be redeemed by eligible Cardmembers. Benefits will not be paid when a Membership Rewards program redemption certificate has been transferred to non-eligible Cardmembers and/or non-Cardmembers.
6. Does not apply to New York State residents.
7. When eligible and enrolled in the Membership Rewards program, proof of assigned value placed on such property when using a Membership Rewards program redemption certificate, must be submitted in addition to other required documents.

**Description of Coverage**

**How the Buyer's Assurance Plan Works.** When a Cardmember charges the entire cost of a covered product with his or her Card Account*, the Buyer's Assurance Plan will extend the terms of the original manufacturer's warranty for a period of time equal to the duration of the original manufacturer's warranty, up to one additional year, on warranties of five years or less that are eligible in the U.S.

**How You Benefit**

- The Buyer's Assurance Plan mirrors manufacturers' warranties for covered products purchased entirely with your Card Account, up to one additional year.
- When your covered product's manufacturer's warranty expires, the Buyer's Assurance Plan takes effect. The Buyer's Assurance Plan cannot pay more than the actual amount charged to your Card for the item or $10,000, whichever is less (not to exceed $50,000 per Cardmember Account per policy year for all Occurrences combined).
- Coverage is provided for any product malfunction, defect or damage covered by the terms of the product's original warranty ("Occurrence") – at no extra cost.
- For items charged entirely with the Card, the program administrator will decide whether to have the item repaired or replaced, or to reimburse you (cash or credit), not to exceed the original purchase price. The Buyer's Assurance Plan does not reimburse for shipping and handling expenses or installation, assembly, professional advice, maintenance or other service charges.*
- Where the personal property consists of articles in a pair or set, this Policy shall be liable for one item in the pair or set which form the basis of claim hereunder.
- No product registration or enrollment is required for any covered products, including gifts purchased for others.

**Who is Covered**

You are covered under this Plan and coverage remains effective as long as you are a U.S. Resident Cardmember, that is, the American Express Card has been issued to you in your name, and you maintain your Permanent Residence within the 50 United States of America, the District of Columbia, Puerto Rico or the U.S. Virgin Islands.*

Your Permanent Residence is considered your primary dwelling place.

**Key Terms to Know**

- Benefits will not be paid if, on the date of Occurrence, on the date of claim filing, or on the date of would-be claim payment, any amount due on your Card Account is unpaid for one or more billing cycle(s) or your Card Account is cancelled.
- You must provide proof of purchase and satisfactory proof of the Occurrence while coverage is in effect to qualify for benefits under the Buyer's Assurance Plan. Remember to keep all your American Express charge receipts, store receipts, original manufacturers' warranties, and products requiring repair.
- If you purchase an additional service contract or extended warranty with a product which is otherwise eligible under the Buyer's Assurance Plan, and the combined coverage provided by both the original manufacturer's warranty and the purchased service contract does not exceed five years, then the product is eligible for coverage under the Buyer's Assurance Plan. The Buyer's Assurance Plan will extend the warranty time period and mirror coverage of the original manufacturer's warranty up to one additional year after both the original manufacturer's warranty and the purchased service contract have expired. If, however, you purchase an

additional service contract or an extended warranty for a computer, computer component or part that already comes with an original U.S. manufacturer's warranty, unless such coverage is provided from, and administered by, the original manufacturer, coverage under the Buyer's Assurance Plan does not apply.

- If you buy an additional service contract or extended warranty for a computer, computer component or part that already comes with an original U.S. manufacturer's warranty and a surcharge from American Express Merchandise Services is paid in addition, it will apply while the original service plan is in effect. If the combined coverage of the original manufacturer's warranty and the purchased service contract exceeds five years then the product purchased is not eligible under the Buyer's Assurance Plan and coverage applies.

**Products Not Covered**

- products not having manufacturers' warranties valid in the U.S.;
- at the time of purchase, used, rebuilt, refurbished or remanufactured items;
- products covered by an unconditional satisfaction guarantee;
- motorized vehicles (such as cars, trucks, motorcycles, boats, airplanes) and their parts, subject to high risk, combustible wear and tear, or mileage stipulations (including batteries, carburetors, pipes, hoses, pistons, brakes, tires, or mufflers);
- motorized devices and their parts used for agriculture, landscaping, demolition or construction;
- motorized devices and their parts which are permanent additions or fixtures to a residential or commercial building;
- business fixtures, including, but not limited to, air conditioners, refrigerators, heaters;
- land or buildings;
- consumable or perishable items;
- animals or living plants;
- one-of-a-kind products which cannot be replaced;
- items purchased for resale, professional, or commercial use;
- items still under installment billing (except those purchased from American Express Merchandise Services); and
- products with manufacturers' warranties, or combined manufacturer's warranties and service plan agreements, lasting in excess of five years.

**Occurrences Not Covered**

- any physical damage, including damage as a direct result of natural disaster or a power surge, except to the extent the manufacturer's warranty covers damage;
- Occurrences caused by any of the following: fraud; abuse; war or hostilities of any kind (e.g., invasion, rebellion, insurrection); confiscation by order of any government, public authority, or customs official; risks of contraband; illegal activity or acts; radioactive contamination;
- mechanical failure covered under product recall;
- all Occurrences that take place outside the Buyer's Assurance Plan coverage effective period.

**How to File a Claim**

Remember, you need to report any Occurrence immediately, including that for gifts purchased with the Card. Remember also, you need to retain your receipts, the original manufacturer's warranty and the product requiring repair until the claim process is complete. You may also be asked to obtain a repair until the claim process is complete.

1. Call toll-free 1-800-225-3750 to notify us of your claim (overseas, call collect at 1-303-273-6498).
   **Note:** *You must report your claim within 30 days from the date of Occurrence.*
2. The program administrator will decide whether to have the item repaired or replaced, or to reimburse you (cash or credit) up to the amount charged to the Card, and not to exceed the original purchase price. The Buyer's Assurance Plan does not reimburse for shipping and handling expenses or installation, assembly, or other service charges.*
   **Note:** *No payment will be made for invalid claims or claims not substantiated in the manner required by the Insurer.*
3. You must return all requested documentation within 60 days from the date of Occurrence to remain eligible for coverage.
4. For some claims, you may be required to send in the damaged product, at your expense, for further evaluation of your claim.
   **Note:** *If requested, you must send in the damaged product within 30 days from date of request to remain eligible for coverage.*

**Additional Information for You**

The benefits provided under the Buyer's Assurance Plan apply only to you and Additional Cardmembers on your Account. Only you and those persons have any legal or equitable right, remedy, or claim to insurance proceeds and/or damages under or arising from the Buyer's Assurance Plan.

Subject to the terms and conditions of the Plan, if the Cardmember is notified that any warranty has ended for any reason (such as bankruptcy of the manufacturer or other responsible party), the Buyer's Assurance Plan will continue to provide coverage, not to exceed one year from the date the Cardmember is notified of such an event. The Cardmember may be asked to provide proof in the form of a public announcement or other official documentation.

The Buyer's Assurance Plan is underwritten by AMEX Assurance Company ("Insurer"), Administrative Office, Green Bay, Wisconsin. This document serves only as a description of coverage and is not a policy or contract of insurance; the actual terms, conditions and exclusions of Policy AX0955 ("Policy") govern the Buyer's Assurance Plan. The Policy has been issued to American Express Travel Related Services Company, Inc. ("American Express"), the Policyholder. This document replaces all existing prior Descriptions of Coverage for the Buyer's Assurance Plan.



Kenneth J. Ciak, President
AMEX Assurance Company
6717-11-01

Timothy Meehan, Secretary
AMEX Assurance Company

1. For those eligible and enrolled in the Membership Rewards program, the entire cost of a covered product may also be purchased through redemption of a Membership Rewards program redemption certificate.

2. Credit reimbursement does not apply to New York State residents.

3. For those eligible and enrolled in the Membership Rewards program, payment or credit will not exceed the original assigned value of the personal property received through redemption of a Membership Rewards program redemption certificate up to the stated limits, excluding shipping and handling expense.

4. Important note for those enrolled in the Membership Rewards program: A Membership Rewards program redemption certificate can only be redeemed by eligible Cardmembers. Benefits will not be paid when a Membership Rewards program redemption certificate has been transferred to non-eligible Cardmembers and/or non-Cardmembers.

5. Does not apply to New York State residents.

## Description of Coverage

Car Rental Loss and Damage Insurance provides the Cardmember, if the Cardmember is the primary renter, (as defined below) with insurance coverage for damage to or theft of most Rental Autos when the Cardmember uses the Card (as described below) to reserve and pay for an auto rental from any Commercial Car Rental Company ("Rental Company") other than those located in Australia, Ireland, Israel, Italy, Jamaica, and New Zealand.¹ This coverage is always EXCESS insurance.

## Who is Eligible for Coverage

You are eligible for coverage if you are a U.S. Personal, Gold, Rewards Plus Gold Cardmember ("Cardmember"). You are a U.S. Personal, Gold, Rewards Plus Gold Cardmember if (1) you are an American Express Basic or Additional Cardmember and a Personal, Gold, Rewards Plus Gold Card (referred to as the "Card") is issued in your name, and (2) your Card Account is billed from a U.S. operating center in U.S. dollars.

A Personal, Gold, Rewards Plus Gold Cardmember who is enrolled at an accredited four-year college, university or graduate school in the United States and is receiving student benefits provided as a benefit of Cardmembership is not eligible for benefits under this Policy.

You are also eligible for coverage under the policy if you are a Fidelity American Express® Card, Fidelity American Express® Gold Card, American Express® Investment Management Account Platinum Card, American Express® Investment Management Account Gold Card, Optima® Platinum Cash Rebate Card or Rewards Plus Gold Cardmember, Delta SkyMiles® Credit Cardmember, Gold Delta SkyMiles® Credit Cardmember, Platinum Delta SkyMiles® Credit Cardmember, Optima® Platinum Cardmember, Blue from American Express, American Express Credit Card, Starwood Preferred Guest Credit Card from American Express, The Hilton HHonors® Golf Cardmember, EasyMiles Cardmember, The Hilton HHonors® Platinum Credit Card from American Express Cardmember, The Small Business Card from American Express Cardmember, American Express® Credit Card or an Optima Cardmember of an Account status and class that provided Car Rental Loss and Damage Insurance as a benefit of Optima Cardmembership ("Cardmember"). You are a Fidelity American Express® Card, Fidelity American Express® Gold Card, American Express® Investment Management Account Platinum Card, American Express® Investment Management Account Gold Card, Gold Optima Platinum Cash Rebate Card or Rewards Plus Gold Cardmember, Delta SkyMiles® Credit Cardmember, Gold Delta SkyMiles® Credit Cardmember, Platinum Delta SkyMiles® Credit Cardmember, Optima® Platinum Cardmember, Starwood Preferred Guest Credit Cardmember from American Express, The American Express® Golf Cardmember, EasyMiles Cardmember, The Hilton HHonors® Platinum Credit Card from American Express Cardmember, The Small Business Card from American Express Cardmember, or an Optima Cardmember of an Account status and class if (1) an Optima® Card or American Express Credit Card (the "Card") is issued in your name, (2) you have received this description of coverage in conjunction with your current Card Account, and (3) your Card Account is billed from a U.S. Operating Center in U.S. dollars. The Policy covers Optima Cardmembers and American Express Cardmembers only of certain Account statuses and classes.

"Commercial Car Rental Company" or "Car Rental Company" means any Commercial Car Rental agency which rents Rental Autos.¹ For the purposes of this Description of Coverage, Commercial Car Rental Company means "Rental Company."

## How to Activate Coverage

Coverage for theft of or damage to a Rental Auto is activated when the Cardmember:¹

1. presents his or her eligible Card to the Rental Company to reserve the Rental Auto, by making a reservation; or by placing a hold or deposit at the time the Rental Auto is checked out;

2. declines the full Collision Damage Waiver or similar coverage, or pays for a partial collision damage waiver, offered by the Rental Company;

3. is the primary renter, which is defined as the Cardmember, who is named on the written agreement with the Rental Company as the person renting and taking control and possession of the Rental Auto ("Primary Renter"); and

4. uses the Card to pay for the entire auto rental from the Rental Company at the time of vehicle rental.

Coverage continues in effect while the Cardmember remains in control and possession of the Rental Auto. A Cardmember, who is physically challenged and unable to operate the Rental Auto, may be the Primary Renter if he/she is the Cardmember entering into the rental transaction.

## When Coverage Terminates

Coverage for theft of or damage to the Rental Auto terminates when:

- the Rental Company resumes control of the Rental Auto, or 30 consecutive days after the Rental Auto was checked out, whichever is earlier;
- the Policy is canceled.

## Length of Coverage

Car Rental Loss and Damage Insurance covers eligible Rental Autos when rented under a written rental agreement from a Rental Company for no more than 30 consecutive days.

**Note:** In no event shall coverage be provided when the Cardmember rents a Rental Auto beyond 30 consecutive days from the same Rental Company, regardless of whether the original agreement is extended, or a new written agreement is entered into, or a new vehicle is rented.

Additionally, no coverage will be provided when the Primary Renter rents a Rental Auto for more than 30 consecutive days out of a 45-day period within the same geographic market/location (75 mile radius).

## What is Covered

Car Rental Loss and Damage Insurance reimburses a Cardmember for payments for damage to or theft of a Rental Auto that the Cardmember is required to make, up to the lesser of: 1) the actual cost to repair the Rental Auto, 2) the wholesale Book value minus salvage and depreciation costs, or 3) the purchase invoice price of the Rental Auto minus salvage and depreciation costs. The coverage also reimburses the Cardmember for reasonable charges (those charges incurred at the closest facility that are usual and customary in the vicinity in which the loss or disablement took place) imposed by the Rental Company, such as towing or storage.

Car Rental Loss and Damage Insurance covers no other type of loss. For example, in the event of a collision involving the Cardmember's Rental Auto, damage to any other driver's car or the Injury of anyone or anything is not covered.

**Note:** This policy does not provide liability coverage for Uninsured Motorists; benefits under any Workers' Compensation Law, Disability benefits law or other mandated Government Plans.

## What Excess Coverage Means

Car Rental Loss and Damage Insurance is an excess insurance plan. This means that this excess coverage will reimburse the Cardmember only for losses/expenses not covered by plans, such as a partial collision damage waiver, any personal auto insurance, employer's auto insurance or reimbursement plan or other sources of insurance. When these other plans apply, a Cardmember must first seek payment or reimbursement and receive a determination based on the stated terms of such other Plans, that any such Plans do not provide coverage before this excess coverage will reimburse the Cardmember.

## Vehicles Not Covered

Car Rental Loss and Damage Insurance does not cover rentals of:

- expensive cars, which means cars with an original manufacturer's suggested retail price of $50,000 or more when new;
- exotic cars regardless of year or value, including, but not limited to, Chevrolet Corvette, Toyota Supra, Mazda RX-7, Dodge Viper and Stealth, Plymouth Prowler, Mitsubishi 3000 GT, Nissan 300 ZX, Jaguar XJS, Acura NSX, Mercedes SL, SLK, S Coupe and E320 Coupe and Convertible, BMW M3, Z3 and 8 Series, Cadillac Allante and all Porsche, Ferrari, Lamborghini, Maserati, Aston Martin, Lotus, Bugatti, Vector, Shelby Cobra, Bentley, Rolls Royce;
- trucks, pick-ups, cargo vans, custom vans;
- full-sized vans, including, but not limited to, Ford Econoline or Club Wagon, Chevy Van or Sportvan, GMC Vandura and Rally, Dodge Ram Vans and Ram Wagon;
- vehicles which have been customized or modified from the manufacturer's factory specifications except for driver's assistance equipment for the physically challenged;
- vehicles used for hire or commercial purposes;
- mini-vans used for commercial hire;

**Note:** Passenger Mini-Vans (Not Cargo Mini-Vans) with factory specified seating capacity of eight passengers or less, including, but not limited to, Dodge Caravan, Plymouth Voyager, Ford Windstar and Nissan Quest, are covered when rented for personal or business use only.

- antique cars, which means cars that are 20 years old or have not been manufactured for ten or more years;
- limousines;
- full-sized sport utility vehicles, including, but not limited to, Chevrolet/GMC Suburban, Tahoe and Yukon, Ford Expedition, Lincoln Navigator, Toyota Land Cruiser, Lexus LX450, Range Rover or full-sized Ford Bronco;
- sport/utility vehicles when driven "off-road"; and

compact sport/utility vehicles, including, but not limited to, Ford Explorer, Jeep Grand Cherokee, Nissan Pathfinder, Toyota Four Runner, Chevrolet Blazer, and Isuzu Trooper and Rodeo are covered when driven on paved roads.

- off-road vehicles, motorcycles, mopeds, recreational vehicles, golf or motorized carts, campers, trailers and any other vehicle which is not a Rental Auto.

## Losses Not Covered

Car Rental Loss and Damage Insurance does not cover losses caused by or contributed to by:

- operation of the Rental Auto in violation of the terms and conditions of the Rental Company agreement (including but not limited to losses occurring when: a person not permitted to operate the vehicle pursuant to terms of the rental agreement was in possession or control of the vehicle; or, driving the vehicle outside of the authorized rental territory);
- leased or mini-leased vehicles;
- costs attributed to the Commercial Car Company's normal course of doing business;
- intentional damage;
- illegal activity, such as losses where the Rental Auto was used for, or involved in illegal activity or felony;
- pre-existing conditions, damage or defect;
- alcohol intoxication on the part of the driver, as defined in the state where the Accident occurred;
- voluntarily taking any drug or acting under the influence or effect of that drug (unless taken as prescribed or administered by a Doctor);
- war or military activity;
- radioactivity;
- confiscation by authority;
- wear and tear, including gradual deterioration;
- damage which is due and confined to freezing, mechanical or electrical breakdown or failure unless such damage results from a theft covered by the Policy;
- failure to return keys to the Rental Company when the vehicle is stolen;
- theft or damage to unsecured vehicles;
- theft of or damage to tires (flats or blowouts), unless damaged by fire, malicious mischief, vandalism, or stolen, unless the loss is coincident with and from the same cause as other loss covered by the Policy; and
- off-road operation of the vehicle.

Car Rental Loss and Damage Insurance does not cover, and benefits will not be paid for:

- sales tax related to repair of damages, unless reimbursement of such sales tax is required by law;
- damage to any vehicle other than the Rental Auto;
- damage to any property other than the Rental Auto, owner's property, or items not permanently attached to the Rental Auto;
- the Injury of anyone or anything;
- expenses assumed, waived or paid for by the Rental Company or its insurer;
- expenses covered by the Cardmember's personal auto insurer, employer or employer's insurer, or authorized driver's insurer;
- value added tax or similar tax, unless reimbursement of such tax is required by law;
- loss of use fees imposed by the Rental Company;
- diminishment of value;
- any Rental Auto used for hire or commercial purposes; and
- depreciation, unless reimbursement for depreciation is required by law.

## How to File a Claim

A Cardmember must notify the Car Rental Loss and Damage Claims Unit toll-free at 1-800-338-1670 in the U.S. only or call 1-440-914-2950 from other locations worldwide, within 48 hours or as soon as reasonably possible following a loss.

A representative will answer any questions a Cardmember may have and will send the Cardmember a claim form with instructions. Complete and sign the claim form. Written proof of loss, which includes the claim form and all other requested documentation (listed below), must be received within 60 days following the date of the damage or theft by: American Express Car Rental Loss and Damage Claims Unit, c/o United Financial Adjusting Company, PO Box 94729, Cleveland, Ohio 44101-4729. If the proof of loss and other documentation is not received within 60 days of the date of loss, coverage may be denied.

Required documentation may consist of, but is not limited to:

- our signed and completed claim form;
- an itemized repair bill;
- a copy of charge slip for the rental of the Rental Auto, Rental Auto contract or machine generated receipt to show rental was charged and paid for with an American Express Card;
- a police report (if applicable);
- photos of the damaged vehicle, if available;
- a copy of the Cardmember's, authorized driver's or employer's auto insurance coverage, or a notarized letter stating no insurance;
- a copy of all claim documents and correspondence, provided by the Car Rental Company;
- a copy of the Rental Company's utilization log;
- a copy of the driver's license of the Cardmember and/or authorized driver, unless the driver's license number shows on the rental agreement;
- a copy of the written rental agreement, front and back, which documents when the Rental Auto was checked out and checked in; and
- information pertaining to other available insurance coverage(s).

Cardmember cooperation with issues related to their benefits is required. If all required documentation is not received within 180 days of the date of loss

6

(except for documentation which has not been furnished for reasons beyond the Cardmember's control), coverage may be denied.

## How Benefits are Paid

All Car Rental Loss and Damage Insurance payments reimbursable under the policy are payable to the Cardmember; except that payment may be made, at the discretion of the Insurer, jointly to the Cardmember and the Commercial Car Rental Company when the Car Rental Company has not been reimbursed for the covered loss or damage, or the Cardmember has not validly assigned his/her payments to the Rental Company or any other party.

**Note:** *Benefits will not be paid if, on the date of loss, on the date of payment claim filing, or on the date of potential claim payment, any amount due on your Card Account is past due or your Card is canceled.*

## Rights of Recovery

In the event of a payment under this Policy, the Insurer is entitled to all the rights of recovery the Cardmember to whom payment was made, has against another. That Cardmember must sign and deliver to the Insurer any legal papers relating to that recovery, do whatever else is necessary to help the Insurer exercise those rights and do nothing after Loss to harm the Insurer's rights.

When a Cardmember or Commercial Car Rental Company has been paid damages under Policy AX0925, and also recovers from another, the amount recovered from the other shall be held by that Cardmember or Commercial Car Rental Company in trust for the Insurer and reimbursed to the extent of the Insurer's payment.

As a condition precedent to coverage, the Cardmember is required, and has a duty to fully cooperate with the Insurer in any investigations, subrogation matters or legal proceedings by providing copies of any and all legal notices and any and all statements, including sworn statements and contributing any other papers and documents to reasonably assist in the disposition of the legal matter.

## Notification of Legal Action

When a Cardmember is served with suit and/or summons papers relating to a Car Rental Loss and Damage claim, the Cardmember must notify (see address and phone number under "Claims Notice" section) and provide copies of the suit or summons papers to the Car Rental Loss and Damage Claims Unit within 15 days of when the Cardmember is served. Failure to comply may result in denial of benefits.

## Additional Information for You

This coverage is underwritten by AMEX Assurance Company ("Insurer") through Insurance Policy AX0925 (the "Policy") issued by American Express Travel Related Services Company, Inc. and its participating subsidiaries, affiliates and licensees. The Policy may be changed or terminated.

This Description of Coverage is an important document. Please keep it in a safe place. Although it describes the present form of insurance as it exists at the time of printing, this document is not the Policy or contract of insurance. The benefits described in this document are subject to all of the terms, conditions and exclusions of the Policy issued by the underwriter. This document replaces any prior Description of Coverage which may have been furnished to the Cardmember.

Kenneth J. Ciak, President
AMEX Assurance Company
6679-11-97

Timothy Meehan, Secretary
AMEX Assurance Company
(01/02)

1. *For those eligible and enrolled in the Membership Rewards, if a Membership Rewards redemption certificate is used, coverage is provided only to Rental Autos rented in the United States of America.*
2. *When used in conjunction with a Membership Rewards redemption certificate, the participating Car Rental Companies are limited to Hertz, National and Budget.*
3. *If eligible and enrolled in the Membership Rewards, coverage is also activated when the Cardmember (1) presents a Membership Rewards redemption certificate and (2) uses a Membership Rewards redemption certificate at a participating Commercial Car Rental Company. Important note for those enrolled in the Membership Rewards: A Membership Rewards redemption certificate can only be redeemed by eligible Cardmembers. Benefits will not be paid when a Membership Rewards redemption certificate has been transferred to non-eligible Cardmembers and/or non-Cardmembers.*
4. *Does not apply to New York State residents.*



## Description of Coverage

**Covered Persons:** A person shall be a Covered Person under the Blanket Master Group Policy AX0948 (the "Policy") only if:

1. he or she is:
   a. *For $100,000 coverage,* a Basic or Additional Cardmember who has

---

any of the following Cards, or the extended payment account offered in conjunction with any of the following, issued by American Express Travel Related Services Company, Inc. or its participating subsidiaries ("American Express") in his or her name: American Express® Rewards Green Card, American Express® Preferred Rewards Green Card, American Express® Rewards Gold Card, American Express® Preferred Rewards Gold Card, American Express® Business Card, American Express® Cash Rebate Card, American Express® Community Business, American Express® Credit Card, American Express® Investment Management Account Gold Card, American Express® Costco Cash Rebate Credit Card, The American Express® Costco Card (IDC): American Express® Costco Rebate Card, Bank of Hawaii Credit Card from American Express, Bank of Hawaii Gold Credit Card from American Express, Rest Rate Card, Blue for Business from American Express, Blue for Students℠, Blue from American Express, Business Capital Line from OPEN: The Small Business Network℠, Business Gold Card from OPEN: The Small Business Network℠, American Express Business Management Account from OPEN: The Small Business Network℠, Business Membership Rewards® Card, American Express® Business Purchase Account from OPEN: The Small Business Network℠, Buyer's Bonus Card, Continental OnePass Credit Card from American Express, Corporate Card from OPEN: The Small Business Network℠ including beginning with Account number 37134, American Express® Business Cash Rebate Card from OPEN: The Small Business Network℠, Corporate Costco Card from OPEN: The Small Business Network℠, Delta SkyMiles® Business Credit Card from OPEN: The Small Business Network℠, Gold Delta SkyMiles® Business Credit Card from OPEN: The Small Business Network℠, Delta SkyMiles® Credit Card, Delta SkyMiles® Options Card, American Express Executive Business Card from OPEN: The Small Business Network℠, Gold American Express Portfolio Credit Card, Gold Card, Gold Delta SkyMiles® Credit Card, Gold Senior Card, Gold Student Card, Membership Rewards® Credit Card from American Express, Membership Rewards Options℠ Credit Card from American Express, National Multiple Sclerosis Credit Card, Optima® Card Accounts, Optima® Cash Rewards Card, Gold Optima, Optima® Platinum Card, Optima® Platinum Cash Rebate Card, Optima® Platinum Preferred Card, Personal Card, Personal Choice Card, Personal Senior Card, Personal Student Card, Platinum Cash Rebate Card, Platinum Delta SkyMiles® Credit Card, Starwood Preferred Guest ShopRite Credit Card from American Express, Starwood Preferred Guest Credit Card from American Express, The American Express® Golf Card, The Fidelity American Express® Card, The Fidelity American Express® Gold Card, The Hilton HHonors® Platinum Credit Card from American Express, Binghamton Savings Bank Gold Credit Card from American Express, Binghamton Savings Bank Business Credit Card from American Express, The New York Knicks Card from American Express, The New York Rangers Card from American Express, The Small Business Card from American Express; or

b. *For $250,000 coverage,* a Basic or Additional Cardmember who has a Rewards Plus Gold Card, Corporate Rewards Plus Gold Card or the extended payment Account offered in conjunction with and issued by American Express Travel Related Services Company, Inc. or its participating subsidiaries ("American Express") in his or her name; or

c. *For $500,000 coverage,* a Basic or Additional Cardmember who has a Platinum Card®, Fidelity American Express Platinum Card®, American Express® Investment Management Account Platinum Card, American Express Business Platinum Card® from OPEN: The Small Business Network℠, Lexus Platinum Card®, American Express Platinum Financial Services Card, LAC IDC Platinum or the extended payment Account offered in conjunction with and issued by American Express Travel Related Services Company, Inc. or its participating subsidiaries ("American Express") in his or her name on a Platinum Card Account; or

d. *For $1,500,000 coverage,* a Basic or Additional Cardmember who has a Centurion Card, American Express® Business Centurion Card® from OPEN: The Small Business Network℠ or the extended payment Account offered in conjunction with and issued by American Express Travel Related Services Company, Inc. or its participating subsidiaries ("American Express") in his or her name on a Centurion Card Account; or

e. the spouse, Domestic Partner or dependent child under age 23 of any eligible person described in (a), (b), (c), (d) above; and

2. his or her Permanent Residence is in the 50 United States of America, District of Columbia, Puerto Rico, or U.S. Virgin Islands.

## Definitions

**"Accident"** whenever used in this Policy means an unexpected event which causes Injury and shall also include exposure resulting from a mishap on a Common Carrier Conveyance in which the Covered Person is traveling.

**"Additional Cardmember"** means any individual who has received an American Express Card at the request of a Basic Cardmember for use in connection with the Basic Cardmember's American Express Card Account.

**"American Express Card"** shall mean, unless otherwise specified, any of the Cards or Accounts listed above under Covered Persons.

**"Basic Cardmember"** means any individual who has asked American Express to issue one or more American Express Cards and who has an American Express Card Account.

**"Common Carrier Conveyance"** means an air, land or water vehicle (other than a rental) licensed to carry passengers for hire and available to the public.

A trip is a "Covered Trip" if:

1. it is a trip taken by the Covered Person between the point of departure and the final destination as shown on the Covered Person's ticket or verification issued by the Common Carrier Conveyance; and

---

Covered Person's entire fare for such trip on that Common Carrier Conveyance has been actually charged to a specific American Express Card Account prior to any Injury.

**"Domestic Partner"** means a person of the same or opposite gender who meets the following requirements:

1. has shared a residence with the Basic or Additional Cardmember for the last 12 months and plans to continue doing so;
2. is not married to any other person and is not committed to another Domestic Partner;
3. is at least 18 years old;
4. is not related to the Basic or Additional Cardmember by blood closer than would bar marriage per state law; and
5. is financially interdependent with the Basic or Additional Cardmember and documentation of mutual financial support such as copies of joint home ownership or lease, common bank accounts, credit cards or investments can be supplied.

**"Injury"** means bodily injury which:

1. is caused by an Accident which occurs while the Covered Person's insurance is in force under the Policy; and
2. results in loss insured by the Policy; and
3. creates a loss due, directly and independently of all other causes, to such accidental bodily injury.

**"Permanent Residence"** means the Covered Person's one primary dwelling place, where the Covered Person permanently resides.

## Benefit Amounts

*As a benefit of Cardmembership, the Covered Person will receive a benefit level of $100,000 – $250,000 – $500,000 – $1,500,000 depending on the type of American Express Card Account used to charge the Common Carrier Conveyance fare for the Covered Trip. Please refer to the Covered Persons section of this Description of Coverage. If you are still unsure what benefit level of coverage applies to your American Express Card, please contact the Customer Service Center toll-free number listed on the back of your Card, also shown on your Card statement.*

| Table of Losses | | |
|---|---|---|
| Loss of Life | $100,000 | $250,000 |
| Dismemberment | | |
| Loss of both hands or both feet | $100,000 | $250,000 |
| Loss of one hand and one foot | $100,000 | $250,000 |
| Loss of entire sight of both eyes | $100,000 | $250,000 |
| Loss of entire sight of one eye and one hand or one foot | $100,000 | $250,000 |
| Loss of one hand or one foot | $50,000 | $125,000 |
| Loss of entire sight of one eye | $50,000 | $125,000 |

| Table of Losses | | |
|---|---|---|
| Loss of Life | $500,000 | $1,500,000 |
| Dismemberment | | |
| Loss of both hands or both feet | $500,000 | $1,500,000 |
| Loss of one hand and one foot | $500,000 | $1,500,000 |
| Loss of entire sight of both eyes | $500,000 | $1,500,000 |
| Loss of entire sight of one eye and one hand or one foot | $500,000 | $1,500,000 |
| Loss of one hand or one foot | $250,000 | $750,000 |
| Loss of entire sight of one eye | $250,000 | $750,000 |

"Loss" as used above with reference to hand or foot means complete and permanent severance through or above the wrist or ankle joint, and as used with reference to eye means the irrecoverable loss of the entire sight of such eye.

## $100,000 – $250,000 – $500,000 – $1,500,000 Maximum Indemnity per Covered Person

In no event will multiple American Express Cards obligate the Company to pay for more than one loss sustained by any one individual Covered Person as a result of any one Accident. The Company's obligation under the Policy will be determined according to the highest amount payable under the specific American Express Card actually used to charge the Common Carrier Conveyance fare for the Covered Trip as stated in the Benefit Amounts.

In no event will a loss from an Injury while coverage is in force under the Policy AX0948 obligate the Company to pay benefits under Policy AX0949, the Company's Business Travel Accident Insurance Policy, in addition to any benefits payable by the Company under the Policy AX0948. The American Express Cards listed under this Policy do not receive coverage under Policy AX0949.

## Accidental Death and Dismemberment Benefit

The Company will pay the applicable benefit amount as determined from the Table of Losses if a Covered Person suffers a loss from an Injury while coverage is in force under the Policy, but only if such loss occurs within 100 days after the date of the Accident which caused the Injury. Benefits will be paid for the greatest loss. In no event will the Company pay for more than one loss sustained by the Covered Person as the result of any one Accident.

## Description of Benefits

**Common Carrier Benefit:** This Benefit is payable if the Covered Person sustains Injury as a result of an Accident which occurs while riding solely as a passenger in, or boarding, or alighting from or being struck by a Common Carrier Conveyance used on a Covered Trip.

## Exposure and Disappearance

If the Covered Person is unavoidably exposed to the elements because of an Accident on a Covered Trip which results in the disappearance, sinking or wrecking of the Common Carrier Conveyance, and if as a result of such exposure, the Covered Person suffers a loss for which benefits are otherwise payable under the Policy, such loss will be covered under the Policy.

7

If the Covered Person disappears because of an Accident on a Covered Trip which results in the disappearance, sinking or wrecking of the Common Carrier Conveyance, and if the Covered Person's body has not been found within 52 weeks after the date of such Accident, it will be presumed, subject to there being no evidence to the contrary, that the Covered Person suffered Loss of Life as a result of Injury covered by the Policy.

**Coverage Requirements**

A Covered Person will be fully insured for benefits under the Policy while taking a trip on a Common Carrier Conveyance only when the fare has been charged to the specific American Express Card. Eligibility for coverage will remain in effect as long as the definition of a Covered Person is met.

**Premiums**

The premium for this coverage is payable by American Express.

**Exclusions**

This Policy does not cover any Loss caused or contributed to by (1) intentionally self-inflicted Injury, suicide or any attempt thereat, while sane; (2) war or any act of war whether declared or undeclared; however, any act committed by an agent of any government, party, or faction engaged in war, hostilities, or other warlike operations provided such agent is acting secretly and not in connection with any operation of armed forces (whether military, naval or air forces) in the country where the Injury occurs shall not be deemed an act of war; (3) Injury to which a contributory cause was the commission of or attempt to commit an illegal act by or on behalf of the Covered Person or his/her beneficiaries; (4) Injury received while serving as an operator or crew member of any conveyance; (5) Injury received while driving, riding as a passenger in, boarding or alighting from a rental vehicle; (6) sickness, physical or mental infirmity, pregnancy, or any medical or surgical treatment for such conditions, unless treatment of the condition is required as the direct result of a covered Injury; or (7) directly or indirectly, the actual, alleged or threatened discharge, dispersal, seepage, migration, escape, release of or exposure to any hazardous biological, chemical, nuclear or radioactive material, gas, matter or contamination.

**Beneficiary**

A Basic Cardmember may designate a beneficiary or change a previously designated beneficiary for himself/herself and his/her spouse/Domestic Partner and dependent children who are not also Basic or Additional Cardmembers. An Additional Cardmember may designate a beneficiary for himself/herself and his/her spouse/Domestic Partner and dependent children who are not also Basic or Additional Cardmembers or spouses/Domestic Partners or dependent children of Basic Cardmembers. No persons other than those stated above may designate or change a previously designated beneficiary. For such designation or change to become effective, a written request, on a form satisfactory to the Company, must be filed with American Express. Such designation or change shall take effect as of the date it was signed by the designator provided that it has been received by American Express, but any payment of proceeds made by the Company prior to receipt of such designation of change shall fully discharge the Company to the extent of such payment.

**Claims**

Notice of claim must be given to AMEX Assurance Company, Claims Administrative Office, PO Box 19018, Green Bay, WI 54307-9018 within 20 days after the Occurrence or commencement of any Loss covered by the Policy, or as soon thereafter as is reasonably possible. Notice given by or on behalf of the claimant to the Company at its Administrative Office, or to any authorized agent of the Company, with information sufficient to identify the Covered Person shall be deemed notice to the Company.

**Payment of Claims**

Benefits for Loss of Life of a Covered Person will be paid to the designated beneficiary. Benefits for all other losses sustained by a Covered Person will be paid to the Covered Person, if living, otherwise to the designated beneficiary. If more than one beneficiary is designated and the beneficiaries' respective interests are not specified, the designated beneficiaries shall share equally. If no beneficiary has been designated, or if the designated beneficiary does not survive the Covered Person, the benefits will be paid to the first surviving class of the following: 1) spouse or Domestic Partner; 2) children, equally per stirpes; and 3) the estate.

In determining such person or persons, the Company may rely upon an affidavit by a member of any of the classes of preference beneficiaries described above. Payment based upon any such affidavit shall fully discharge the Company from all obligations under the Policy unless, before such payment is made, the Company has received at its Administrative Office written notice of a valid claim by some other person(s). Any amount payable to a minor may be paid to the minor's legal guardian.

**Time Limit on Actions**

No action at law or in equity shall be brought to recover under the Policy after the expirations of three years, five years for Centurion Card, American Express® Business Centurion Card™ from OPEN: The Small Business Network™, after the time written proof of loss is required to be furnished.

The benefits described herein are subject to all of the terms and conditions of the Policy. This Description of Coverage replaces any prior Description of Coverage which may have been furnished in connection with the Policy.

Kenneth J. Ciak, President
AMEX Assurance Company
6715-12-02-COM

Timothy S. Meehan, Secretary
AMEX Assurance Company

**Notice to Florida Residents Only:** The benefits of the above providing your coverage are governed primarily by the laws of a state other than Florida.

1. *If, after reading this Description of Coverage, you are still unsure what benefit level of coverage applies to your American Express Card, please contact the Customer Service Center toll-free number listed on the back of your Card, also shown on your Card statement.*

*Please note that this program is offered only on The Platinum Delta SkyMiles Credit Card.*

**Program Description**

Best Value Guarantee assures that you pay the lowest price available on covered items purchased entirely with your eligible American Express Card. Simply use the Card as you normally would, wherever American Express Cards are welcome. If within 60 days, you see an identical item in the one you purchased with the Card advertised in print (i.e., newspaper, magazine, periodical, journal, or store flyer) at a lower price than you originally paid, call 1-800-557-8317 to initiate a request for a refund. You will then be asked to send the dated advertisement, the store receipt and your record of charge to us within 90 days of your purchase. Price comparisons which are found on the internet do not qualify under this program. We will gladly honor your request for a refund on a savings of $10 or more.

Once your request is approved we'll reimburse the price difference to you – up to $250 per item excluding taxes, shipping, and handling and limited to one refund request per item purchased.

**Limitations**

Purchases made in the United States and charged in full on your American Express Card. A refund will not be paid if, on the date of your request, or on the date of would-be payment, any amount on your Card Account is past due for one or more billing cycle(s) or your Card Account is canceled. Refunds are limited to $250 per item and $1,000 annually per Card Account.

An identical item is defined as an item that is exactly equal and alike in every way. This includes, but is not limited to, the brand name, model number, materials, workmanship and any associated warranty with that item. Any items that are purchased from a store that already has an established lowest price guarantee program will not be covered under Best Value Guarantee. Store advertisements which reference a discount on all items or types of items do not qualify. For example: an advertisement stating "All store merchandise is 40% off" is not eligible under this program. Items which are sold as an inclusive special offer, such as, but not limited to, a "kit," "package deal" or "bundled item" are not eligible. For example: an advertisement which offers a camcorder with a free tripod and carrying case is not eligible under this program. Rebate and coupon offers are not eligible. Items which have been returned to the merchant are not eligible for coverage. Internet price comparisons refer to any and all electronic communications whose source includes, but is not limited to: websites, electronic mail, promotional facsimiles, or other distribution networks. This program does not apply to any advertisements dated before your purchase or more than 60 days after your purchase. You are entitled to one refund request per item during this timeframe.

Items not covered are: animals and living plants, one-of-a-kind items (including antiques, artwork and furs); limited quantity items; items that the advertisement states can be purchased with cash only; demonstration items; going-out-of-business sales items; "discontinued" items; consumable or perishable items with limited life spans (such as, but not limited to, perfume, light bulbs, non-rechargeable batteries); jewelry (including, but not limited to, loose gems, precious stones, metals and pearls); watches; services and additional costs (such as installation charges, warranties, shipping, taxes, or car rentals); rare and precious coins; stamps; used; rebuilt and refurbished items; cellular phones; pagers; tickets of any kind; travelers checks; motorized vehicles (such as cars, trucks, motorcycles, boats, or airplanes) and their parts; land and buildings; negotiable instruments (such as promissory notes); cash and its equivalent.

If you have any questions regarding the Best Value Guarantee program, please call our Customer Service Department at 1-800-557-8317.

**Note:** *Best Value Guarantee is currently not available to International Dollar Accounts with addresses in the continental U.S., Puerto Rico, or the U.S. Virgin Islands.*

**THIS PRODUCT IS NOT A DEPOSIT, NOT FDIC INSURED, NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY, AND NOT GUARANTEED BY THE BANK.**

By electing the optional Credit Protection Plan Credit Insurance, you acknowledge that you do not need to purchase this insurance to get credit and you can get similar coverage from any insurer you choose. The Credit Protection Plan insurance includes credit life, disability, involuntary unemployment and family leave coverage to the extent available in your state as described in this Credit Protection Plan Insurance and Cost Disclosure. You have read and you meet the age and employment eligibility requirements shown. Monthly premium charges are based on the account balance and the rate shown. You will receive notice of any rate increase. You may cancel at any time.

**Eligibility Requirements:** To be eligible for Credit Protection Plan insurance you must be the primary Cardmember, under age 71 (72 in NM), and employed (not self-employed or an independent contractor) for 30 hours or more per week. All coverage will terminate on the first billing date following your 71st birthday (72nd in NM).

**Credit Life Coverage**

If you should die, your unpaid balance on the date of loss will be paid in full up to $10,000. Life insurance may not cover your account if death is by suicide.*

**Credit Disability Coverage**

The disability benefit pays your minimum monthly payment, based on your outstanding balance as of the day you become disabled, up to $500 per month until your balance is paid, you return to work or reach the $10,000 group policy limit. In New York the disability benefit is the greater of the minimum monthly payment or 5% of the outstanding balance on the date of loss.

Benefits will be paid from the first day, if you become totally disabled and remain so for 14 or more consecutive days in all states except MA, ME and VA. In ME and VA, benefits are paid retroactively beginning with the first day of disability after you have been disabled for 30 consecutive days. In MA, disability after you have been disabled for the 31st day of disability. Benefits MAY NOT cover total disability resulting from pregnancy, childbirth, intentionally self-inflicted injuries or preexisting conditions.* (Fl. agent: James E. Brandt)

**For Those Covered by New York Disability Insurance Only:** Any person who knowingly and with intent to defraud any insurance company or other person fills an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act which is a crime and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Involuntary Unemployment Insurance ("IUI") Coverage**

If you become unemployed for 14 consecutive days, the benefit will pay your minimum monthly payment, based on your outstanding balance as of the date you became unemployed, (except TX unemployment benefits are equal to 6% of your outstanding account balance) up to $500 per month, 12-month maximum (no maximum in TX) in all states except AK, AL, CO, CT, MA, ME, MN, NE, NM, NV, NY, PA, SC, TX, UT, VA, and VT. (Texas residents may call 1-800-662-2633 to inquire about an optional coverage offer.) In the states of AL, CO, MA, ME, NM, NV, NY, TX, UT and VA the benefits are paid beginning with the first day of unemployment after you have been unemployed for 30 consecutive days. Benefits may not be paid for job loss due to voluntary unemployment, retirement, willful or criminal misconduct, strike or unionized labor disputes.* Involuntary Unemployment Insurance is not available in AK, CT, ME, MN, PA, SC and VT.

**Family Leave Coverage**

If you are employed for 30 hours or more per week and take an unpaid absence from work for at least 30 consecutive days while caring for a newborn or adopted child or family member with a serious medical condition, residing in a federally declared disaster area, on jury duty, recalled to active military duty, on bereavement for a family member, the benefit will pay your minimum monthly payment up to $500 per month for up to six months. Family Leave Coverage is available in AL, AR, AZ, CA, CO, DC, DE, FL, GA, HI, ID, IL, IN, KS, KY, LA, MI, MO, MS, MT, NC, NM, NV, ND, NJ, OH, OK, RI, SD, UT, WA, WI, WV, and WY.

**Monthly Premium per $100 of Outstanding Balance**

There is no charge for the Credit Protection Plan when you have no balance and no current charges on your account. The complete Credit Protection Plan costs: AL .56.9¢, AR .90.6¢, AZ .81.4¢, CA .80.9¢, CT .25.5¢, CO .43.3¢, DC .81.7¢, DE .89.2¢, GA .81.5¢, HI .64.9¢, IA .55.5¢, ID .83.7¢, IL .82.7¢, IN .88.0¢, KS .85.1¢, LA .91.5¢, MA .66.9¢, MD .61.8¢, ME .65.2¢, MI .78.4¢, MN .50.1¢, MO .57.2¢, MS .98.7¢, MT .76.1¢, NC .88.0¢, ND .78.3¢, NE .62.8¢, NH .43.3¢, NJ .71.8¢, NM .76.6¢, NV .86.6¢, NY .31.4¢ (6.6¢ life .17.3¢ disability, 7.5¢ IUI), OH .76.2¢, OK .88.5¢, OR .57.2¢, PA .46.5¢, RI .87.3¢, SC .81.3¢, SD .81.9¢, TN .76.5¢, TX .45.2¢, UT .63.8¢, VA .30.2¢, .5.9¢ life, .15.8¢ disability, 10.5¢ IUI), VT .51.6¢, WA .82.4¢, WI .72.3¢, WV .77.6¢, WY .73.9¢. This plan is not available in AK, FL and KY.

**Refund of Unearned Premium**

If this insurance is declined or otherwise does not become effective, any premium paid or identifiable charge made will be refunded to you or credited to your account.

Coverage is underwritten by Balboa Life Insurance Company, Balboa Life Insurance Company of New York, Balboa Insurance Company, and Meritplan Insurance Company. Administrative Office: P.O. Box 19702, Irvine, CA 92623.

Enrollment in the Plan will result in monthly billing when a balance is carried until the coverage is canceled by the enrollee. This Plan may be modified or otherwise terminated upon notice.

(American Express Centurion Bank, P.O. Box 7802, Ft. Lauderdale, FL 33329. Policy #10245-8500, 20993-8500.)

* Please refer to your certificates of insurance for a full description of the benefits, limitations and exclusions of coverages.

8

© 2003 American Express

2

1 48 0 1

**Account Statement**

WFQB40 0044

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

2 W4

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 81.00 | .00 | 02/06/98 | 4,077.87 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD    MA    02745-0037

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES    CA 90096-0001

||.|..||..||..||..||..|..||...||.|.||||.|.||.|..||..|||

231633636? 000081000004077873

| | | | | | | Page |
|---|---|---|---|---|---|---|
| | | | | | | **1 of  3** |

Cardmember Name
**CHAD EDWARD**

Account Number
**3723-163363-61001**

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| | | | **CARD 3723-163363-61001 TRANSACTIONS** | | | |
| 831361-0 | 12/27 | 12/27 | PAYMENT RECEIVED - THANK YOU | 12/27 | | 100.00 |
| 501004-0 | 01/04 | 01/04 | PEABODY ORLANDO     407-3454538 352010400 LODGING | FL 01/04/98 | 129.58 | |
| 501005-0 | 01/05 | 01/05 | SAM OH JUNG TAMPA FL 000375637 FOOD AND BEVERAGE | 01/05/98 | 65.95 | |
| 501005-0 | 01/04 | 01/05 | HILTON HOTELS TAMPA TAMPA 000572747 LODGING | FL 01/04/98 | 119.36 | |
| 501005-0 | 01/03 | 01/05 | PEABODY ORLANDO FB  ORLANDO 400545254 RESTAURANT | FL 01/03/98 | 87.38 | |
| 495007-0 | 01/06 | 01/07 | AVIS RENT-A-CAR       TAMPA R/A# 407082152 AVIS RENT-A-CAR | FL 01/06/98 | 111.21 | |
| 501007-0 | 01/06 | 01/07 | RADISSON HOTEL #052 CLEARWATER 00529406    RETAIL LODGING | FL 01/06/98 | 181.96 | |
| | | | **PAGE TOTAL** | | **695.44** | **100.00** |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 3,045.58 | 1,107.42 | 100.00 | .00 | 24.87 | .00 | 4,077.87 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 01/12/98 | 02/06/98 | 5,000 | 922 | 0 | .00 | 81.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0490% | .00 | .00 | 17.900% | |
| CASH ADVANCES | 31 | .0586% | .00 | .00 | 21.400% | |
| INTRO. RATE | 31 | .0244% | 3,288.59 | 24.87 | 8.900% | |

Customer Service

The Optima℠ Card

1 48 0 1

Account
Charges

3  W4



| Am. Exp. Reference No. | Cardmember Name CHAD EDWARD | | | Account Number 3723-163363-61001 | Bill Closing Date 01-12-98 | Page 2 of 3 |
|---|---|---|---|---|---|---|
| | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
| 501007-0 | 01/06 | 01/07 | PARKING CO EXPRESS VWARWICK RI 0000-0107 PARKING FEES 01/06/98 | | 75.00 | |
| 501008-0 | 01/07 | 01/08 | MARRIOTT HOTELS TAMPA FL 000898277 LODGING 01/07/98 | | 87.92 | 100.00 |
| | | | **TOTAL FOR CARD 100** | | 858.36 | |
| | | | **CARD 3723-163363-61019 TRANSACTIONS** | | | |
| 501003-1 | 01/01 | 01/03 | DON CESAR BEACH RESOST PETERSBURG BCH FL 41950409 LODGING 01/01/98 | | 42.89 | |
| 501004-1 | 01/03 | 01/04 | SAMURAI JAPANESE STETAMPA FL 072010005 FOOD/BEVERAGE 01/03/98 | | 71.08 | |
| 501005-1 | 01/04 | 01/05 | GUPPYS INDIAN ROCKS BEA FL 064241909 5812/01-FOOD/BEVERAGE 01/04/98 | | 74.00 | |
| 501011-1 | 01/09 | 01/11 | TRAINEIRA N DARTMOUTH MA 001120075 FOOD/BEVERAGE 01/09/98 | | 61.09 | |
| | | | **TOTAL FOR CARD 101** | | 249.06 | .00 |
| | | | **PAGE TOTAL** | | 411.98 | .00 |
| | | | **ACCOUNT TOTAL** | | 1,107.42 | 100.00 |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  THE FLOWER CLUB, HERTZ
HILTON HOTELS, MCI, THE OLIVE GARDEN,
RED LOBSTER, AND RENAISSANCE CRUISES.

/NFQB4013

// PG-0129    / ST PG 2 OF  3 /

The Optima℠Card



4     W4

| Cardmember Name | | Account Number | Bill Closing Date | | Page |
|---|---|---|---|---|---|
| CHAD  EDWARD | | 3723-163363-61001 | 01-12-98 | | 3  of  3 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|

```
*****************************************
            DELTA AIR LINES SKYMILES

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS     1,328.*

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

*MILES EARNED ABOVE INCLUDE THE FOLLOWING:

YOUR CASH ADVANCE LIMIT IS     $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $922.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000.
```

| Cardmember Name | Account Number | Bill Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 01-12-98 | 1 of 3 |

5

W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/04/98 | 352010400 | 11 |

Service Establishment and Location
PEABODY ORLANDO    407-3454538    FL

Record of Charge

ARRIVAL DATE    DEPARTURE DATE
01/02/98         01/03/98

S/E #  4090102328

| TOTAL CHARGE AMOUNT | $129.58 |
|---|---|

---

NFQB4013

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/03/98 | 400545254 | 14 |

Service Establishment and Location
PEABODY ORLANDO FB  ORLANDO    FL

Record of Charge

RESTAURANT

S/E #  4090102328

| TOTAL CHARGE AMOUNT | $87.38 |
|---|---|

X

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/05/98 | 000375637 | 90 |

Service Establishment and Location
SAM OH JUNG    TAMPA    FL

Record of Charge

FOOD AND BEVERAGE
          TIP            $11.00

S/E #  4091074120

| TOTAL CHARGE AMOUNT | $65.95 |
|---|---|

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/04/98 | 000572747 | 60 |

Service Establishment and Location
HILTON HOTELS TAMPA TAMPA    FL

Record of Charge

ARRIVAL DATE    DEPARTURE DATE
01/03/98         01/04/98
     ROC NUMBER 215205

S/E #  4090101544

| TOTAL CHARGE AMOUNT | $119.36 |
|---|---|

| Cardmember Name | Account Number | Bill Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 01-12-98 | 2 of 3 |

6

W4

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/06/98 | | |

Service Establishment and Location
AVIS RENT-A-CAR    TAMPA         FL

Record of Charge

| LOCATION | | | DATE/TIME | | |
|---|---|---|---|---|---|
| RENTAL TAMPA | | FL | 01/04/98 | AGREEMENT 407082152 | |
| RETURN TAMPA APO | FL | 09 | 01/06/98 | TR# 005531 | |

S/E    699370000
EDWARD, CHAD

| TOTAL CHARGE AMOUNT | $111.21 |
|---|---|

---

NFQB4013

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/06/98 | 0000-0107 | 11 |

Service Establishment and Location
PARKING CO EXPRESS VWARWICK        RI

Record of Charge

PARKING FEES

S/E #   2386512123

| TOTAL CHARGE AMOUNT | $75.00 |
|---|---|

X

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/06/98 | 00529406 | 11 |

Service Establishment and Location
RADISSON HOTEL #052 CLEARWATER        FL

Record of Charge

RETAIL LODGING

S/E #   4090543323

| TOTAL CHARGE AMOUNT | $181.96 |
|---|---|

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/07/98 | 000898277 | 02 |

Service Establishment and Location
MARRIOTT HOTELS    TAMPA         FL

Record of Charge

ARRIVAL DATE    DEPARTURE DATE
  01/05/98         01/06/98
CARDEPOSIT
    ROC NUMBER 4593

S/E #   4090548124

| TOTAL CHARGE AMOUNT | $87.92 |
|---|---|

| Cardmember Name | Account Number | Bill Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 01-12-98 | 3 of 3 |

7

W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 01/01/98 | 41950409 | 35 |

Service Establishment and Location
DON CESAR BEACH RESOST PETERSBURG BCH FL

Record of Charge

LODGING

S/E # 4090123332

| TOTAL CHARGE AMOUNT | $42.89 |
|---|---|

NFQB4013

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 01/03/98 | 072010005 | |

Service Establishment and Location
SAMURAI JAPANESE STETAMPA          FL

Record of Charge

FOOD/BEV          $59.08

TIP          $12.00

S/E # 4091094052

| TOTAL CHARGE AMOUNT | $71.08 |
|---|---|

X

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 01/04/98 | 064241909 | 36 |

Service Establishment and Location
GUPPYS          INDIAN ROCKS BEA  FL

Record of Charge

FOOD          $61.41

TIP          $12.59

S/E # 4091411561

| TOTAL CHARGE AMOUNT | $74.00 |
|---|---|

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 01/09/98 | 001120075 | 12 |

Service Establishment and Location
TRAINEIRA          N DARTMOUTH          MA

Record of Charge

FOOD/BEVERAGE

S/E # 2201212461

| TOTAL CHARGE AMOUNT | $61.09 |
|---|---|

**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

8    W4

OPTIMA

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 52.00 | .00 | 03/08/98 | 2,605.26 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

231633363 0000520000026052bb

**Cardmember News**  Be sure to use your Delta SkyMiles(R) Credit Card to purchase Delta/Delta C   connection(R) tickets, Dream Vacation packages, or other Delta services. You'll earn a 100% mileage bonus for every dollar of qualifying Delta purchases. For example, a $300 Delta ticket earns you 600 miles, in addition to the miles you'll earn for flying on Delta Air Lines.

| Cardmember Name | Account Number | Page |
|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 1  of  2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831036-O | 02/05 | 02/05 | PAYMENT RECEIVED - THANK YOU   02/05 | | 1,500.00 |
| | | | **ACCOUNT TOTAL** | .00 | 1,500.00 |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  THE FLOWER CLUB, HERTZ,
HILTON HOTELS, MCI, THE OLIVE GARDEN,
RED LOBSTER, AND RENAISSANCE CRUISES.

YOUR CASH ADVANCE LIMIT IS   $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS   $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,077.87 | .00 | 1,500.00 | .00 | 27.39 | .00 | 2,605.26 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 02/11/98 | 03/08/98 | 5,000 | 2,395 | 0 | .00 | 52.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0507% | .00 | .00 | 18.490% | |
| CASH ADVANCES | 30 | .0586% | .00 | .00 | 21.400% | |
| INTRO. RATE | 30 | .0244% | 3,742.07 | 27.39 | 8.900% | |

Customer Service

The Optima℠Card

Account
Charges

9



| Cardmember Name | | | | Account Number | Bill Closing Date | | Page | | |
|---|---|---|---|---|---|---|---|---|---|
| | CHAD EDWARD | | | 3723-163363-61001 | 02-11-98 | | **2** | of | **2** |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits | | |

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000.

The Optima℠Card



**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 66.00 | .00 | 04/07/98 | 3,315.00 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

231633637 00006600003315000

Cardmember News — Turn your ordinary purchases into extraordinary awards with your Delta SkyMiles(R) Credit Card!  Use it everyday and everywhere - at department stores, restaurants, gas stations, and theaters - and watch the miles add up to free travel.

| Cardmember Name | | Account Number | | Page |
|---|---|---|---|---|
| CHAD EDWARD | | 3723-163363-61001 | | 1 of 3 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| | | | **CARD 3723-163363-61001 TRANSACTIONS** | | | |
| 831064-O | 03/05 | 03/05 | PAYMENT RECEIVED - THANK YOU | 03/05 | | 500.00 |
| 501048-O | 02/15 | 02/17 | PLANET HOLLYWOOD   RENO   NV 004894773 FOOD/BEVERAGE | 02/15/98 | 33.80 | |
| 501049-O | 02/16 | 02/18 | ZEPHYR COVE RESORT   ZEPHYR COVE   NV 001661434 GIFT ITEMS | 02/16/98 | 228.00 | |
| 501049-O | 02/16 | 02/18 | HARRAHS FOREST   STATELINE   NV 000624810 RETAIL | 02/16/98 | 27.43 | |
| 501049-O | 02/16 | 02/18 | HARRAHS FOREST   STATELINE   NV 000624780 RETAIL | 02/16/98 | 55.34 | |
| 501050-O | 02/17 | 02/19 | LAKESIDE INN & CASINSTATELINE   NV 359014231 LODGING | 02/17/98 | 290.74 | |
| 002051-O | 02/14 | 02/20 | AIRPORT PLAZA HOTEL RENO NV FOL# 000000117135   INV# 347820 | | 184.29 | |
| | | | **PAGE TOTAL** | | 819.60 | 500.00 |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,605.26 | 1,158.78 | 500.00 | .00 | 50.96 | .00 | 3,315.00 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 03/13/98 | 04/07/98 | 5,000 | 1,685 | 0 | .00 | 66.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0490% | 3,466.91 | 50.96 | 17.900% | |
| CASH ADVANCES | 30 | .0586% | .00 | .00 | 21.400% | |

Customer Service

The Optima℠ Card

Account
Charges

11    W4



| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| | | | **Cardmember Name** | **Account Number** | **Bill Closing Date** | **Page** |
| | | | CHAD EDWARD | 3723-163363-61001 | 03-13-98 | **2** of **3** |
| 501052-0 | 02/21 | 02/21 | DOLLAR RENTAL CAR    RENO           NE<br>BRO56118  DOLLAR RENTAL CAR    02/21/98 | | 159.78 | |
| | | | **TOTAL FOR CARD 100** | | 979.38 | 500.00 |
| | | | **CARD 3723-163363-61019 TRANSACTIONS** | | | |
| 501047-1 | 02/15 | 02/16 | THE FRESH KETCH      SO LAKE TAHOE   CA<br>85749609  FOOD/BEVERAGE      02/15/98 | | 179.40 | |
| | | | **TOTAL FOR CARD 101** | | 179.40 | .00 |
| | | | **PAGE TOTAL** | | 339.18 | .00 |
| | | | **ACCOUNT TOTAL** | | 1,158.78 | 500.00 |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  THE FLOWER CLUB, HERTZ,
HILTON HOTELS, MCI, THE OLIVE GARDEN,
RED LOBSTER, AND RENAISSANCE CRUISES.

*******************************************
          DELTA AIR LINES SKYMILES

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS    1,390.*

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

*MILES EARNED ABOVE INCLUDE THE FOLLOWING:

/NFOB4011

// PG-0107  / ST PG 2 OF 3 /



Account Charges

| | | | | Account Number | Bill Closing Date | | Page | | |
|---|---|---|---|---|---|---|---|---|---|
| | Cardmember Name | | | | | | 3 | of | 3 |
| | CHAD EDWARD | | | 3723-163363-61001 | 03-13-98 | | | | |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits | | |

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000.

The Optima℠ Card

| Cardmember Name | Account Number | Bill Closing Date | Receipt Page |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 03-13-98 | 1 of 2 |

13

W4

NFQB4011

X

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 02/15/98 | 004894773 | 03 |

Service Establishment and Location
PLANET HOLLYWOOD    RENO        NV

Record of Charge

FOOD/BEV                    $28.30
TIP                        $5.50

S/E #   5271005159

TOTAL CHARGE AMOUNT        $33.80

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 02/16/98 | 000624810 | 12 |

Service Establishment and Location
HARRAHS FOREST    STATELINE    NV

Record of Charge

RETAIL

S/E #   5270101272

TOTAL CHARGE AMOUNT        $27.43

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 02/16/98 | 000624780 | 82 |

Service Establishment and Location
HARRAHS FOREST    STATELINE    NV

Record of Charge

RETAIL

S/E #   5270101272

TOTAL CHARGE AMOUNT        $55.34

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 02/16/98 | 001661434 | 83 |

Service Establishment and Location
ZEPHYR COVE RESORT   ZEPHYR COVE    NV

Record of Charge

GIFT ITEMS
ROC NUMBER 0000001434

S/E #   5274611177

TOTAL CHARGE AMOUNT        $228.00

| Cardmember Name | Account Number | Bill Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 03-13-98 | 2 of 2 |

14

W4

NFQB4011

X

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 02/17/98 | 359014231 | 11 |

Service Establishment and Location
LAKESIDE INN & CASINSTATELINE        NV

Record of Charge

ARRIVAL DATE    DEPARTURE DATE    # OF NIGHTS
02/15/98        02/17/98            02
    ROC NUMBER 453397

S/E #   5270500770

| TOTAL CHARGE AMOUNT | $290.74 |
|---|---|

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 98/02/14 | 000347820 | |

Service Establishment and Location
AIRPORT PLAZA HOTEL RENO NV

Record of Charge

LODGING/GIFTS/RESTAURANT
HOTEL FOLIO NUMBER 000000117135

ROC NUMBER 0000347820

S/E #   5270100571

| TOTAL CHARGE AMOUNT | $184.29 |
|---|---|

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 02/21/98 | 0056118 | 51 |

Service Establishment and Location
DOLLAR RENTAL CAR    RENO        NE

Record of Charge

| LOCATION | | DATE/TIME | |
|---|---|---|---|
| RENTAL RENO | NV | 02/15/98 1120 | AGREEMENT BRO56118 |
| RETURN RENO | NV 708 | 02/19/98 | TR# 052104 |

S/E   527390377
EDWARD

| TOTAL CHARGE AMOUNT | $159.78 |
|---|---|

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 02/15/98 | 85749609 | 40 |

Service Establishment and Location
THE FRESH KETCH    SO LAKE TAHOE    CA

Record of Charge

FOOD-BEV         $149.40

WAITER           $30.00

S/E #   5042437210

| TOTAL CHARGE AMOUNT | $179.40 |
|---|---|



**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

15   W4

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 63.00 | .00 | 05/07/98 | 3,163.29 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

Il.l.l..ll..l.l.l..ll.ll..l.l..ll....ll.ll.l.l.l..ll

2316336367 00006300000316329б

Cardmember News   You'll have all the time you need to redeem your SkyMiles(R).  Unlike other airline credit cards, your miles never expire - simply take one Delta or Delta Connection(R) flight once every three years.  For inquiries about the Delta SkyMiles program, call 1-800-323-2323.

| Cardmember Name | Account Number | Page |
|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831095-0 | 04/05 | 04/05 | PAYMENT RECEIVED - THANK YOU     04/05 | | 200.00 |
| | | | **ACCOUNT TOTAL** | .00 | 200.00 |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  THE FLOWER CLUB, HERTZ,
HILTON HOTELS, MCI, THE OLIVE GARDEN,
RED LOBSTER, AND RENAISSANCE CRUISES.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS   $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 3,315.00 | .00 | 200.00 | .00 | 48.29 | .00 | 3,163.29 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 04/12/98 | 05/07/98 | 5,000 | 1,837 | 0 | .00 | 63.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0490% | 3,285.24 | 48.29 | 17.900% | |
| CASH ADVANCES | 30 | .0586% | .00 | .00 | 21.400% | |

Customer Service

The Optima℠ Card



Account
Charges

| Cardmember Name | | | Account Number | Bill Closing Date | | Page | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CHAD EDWARD | | | 3723-163363-61001 | 04-12-98 | | 2 | of | 2 |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits | | |

TRANSFER BALANCES FROM HIGH RATE CREDIT
CARDS AND TAKE ADVANTAGE OF YOUR OPTIMA
ACCOUNT'S LOW INTEREST RATE.

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000.

The Optima℠ Card

Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 58.00 | .00 | 06/06/98 | 2,911.15 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD    MA    02745-0037

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES    CA 90096-0001

2316336367 000058000002911155

**Cardmember News**  Planning your summer vacation? You can take advantage of the American Express worldwide network of Travel Service Locations. Once your arrangements are made, you can travel with security, knowing the American Express network can assist you with emergency Cardmember services, Express Cash withdrawals and American Express(R) Travelers Cheques.

| Cardmember Name | Account Number | Page |
|---|---|---|
| **CHAD EDWARD** | **3723-163363-61001** | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831129-0 | 05/09 | 05/09 | PAYMENT RECEIVED - THANK YOU          05/09 | | 300.00 |
| | | | **ACCOUNT TOTAL** | .00 | **300.00** |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:   THE FLOWER CLUB, HERTZ,
HILTON HOTELS, MCI, THE OLIVE GARDEN,
RED LOBSTER, AND RENAISSANCE CRUISES.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 3,163.29 | .00 | 300.00 | .00 | 47.86 | .00 | 2,911.15 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 05/12/98 | 06/06/98 | 5,000 | 2,089 | 0 | .00 | 58.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0507% | 3,146.62 | 47.86 | 18.490% | |
| CASH ADVANCES | 30 | .0586% | .00 | .00 | 21.400% | |

Customer Service

The Optima[SM] Card



Account Charges

18    W4

| Cardmember Name | | | | Account Number | Bill Closing Date | | Page | |
|---|---|---|---|---|---|---|---|---|
| CHAD EDWARD | | | | 3723-163363-61001 | 05-12-98 | | 2 | of 2 |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits | |

TRANSFER BALANCES FROM HIGH RATE CREDIT
CARDS AND TAKE ADVANTAGE OF YOUR OPTIMA
ACCOUNT'S LOW INTEREST RATE.

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000.

/NFCB4011

/ ST PG  2 OF  2 /

// PG-0124

The Optima℠ Card

Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 49.00 | .00 | 07/06/98 | 2,454.23 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

2316336367 000049000002454232

**Cardmember News**   Earn rewards twice as fast! You'll receive double miles when you use your Delta SkyMiles(R) Credit Card at gas stations and supermarkets from June 15 through August 31, 1998. Just pay for your purchases with the Card and watch your everyday purchases add up to free travel!

| Cardmember Name | | | **CHAD EDWARD** | | Account Number **3723-163363-61001** | | Page 1 of 2 |
|---|---|---|---|---|---|---|---|
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits |
| 831157-O | 06/06 | 06/06 | PAYMENT RECEIVED - THANK YOU   06/06 | | | | 500.00 |
| | | | **ACCOUNT TOTAL** | | | .00 | **500.00** |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  THE FLOWER CLUB, HERTZ,
HILTON HOTELS, MCI, THE OLIVE GARDEN,
RED LOBSTER, AND RENAISSANCE CRUISES.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,911.15 | .00 | 500.00 | .00 | 43.08 | .00 | 2,454.23 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 06/11/98 | 07/06/98 | 5,000 | 2,546 | 0 | .00 | 49.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0507% | 2,832.53 | 43.08 | 18.490% | |
| CASH ADVANCES | 30 | .0586% | .00 | .00 | 21.400% | |

Customer Service

The Optima℠ Card



Account
Charges

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| | | | Cardmember Name **CHAD EDWARD** | Account Number **3723-163363-61001** | Bill Closing Date **06-11-98** | Page **2** of 2 |
| | | | FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL 1-800-430-1000. | | | |

/ NFO84011

/ ST PG 2 OF 2 /

// PG-0120

**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 43.00 | .00 | 08/05/98 | 2,190.92 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA  90096-0001

2316336367 000043000002190923

**Cardmember News**  Don't miss your chance to earn rewards twice as fast! You'll receive double miles when you use your Delta SkyMiles(R) Credit Card at gas stations and supermarkets now through August 31, 1998. Just pay for your purchases with the Card and watch your everyday purchases add up to free travel!

| Cardmember Name | | | | Account Number | | Page |
|---|---|---|---|---|---|---|
| CHAD EDWARD | | | | 3723-163363-61001 | | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831187-0 | 07/06 | 07/06 | PAYMENT RECEIVED - THANK YOU    07/06 | | 300.00 |
| | | | **ACCOUNT TOTAL** | .00 | **300.00** |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  THE FLOWER CLUB, HERTZ,
HILTON HOTELS, MCI, THE OLIVE GARDEN,
RED LOBSTER, AND RENAISSANCE CRUISES.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS   $1000.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,454.23 | .00 | 300.00 | .00 | 36.69 | .00 | 2,190.92 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 07/11/98 | 08/05/98 | 5,000 | 2,809 | 0 | .00 | 43.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0507% | 2,412.28 | 36.69 | 18.490% | |
| CASH ADVANCES | 30 | .0586% | .00 | .00 | 21.400% | |

**Customer Service**

The Optima℠ Card



22

Account Charges

| | Cardmember Name | | | Account Number | Bill Closing Date | | Page | |
|---|---|---|---|---|---|---|---|---|
| | **CHAD EDWARD** | | | **3723-163363-61001** | **07-11-98** | | **2** of 2 | |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits | |

YOUR ACCOUNT RENEWS NEXT MONTH. WE LOOK FORWARD TO PROVIDING YOU WITH ALL THE BENEFITS OF CARDMEMBERSHIP IN THE COMING YEAR.

ANNUAL FEE=$85.00.APR FORMULAS:PURCHASE APR=PRIME RATE(PR)+ 9.99%:CASH ADVANCE APR=PR+12.90%:ACCOUNTS NOT IN GOOD STANDING APR=PR+13.99%, CURRENTLY 22.49%.

ACCOUNT GRACE PERIOD=STANDARD GRACE (SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL 1-800-430-1000.

/NFQB4011

// PG-0124  / ST PG 2 OF 2 /

**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

23

W4

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 42.00 | .00 | 09/05/98 | 2,110.85 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

2316336367 00004200002110856

**Cardmember News**   Don't miss your chance to earn rewards twice as fast! You'll receive double miles when you use your Delta SkyMiles(R) Credit Card at gas stations and supermarkets now through August 31, 1998. Just pay for your purchases with the Card and watch your everyday purchases add up to free travel!

| Cardmember Name | Account Number | Page |
|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831213-0 | 08/01 | 08/01 | PAYMENT RECEIVED - THANK YOU        08/01 | | 200.00 |
| 822192-0 | 07/11 | 07/11 | ANNUAL MEMBERSHIP FEE  CHAD EDWARD PERIOD 09/98  THRU 08/99 | 85.00 | |
| | | | **ACCOUNT TOTAL** | **85.00** | **200.00** |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  THE FLOWER CLUB, HERTZ,
HILTON HOTELS, MCI, THE OLIVE GARDEN,
RED LOBSTER, AND RENAISSANCE CRUISES.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $1000.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,190.92 | 85.00 | 200.00 | .00 | 34.93 | .00 | 2,110.85 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 08/11/98 | 09/05/98 | 5,000 | 2,889 | 0 | .00 | 42.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0507% | 2,222.16 | 34.93 | 18.490% | |
| CASH ADVANCES | 31 | .0586% | .00 | .00 | 21.400% | |

**Customer Service**

The Optima<sup>SM</sup> Card



Account
Charges

24    W4    1    48 01

| | Cardmember Name | | | Account Number | | Bill Closing Date | Page | |
|---|---|---|---|---|---|---|---|---|
| | CHAD EDWARD | | | 3723-163363-61001 | | 08-11-98 | **2** of 2 | |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | | Charges | Credits |

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000.

/NFQB4011

/ ST PG 2 OF 2 /

// PG-0115

# Account Statement

**MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.**

OPTIMA

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 43.00 | .00 | 10/06/98 | 2,199.32 | 3723-163363-61001 | $ |

**Make check payable to:**

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

lIldallaadllaabdalladllaadllaalluuullldabdalaull

2316336367 000043000002199320

**Cardmember News**  PLEASE REMEMBER: To avoid finance charges, payment in full must be received by the payment due date.

| Cardmember Name | | | Account Number | | | Page |
|---|---|---|---|---|---|---|
| **CHAD EDWARD** | | | **3723-163363-61001** | | | **1** of **2** |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| | | | **CARD 3723-163363-61001 TRANSACTIONS** | | |
| 831247-0 | 09/04 | 09/04 | PAYMENT RECEIVED – THANK YOU     09/04 | | 100.00 |
| | | | **TOTAL FOR CARD 100** | .00 | 100.00 |
| | | | **CARD 3723-163363-61019 TRANSACTIONS** | | |
| 501242-1 | 08/29 | 08/30 | COLONIAL HOUSE INN   YARMOUTH        MA 0000-0830 LODGING              08/29/98 | 154.35 | |
| | | | **TOTAL FOR CARD 101** | 154.35 | .00 |
| | | | **ACCOUNT TOTAL** | 154.35 | 100.00 |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,110.85 | 154.35 | 100.00 | .00 | 34.12 | .00 | 2,199.32 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 09/11/98 | 10/06/98 | 5,000 | 2,801 | 0 | .00 | 43.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0507% | 2,171.07 | 34.12 | 18.490% | |
| CASH ADVANCES | 31 | .0586% | .00 | .00 | 21.400% | |

**Customer Service**

The Optima^SM Card



Account Charges

| Am. Exp. Reference No. | Cardmember Name | Account Number | Bill Closing Date | Page |
| --- | --- | --- | --- | --- |
| | CHAD EDWARD | 3723-163363-61001 | 09-11-98 | 2 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
| --- | --- | --- | --- | --- | --- |
| | | | EARN MILES TWICE AS FAST!  NOW YOU AUTOMATICALLY EARN TWO MILES FOR EVERY DOLLAR CHARGED WHEN YOU USE YOUR DELTA SKYMILES CARD AT THE FOLLOWING DOUBLEMILES PARTNERS:  THE FLOWER CLUB, HERTZ, HILTON HOTELS. MCI, THE OLIVE GARDEN, RED LOBSTER, AND RENAISSANCE CRUISES. | | |
| | | | YOUR TOTAL MILES EARNED THIS BILLING PERIOD IS       154. | | |
| | | | THESE MILES HAVE BEEN TRANSFERRED TO YOUR DELTA AIR LINES SKYMILES ACCOUNT. | | |
| | | | YOUR CASH ADVANCE LIMIT IS     $1000 AVAILABLE BALANCE FOR NEW CASH ADVANCE TRANSACTION IS    $1000. | | |
| | | | ACCOUNT GRACE PERIOD=STANDARD GRACE (SEE STATEMENT BACK FOR DETAILS). | | |
| | | | FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL 1-800-430-1000. | | |

The Optima℠ Card

27

W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 08/29/98 | 0000-0830 | 01 |

Service Establishment and Location
COLONIAL HOUSE INN  YARMOUTH          MA

Record of Charge

FOOD/BEV                    $128.35

WAITER                      $26.00

S/E #   2200514131

| TOTAL CHARGE AMOUNT | $154.35 |
|---|---|

NFQ84011

X

28

**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **41.00** | **.00** | **11/06/98** | **2,051.33** | **3723-163363-61001** | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

2316336367 000041000002051333

**Cardmember News**   Earn rewards twice as fast!  You'll receive double miles when you use your Delta SkyMiles(R) Credit Card at any Wal-Mart from October 1 through December 31,1998.  Just pay for your purchases with the Card and watch your everyday purchases add up to free travel.

| Cardmember Name | | | | Account Number | | Page |
|---|---|---|---|---|---|---|
| **CHAD EDWARD** | | | | **3723-163363-61001** | | **1** of **2** |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| | | | **CARD 3723-163363-61001 TRANSACTIONS** | | |
| 831276-0 | 10/03 | 10/03 | PAYMENT RECEIVED - THANK YOU    10/03 | | 300.00 |
| | | | **TOTAL FOR CARD 100** | **.00** | **300.00** |
| | | | **CARD 3723-163363-61019 TRANSACTIONS** | | |
| 501263-1 | 09/18 | 09/20 | RED LOBSTER   000059N DARTMOUTH       MA 099401176 FOOD/BEVERAGE              09/18/98 | 117.21 | |
| | | | **TOTAL FOR CARD 101** | **117.21** | **.00** |
| | | | **ACCOUNT TOTAL** | **117.21** | **300.00** |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,199.32 | 117.21 | 300.00 | .00 | 34.80 | .00 | 2,051.33 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 10/12/98 | 11/06/98 | 5,000 | 2,949 | 0 | .00 | 41.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0507% | 2,214.23 | 34.80 | 18.490% | |
| CASH ADVANCES | 31 | .0586% | .00 | .00 | 21.400% | |

**Customer Service**

The Optima℠ Card

Account Charges

29    W4



| Am. Exp. Reference No. | Cardmember Name | | Account Number | Bill Closing Date | Page | | |
|---|---|---|---|---|---|---|---|
| | CHAD EDWARD | | 3723-163363-61001 | 10-12-98 | 2 | of | 2 |
| | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits | |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  THE FLOWER CLUB, HERTZ,
HILTON HOTELS, MCI, THE OLIVE GARDEN,
RED LOBSTER, AND RENAISSANCE CRUISES.

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS      234.*

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS     $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000.

/NFG84011

/ ST PG  2 OF  2 /

// PG-0110

The Optima℠ Card

| Cardmember Name | Account Number | Bill Closing Date | Receipt Page |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 10-12-98 | 1  of  1 |

30    W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 09/18/98 | 099401176 | 02 |

Service Establishment and Location
RED LOBSTER    00005SN DARTMOUTH    MA

Record of Charge

FOOD/BEV                    $117.21

TIP

S/E #    2201095940

| TOTAL CHARGE AMOUNT |
|---|
| $117.21 |

NFQB4011

X

# Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

OPTIMA

**Monthly Activity Summary**

| Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|
| 41.00 | .00 | 12/07/98 | 2,099.93 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

2316336367 000041000002099936

**Cardmember News**   Earn rewards twice as fast!  You'll receive double miles when you use your Delta SkyMiles(R) Credit Card at any Wal-Mart from October 1 through December 31, 1998.  Just pay for your purchases with the Card and watch your everyday purchases add up to free travel.

| Cardmember Name | | | | Account Number | | Page | |
|---|---|---|---|---|---|---|---|
| **CHAD EDWARD** | | | | **3723-163363-61001** | | 1 of | 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| | | | **CARD 3723-163363-61001 TRANSACTIONS** | | |
| 831314-0 | 11/10 | 11/10 | PAYMENT RECEIVED - THANK YOU        11/10 | | 200.00 |
| | | | **TOTAL FOR CARD 100** | .00 | 200.00 |
| | | | **CARD 3723-163363-61019 TRANSACTIONS** | | |
| 501291-1 | 10/16 | 10/18 | CARDOZAS WINE AND SPN DARTMOUTH,         MA 106041165 ALCOHOL/BEVERAGE        10/16/98 | 213.85 | |
| | | | **TOTAL FOR CARD 101** | 213.85 | .00 |
| | | | **ACCOUNT TOTAL** | 213.85 | 200.00 |

**Account Summary**

| Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|
| 2,051.33 | 213.85 | 200.00 | .00 | 34.75 | .00 | 2,099.93 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 11/12/98 | 12/07/98 | 5,000 | 2,900 | 0 | .00 | 41.00 |

**Finance Charge**

| | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0500% | 2,241.89 | 34.75 | 18.240% | |
| CASH ADVANCES | 31 | .0579% | .00 | .00 | 21.150% | |

**Customer Service**

The Optima℠ Card





| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|

Cardmember Name: **CHAD EDWARD**

Account Number: **3723-163363-61001**

Bill Closing Date: **11-12-98**

Page: **2** of

```
********************************************
*          DELTA AIR LINES SKYMILES        *
*                                          *
TOTAL MILES EARNED EACH BILLING PERIOD
ARE TRANSFERRED TO YOUR DELTA AIR LINES
SKYMILES ACCOUNT.
FOR SKYMILES ACCOUNT INFORMATION, CALL
DELTA'S INSTANT INFO(TM) AT 1800-325-3999.

YOUR CASH ADVANCE LIMIT IS     $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD
```

| Cardmember Name | Account Number | Bill Closing Date | Receipt Page |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 11-12-98 | 1 of |

W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 10/16/98 | 106041165 | 84 |

Service Establishment and Location
CARDOZAS WINE AND SPN DARTMOUTH,   MA

Record of Charge

ALCOHOL/BEVERAGE

S/E #   2203052683

| TOTAL CHARGE AMOUNT | $213.85 |
|---|---|

NFQB4011

X

NFOB4011 0425

34        W4

**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 49.00 | .00 | 01/06/99 | 2,495.15 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

2316336367 000049000002495151

**Cardmember News**  Turn everyday purchases into extraordinary rewards with your Delta SkyMiles(R) Credit Card!  Use it everyday and everywhere - at department stores, restaurants, gas stations, and theaters - and watch the miles add up to free travel.

| | Cardmember Name | | Account Number | | Page |
|---|---|---|---|---|---|
| | CHAD EDWARD | | 3723-163363-61001 | | 1 of  2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| | | | **CARD 3723-163363-61001 TRANSACTIONS** | | |
| 831340-0 | 12/06 | 12/06 | PAYMENT RECEIVED - THANK YOU        12/06 | | 100.00 |
| | | | **TOTAL FOR CARD 100** | .00 | 100.00 |
| | | | **CARD 3723-163363-61019 TRANSACTIONS** | | |
| 501317-1 | 11/12 | 11/13 | WAL-MART  2157        NORTH DARTMOU     MA<br>56038553 GENERAL MERCHANDISE      11/12/98 | 52.84 | |
| 501327-1 | 11/20 | 11/23 | GENERAL NUTRITION #3N DARTMOUTH       MA<br>032725096 HEALTH FOOD/PRODUCTS    11/20/98 | 55.10 | |
| 501338-1 | 12/04 | 12/04 | WAL-MART  2157        NORTH DARTMOU     MA<br>90167549 GENERAL MERCHANDISE      12/04/98 | 150.78 | |
| 501339-1 | 12/04 | 12/05 | SHOWTIME OVEN        888-486-1806       CA<br>42062149  SHOWTIMEOVEN            12/04/98 | 183.70 | |
| | | | **PAGE TOTAL** | 442.42 | 100.00 |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,099.93 | 461.30 | 100.00 | .00 | 33.92 | .00 | 2,495.15 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 12/12/98 | 01/06/99 | 5,000 | 2,505 | 0 | .00 | 49.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0493% | 2,293.55 | 33.92 | 17.990% | |
| CASH ADVANCES | 30 | .0573% | .00 | .00 | 20.900% | |

Customer Service

**The Optima℠ Card**

35    W4



Account
Charges

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| | Cardmember Name **CHAD EDWARD** | | | Account Number **3723-163363-61001** | Bill Closing Date **12-12-98** | Page **2** of **2** |
| 501339-1 | 12/04 | 12/05 | SHOWTIME OVEN          888-486-1806          CA 42062149   SHOWTIMEOVEN               12/04/98 | | 18.88 | |
| | | | **TOTAL FOR CARD 101** | | **461.30** | .00 |
| | | | **ACCOUNT TOTAL** | | **461.30** | 100.00 |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  THE FLOWER CLUB, HERTZ,
HILTON HOTELS, MCI, THE OLIVE GARDEN,
RED LOBSTER, AND RENAISSANCE CRUISES.

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS      514.*

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS     $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

The Optima℠ Card

| Cardmember Name | Account Number | Bill Closing Date | Receipt Page |
|---|---|---|---|
| 36   W4   **CHAD EDWARD** | **3723-163363-61001** | **12-12-98** | 1   of |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 11/12/98 | 56038553 | 30 |

Service Establishment and Location
WAL-MART  2157     NORTH DARTMOU     MA

Record of Charge

GENERAL MERCHANDISE

S/E #   1035700418

| | TOTAL CHARGE AMOUNT | $52.84 |
|---|---|---|

NFQB4011

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 11/20/98 | 032725096 | 87 |

Service Establishment and Location
GENERAL NUTRITION #3N DARTMOUTH     MA

Record of Charge

HEALTH FOOD/PRODUCTS

S/E #   2204401590

| | TOTAL CHARGE AMOUNT | $55.10 |
|---|---|---|

X

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 12/04/98 | 90167549 | 86 |

Service Establishment and Location
WAL-MART  2157     NORTH DARTMOU     MA

Record of Charge

GENERAL MERCHANDISE

S/E #   1035700418

| | TOTAL CHARGE AMOUNT | $150.78 |
|---|---|---|

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 12/04/98 | 42062149 | 16 |

Service Establishment and Location
SHOWTIME OVEN     888-486-1806     CA

Record of Charge

SHOWTIMEOVEN

ROC NUMBER 0050140830

S/E #   5042217028

| | TOTAL CHARGE AMOUNT | $183.70 |
|---|---|---|

Case 1:04-cv-12462-MLW    Document 2-2    Filed 11/30/2004    Page 22 of 26

| Cardmember Name | Account Number | Bill Closing Date | Receipt Page |
|---|---|---|---|
| 37    W4    CHAD EDWARD | 3723-163363-61001 | 12-12-98 | 2 of |

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 12/04/98 | 42062149 | 38 |

Service Establishment and Location
SHOWTIME OVEN          888-486-1806          CA

Record of Charge

SHOWTIMEOVEN

ROC NUMBER 0050140831

S/E #    5042217026

TOTAL CHARGE AMOUNT          $18.88

NFQB4011

X

# Account Statement

**YOUR ACCOUNT IS PAST DUE. PLEASE REMIT PAYMENT IMMEDIATELY.**

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 107.00 | 49.00 | 02/06/99 | 2,909.80 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

2316336367 000107000002909804

**Cardmember News**

Continue to enjoy the advantages of the DoubleMiles program! From January 1 through December 31, 1999, you'll earn double miles for every eligible dollar charged with your Delta SkyMiles(R) Credit Card at our domestic DoubleMiles partners -- MCI, Olive Garden and Red Lobster.

| Cardmember Name | Account Number | Page |
|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| | | | **CARD 3723-163363-60003 TRANSACTIONS** | | |
| 431012-0 | 01/12 | 01/12 | DELINQUENCY FEE ASSESSMENT MIN PAYMENT NOT RECEIVED BY DUE DATE | 25.00 | |
| | | | **TOTAL FOR CARD 000** | **25.00** | **.00** |
| | | | **CARD 3723-163363-61019 TRANSACTIONS** | | |
| 501350-1 | 12/15 | 12/16 | WAL-MART   2157      NORTH DARTMOU      MA 13160424 GENERAL MERCHANDISE      12/15/98 | 182.24 | |
| 501354-1 | 12/19 | 12/20 | WAL-MART   2157      NORTH DARTMOU      MA 21383753 GENERAL MERCHANDISE      12/19/98 | 28.07 | |
| 501357-1 | 12/22 | 12/23 | WAL-MART   2157      NORTH DARTMOU      MA 29050213 GENERAL MERCHANDISE      12/22/98 | 70.40 | |
| 501002-1 | 01/01 | 01/02 | LE PAGE'S SEAFOOD      FALL RIVER      MA 0000-0102 FOOD/BEVERAGE      01/01/99 | 48.28 | |
| | | | **PAGE TOTAL** | **353.99** | **.00** |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,495.15 | 372.69 | .00 | .00 | 41.96 | .00 | 2,909.80 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 01/12/99 | 02/06/99 | 5,000 | 2,090 | 0 | 49.00 | 107.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0486% | 2,784.86 | 41.96 | 17.740% | |
| CASH ADVANCES | 31 | .0566% | .00 | .00 | 20.650% | |

**Customer Service**

The Optima℠ Card



Account
Charges

| Am. Exp. Reference No. | Cardmember Name CHAD EDWARD | | Account Number 3723-163363-61001 | | Bill Closing Date 01-12-99 | | Page 2 of 2 |
|---|---|---|---|---|---|---|---|
| | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits |
| 501002-1 | 01/01 | 01/02 | WAL-MART 2157 NORTH DARTMOU MA 43983253 GENERAL MERCHANDISE 01/01/99 | | | 18.70 | |
| | | | **TOTAL FOR CARD 101** | | | **347.69** | **.00** |
| | | | **ACCOUNT TOTAL** | | | **372.69** | **.00** |

EARN MILES TWICE AS FAST! NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS: MCI, THE OLIVE GARDEN AND
RED LOBSTER.

YOU EARNED BONUS MILES FOR PURCHASES AT
WALMART.

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS    778.*

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

The Optima℠ Card

| Cardmember Name | Account Number | Bill Closing Date | Receipt Page |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 01-12-99 | 1 of |

40

W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 12/15/98 | 13180424 | 32 |

Service Establishment and Location
WAL-MART 2157    NORTH DARTMOU    MA

Record of Charge

GENERAL MERCHANDISE

S/E #   1035700418

TOTAL CHARGE AMOUNT    $182.24

---

NFQB4011

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 12/19/98 | 21383753 | 43 |

Service Establishment and Location
WAL-MART 2157    NORTH DARTMOU    MA

Record of Charge

GENERAL MERCHANDISE

S/E #   1035700418

TOTAL CHARGE AMOUNT    $28.07

X

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 12/22/98 | 29050213 | 59 |

Service Establishment and Location
WAL-MART 2157    NORTH DARTMOU    MA

Record of Charge

GENERAL MERCHANDISE

S/E #   1035700418

TOTAL CHARGE AMOUNT    $70.40

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 01/01/99 | 0000-0102 | 80 |

Service Establishment and Location
LE PAGE'S SEAFOOD    FALL RIVER    MA

Record of Charge

FOOD/BEV              $40.28

WAITER               $8.00

S/E #   2201054350

TOTAL CHARGE AMOUNT    $48.28

| | Cardmember Name | Account Number | Bill Closing Date | Receipt Page |
|---|---|---|---|---|
| 41 | CHAD EDWARD | 3723-163363-61001 | 01-12-99 | 2 of |

W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 01/01/99 | 43983253 | 10 |

Service Establishment and Location
WAL-MART  2157      NORTH DARTMOU      MA

Record of Charge

GENERAL MERCHANDISE

S/E #    1035700418

| TOTAL CHARGE AMOUNT | $18.70 |
|---|---|

NFQB4011

X

NFQB4011 0117

42

W4

OPTIMA

1  48 0

# Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of paymen enclosed |
|---|---|---|---|---|---|---|
| | **45.00** | **.00** | **03/08/99** | **2,258.16** | **3723-163363-61001** | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

2316336367 0000045000002258165

**Cardmember News**  Earn free travel twice as fast!  You'll receive double miles when you use your Delta SkyMiles(R) Credit Card at supermarkets and drug stores from February 1 through April 30, 1999.  Just pay for your purchases with the Card and watch your everyday purchases add up to free travel!

**Cardmember Name**
**CHAD EDWARD**

**Account Number**
**3723-163363-61001**

**Page**
**1** of **2**

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| | | | **CARD 3723-163363-61001 TRANSACTIONS** | | |
| 831018-0 | 01/18 | 01/18 | PAYMENT RECEIVED - THANK YOU        01/18 | | 300.00 |
| 831038-0 | 02/07 | 02/07 | PAYMENT RECEIVED - THANK YOU        02/07 | | 500.00 |
| | | | **TOTAL FOR CARD 100** | **.00** | **800.00** |
| | | | **CARD 3723-163363-61019 TRANSACTIONS** | | |
| 501017-1 | 01/17 | 01/17 | WAL-MART   2157      NORTH DARTMOU      MA 62415814 GENERAL MERCHANDISE          01/17/99 | 56.25 | |
| | | | **PAGE TOTAL** | **56.25** | **800.00** |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,909.80 | 109.39 | 800.00 | .00 | 38.97 | .00 | 2,258.16 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 02/11/99 | 03/08/99 | 5,000 | 2,742 | 0 | .00 | 45.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0486% | 2,673.01 | 38.97 | 17.740% | |
| CASH ADVANCES | 30 | .0566% | .00 | .00 | 20.650% | |

Customer Service

The Optima℠ Card



| Am. Exp. Reference No. | Cardmember Name **CHAD EDWARD** | Date of Transaction | Date of Posting | Transaction Description | Account Number **3723-163363-61001** | Bill Closing Date **02-11-99** | Charges | Page **2** of 2 Credits |
|---|---|---|---|---|---|---|---|---|
| 501027-1 | | 01/27 | 01/27 | WAL-MART 2157    NORTH DARTMOU    MA 74140741 GENERAL MERCHANDISE    01/27/99 | | | 53.14 | |
| | | | | **TOTAL FOR CARD 101** | | | 109.39 | .00 |
| | | | | **ACCOUNT TOTAL** | | | 109.39 | 800.00 |

```
*********************************************
*                                           *
*         DELTA AIR LINES SKYMILES          *
*                                           *
TOTAL MILES EARNED EACH BILLING PERIOD
ARE TRANSFERRED TO YOUR DELTA AIR LINES
SKYMILES ACCOUNT.
FOR SKYMILES ACCOUNT INFORMATION, CALL
DELTA'S INSTANT INFO(TM) AT 1800-325-3999.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $1000.

EFFECTIVE WITH BILLING PERIODS ENDING IN
APRIL 1999, THE ANNUAL PERCENTAGE RATE
APPLIED TO ACCOUNTS NOT IN GOOD STANDING
WILL BE A FIXED RATE OF 23.99% WITH A
DAILY PERIODIC RATE OF 0.0657%

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD
```

The Optima℠ Card

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 01/17/99 | 62415814 | 44 |

Service Establishment and Location
WAL-MART 2157    NORTH DARTMOU    MA

Record of Charge

GENERAL MERCHANDISE

S/E #   1035700418

TOTAL CHARGE AMOUNT    **$56.25**

NFQB4011

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 01/27/99 | 74140741 | 20 |

Service Establishment and Location
WAL-MART 2157    NORTH DARTMOU    MA

Record of Charge

GENERAL MERCHANDISE

S/E #   1035700418

TOTAL CHARGE AMOUNT    **$53.14**

X

NFQB4011_0109

45

W4

OPTIMA

# Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

1  48  0

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of paymer enclosed |
|---|---|---|---|---|---|---|
| | **40.00** | **.00** | **04/02/99** | **2,001.03** | **3723-163363-61001** | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

**Make check payable to:**

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

llldlllllllllllllllllllllllllllllllllllllllllll

0000372316336361001 0002001030000004000 15dd

**Cardmember News**   Use your Card to pay your federal income taxes and earn miles.  File electronically, then call 888-2PAY-TAX(SM) to charge your IRS payment.  For this convenience, a fee from US Audiotex(SM), the service provider, will appear on your next statement.  You will be informed of the fee at the time of the call.  For more information, call toll-free at 877-754-4413.

| Cardmember Name | | | | Account Number | | Page |
|---|---|---|---|---|---|---|
| **CHAD EDWARD** | | | | **3723-163363-61001** | | **1** of **2** |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| | | | **CARD 3723-163363-61001 TRANSACTIONS** | | | |
| 831060-0 | 03/01 | 03/01 | PAYMENT RECEIVED - THANK YOU | 03/01 | | 500.00 |
| | | | **TOTAL FOR CARD 100** | | **.00** | **500.00** |
| | | | **CARD 3723-163363-61019 TRANSACTIONS** | | | |
| 600047-1 | 02/14 | 02/16 | CONTINENTAL AIRLINES HOUSTON TKT# 0052719019465 | TX 02/14 | 210.00 | |
| | | | **TOTAL FOR CARD 101** | | **210.00** | **.00** |
| | | | **ACCOUNT TOTAL** | | **210.00** | **500.00** |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,258.16 | 210.00 | 500.00 | .00 | 32.87 | .00 | 2,001.03 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 03/13/99 | 04/02/99 | 5,000 | 2,999 | 0 | .00 | 40.00 |

| Finance Charge PURCHASES CASH ADVANCES | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| | 30 | .0486% | 2,254.14 | 32.87 | 17.740% | |
| | 30 | .0566% | .00 | .00 | 20.650% | |

Customer Service

The Optima℠ Card



NFQB4011_0110

46    W4

Account
Charges

| Am. Exp. Reference No. | Cardmember Name **CHAD EDWARD** | | Account Number **3723-163363-61001** | Bill Closing Date **03-13-99** | Page **2** of 2 |
|---|---|---|---|---|---|
| | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |



EARN MILES TWICE AS FAST! NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS: MCI, THE OLIVE GARDEN AND
RED LOBSTER.

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS        210.

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/NFQB4011

// PG-0110    / ST PG 2 OF 2 /

The Optima℠ Card

47   W4

Cardmember Name
**CHAD EDWARD**

Account Number
**3723-163363-61001**

Bill Closing Date
**03-13-99**

Receipt Page

**1** of

| Cardmember Account No | Transaction Date | Ticket Number |
|---|---|---|
| 3723-163363-61019 | 02/14/99 | 00527190194650 |

Passenger Name
EDWARD/SANDRALMS

Ticketing Airline
CONTINENTAL AIRLINES

Issuer Name
CONTINENTAL AIRLINES

Issuer Address
HOUSTON   TX

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| To: KEY WEST FLORIDA | | | |
| To: TAMPA FL | CO | VR | 210.00 |
| To: | | | Amexco Use Only |
| To: | | | 04670284 |
| | | | 000162 |
| | | | 75  047000 |

PASSENGER TICKET
S/E # 7992401687

NFQB4011

X

NFQB4011 0105

**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

48   W4

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 45.00 | .00 | 05/02/99 | 2,260.34 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD    MA    02745-0037

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES    CA 90096-0001

0000372316336361001 000226034000004500 14ᴴᴴ

**Cardmember News**  Don't miss your chance to earn free travel twice as fast!  You'll receive double miles when you use your Gold Delta SkyMiles(R) Credit Card at supermarkets and drug stores through April 30, 1999.  Just pay for your purchases with the Card and watch your everyday purchases add up to free travel.

| Cardmember Name | | | | Account Number | | Page |
|---|---|---|---|---|---|---|
| CHAD EDWARD | | | | 3723-163363-61001 | | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| | | | **CARD 3723-163363-61001 TRANSACTIONS** | | | |
| 831088-0 | 03/29 | 03/29 | PAYMENT RECEIVED - THANK YOU | 03/29 | | 250.00 |
| 501078-0 | 03/13 | 03/19 | INTERVAL INTERNATIONMIAMI          FL 700 M#435 INTERVAL INT* EXCHANGE  03/13/99 | | 254.00 | |
| 501079-0 | 03/19 | 03/20 | HEARTLAND AMERICA  18009661233     MN 00224797  CATALOG MERCHANT      03/19/99 | | 80.93 | |
| | | | **TOTAL FOR CARD 100** | | **334.93** | **250.00** |
| | | | **CARD 3723-163363-61019 TRANSACTIONS** | | | |
| 501089-1 | 03/28 | 03/30 | RUBY TUESDAYS #3906 DARTMOUTH      MA 18160003  FOOD/BEVERAGE        03/28/99 | | 39.84 | |
| | | | **PAGE TOTAL** | | **374.77** | **250.00** |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,001.03 | 475.99 | 250.00 | .00 | 33.32 | .00 | 2,260.34 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 04/12/99 | 05/02/99 | 5,000 | 2,740 | 0 | .00 | 45.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0486% | 2,285.51 | 33.32 | 17.740% | |
| CASH ADVANCES | 30 | .0566% | .00 | .00 | 20.650% | |

**Customer Service**

The Optima℠ Card



| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| Cardmember Name: **CHAD EDWARD** | | | Account Number **3723-163363-61001** | Bill Closing Date **04-12-99** | Page **2** of |
| 501089-1 | 03/29 | 03/30 | WAL-MART  2157   NORTH DARTMOU   MA  52140863 GENERAL MERCHANDISE   03/29/99 | 101.22 | |
| | | | **TOTAL FOR CARD 101** | 141.06 | .00 |
| | | | **ACCOUNT TOTAL** | 475.99 | 250.00 |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI, THE OLIVE GARDEN AND
RED LOBSTER.

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS      476.

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

The Optima℠ Card

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 03/13/99 | 700 M#435 | 60 |

Service Establishment and Location
INTERVAL INTERNATION MIAMI          FL

Record of Charge

INTERVAL INT* EXCHANGE

S/E #   4090116815

| | TOTAL CHARGE AMOUNT | $254.00 |

---

NFQB4011

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 03/19/99 | 00224797 | 98 |

Service Establishment and Location
HEARTLAND AMERICA   18009661233          MN

Record of Charge

S/E #   3226707743

| | TOTAL CHARGE AMOUNT | $80.93 |

X

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 03/29/99 | 52140863 | 08 |

Service Establishment and Location
WAL-MART 2157     NORTH DARTMOU     MA

Record of Charge

GENERAL MERCHANDISE

S/E #   1035700418

| | TOTAL CHARGE AMOUNT | $101.22 |

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 03/28/99 | 18160003 | 65 |

Service Establishment and Location
RUBY TUESDAYS #3906 DARTMOUTH          MA

Record of Charge

FOOD-BEV          $33.84

WAITER          $6.00

S/E #   2201084936

| | TOTAL CHARGE AMOUNT | $39.84 |

NFQB4011_0668

51    W4

**OPTIMA**

**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

1 48 0

**Monthly Activity Summary**

| Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of paymen enclosed |
|---|---|---|---|---|---|
| **47.00** | **.00** | **06/01/99** | **2,363.02** | **3723-163363-61001** | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

IlIdıdladıdlıdlhılhıdhıımdlllıdıldlıl

0000372316336361001 0002363020000004700 14dd

**Cardmember News**

Now it's even easier to earn free travel! From May 15 through June 15, 1999 when you have at least four transactions on your Gold Delta SkyMiles(R) Credit Card from American Express, you can earn double SkyMiles for every purchase. So be sure to use your Card. Terms and conditions apply.

**Cardmember Name**
**CHAD EDWARD**

**Account Number**
**3723-163363-61001**

**Page**
**1** of **2**

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| | | | **CARD 3723-163363-61001 TRANSACTIONS** | | |
| 831122-0 | 05/02 | 05/02 | PAYMENT RECEIVED - THANK YOU     05/02 | | 100.00 |
| | | | **TOTAL FOR CARD 100** | **.00** | **100.00** |
| | | | **CARD 3723-163363-61019 TRANSACTIONS** | | |
| 501103-1 | 04/12 | 04/13 | WAL-MART 2157      NORTH DARTMOU      MA 72166351 GENERAL MERCHANDISE      04/12/99 | 83.97 | |
| 501104-1 | 04/13 | 04/14 | WAL-MART 2157      NORTH DARTMOU      MA 73440413 GENERAL MERCHANDISE      04/13/99 | 83.60 | |
| | | | **TOTAL FOR CARD 101** | **167.57** | **.00** |
| | | | **ACCOUNT TOTAL** | **167.57** | **100.00** |

**Account Summary**

| Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|
| 2,260.34 | 167.57 | 100.00 | .00 | 35.11 | .00 | 2,363.02 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 05/12/99 | 06/01/99 | 5,000 | 2,637 | 0 | .00 | 47.00 |

**Finance Charge PURCHASES CASH ADVANCES**

| | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0486% | 2,408.34 | 35.11 | 17.740% | |
| CASH ADVANCES | 30 | .0566% | .00 | .00 | 20.650% | |

**Customer Service**

The Optima℠ Card



Account
Charges

| Am. Exp. Reference No. | Cardmember Name | | Account Number | Bill Closing Date | Page |
|---|---|---|---|---|---|

Cardmember Name

**CHAD EDWARD**

Account Number

**3723-163363-61001**

Bill Closing Date

**05-12-99**

Page

**2** of

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|

EARN MILES TWICE AS FAST! NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS: MCI, THE OLIVE GARDEN AND
RED LOBSTER.

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS        168.

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS     $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

53

W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 04/12/99 | 72166351 | 72 |

Service Establishment and Location
WAL-MART 2157     NORTH DARTMOU     MA

Record of Charge

GENERAL MERCHANDISE

S/E #   1035700418

TOTAL CHARGE AMOUNT          $83.97

NFQB4011

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61019 | 04/13/99 | 73440413 | 22 |

Service Establishment and Location
WAL-MART 2157     NORTH DARTMOU     MA

Record of Charge

GENERAL MERCHANDISE

S/E #   1035700418

X

TOTAL CHARGE AMOUNT          $83.60

NFQB4012 .0728

54

W4

**Account Statement**

1  48 0

**MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.**

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of paymen enclosed |
|---|---|---|---|---|---|---|
| | **51.00** | **.00** | **07/01/99** | **2,557.81** | **3723-163363-61001** | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

**Make check payable to:**
AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

0000372316336361001 0002557810000005100 13дд

**Cardmember News**   Protect your vacation money with American Express(R) Travelers Cheques.  Lost or stolen American Express Travelers Cheques can be refunded, usually within 24 hours, virtually anywhere in the world.  Available at participating American Express locations, AAA Travel Offices, banks and credit unions.

| Cardmember Name **CHAD EDWARD** | | | | Account Number **3723-163363-61001** | | Page **1** of **2** |
|---|---|---|---|---|---|---|
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
| 831148-0 | 05/28 | 05/28 | PAYMENT RECEIVED - THANK YOU        05/28 | | | 100.00 |
| 501141-0 | 05/20 | 05/21 | DAMARK CATALOG         800-827-6767        MN 41954265 MERCHANDISE        05/20/99 | | 230.99 | |
| 496147-0 | 05/25 | 05/27 | FOOD  &  WINE  MAGAZINE 116281317 12 MONTH SUBSCRIPTION        05/25/99 | | 27.00 | |
| | | | **ACCOUNT TOTAL** | | **257.99** | **100.00** |

EARN MILES TWICE AS FAST!   NOW YOU AUTOMATICALLY EARN TWO MILES FOR EVERY DOLLAR CHARGED WHEN YOU USE YOUR DELTA SKYMILES CARD AT THE FOLLOWING DOUBLEMILES PARTNERS:  MCI, THE OLIVE GARDEN AND RED LOBSTER.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,363.02 | 257.99 | 100.00 | .00 | 36.80 | .00 | 2,557.81 |
| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
| | 06/11/99 | 07/01/99 | 5,000 | 2,442 | 0 | | 51.00 |

| Finance Charge PURCHASES CASH ADVANCES | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| | 30 | .0486% | 2,523.89 | 36.80 | 17.740% | |
| | 30 | .0566% | .00 | .00 | 20.650% | |

**Customer Service**

The Optima℠ Card

(sidebar, rotated text) 0274500378 / NFQB4012   N ZIP  OZ / 2 OZ 2 / N   / ST PG  1 OF  2 OF  2   // PG-0728



| Am. Exp.<br>Reference No. | Cardmember Name<br>CHAD EDWARD | Date of<br>Transaction | Date of<br>Posting | Transaction<br>Description | Account Number<br>3723-163363-61001 | Bill Closing<br>Date<br>06-11-99 | | Page<br>2 of 2 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Charges | | Credits |

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS      758.*

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/NFQB4012

// PG-0729  / ST PG  2 OF  2 /

The Optima℠Card

Cardmember Name
**CHAD EDWARD**

Account Number
**3723-163363-61001**

Bill Closing Date
**06-11-99**

Receipt Page
**1**   of

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 05/20/99 | 41954265 | 85 |

Service Establishment and Location
DAMARK CATALOG      800-827-6767      MN

Record of Charge

MERCHANDISE

ROC NUMBER 0086468041

S/E #   3226701795

TOTAL CHARGE AMOUNT      **$230.99**

NFQB4012

X

NFQB4012  0743

1 48 0

57

W4

**OPTIMA**

## Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

**Monthly Activity Summary**

| Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of paymen enclosed |
|---|---|---|---|---|---|
| 46.00 | .00 | 08/01/99 | 2,343.14 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

**Make check payable to:**
AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES   CA 90096-0001

0000372316336361001 0002343140000004600 14ᴴᴴ

**Cardmember News**   Use your Gold Delta SkyMiles(R) Credit Card when you book with Renaissance Cruises and you can now earn double miles! Renaissance Cruises joins 1-800-FLOWERS, Hertz, Olive Garden, MCI WorldCom, and Red Lobster in the growing list of establishments that give you two miles for every eligible dollar you charge.  Terms and conditions apply.

| Cardmember Name **CHAD EDWARD** | | | | Account Number **3723-163363-61001** | | Page **1 of 2** |
|---|---|---|---|---|---|---|
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
| 831191-0 | 07/10 | 07/10 | PAYMENT RECEIVED - THANK YOU          07/10 | | | 51.00 |
| 501163-0 | 06/12 | 06/12 | DAMARK CATALOG          800-827-6767          MN 41954265  MERCHANDISE                06/12/99 | | | 229.99 |
| 496184-0 | 07/02 | 07/03 | FOOD & WINE COOKBOOK SERIES   NEW YORK NY 99183000H F&W 1999 ANNUAL          07/02/99 | | 30.90 | |
| | | | **ACCOUNT TOTAL** | | **30.90** | **280.99** |

EARN MILES TWICE AS FAST!   NOW YOU AUTOMATICALLY EARN TWO MILES FOR EVERY DOLLAR CHARGED WHEN YOU USE YOUR DELTA SKYMILES CARD AT THE FOLLOWING DOUBLEMILES PARTNERS:  MCI, THE OLIVE GARDEN AND RED LOBSTER.

**Account Summary**

| Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|
| 2,557.81 | 30.90 | 51.00 | 229.99 | 35.42 | .00 | 2,343.14 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 07/12/99 | 08/01/99 | 5,000 | 2,657 | 0 | .00 | 46.00 |

**Finance Charge**
**PURCHASES**
**CASH ADVANCES**

| | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0486% | 2,350.92 | 35.42 | 17.740% | |
| CASH ADVANCES | 31 | .0568% | .00 | .00 | 20.740% | |

**Customer Service**

The Optima℠ Card



58

Account
Charges

| Am. Exp. Reference No. | Cardmember Name CHAD EDWARD | | Account Number 3723-163363-61001 | Bill Closing Date 07-12-99 | Page 2 of |
|---|---|---|---|---|---|
| | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS      -199.

CREDITS APPEARING THIS BILLING PERIOD
HAVE RESULTED IN A NEGATIVE NUMBER OF
MILES EARNED. FUTURE MERCHANDISE SPENDING
WILL BE APPLIED AGAINST YOUR NEGATIVE
MILEAGE BALANCE.

YOUR CASH ADVANCE LIMIT IS     $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $1000.

YOUR ACCOUNT RENEWS NEXT MONTH. WE LOOK
FORWARD TO PROVIDING YOU WITH ALL THE
BENEFITS OF CARDMEMBERSHIP IN THE COMING
YEAR.

ANNUAL FEE=$85.OO.APR FORMULAS:PURCHASE
APR=PRIME RATE(PR)+ 9.99%:CASH ADVANCE
APR=PR+12.99%:ACCOUNTS NOT IN GOOD
STANDING APR=23.99%

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-8OO-43O-1OOO. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

The Optima℠ Card

Cardmember Name

**CHAD EDWARD**

Account Number

**3723-163363-61001**

Bill Closing Date

**07-12-99**

Receipt Page

1    of

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 06/12/99 | 41954265 | |

Service Establishment and Location
DAMARK CATALOG    800-827-6767    MN

Record of Charge

MERCHANDISE

ROC NUMBER 0091104173

S/E #    3226701795

TOTAL CHARGE AMOUNT    **$229.99CR**

NFQB4012

X

NFQB4012 0719

60
W4

Account
Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

1  48  0

| | Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|---|
| | | **59.00** | **.00** | **08/31/99** | **2,990.69** | **3723-163363-61001** | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD    MA    02745-0037

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES    CA 90096-0001

Ildilllllllllullllllllllllllllllllllllll

0000372316336361001 0002990690000005900 13HH

**Cardmember News** Don't miss your chance to earn free travel twice as fast!  You'll receive double miles when you use your Gold Delta SkyMiles(R) Credit Card at supermarkets through October 15, 1999.  Just pay for your purchases with the Card and watch your everyday purchases add up to free travel.

| | Cardmember Name **CHAD EDWARD** | | | | Account Number **3723-163363-61001** | | Page **1** of **2** |
|---|---|---|---|---|---|---|---|
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits |
| 831213-0 | 08/01 | 08/01 | PAYMENT RECEIVED - THANK YOU | 08/01 | | | 100.00 |
| 822193-0 | 07/12 | 07/12 | ANNUAL MEMBERSHIP FEE CHAD EDWARD PERIOD 09/99  THRU 08/00 | | | 85.00 | |
| 501207-0 | 07/25 | 07/26 | SHAW'S 127          FALL RIVER        MA 0127 8838 GROCERIES/SUNDRIES | 07/25/99 | | 177.81 | |
| 501217-0 | 08/04 | 08/05 | NATIONAL PET CENTER NORTH DARTMOU   MA 216184658 PET SHOP | 08/04/99 | | 60.86 | |
| 501219-0 | 08/06 | 08/07 | THE STAR BAR NEWPORT RI 000364254 FOOD AND BEVERAGE | 08/06/99 | | 98.00 | |
| 501221-0 | 08/05 | 08/09 | CARDOZAS WINE AND SPN DARTMOUTH,    MA 106041165 ALCOHOL/BEVERAGE | 08/05/99 | | 101.42 | |
| | | | **PAGE TOTAL** | | | **523.09** | **100.00** |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,343.14 | 709.09 | 100.00 | .00 | 38.46 | .00 | 2,990.69 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 08/11/99 | 08/31/99 | 5,000 | 2,009 | 0 | .00 | 59.00 |

| Finance Charge PURCHASES CASH ADVANCES | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| | 30 | .0493% | 2,600.35 | 38.46 | 17.990% | |
| | 30 | .0575% | .00 | .00 | 20.990% | |

Customer Service

The Optima℠ Card



Account
Charges

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|

**Cardmember Name**
CHAD EDWARD

**Account Number**
3723-163363-61001

**Bill Closing Date**
08-11-99

**Page**
2 of 2

| 501221-O | 08/08 | 08/09 | COOKE HOUSE/BANNISTERS NEWPORT RI 000032207 FOOD AND BEVERAGE    08/08/99 | 186.00 | |

**ACCOUNT TOTAL**    709.09    100.00

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI, THE OLIVE GARDEN AND
RED LOBSTER.

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS     624.

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS     $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

The Optima℠ Card

62    Cardmember Name                    Account Number                Bill Closing          Receipt Page
      W4      **CHAD EDWARD**            3723-163363-61001            Date
                                                                       08-11-99           1   of

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 07/25/99 | 0127 8838 | 49 |

Service Establishment and Location
SHAW'S 127          FALL RIVER          MA

Record of Charge

GROCERIES/SUNDRIES

S/E #   2204890826

TOTAL CHARGE AMOUNT   **$177.81**

---

NFQB4012

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 08/04/99 | 216184658 | 62 |

Service Establishment and Location
NATIONAL PET CENTER NORTH DARTMOU      MA

Record of Charge

PET SHOP

ROC NUMBER 0000107223

S/E #   2205601800

TOTAL CHARGE AMOUNT   **$60.86**

X

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 08/06/99 | 000364254 | 79 |

Service Establishment and Location
THE STAR BAR          NEWPORT          RI

Record of Charge

FOOD AND BEVERAGE
              TIP          $15.00

S/E #   2382402634

TOTAL CHARGE AMOUNT   **$98.00**

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 08/05/99 | 106041165 | 76 |

Service Establishment and Location
CARDOZAS WINE AND SPN DARTMOUTH,      MA

Record of Charge

ALCOHOL/BEVERAGE

S/E #   2203052683

TOTAL CHARGE AMOUNT   **$101.42**

Cardmember Name

CHAD EDWARD

Account Number

3723-163363-61001

Bill Closing Date

08-11-99

Receipt Page

2   of

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 08/08/99 | 000032207 | 44 |

Service Establishment and Location
COOKE HOUSE/BANNISTENEWPORT          RI

Record of Charge

FOOD AND BEVERAGE

S/E #   2381005396

| TOTAL CHARGE AMOUNT | $186.00 |
|---|---|

NFQB4012

X

NFQB4013  A714

# Account Statement

64  W4  1 48 0

YOUR ACCOUNT IS PAST DUE. PLEASE
REMIT PAYMENT IMMEDIATELY.

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 128.08 | 51.08 | 10/01/99 | 3,872.69 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD    MA    02745-0037

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES    CA 90096-0001

0000372316336361001 000387269000012808 13AA

**Cardmember News**  Earn free travel twice as fast through October 15, 1999!  You'll receive double miles when you use your Gold Delta SkyMiles(R) Credit Card at every supermarket that welcomes American Express(R) Cards.  Just pay for your purchases with the Card and watch your everyday purchases add up to free travel.

| Cardmember Name | | | | Account Number | | Page |
|---|---|---|---|---|---|---|
| CHAD EDWARD | | | | 3723-163363-61001 | | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| 501226-0 | 08/13 | 08/14 | SHAW'S 129            FAIRHAVEN         MA<br>0129 0487 GROCERIES                08/13/99 | | 86.25 | |
| 501229-0 | 08/16 | 08/17 | COOKE HOUSE/BANNISTERS NEWPORT RI<br>000032347 FOOD AND BEVERAGE       08/16/99 | | 576.90 | |
| 501229-0 | 08/16 | 08/17 | COOKE HOUSE/BANNISTERS NEWPORT RI<br>000032348 FOOD AND BEVERAGE       08/16/99 | | 120.40 | |
| 501231-0 | 08/18 | 08/19 | COOKE HOUSE/BANNISTERS NEWPORT RI<br>000032385 FOOD AND BEVERAGE       08/18/99 | | | 186.00 |
| 501232-0 | 08/19 | 08/20 | THAI TASTE            SWANSEA          MA<br>463260011 FOOD/BEV                 08/19/99 | | 61.40 | |
| 501237-0 | 08/24 | 08/25 | T.K.O. MALLEYS       N. DARTMOUTH      MA<br>440632882 FOOD/BEV                 08/24/99 | | 27.83 | |
| | | | **PAGE TOTAL** | | **872.78** | **186.00** |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 2,990.69 | 1,012.46 | .00 | 186.00 | 55.54 | .00 | 3,872.69 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 09/11/99 | 10/01/99 | 5,000 | 1,127 | 0 | 51.08 | 128.08 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0493% | 3,634.17 | 55.54 | 17.990% | |
| CASH ADVANCES | 31 | .0575% | .00 | .00 | 20.990% | |

**Customer Service**

The Optima℠ Card

NFQB4013 4714

Account
Charges

65

W4



| Am. Exp. Reference No. | Cardmember Name: **CHAD EDWARD** | | | Account Number: **3723-163363-61001** | Bill Closing Date: **09-11-99** | Page: **2** of |
|---|---|---|---|---|---|---|
| | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
| 501253-O | 09/09 | 09/10 | INT L INST OF CULINAFALL RIVER     MA<br>89356136  FOOD-BEV              09/09/99 | | 114.68 | |
| 431254-O | 09/11 | 09/11 | DELINQUENCY FEE ASSESSMENT<br>MIN PAYMENT NOT RECEIVED BY DUE DATE | | 25.00 | |
| | | | **PAGE TOTAL** | | 139.68 | .00 |
| | | | **ACCOUNT TOTAL** | | 1,012.46 | 186.00 |

```
*********************************************
*          DELTA AIR LINES SKYMILES         *
*                                           *
TOTAL MILES EARNED EACH BILLING PERIOD
ARE TRANSFERRED TO YOUR DELTA AIR LINES
SKYMILES ACCOUNT.
FOR SKYMILES ACCOUNT INFORMATION, CALL
DELTA'S INSTANT INFO(TM) AT 1800-325-3999.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $1000.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD
```

The Optima℠ Card

66

W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 08/13/99 | 0129 0487 | 17 |

Service Establishment and Location
SHAW'S 129    FAIRHAVEN    MA

Record of Charge

GROCERIES

S/E # 2204880842

TOTAL CHARGE AMOUNT **$86.25**

NFQB4013

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 08/16/99 | 000032347 | 88 |

Service Establishment and Location
COOKE HOUSE/BANNISTENEWPORT    RI

Record of Charge

FOOD AND BEVERAGE

S/E # 2381005396

TOTAL CHARGE AMOUNT **$576.90**

X

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 08/16/99 | 000032348 | 65 |

Service Establishment and Location
COOKE HOUSE/BANNISTENEWPORT    RI

Record of Charge

FOOD AND BEVERAGE

S/E # 2381005396

TOTAL CHARGE AMOUNT **$120.40**

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 08/16/99 | 000032365 | 0 |

Service Establishment and Location
COOKE HOUSE/BANNISTENEWPORT    RI

Record of Charge

FOOD AND BEVERAGE

S/E # 2381005396

TOTAL CHARGE AMOUNT **$186.00CR**

| Cardmember Name | Account Number | Bill Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 09-11-99 | 2 of 2 |

67    W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 08/19/99 | 463260011 | 32 |

Service Establishment and Location
THAI TASTE    SWANSEA    MA

Record of Charge

FOOD/BEV    $51.40

WAITER    $10.00

S/E #    2201042066

| TOTAL CHARGE AMOUNT | $61.40 |
|---|---|

NFQB4013

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 08/24/99 | 440632882 | 97 |

Service Establishment and Location
T.K.O. MALLEYS    N. DARTMOUTH    MA

Record of Charge

FOOD/BEV    $27.83

S/E #    2201052867

| TOTAL CHARGE AMOUNT | $27.83 |
|---|---|

X

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 09/09/99 | 89356136 | 69 |

Service Establishment and Location
INT L INST OF CULINA FALL RIVER    MA

Record of Charge

FOOD-BEV    $99.68

WAITER    $15.00

S/E #    2202409140

| TOTAL CHARGE AMOUNT | $114.68 |
|---|---|

INFORMATION COPY

**Account Statement**

1  48  0  1

68

W4

OPTIMA

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **91.00** | **.00** | **10/31/99** | **4,559.84** | **3723-163363-61001** | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD  MA  02745-0037

AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES  CA 90096-0001

0000372316336361001 0004559840000009100 13AA

**Cardmember News**  The new millennium is almost here and we're getting ready for it.  We are working to ensure our Cardmembers a seamless transition into the Year 2000.  To find out more, log on to www.americanexpress.com/cards for further Y2K information.  This is a Year 2000 Readiness Disclosure.

| Cardmember Name | | | | Account Number | | Page |
|---|---|---|---|---|---|---|
| **CHAD EDWARD** | | | | **3723-163363-61001** | | **1** of **2** |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| 831273-O | 09/30 | 09/30 | PAYMENT RECEIVED – THANK YOU | 09/30 | | 200.00 |
| 501256-O | 09/13 | 09/13 | GLOBAL NUTRITION    RIVER FOREST    IL<br>564201179 WEIGHT CONTROL | 09/13/99 | 408.95 | |
| 501256-O | 09/13 | 09/13 | GLOBAL NUTRITION    RIVER FOREST    IL<br>564201179 WEIGHT CONTROL | 09/13/99 | 408.95 | |
| | | | **ACCOUNT TOTAL** | | **817.90** | **200.00** |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI, THE OLIVE GARDEN AND
RED LOBSTER.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 3,872.69 | 817.90 | 200.00 | .00 | 69.25 | .00 | 4,559.84 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 10/11/99 | 10/31/99 | 5,000 | 440 | 0 | .00 | 91.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0500% | 4,616.87 | 69.25 | 18.240% | |
| CASH ADVANCES | 30 | .0582% | .00 | .00 | 21.240% | |

**Customer Service**

**The Optima<sup>SM</sup> Card**

Account
Charges

69     W4



| | Cardmember Name | | | Account Number | | Bill Closing Date | | Page | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | CHAD EDWARD | | | 3723-163363-61001 | | 10-11-99 | | 2 | of | 2 |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | | Charges | | Credits | |

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS        904.*

CONGRATULATIONS!  BONUS MILES HAVE BEEN
EARNED FOR YOUR SUPERMARKET PURCHASES.

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS      $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS       $440.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/NFOB4013

// PG-0769  / ST PG 2 OF 2 /

The Optima℠ Card

| Cardmember Name | Account Number | Bill Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 10-11-99 | 1 of 1 |

70

W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 09/13/99 | 564201179 | 91 |

Service Establishment and Location
GLOBAL NUTRITION    RIVER FOREST    IL

Record of Charge

WEIGHT CONTROL

S/E #    3124963430

| TOTAL CHARGE AMOUNT | $408.95 |
|---|---|

NFQB4013

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 09/13/99 | 564201179 | 91 |

Service Establishment and Location
GLOBAL NUTRITION    RIVER FOREST    IL

Record of Charge

WEIGHT CONTROL

S/E #    3124963430

| TOTAL CHARGE AMOUNT | $408.95 |
|---|---|

X

1  48  0  1

71     W4



**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 86.00 | .00 | 12/01/99 | 4,330.75 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD  MA  02745-0037

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
BOX 0001
LOS ANGELES  CA 90096-0001

0000372316336361001 000433075000008600 13дд

**Cardmember News**  We've been busily preparing for Year 2000, visit www.americanexpress.com/cards to learn more.  As always, we'll be here to help if you have Y2K problems, which are possible.  Save transaction receipts and compare them to your bills.  And, just in case, American Express(R) Travelers Cheques are a safe alternative to have on hand.  A Year 2000 Readiness Disclosure

| Cardmember Name | Account Number | Page |
|---|---|---|
| **CHAD EDWARD** | **3723-163363-61001** | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831314-0 | 11/10 | 11/10 | PAYMENT RECEIVED – THANK YOU     11/10 | | 300.00 |
| | | | **ACCOUNT TOTAL** | .00 | **300.00** |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI WORLDCOM, OLIVE GARDEN,
RED LOBSTER, HERTZ, RENAISSANCE CRUISES
AND 1-800-FLOWERS.COM

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $669.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,559.84 | .00 | 300.00 | .00 | 70.91 | .00 | 4,330.75 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 11/11/99 | 12/01/99 | 5,000 | 669 | 0 | .00 | 86.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0500% | 4,574.84 | 70.91 | 18.240% | |
| CASH ADVANCES | 31 | .0582% | .00 | .00 | 21.240% | |

Customer Service

The Optima℠ Card

Account
Charges

72   W4



| Cardmember Name | Account Number | Bill Closing Date | Page |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 11-11-99 | 2 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| | | | FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL 1-800-430-1000. FOR FASTER SERVICE, ENTER: | | |
| | | | - 1 FOR MILEAGE BALANCE OR REDEMPTIONS | | |
| | | | - 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT | | |
| | | | - 3 FOR LOST, STOLEN OR DAMAGED CARD | | |

/NFGB4013
/ ST PG 2 OF 2 /
// PG-0752

The Optima℠ Card

# Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

73   W4

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 85.00 | .00 | 12/31/99 | 4,295.78 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL 60679-0002

||l||l||l||l||l||l||l||l||l||l||l||l||l||l||l||l||l||

00000372316336361001 000429578000008500 13AA

**Cardmember News**   Visit us at www.americanexpress.com/getmore and use your Gold Delta SkyMiles(R) Credit Card to take advantage of over 60 offers from some of the country's top online merchants.  You'll find a special offer from each merchant, such as free shipping and handling, savings of up to 20%, or a valuable gift with purchase.

| Cardmember Name | Account Number | Page |
|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 1 of 1 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831338-0 | 12/04 | 12/04 | PAYMENT RECEIVED - THANK YOU   12/04 | | 100.00 |
| | | | **ACCOUNT TOTAL** | .00 | **100.00** |

YOUR CASH ADVANCE LIMIT IS   $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS   $704.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,330.75 | .00 | 100.00 | .00 | 65.03 | .00 | 4,295.78 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 12/11/99 | 12/31/99 | 5,000 | 704 | 0 | .00 | 85.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0500% | 4,335.58 | 65.03 | 18.240% | |
| CASH ADVANCES | 30 | .0582% | .00 | .00 | 21.240% | |

Customer Service

The Optima℠ Card

PG-        1

S-PSSC-29   11/18 S-PSSC-29

3723-163363-61001   0432202
F/ID   :SGUYAD/GCO/MIRAMAR1

SEQ NO = 323800081   ID 000049
REQUEST  1 OF  1  COPIES =  1
24 STATEMENT REQUEST(S)

1  48  1

**Account Statement**

2

OPTIMA

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 102.00 | .00 | 02/01/00 | 5,140.18 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL  60679-0002

||.||...||.||.||.|||.|.||...||.|||.||...||.|||

0000037231633361001 0005140180000010200 14AA

Cardmember News — Remember, as a Gold Delta SkyMiles(R) Credit Cardmember you can enjoy the flexibility of extending payment over time, then decide when it will be convenient for you to pay off your outstanding balance.

| | | | | Page |
|---|---|---|---|---|
| Cardmember Name | | | Account Number | 1 of 2 |
| CHAD EDWARD | | | 3723-163363-61001 | |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits |
|---|---|---|---|---|---|---|---|
| 835002-0 | 01/02 | 01/02 | PAYMENT RECEIVED - THANK YOU | | 01/02 | | 100.00 |
| 600365-0 | 12/30 | 12/31 | DELTA AIR LINES   HUNTSVILLE  AL TKT# 0062199754555 | | 12/30 | 199.50 | |
| 600365-0 | 12/30 | 12/31 | DELTA AIR LINES   HUNTSVILLE  AL TKT# 0062199754556 | | 12/30 | 199.50 | |
| 501003-0 | 12/30 | 01/03 | INTERVAL INTERNATIONMIAMI  FL 300 M#409 INTERVAL INT* EXCHANGE | | 12/30/99 | 109.00 | |
| 501003-0 | 01/02 | 01/03 | HOLIDAY INNS OLD TOWSCOTTSDALE  AZ 001940009 LODGING | | 01/02/00 | 98.48 | |
| 501005-0 | 01/04 | 01/05 | CITGO 7 ELEVEN 27876GILBERT  AZ CITGO   GAS/MSC8735010572787620 | | 01/04/00 | 5.00 | |
| 495006-0 | 12/31 | 01/06 | HERTZ CAR RENTAL   PHOENIX  AZ R/A# 725029550 HERTZ CAR RENTAL | | 12/31/99 | 228.05 | |
| | | | **PAGE TOTAL** | | | **839.53** | **100.00** |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,295.78 | 868.93 | 100.00 | .00 | 75.47 | .00 | 5,140.18 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 01/12/00 | 02/01/00 | 5,000 | 0 | 140 | .00 | 102.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 32 | .0507% | 4,652.03 | 75.47 | 18.490% | |
| CASH ADVANCES | 32 | .0589% | .00 | .00 | 21.490% | |

Customer Service

The Optima℠ Card

3   W4

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| | | | **Cardmember Name** | **Account Number** | **Bill Closing Date** | **Page** |
| | | | CHAD EDWARD | 3723-163363-61001 | 01-12-00 | 2 of 2 |
| 501008-0 | 01/07 | 01/08 | CITY VIEW STABLES,FEWESTPORT  MA  01/07/00 00010113  SPORTING GOODS | | 29.40 | |
| | | | **ACCOUNT TOTAL** | | 868.93 | 100.00 |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI WORLDCOM, OLIVE GARDEN,
RED LOBSTER, HERTZ, RENAISSANCE CRUISES
AND 1-800-FLOWERS.COM

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS    1,497.*

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS     $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS          $0.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/NFGB4013   / ST PG  2 OF  2 /   // PG-0704

The Optima℠ Card

| Cardmember Name | Account Number | Bill Closing Date | Receipt Page |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 01-12-00 | 1 of 2 |

4    W4

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3723-163363-61001 | 12/30/99 | 0062199754551 |

Passenger Name
EDWARD/CHAD

Ticketing Airline
DELTA AIR LINES

Issuer Name
DELTA AIR LINES INC.

Issuer Address
HUNTSVILLE    AL

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| PROVIDENCE RI | DL | KS | 199.50 |
| To: ATLANTA GA | | | |
| To: | | | |
| To: | | | Amexco Use Only |
| To: | | | 36446030 000150 |
| | | | 83  365000 |

PASSENGER TICKET
S/E #  7992701284

---

NFQB4013

| Cardmember Account No. | Transaction Date | Ticket Number |
|---|---|---|
| 3723-163363-61001 | 12/30/99 | 0062199754552 |

Passenger Name
EDWARD/SANDRA T

Ticketing Airline
DELTA AIR LINES

Issuer Name
DELTA AIR LINES INC.

Issuer Address
HUNTSVILLE    AL

| From | Carrier | Class | Transaction Amount |
|---|---|---|---|
| PROVIDENCE RI | DL | KS | 199.50 |
| To: ATLANTA GA | | | |
| To: | | | |
| To: | | | Amexco Use Only |
| To: | | | 36446031 000150 |
| | | | 59  365000 |

PASSENGER TICKET
S/E #  7992701284

X

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/02/00 | 001940009 | 46 |

Service Establishment and Location
HOLIDAY INNS OLD TOWSCOTTSDALE    AZ

Record of Charge

LODGING
ROC NUMBER 0000000009

| S/E #  5020108411 | TOTAL CHARGE AMOUNT | $98.48 |
|---|---|---|

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 12/30/99 | 300 M#409 | 99 |

Service Establishment and Location
INTERVAL INTERNATIONMIAMI    FL

Record of Charge

INTERVAL INT* EXCHANGE

| S/E #  4090116815 | TOTAL CHARGE AMOUNT | $109.00 |
|---|---|---|

| Cardmember Name | Account Number | Bill Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 01-12-00 | 2 of 2 |

5

W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/04/00 | CITGO | 81 |

Service Establishment and Location
CITGO 7 ELEVEN 27876GILBERT          AZ

Record of Charge

GAS/MSC8735010572787620
ROC NUMBER 1870350105

S/E #   1358400430

| TOTAL CHARGE AMOUNT | $5.00 |
|---|---|

---

NFQB4013

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 12/31/99 | 015209 | 75 |

Service Establishment and Location
HERTZ CAR RENTAL     PHOENIX       AZ

Record of Charge

| LOCATION | | DATE/TIME | |
|---|---|---|---|
| RENTAL PHOENIX | AZ | 12/31/99 | AGREEMENT 725029550 |
| RETURN PHOENIX | AZ | 01/05/00 | TR# 002301 |

X

S/E   699362000
EDWARD /CHAD

| TOTAL CHARGE AMOUNT | $228.05 |
|---|---|

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/07/00 | 00010113 | 20 |

Service Establishment and Location
CITY VIEW STABLES,FEWESTPORT        MA

Record of Charge

SPORTING GOODS

S/E #   2205603160

| TOTAL CHARGE AMOUNT | $29.40 |
|---|---|

1  48 0 1

# Account Statement

6   W4

**MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.**

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **99.00** | **.00** | **03/02/00** | **4,950.83** | **3723-163363-61001** | $ |

**Make check payable to:**

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL  60679-0002

0000037231633636361001 000495083000009900 13AA

## Cardmember News

It's a safe bet that you'll need some cash wherever you go.  With Express Cash and your Gold Delta SkyMiles(R) Credit Card, you can get the cash you need practically anywhere, from over 280,000 ATMs worldwide.  Plus, there's no enrollment fee!
For information about the Express Cash program, please visit www.americanexpress.com.

| Cardmember Name | Account Number | | Page |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 835036-0 | 02/05 | 02/05 | PAYMENT RECEIVED – THANK YOU        02/05 | | 300.00 |
| 501019-0 | 01/18 | 01/19 | NATIONAL PET CENTER NORTH DARTMOU      MA      01/18/00 018120421 PET SHOP | 32.54 | |
| | | | **ACCOUNT TOTAL** | **32.54** | **300.00** |

EARN MILES TWICE AS FAST!   NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:   MCI WORLDCOM, OLIVE GARDEN,
RED LOBSTER, HERTZ, RENAISSANCE CRUISES
AND 1-800-FLOWERS.COM

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS        33.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 5,140.18 | 32.54 | 300.00 | .00 | 78.11 | .00 | 4,950.83 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 02/11/00 | 03/02/00 | 5,000 | 49 | 0 | .00 | 99.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0507% | 5,135.32 | 78.11 | 18.490% | |
| CASH ADVANCES | 30 | .0589% | .00 | .00 | 21.490% | |

**Customer Service**

The Optima℠ Card



Account
Charges

| | Cardmember Name | Account Number | Bill Closing Date | Page |
|---|---|---|---|---|
| | CHAD EDWARD | 3723-163363-61001 | 02-11-00 | 2 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|

```
THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS     $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS        $49.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD
```

| Cardmember Name | Account Number | Bill Closing Date | 1 of 1 |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 02-11-00 | |

8

W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 01/18/00 | 018120421 | 14 |

Service Establishment and Location
NATIONAL PET CENTER NORTH DARTMOU    MA

Record of Charge

PET SHOP

ROC NUMBER 0000110309

S/E #   2205601800

| TOTAL CHARGE AMOUNT | $32.54 |
|---|---|

NFQB4013

X

1   48 0 1

# Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

9    W4

**Monthly Activity Summary**

| Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|
| **99.00** | **.00** | **04/01/00** | **4,959.15** | **3723-163363-61001** | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL 60679-0002

0000037231633636361001 0000495915000009900 14пп

0000037231633636361001 000049591500000900 14пп

---

**Cardmember News**   You can use your Card to pay your federal income taxes due on Form 1040,1040ES or 4868.  File on paper or electronically and then call Official Payments Corporation toll free at 1-888-2PAY-TAX(SM) to pay.  Or, ask your tax advisor to pay using Orrtax(R) software.  Service providers charge a convenience fee. Visit www.officialpayments.com for more information.

**Page** 1 of 2

| Cardmember Name | Account Number |
|---|---|
| **CHAD EDWARD** | **3723-163363-61001** |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| | 03/04 | 03/04 | PAYMENT RECEIVED – THANK YOU | 03/04 | | 99.00 |
| 835064-0 | 03/06 | 03/10 | FOOD & WINE COOKBOOK SERIES   NEW YORK NY | 03/06/00 | 30.90 | |
| 496070-0 | | | 0006601T5 2000 F&W ANNUAL | | | |
| | | | **ACCOUNT TOTAL** | | **30.90** | **99.00** |

EARN MILES TWICE AS FAST!   NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI WORLDCOM, OLIVE GARDEN,
RED LOBSTER, HERTZ, RENAISSANCE CRUISES
AND 1-800-FLOWERS.COM

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS        31.

**Account Summary**

| Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|
| 4,950.83 | 30.90 | 99.00 | .00 | 76.42 | .00 | 4,959.15 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 03/12/00 | 04/01/00 | 5,000 | 41 | 0 | .00 | 99.00 |

**Finance Charge**

| | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| **PURCHASES** | 30 | .0513% | 4,965.29 | 76.42 | 18.740% | |
| **CASH ADVANCES** | 30 | .0596% | .00 | .00 | 21.740% | |

**Customer Service**

The Optima<sup>SM</sup> Card



10   W4

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|

**Cardmember Name**
CHAD EDWARD

**Account Number**
3723-163363-61001

**Bill Closing Date**
03-12-00

**Page**
2 of 2

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $41.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/NFQ84013    / ST PG  2 OF  2 /    // PG-0701

**Account Statement**

11    W4



YOUR ACCOUNT IS PAST DUE. PLEASE
REMIT PAYMENT IMMEDIATELY.

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 200.00 | 99.00 | 05/01/00 | 5,065.06 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO  IL  60679-0002

0000037231633636Ь1001 0005065060000020000 13ΑΑ

Cardmember News — Don't miss your chance to earn free travel twice as fast!  You'll receive double miles for each eligible dollar in spending when you use your Gold Delta SkyMiles(R) Credit Card at supermarkets and gas stations from April 1, 2000 through June 15, 2000.
Just pay for your purchases with the Card and watch your everyday purchases add up to free travel.

Page 1 of 2

| Cardmember Name | | Account Number | | |
|---|---|---|---|---|
| CHAD EDWARD | | 3723-163363-61001 | | |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 431102-0 | 04/11 | 04/11 | DELINQUENCY FEE ASSESSMENT MIN PAYMENT NOT RECEIVED BY DUE DATE | 29.00 | |
| | | | ACCOUNT TOTAL | 29.00 | .00 |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI WORLDCOM, OLIVE GARDEN,
RED LOBSTER, HERTZ, RENAISSANCE CRUISES
AND 1-800-FLOWERS.COM

YOUR CASH ADVANCE LIMIT IS   $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS      $0.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,959.15 | 29.00 | .00 | .00 | 76.91 | .00 | 5,065.06 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 04/11/00 | 05/01/00 | 5,000 | 0 | 65 | 99.00 | 200.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0513% | 4,997.18 | 76.91 | 18.740% | |
| CASH ADVANCES | 30 | .0596% | .00 | .00 | 21.740% | |

Customer Service

The Optima℠ Card

1  48 0 2

12  W4



| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|

**Cardmember Name**
CHAD EDWARD

**Account Number**
3723-163363-61001

**Bill Closing Date**
04-11-00

**Page**
2  of  2

```
ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD
```

/NFQB4012

// PG-0707   / ST PG  2 OF  2 /

The Optima℠Card

1 48 0 1

## Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

13    W4

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **96.00** | **.00** | **05/31/00** | **4,841.22** | **3723-163363-61001** | $ |

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL 60679-0002

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

0000372316336361001 0004841220000009600 13AA

**Cardmember News**   Effective with June, 2000 billing periods the minimum Amount Due calculation will change to be based on the greater of the current calculation as stated in your Cardmember Agreement or the total Finance Charges.

Page 1 of 2

| Cardmember Name **CHAD EDWARD** | | | Account Number **3723-163363-61001** | | Charges | Credits |
|---|---|---|---|---|---|---|
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | |
| | | | PAYMENT RECEIVED – THANK YOU   04/20 | | | 300.00 |
| 835111-0 | 04/20 | 04/20 | | | | |
| | | | **ACCOUNT TOTAL** | | **.00** | **300.00** |

EARN MILES TWICE AS FAST! NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI WORLDCOM, OLIVE GARDEN,
RED LOBSTER, HERTZ, RENAISSANCE CRUISES
AND 1-800-FLOWERS.COM

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $159.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 5,065.06 | .00 | 300.00 | .00 | 76.16 | .00 | 4,841.22 |
| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
| | 05/11/00 | 05/31/00 | 5,000 | 159 | 0 | .00 | 96.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0520% | 4,882.23 | 76.16 | 18.990% | |
| CASH ADVANCES | 30 | .0602% | .00 | .00 | 21.990% | |

Customer Service

The Optima℠ Card

14    W4



| Am. Exp. Reference No. | Cardmember Name | | Account Number | Bill Closing Date | Page |
| | CHAD EDWARD | | 3723-163363-61001 | 05-11-00 | 2 of 2 |
| | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/ NFQB4013

/ ST PG 2 OF 2 /

// PG-072! \

**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

15    W4

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **93.00** | **.00** | **07/01/00** | **4,650.78** | **3723-163363-61001** | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL 60679-0002

0000037231633636361001 0004650780000009300 13AA

---

**Cardmember News**    Effective with June, 2000 billing periods the minimum Amount Due calculation will change to be based on the greater of the current calculation as stated in your Cardmember Agreement or the total Finance Charges.

| Cardmember Name | Account Number | Page |
|---|---|---|
| **CHAD EDWARD** | **3723-163363-61001** | **1** of **2** |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 835154-0 | 06/02 | 06/02 | PAYMENT RECEIVED – THANK YOU       06/02 | | 300.00 |
| 496139-0 | 05/15 | 05/18 | FOOD & WINE MAGAZINE | 32.00 | |
| | | | 072358223 THANKS FOR YOUR RENEWAL 05/15/00 | | |
| | | | **ACCOUNT TOTAL** | **32.00** | **300.00** |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI WORLDCOM, OLIVE GARDEN,
RED LOBSTER AND 1-800-FLOWERS.COM

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS       32.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,841.22 | 32.00 | 300.00 | .00 | 77.56 | .00 | 4,650.78 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 06/11/00 | 07/01/00 | 5,000 | 349 | 0 | .00 | 93.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0520% | 4,811.28 | 77.56 | 18.990% | |
| CASH ADVANCES | 31 | .0602% | .00 | .00 | 21.990% | |

Customer Service

The Optima℠ Card

16    W4



| Cardmember Name | Account Number | Bill Closing Date | Page |
| --- | --- | --- | --- |
| CHAD EDWARD | 3723-163363-61001 | 06-11-00 | 2 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
| --- | --- | --- | --- | --- | --- |

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS     $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $349.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/NF0B4013    / ST PG  2 OF  2 /    // PG-0742

The Optima℠ Card

**Account Statement**



17

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 90.00 | .00 | 08/01/00 | 4,495.23 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD  MA  02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO  IL 60679-0002

lıllıllıllıllıllıllıllıllıllıllıllıllıllıllıll

0000372316336361001 000449523000009000 14AA

---

**Cardmember News**  Effective with June, 2000 billing periods the minimum Amount Due calculation was changed to be based on the greater of the current calculation as stated in your Cardmember Agreement or the total Finance Charges.

| | | | | | Page 1 of 2 |
|---|---|---|---|---|---|

Cardmember Name
**CHAD EDWARD**

Account Number
**3723-163363-61001**

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| | | | | | | |
| 835188-0 | 07/06 | 07/06 | PAYMENT RECEIVED - THANK YOU | 07/06 | | 200.00 |
| 496171-0 | 06/19 | 06/19 | FOOD & WINE MAGAZINE WAD000515 SUBSCRIPTION REFUND | 06/19/00 | | 32.00 |
| | | | **ACCOUNT TOTAL** | | .00 | 232.00 |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI WORLDCOM, OLIVE GARDEN,
RED LOBSTER AND 1-800-FLOWERS.COM

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS      -32.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,650.78 | .00 | 200.00 | 32.00 | 76.45 | .00 | 4,495.23 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 07/12/00 | 08/01/00 | 5,000 | 505 | 0 | .00 | 90.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0534% | 4,618.06 | 76.45 | 19.490% | |
| CASH ADVANCES | 31 | .0616% | .00 | .00 | 22.490% | |

Customer Service

The Optima℠ Card



| Am. Exp. Reference No. | Cardmember Name CHAD EDWARD | | Account Number 3723-163363-61001 | Bill Closing Date 07-12-00 | Page 2 of 2 |
|---|---|---|---|---|---|
| | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |

CREDITS APPEARING THIS BILLING PERIOD
HAVE RESULTED IN A NEGATIVE NUMBER OF
MILES EARNED. FUTURE MERCHANDISE SPENDING
WILL BE APPLIED AGAINST YOUR NEGATIVE
MILEAGE BALANCE.

YOUR CASH ADVANCE LIMIT IS   $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $505.

YOUR ACCOUNT RENEWS NEXT MONTH. WE LOOK
FORWARD TO PROVIDING YOU WITH ALL THE
BENEFITS OF CARDMEMBERSHIP IN THE COMING
YEAR.

ANNUAL FEE=$85.OO.APR FORMULAS:PURCHASE
APR=PRIME RATE(PR)+ 9.99%:CASH ADVANCE
APR=PR+12.99%:ACCOUNTS NOT IN GOOD
STANDING APR=23.99%

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-8OO-43O-1OOO. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/NFGB4O13
/ ST PG 2 OF 2 /
// PG-O744

The Optima℠ Card



**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

19   W4

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **91.00** | .00 | **08/31/00** | **4,553.91** | **3723-163363-61001** | $ |

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL  60679-0002

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

0000372316336361001 000455391000009100 13AA

**Cardmember News**   Effective with June, 2000 billing periods the minimum Amount Due calculation was changed to be based on the greater of the current calculation as stated in your Cardmember Agreement or the total Finance Charges.

**Page 1 of 2**

| Cardmember Name | Account Number | | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | Charges | Credits |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| | 08/07 | 08/07 | PAYMENT RECEIVED - THANK YOU      08/07 | | 100.00 |
| 835220-0 | 08/07 | 08/07 | | | |
| 822194-0 | 07/12 | 07/12 | ANNUAL MEMBERSHIP FEE CHAD EDWARD PERIOD 09/00  THRU 08/01 | 85.00 | |
| | | | **ACCOUNT TOTAL** | **85.00** | **100.00** |

YOUR CASH ADVANCE LIMIT IS   $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $446.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,495.23 | 85.00 | 100.00 | .00 | 73.68 | .00 | 4,553.91 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 08/11/00 | 08/31/00 | 5,000 | 446 | 0 | .00 | 91.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0534% | 4,599.19 | 73.68 | 19.490% | |
| CASH ADVANCES | 30 | .0616% | .00 | .00 | 22.490% | |

Customer Service

The Optima^SM Card

Account
Charges

20



| Cardmember Name | Account Number | Bill Closing Date | Page |
| --- | --- | --- | --- |
| CHAD EDWARD | 3723-163363-61001 | 08-11-00 | 2  of  2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
| --- | --- | --- | --- | --- | --- |

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/NFCB3024

/ ST PG 2 OF 2 /

// PG-0597

The Optima℠Card



**Account Statement**

21   W4

YOUR ACCOUNT IS PAST DUE.  PLEASE
REMIT PAYMENT IMMEDIATELY.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 184.00 | 91.00 | 10/01/00 | 4,658.92 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD  MA  02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO  IL  60679-0002

0000372316336361001 000465892000018400 13ᴴᴴ

**Cardmember News**   Remember, as a Gold Delta SkyMiles(R) Credit Cardmember you can enjoy the flexibility of extending payment over time, then decide when it will be convenient for you to pay off your outstanding balance.

| Cardmember Name | Account Number | Page |
|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 431255-O | 09/11 | 09/11 | DELINQUENCY FEE ASSESSMENT MIN PAYMENT NOT RECEIVED BY DUE DATE | 29.00 | |
| | | | **ACCOUNT TOTAL** | **29.00** | **.00** |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI WORLDCOM, OLIVE GARDEN,
RED LOBSTER AND 1-800-FLOWERS.COM

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $341.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,553.91 | 29.00 | .00 | .00 | 76.01 | .00 | 4,658.92 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 09/11/00 | 10/01/00 | 5,000 | 341 | 0 | 91.00 | 184.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0534% | 4,591.51 | 76.01 | 19.490% | |
| CASH ADVANCES | 31 | .0616% | .00 | .00 | 22.490% | |

**Customer Service**

The Optima℠ Card

22

W4



Account
Charges

| Am. Exp. Reference No. | Cardmember Name | | Account Number | Bill Closing Date | Page | | |
|---|---|---|---|---|---|---|---|
| | **CHAD EDWARD** | | **3723-163363-61001** | **09-11-00** | **2** | of | **2** |
| | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits | |

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/NFQB3026

/ ST PG  2 OF 2 /

// PG-0738

Account Statement

23

YOUR ACCOUNT IS PAST DUE. PLEASE REMIT PAYMENT IMMEDIATELY.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 177.99 | 84.00 | 11/01/00 | 4,681.91 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD  MA  02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO  IL  60679-0002

0000037231633636361001 0004681910000017799 14␣␣

**Cardmember News** Starting October, 2000, you'll always earn double miles at supermarkets, gas stations, drug stores, home improvement stores, the U.S. Postal Service, on Delta Air Lines tickets, and when you pay your wireless phone bill, thanks to a new ongoing feature of the Gold Delta SkyMiles(R) Credit Card.  Watch your mail for details, terms and conditions on earning double miles.

| Cardmember Name | Account Number | Page |
|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 835259-O | 09/15 | 09/15 | PAYMENT RECEIVED - THANK YOU         09/15 | | 100.00 |
| 431286-O | 10/12 | 10/12 | DELINQUENCY FEE ASSESSMENT MIN PAYMENT NOT RECEIVED BY DUE DATE | 29.00 | |
| | | | **ACCOUNT TOTAL** | **29.00** | **100.00** |

EARN MILES TWICE AS FAST!  NOW YOU
AUTOMATICALLY EARN TWO MILES FOR EVERY
DOLLAR CHARGED WHEN YOU USE YOUR DELTA
SKYMILES CARD AT THE FOLLOWING DOUBLEMILES
PARTNERS:  MCI WORLDCOM, OLIVE GARDEN,
RED LOBSTER AND 1-800-FLOWERS.COM

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $318.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,658.92 | 29.00 | 100.00 | .00 | 93.99 | .00 | 4,681.91 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 10/12/00 | 11/01/00 | 5,000 | 318 | 0 | 84.00 | 177.99 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0657% | 4,614.93 | 93.99 | 23.990% | |
| CASH ADVANCES | 31 | .0657% | .00 | .00 | 23.990% | |

**Customer Service**

The Optima℠ Card

24

W4



Account
Charges

| | Cardmember Name | | | Account Number | | Bill Closing Date | | Page | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CHAD EDWARD** | | | **3723-163363-61001** | | **10-12-00** | | **2** | of | **2** |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | | Charges | Credits | | |

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/NFQB3026

/ ST PG  2 OF  2 /

// PG-0758



**Account Statement**

YOUR ACCOUNT IS SERIOUSLY PAST DUE. YOUR ACCOUNT HAS BEEN SUSPENDED. TO AVOID CANCELLATION, PLEASE REMIT PAYMENT NOW.

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 273.99 | 177.99 | 12/01/00 | 4,804.09 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL  60679-0002

0000037231633636l00l 000480409000027399 l3ᴴᴴ

| Cardmember News | Don't forget you'll always earn double miles at supermarkets, gas stations, drug stores, home improvement stores, the U.S. Postal Service, Delta Air Lines, and when you pay your wireless phone bill, thanks to a new ongoing feature of the Delta SkyMiles(R) Credit Card.  Use your Card everywhere you go, and start earning Double Miles on all kinds of stuff. |
|---|---|

| Cardmember Name | Account Number | Page |
|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 431316-0 | 11/11 | 11/11 | DELINQUENCY FEE ASSESSMENT MIN PAYMENT NOT RECEIVED BY DUE DATE | 29.00 | |
| | | | **ACCOUNT TOTAL** | **29.00** | **.00** |

EARN MILES TWICE AS FAST!  NOW YOU AUTOMATICALLY EARN TWO MILES FOR EVERY DOLLAR CHARGED WHEN YOU USE YOUR DELTA SKYMILES CARD AT THE FOLLOWING DOUBLEMILES PARTNERS:  MCI WORLDCOM, OLIVE GARDEN, RED LOBSTER AND 1-800-FLOWERS.COM

YOUR CASH ADVANCE LIMIT IS   $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE TRANSACTION IS   $196.

ACCOUNT GRACE PERIOD=STANDARD GRACE (SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,681.91 | 29.00 | .00 | .00 | 93.18 | .00 | 4,804.09 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 11/11/00 | 12/01/00 | 5,000 | 196 | 0 | 177.99 | 273.99 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0657% | 4,727.75 | 93.18 | 23.990% | |
| CASH ADVANCES | 30 | .0657% | .00 | .00 | 23.990% | |

Customer Service

The Optima℠ Card

1  48  0  3

Account
Charges

26

W4



| Am. Exp. Reference No. | Cardmember Name **CHAD EDWARD** | | Account Number **3723-163363-61001** | Bill Closing Date **11-11-00** | | Page **2** of **2** |
|---|---|---|---|---|---|---|
| | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
| | | | FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL 1-800-430-1000. FOR FASTER SERVICE, ENTER: <br> - 1 FOR MILEAGE BALANCE OR REDEMPTIONS <br> - 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT <br> - 3 FOR LOST, STOLEN OR DAMAGED CARD | | | |

/NF083026

/ ST PG  2 OF  2 /

// PG-0750

The Optima℠ Card

Account
Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

27       W4    

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 94.25 | .00 | 01/01/01 | 4,598.34 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL  60679-0002

0000372316336361001 000459834000009425 14dd

**Cardmember News**   Use your Card everywhere you go and earn Double Miles on all kinds of stuff.  During the holidays and always, you'll earn double miles at supermarkets, gas stations, drug stores, home improvement stores, the U.S. Postal Service, Delta Air Lines, and when you pay your wireless phone bill, thanks to a new ongoing feature of the Gold Delta SkyMiles Credit Card.

| Cardmember Name | | Account Number | | Page |
|---|---|---|---|---|
| **CHAD EDWARD** | | **3723-163363-61001** | | 1  of    1 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831325-O | 11/20 | 11/20 | PAYMENT RECEIVED - THANK YOU     11/20 | | 300.00 |
| | | | **ACCOUNT TOTAL** | .00 | **300.00** |

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $402.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,804.09 | .00 | 300.00 | .00 | 94.25 | .00 | 4,598.34 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 12/12/00 | 01/01/01 | 5,000 | 402 | 0 | .00 | 94.25 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0657% | 4,627.54 | 94.25 | 23.990% | |
| CASH ADVANCES | 31 | .0657% | .00 | .00 | 23.990% | |

Customer Service

The Optima℠ Card



**Account Statement**

28

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **93.00** | .00 | **02/01/01** | **4,491.34** | **3723-163363-61001** | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL  60679-0002

lılıllıllıllıllıllıllıllıllıllıllıllıllıll

00003723163363610O1 0004491340000O930O 1444

**Cardmember News**   Remember, as a Gold Delta SkyMiles(R) Credit Cardmember you can enjoy the flexibility of extending payment over time, then decide when it will be convenient for you to pay off your outstanding balance.

| Cardmember Name | | | Account Number | | Page | |
|---|---|---|---|---|---|---|
| **CHAD EDWARD** | | | **3723-163363-61001** | | 1 of 1 | |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831001-0 | 01/01 | 01/01 | PAYMENT RECEIVED - THANK YOU     01/01 | | 200.00 |
| | | | **ACCOUNT TOTAL** | .00 | **200.00** |

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $509.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,598.34 | .00 | 200.00 | .00 | 93.00 | .00 | 4,491.34 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 01/12/01 | 02/01/01 | 5,000 | 509 | 0 | .00 | 93.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0657% | 4,566.25 | 93.00 | 23.990% | |
| CASH ADVANCES | 31 | .0657% | .00 | .00 | 23.990% | |

Customer Service

**The Optima**<sup>SM</sup> **Card**

**OPTIMA**

Account Statement

29

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 88.19 | .00 | 03/03/01 | 4,379.53 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD  MA  02745-0037

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO  IL 60679-0002

```
0000037231633636361001 000437953000008819 13dd
```

**Cardmember News**  You can use your Card to pay your individual federal income taxes--balance due payments (Form 1040),estimated taxes (Form 1040ES) and extension of time to file payments (Form 4868). To pay by phone, call 1-800-2PAYTAX(SM) or 1-888-ALLTAXX(SM). To pay online, visit www.officialpayments.com or www.about1888alltaxx.com. Service providers charge

| Cardmember Name | | | | Account Number | | Page | |
|---|---|---|---|---|---|---|---|
| CHAD EDWARD | | | | 3723-163363-61001 | | 1 of 1 | |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits |
| 831034-O | 02/03 | 02/03 | PAYMENT RECEIVED - THANK YOU   02/03 | | | | 200.00 |
| | | | **ACCOUNT TOTAL** | | | .00 | **200.00** |

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $620.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,491.34 | .00 | 200.00 | .00 | 88.19 | .00 | 4,379.53 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 02/11/01 | 03/03/01 | 5,000 | 620 | 0 | .00 | 88.19 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0657% | 4,474.23 | 88.19 | 23.990% | |
| CASH ADVANCES | 30 | .0657% | .00 | .00 | 23.990% | |

Customer Service

The Optima[SM] Card



**Account Statement**

30  W4

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 85.43 | .00 | 04/02/01 | 4,264.96 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD  MA  02745-0037

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO  IL 60679-0002

llullllllllllllllllllllllllllllllllllllllllll

0000372316336361001 000426496000008543 15dd

**Cardmember News**  Get double miles when using your Card to pay your individual federal income taxes from 2/15/01 to 4/16/01.  For information or to pay by phone, call 1-800-2PAYTAX(SM) or 1-888-ALLTAXX(SM).  For more information or to pay online, visit www.officialpayments.com or www.about1888alltaxx.com.  Service providers charge a convenience fee.

| Cardmember Name | | | Account Number | | Page | |
|---|---|---|---|---|---|---|
| **CHAD EDWARD** | | | **3723-163363-61001** | | **1 of 1** | |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831060-0 | 03/01 | 03/01 | PAYMENT RECEIVED - THANK YOU     03/01 | | 200.00 |
| | | | **ACCOUNT TOTAL** | **.00** | **200.00** |

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $735.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,379.53 | .00 | 200.00 | .00 | 85.43 | .00 | 4,264.96 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 03/13/01 | 04/02/01 | 5,000 | 735 | 0 | .00 | 85.43 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| **PURCHASES** | 30 | .0657% | 4,334.50 | 85.43 | 23.990% | |
| **CASH ADVANCES** | 30 | .0657% | .00 | .00 | 23.990% | |

**Customer Service**

**The Optima<sup>SM</sup> Card**

1  48 0 1



**Account Statement**

31   W4

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 98.00 | .00 | 05/02/01 | 4,890.44 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL   60679-0002

llllldllllddllllllldllllldllllllllllllllll

0000037231633636l00l 00048904400000980O 14HH

**Cardmember News**  Earn Double Miles when you use your Gold Delta SkyMiles(R) Credit Card at any stand-alone drug store,including CVS, Eckerd, drugstore.com, Rite Aid, Walgre ens and your local drug store. Whether you're paying for monthly prescriptions,buying necessities or picking up seasonal items,your Gold Delta SkMiles Credit Card can bring you closer to your next vacation.

| Cardmember Name | Account Number | Page |
|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| 831088-0 | 03/29 | 03/29 | PAYMENT RECEIVED - THANK YOU | 03/29 | | 200.00 |
| 501073-0 | 03/13 | 03/14 | ROYAL BODYCARE        972-8934078<br>001557125 DIRECT MARKETER | TX<br>03/13/01 | 200.50 | |
| 501079-0 | 03/16 | 03/20 | FEDEX #826879419875 ROCHESTER<br>687941987                    48917 | MA<br>03/16/01 | 28.88 | |
| 501088-0 | 03/28 | 03/29 | R S MEANS CO INC    KINGSTON<br>053087091 COMPUTERS/SFTWRE/ACC | MA<br>03/28/01 | 262.50 | |
| 501090-0 | 03/29 | 03/31 | WILSONS SUEDE 2170  SWANSEA<br>01017508   LEATHER GOODS | MA<br>03/29/01 | 129.99 | |
| 501093-0 | 04/02 | 04/03 | RESORT DISCOVERY LLC9787206100<br>002092002 VACATION OWNERSHIP | MA<br>04/02/01 | 111.33 | |
| | | | **ACCOUNT TOTAL** | | **733.20** | **200.00** |

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,264.96 | 733.20 | 200.00 | .00 | 92.28 | .00 | 4,890.44 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 04/12/01 | 05/02/01 | 5,000 | 110 | 0 | .00 | 98.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0657% | 4,681.94 | 92.28 | 23.990% | |
| CASH ADVANCES | 30 | .0657% | .00 | .00 | 23.990% | |

**Customer Service**

The Optima<sup>SM</sup> Card

Account
Charges

| Cardmember Name | | Account Number | Bill Closing Date | | Page | | |
|---|---|---|---|---|---|---|---|
| CHAD EDWARD | | 3723-163363-61001 | 04-12-01 | | 2 | of | 2 |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits | |

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS      734.

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $110.

EFFECTIVE IMMEDIATELY, THE TIMING OF WHEN
THE DELINQ. FEE IS IMPOSED IS BEING
CHANGED.  IF WE DO NOT RECEIVE THE
MINIMUM AMOUNT DUE BY PAYMENT DUE DATE,
A DELINQ. FEE WILL BE IMPOSED.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

The Optima℠ Card

| Cardmember Name | Account Number | Bill Closing Date | Receipt Page |
|---|---|---|---|
| **CHAD EDWARD** | **3723-163363-61001** | **04-12-01** | **1** of **2** |

33

W4

NFQB3032

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 03/13/01 | 001557125 | 16 |

Service Establishment and Location
ROYAL BODYCARE     972-8934078     TX

Record of Charge

DIRECT MARKETER
ROC NUMBER C000007125

S/E #  1424134419

TOTAL CHARGE AMOUNT     **$200.50**

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 03/16/01 | 687941987 | 14 |

Service Establishment and Location
FEDEX #826879419875 ROCHESTER     MA

Record of Charge

48917
TO: ROBYN FOX                    MI
FROM: CHAD EDWARD                02770
001 PRIORITY LTR    1 LB AWB82687941 9875
FEDEX CUSTOMER SERVICE   #1-800-622-1147

ROC NUMBER 6879419875

S/E #  4416508471

TOTAL CHARGE AMOUNT     **$28.88**

X

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 03/28/01 | 053087091 | 14 |

Service Establishment and Location
R S MEANS CO INC     KINGSTON     MA

Record of Charge

COMPUTERS/SFTWRE/ACC

ROC NUMBER     53087091

S/E #  2206700627

TOTAL CHARGE AMOUNT     **$262.50**

---

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 03/29/01 | 01017508 | 58 |

Service Establishment and Location
WILSONS SUEDE 2170  SWANSEA     MA

Record of Charge

S/E #  2204508691

TOTAL CHARGE AMOUNT     **$129.99**

| Cardmember Name | Account Number | Bill Closing Date | Receipt Page |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 04-12-01 | 2  of  2 |

34    W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 04/02/01 | 002092002 | 16 |

Service Establishment and Location
RESORT DISCOVERY LLC9787206100          MA

Record of Charge

VACATION OWNERSHIP

ROC NUMBER    02092002

S/E #    2202604336

| TOTAL CHARGE AMOUNT | $111.33 |
|---|---|

NFQB3032

X



**Account Statement**

35   W4

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **95.02** | **.00** | **06/01/01** | **4,554.86** | **3723-163363-61001** | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL  60679-0002

IllIdIIooIlIdoIlIdIIolIIooIIddIIdIooIldIl

0000037231633636l00l 0004554860000009502 14dd

**Cardmember News**   Earn Double Miles when you use your Gold Delta SkyMiles(R) Credit Card at any stand-alone drug store including, CVS,Eckerd,drugstore.com,Rite Aid,Walgreens and your local drug store.  Whether you're paying for monthly prescriptions,buying necessities or seasonal items, your Gold Delta Skymiles Credit can bring you closer to your next vacation.

| Cardmember Name | | Account Number | | Page |
|---|---|---|---|---|
| **CHAD  EDWARD** | | **3723-163363-61001** | | **1** of **2** |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831120-O | 04/30 | 04/30 | PAYMENT RECEIVED - THANK YOU     04/30 | | 200.00 |
| 831126-O | 05/06 | 05/06 | PAYMENT RECEIVED - THANK YOU     05/06 | | 262.50 |
| 496110-O | 03/21 | 04/20 | FOOD & WINE COOKBOOK SERIES   NEW YORK NY<br>010800140 2001 ANNUAL            03/21/01 | 31.90 | |
| | | | **ACCOUNT TOTAL** | **31.90** | **462.50** |

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS     32.

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

YOUR CASH ADVANCE LIMIT IS   $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $445.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,890.44 | 31.90 | 462.50 | .00 | 95.02 | .00 | 4,554.86 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 05/12/01 | 06/01/01 | 5,000 | 445 | 0 | .00 | 95.02 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0657% | 4,821.14 | 95.02 | 23.990% | |
| CASH ADVANCES | 30 | .0657% | .00 | .00 | 23.990% | |

**Customer Service**

**The Optima℠ Card**



Account
Charges

36

W4

| | Cardmember Name | | | Account Number | Bill Closing Date | | Page |
|---|---|---|---|---|---|---|---|
| | CHAD EDWARD | | | 3723-163363-61001 | 05-12-01 | | 2 of 2 |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits |

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

The Optima℠ Card

**Account Statement**

37

W4

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 90.00 | .00 | 07/01/01 | 4,494.51 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL  60679-0002

IıIılIıııIıIıIııIııIıIııIıIıııIııııIıIıIıIıIıııIıII

0000037231633636361001 0000449451000009000 13ᴴᴴ

**Cardmember News**  Earn Double Miles when you use your Delta SkyMiles(R) Credit Card at any gas station this summer including Exxon, Mobil, Shell, Texaco, Chevron and CITGO.  Whether you need a fill-up, an oil change, coolant, a snack, or a map, your Delta SkyMiles Credit Card can bring you closer to your next vacation.

| Cardmember Name | Account Number | Page |
|---|---|---|
| **CHAD EDWARD** | **3723-163363-61001** | 1 of 1 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831153-O | 06/02 | 06/02 | PAYMENT RECEIVED - THANK YOU        06/02 | | 150.00 |
| | | | **ACCOUNT TOTAL** | .00 | 150.00 |

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS      $505.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,554.86 | .00 | 150.00 | .00 | 89.65 | .00 | 4,494.51 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 06/11/01 | 07/01/01 | 5,000 | 505 | O | .00 | 90.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0657% | 4,548.37 | 89.65 | 23.990% | |
| CASH ADVANCES | 30 | .0657% | .00 | .00 | 23.990% | |

**Customer Service**

The Optima℠ Card



Account
Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

38        W4

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 91.59 | .00 | 08/01/01 | 4,486.10 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD  MA  02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO  IL 60679-0002

IıIılIııIIaıIıIıIıııIıIıIııIIııIIıaıIıIıIıIııIıaIIıII

00003723163363 61001  000448610000009159  14dd

**Cardmember News**

| Cardmember Name | Account Number | Page |
|---|---|---|
| **CHAD EDWARD** | **3723-163363-61001** | 1 of  2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831181-O | 06/30 | 06/30 | PAYMENT RECEIVED - THANK YOU      06/30 | | 100.00 |
| | | | **ACCOUNT TOTAL** | .00 | 100.00 |

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $514.

YOUR ACCOUNT RENEWS NEXT MONTH. WE LOOK
FORWARD TO PROVIDING YOU WITH ALL THE
BENEFITS OF CARDMEMBERSHIP IN THE COMING
YEAR.

ACCOUNT GRACE  PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,494.51 | .00 | 100.00 | .00 | 91.59 | .00 | 4,486.10 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 07/12/01 | 08/01/01 | 5,000 | 514 | O | .00 | 91.59 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| **PURCHASES** | 31 | .0657% | 4,496.98 | 91.59 | 23.990% | |
| **CASH ADVANCES** | 31 | .0657% | .00 | .00 | 23.990% | |

**Customer Service**

The Optima℠ Card

// PG-0758  / ST PG  1 OF  2 / 1  OZ  / N ZIP 02745003781/NF082  3027

39   W4



Account
Charges

1  48 0 1

| Am. Exp.<br>Reference No. | Cardmember Name<br>**CHAD EDWARD** | Date of<br>Transaction | Date of<br>Posting | Transaction<br>Description | Account Number<br>**3723-163363-61001** | Bill Closing<br>Date<br>**07-12-01** | Charges | Page<br>**2**  of  **2**<br>Credits |
|---|---|---|---|---|---|---|---|---|
| | | | | FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL<br>1-800-430-1000. FOR FASTER SERVICE, ENTER:<br>- 1 FOR MILEAGE BALANCE OR REDEMPTIONS<br>- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT<br>- 3 FOR LOST, STOLEN OR DAMAGED CARD | | | | |

NFO83027

// PG-0759  / ST PG  2 OF  2 /

The Optima℠ Card



**Account Statement**

40    W4

YOUR ACCOUNT IS PAST DUE. PLEASE
REMIT PAYMENT IMMEDIATELY.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **185.59** | **91.59** | **08/31/01** | **4,691.08** | **3723-163363-61001** | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL 60679-0002

0000037231633636001 000469108000018559 13AA

## Cardmember News

| Cardmember Name **CHAD EDWARD** | | | | Account Number **3723-163363-61001** | | Page 1 of **2** |
|---|---|---|---|---|---|---|

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 822193-0 | 07/12 | 07/12 | ANNUAL MEMBERSHIP FEE CHAD EDWARD PERIOD 09/01 THRU 08/02 | 85.00 | |
| 431223-0 | 08/08 | 08/11 | DELINQUENCY FEE ASSESSMENT MIN PAYMENT NOT RECEIVED BY DUE DATE | 29.00 | |
| | | | **ACCOUNT TOTAL** | **114.00** | .00 |

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $309.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,486.10 | 114.00 | .00 | .00 | 90.98 | .00 | 4,691.08 |

| Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|
| 08/11/01 | 08/31/01 | 5,000 | 309 | 0 | 91.59 | 185.59 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0657% | 4,615.88 | 90.98 | 23.990% | |
| CASH ADVANCES | 30 | .0657% | .00 | .00 | 23.990% | |

**Customer Service**

The Optima[SM] Card



| Cardmember Name | | | | Account Number | Bill Closing Date | | Page | | |
|---|---|---|---|---|---|---|---|---|---|
| CHAD EDWARD | | | | 3723-163363-61001 | 08-11-01 | | **2** | of | **2** |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits | | |
| | | | FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL 1-800-430-1000. FOR FASTER SERVICE, ENTER: <br> - 1 FOR MILEAGE BALANCE OR REDEMPTIONS <br> - 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT <br> - 3 FOR LOST, STOLEN OR DAMAGED CARD | | | | | | |

The Optima℠Card

# Account Statement

1  48 0 2



YOUR ACCOUNT IS PAST DUE.  PLEASE
REMIT PAYMENT IMMEDIATELY.

42   W4

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 180.59 | 85.59 | 10/01/01 | 4,746.69 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL 60679-0002

0000037231633636l00l 0004746690000l8059 l3ᴴᴴ

**Cardmember News**   Between October 15 and November 15, you'll get a lot more mileage out of your Delta SkyMiles(R) Credit Card from American Express. Get ready for an exciting new promotion that'll help you earn Delta SkyMiles twice as fast. Watch your mail for complete details on this valuable new promotion coming soon for Delta SkyMiles Credit Cardmembers.

| Cardmember Name | | Account Number | | Page |
|---|---|---|---|---|
| CHAD EDWARD | | 3723-163363-61001 | | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831224-O | 08/12 | 08/12 | PAYMENT RECEIVED - THANK YOU        08/12 | | 100.00 |
| 496244-O | 08/31 | 09/01 | FOOD & WINE COOKBOOK SERIES  NEW YORK NY 0124301DK 2001 BEST OF THE BEST   08/31/01 | 31.90 | |
| 431254-O | 09/07 | 09/11 | DELINQUENCY FEE ASSESSMENT MIN PAYMENT NOT RECEIVED BY DUE DATE | 29.00 | |
| | | | **ACCOUNT TOTAL** | **60.90** | **100.00** |

YOUR TOTAL MILES EARNED THIS BILLING
PERIOD IS      32.

THESE MILES HAVE BEEN TRANSFERRED TO
YOUR DELTA AIR LINES SKYMILES ACCOUNT.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,691.08 | 60.90 | 100.00 | .00 | 94.71 | .00 | 4,746.69 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 09/11/01 | 10/01/01 | 5,000 | 253 | 0 | 85.59 | 180.59 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0657% | 4,649.94 | 94.71 | 23.990% | |
| CASH ADVANCES | 31 | .0657% | .00 | .00 | 23.990% | |

Customer Service

The Optima℠ Card

(sidebar vertical text) // PG-0811   // ST PG 1 OF 2 / OZ / N ZIP 0274500378I /NFO83027

Account of
Charges

43        W4



| Am. Exp. Reference No. | Cardmember Name CHAD EDWARD | Date of Transaction | Date of Posting | Transaction Description | Account Number 3723-163363-61001 | Bill Closing Date 09-11-01 | Page 2 of 2 Charges | Credits |
|---|---|---|---|---|---|---|---|---|

```
YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS      $253.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT. CALL
1-800-430-1000. FOR FASTER SERVICE. ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST. STOLEN OR DAMAGED CARD
```

/NFOB3027

// PG-0812  / ST PG  2 OF  2 /

# Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

44    W4

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 89.57 | .00 | 11/01/01 | 4,204.36 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL 60679-0002

0000372316336361001 000420436000008957 14AA

## Cardmember News

| Cardmember Name | | | | | Account Number | | Charges | Credits | Page 1 of 2 |
|---|---|---|---|---|---|---|---|---|---|
| CHAD EDWARD | | | | | 3723-163363-61001 | | | | |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | | | | |
| 831258-0 | 09/12 | 09/15 | PAYMENT RECEIVED - THANK YOU | | 09/15 | | | 300.00 | |
| 831279-0 | 10/06 | 10/06 | PAYMENT RECEIVED - THANK YOU | | 10/06 | | | 300.00 | |
| 496262-0 | 09/19 | 09/19 | FOOD & WINE COOKBOOK SERIES  NEW YORK NY LBLO10831 2001 BEST OF THE BEST   09/19/01 | | | | | 31.90 | |

ACCOUNT TOTAL    .00    631.90

YOUR TOTAL MILES EARNED THIS BILLING PERIOD IS   -32.

CREDITS APPEARING THIS BILLING PERIOD HAVE RESULTED IN A NEGATIVE NUMBER OF MILES EARNED. FUTURE MERCHANDISE SPENDING WILL BE APPLIED AGAINST YOUR NEGATIVE MILEAGE BALANCE.

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,746.69 | .00 | 600.00 | 31.90 | 89.57 | .00 | 4,204.36 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 10/12/01 | 11/01/01 | 5,000 | 796 | 0 | .00 | 89.57 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0657% | 4,398.03 | 89.57 | 23.990% | |
| CASH ADVANCES | 31 | .0657% | .00 | .00 | 23.990% | |

Customer Service

The Optima℠ Card



45     W4

| Cardmember Name | Account Number | Bill Closing Date | Page |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 10-12-01 | 2 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|

YOUR CASH ADVANCE LIMIT IS    $1000
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $796.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

1  48  01

Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

46    W4

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **81.00** | **.00** | **12/01/01** | **4,059.08** | **3723-163363-61001** | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL 60679-0002

||।।॥।।।।॥।।॥।।।।।।॥।।।॥।।॥।।॥

0000037231633636100I 000040590800000810O 13ᴅᴅ

Cardmember News
For a limited time, you'll receive Double Miles on everything you buy with your Card, absolutely everywhere. To qualify, just watch your calendar and use your Card for at least 10 purhcases from October 15 to November 30, 2001. And the best part about this limited-time opportunity? Absolutely everything.

| Cardmember Name | Account Number | Page |
|---|---|---|
| **CHAD EDWARD** | **3723-163363-61001** | **1** of **1** |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| | | | PAYMENT RECEIVED – THANK YOU          11/02 | | 200.00 |
| 831306-0 | 11/02 | 11/02 | | | |
| | | | **ACCOUNT TOTAL** | .00 | **200.00** |

YOUR CASH ADVANCE LIMIT IS     $200
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS     $200.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,204.36 | .00 | 200.00 | .00 | 54.72 | .00 | 4,059.08 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 11/11/01 | 12/01/01 | 4,300 | 241 | 0 | .00 | 81.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0438% | 4,164.37 | 54.72 | 15.990% | |
| CASH ADVANCES | 30 | .0520% | .00 | .00 | 18.990% | |

Customer Service

The Optima℠ Card

1  48 0 1

# Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

47   W4

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 80.00 | .00 | 01/01/02 | 4,012.18 | 3723-163363-61001 | $ |

Make check payable to:
AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL 60679-0002

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

||||||||.||||.|||||||.|||.|||.||||.||||||.|||||.|||||.||||||.||||.|||||||||||||||

0000037231633636 1001  000401218000008000 14AA

| Cardmember News | From January 15 through February 28, 2002, earn three miles for every eligible dollar you spend on a Delta purchase with your Gold Delta SkyMiles(R) Credit Card.  In order to take advantage of this offer, you must enroll.  For more offer and enrollment details, visit www.americanexpress.com/deltaoffers. |
|---|---|

| Cardmember Name | Account Number | Page |
|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 1 of 1 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| | | | PAYMENT RECEIVED - THANK YOU      11/29 | | 100.00 |
| 831333-O | 11/29 | 11/29 | | | |
| | | | ACCOUNT TOTAL | .00 | 100.00 |

YOUR CASH ADVANCE LIMIT IS      $200
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS      $200.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000.  FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,059.08 | .00 | 100.00 | .00 | 53.10 | .00 | 4,012.18 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 12/12/01 | 01/01/02 | 4,300 | 288 | 0 | .00 | 80.00 |

| Finance Charge PURCHASES CASH ADVANCES | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| | 31 | .0424% | 4,039.72 | 53.10 | 15.490% | |
| | 31 | .0507% | .00 | .00 | 18.490% | |

Customer Service

The Optima℠ Card

PG-        1

S-PSSC-29   11/18 S-PSSC-29

3723-163363-61001   0432203
F/ID  :SGUYAD/GCO/MIRAMAR1

SEQ NO = 323810082  ID 000050
REQUEST  1 OF  1  COPIES =  1
 5 STATEMENT REQUEST(S)



Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 81.54 | .00 | 02/01/02 | 3,993.72 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL  60679-0002

0000372316336361001 0003993720000008154 14dd

**Cardmember News** From January 15 through February 28, 2002, earn three miles for every eligible dollar you spend on a Delta purchase with your Gold Delta SkyMiles(R) Credit Card. In order to take advantage of this offer, you must enroll. For more offer and enrollment details, visit www.americanexpress.com/deltaoffers.

| Cardmember Name | | Account Number | | Page | |
|---|---|---|---|---|---|
| **CHAD EDWARD** | | **3723-163363-61001** | | 1  of    1 | |
| Am. Exp. Reference No. | Date of Transaction / Date of Posting / Transaction Description | | | Charges | Credits |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |
|---|---|---|---|---|---|---|
| 831363-0 | 12/29 | 12/29 | PAYMENT RECEIVED - THANK YOU | 12/29 | | 100.00 |
| | | | **ACCOUNT TOTAL** | | .00 | 100.00 |

YOUR CASH ADVANCE LIMIT IS    $200
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $200.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,012.18 | .00 | 100.00 | .00 | 81.54 | .00 | 3,993.72 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 01/12/02 | 02/01/02 | 4,300 | 306 | 0 | .00 | 81.54 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 31 | .0657% | 4,003.36 | 81.54 | 23.990% | |
| CASH ADVANCES | 31 | .0657% | .00 | .00 | 23.990% | |

Customer Service

The Optima℠ Card

**OPTIMA**

**Account Statement**

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | **79.00** | **.00** | **03/03/02** | **3,972.40** | **3723-163363-61001** | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL 60679-0002

0000372316336361001 0003972400000007900 13HH

## Cardmember News

| Cardmember Name | | | Account Number | | Page | |
|---|---|---|---|---|---|---|
| **CHAD EDWARD** | | | **3723-163363-61001** | | **1** of **1** | |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits | |
| 831031-0 | 01/31 | 01/31 | PAYMENT RECEIVED – THANK YOU      01/31 | | 100.00 | |
| | | | **ACCOUNT TOTAL** | .00 | **100.00** | |

YOUR CASH ADVANCE LIMIT IS      $200
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS      $200.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 3,993.72 | .00 | 100.00 | .00 | 78.68 | .00 | 3,972.40 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 02/11/02 | 03/03/02 | 4,300 | 328 | 0 | .00 | 79.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0657% | 3,991.85 | 78.68 | 23.990% | |
| CASH ADVANCES | 30 | .0657% | .00 | .00 | 23.990% | |

**Customer Service**

## The Optima℠ Card

**Account Statement**



YOUR ACCOUNT IS PAST DUE. PLEASE
REMIT PAYMENT IMMEDIATELY.

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 162.00 | 79.00 | 04/02/02 | 4,160.15 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL 60679-0002

0000372316336361001 000416015000016200 15ᴨᴨ

**Cardmember News**  Earn Double Miles on federal tax payments charged to the Delta SkyMiles(R) Credit Card from 2/15-4/16. You can also charge state income taxes in 19 states, and earn 1 mile for every eligible dollar charged in state taxes. Terms and conditions apply. Visit americanexpress.com/deltaoffers. To make a payment, call, 1-800-2PAYTAX or visit www.officialpayments.com.

| Cardmember Name | | | | | Account Number | | Page | |
|---|---|---|---|---|---|---|---|---|
| **CHAD EDWARD** | | | | | **3723-163363-61001** | | 1 of | 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | Charges | Credits |
|---|---|---|---|---|---|---|---|
| 501068-0 | 03/08 | 03/09 | STAPLES            FALL RIVER        MA<br>000686783 OFFICE SUPPLIES       03/08/02 | | | 79.37 | |
| 431072-0 | 03/10 | 03/13 | DELINQUENCY FEE ASSESSMENT<br>MIN PAYMENT NOT RECEIVED BY DUE DATE | | | 29.00 | |
| | | | **ACCOUNT TOTAL** | | | **108.37** | **.00** |

YOUR CASH ADVANCE LIMIT IS     $200
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS      $140.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 3,972.40 | 108.37 | .00 | .00 | 79.38 | .00 | 4,160.15 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 03/13/02 | 04/02/02 | 4,300 | 140 | 0 | 79.00 | 162.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0657% | 4,027.34 | 79.38 | 23.990% | |
| CASH ADVANCES | 30 | .0657% | .00 | .00 | 23.990% | |

**Customer Service**

The Optima℠ Card



Account
Charges

| | Cardmember Name | | | Account Number | | Bill Closing Date | | Page | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **CHAD EDWARD** | | | **3723-163363-61001** | | **03-13-02** | | **2** | of | **2** |
| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | | | | Charges | Credits | | |

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

The Optima℠ Card

| Cardmember Name | Account Number | Bill Closing Date | Receipt Page |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 03-13-02 | 1 of 1 |

6    W4

| Cardmember Account No. | Date of Charge | Reference Code | Approval Code |
|---|---|---|---|
| 3723-163363-61001 | 03/08/02 | 000686783 | 58 |

Service Establishment and Location
STAPLES        FALL RIVER        MA

Record of Charge

OFFICE SUPPLIES

S/E #   2204482418

TOTAL CHARGE AMOUNT        $79.37

NFQB3029

X



Account Statement

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minumum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 73.42 | .00 | 05/02/02 | 3,665.47 | 3723-163363-61001 | $ |

Make check payable to:

CHAD EDWARD
PO BOX 51081
NEW BEDFORD   MA   02745-0037

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO   IL   60679-0002

0000037231633636 1001 00036654700 00007342 14AA

Cardmember News

Your monthly Delta SkyMiles(R) Credit Card statement will be changing to a new layout during your next billing period that will make it easier to read. Please refer to the CustomExtras(SM) section located on the last page of your new statement for details on locating all of our essential account activity information.

| Cardmember Name | Account Number | Page |
|---|---|---|
| **CHAD EDWARD** | **3723-163363-61001** | 1 of 2 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831073-0 | 03/14 | 03/14 | PAYMENT RECEIVED - THANK YOU    03/14 | | 400.00 |
| 831090-0 | 03/31 | 03/31 | PAYMENT RECEIVED - THANK YOU    03/31 | | 200.00 |
| 496089-0 | 03/29 | 03/30 | FOOD & WINE COOKBOOK SERIES   NEW YORK NY 02088001F 2002 F&W ANNUAL           03/29/02 | 31.90 | |
| | | | **ACCOUNT TOTAL** | 31.90 | 600.00 |

YOUR CASH ADVANCE LIMIT IS    $200
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS    $200.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 4,160.15 | 31.90 | 600.00 | .00 | 73.42 | .00 | 3,665.47 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 04/12/02 | 05/02/02 | 4,300 | 635 | 0 | .00 | 73.42 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0657% | 3,725.21 | 73.42 | 23.990% | |
| CASH ADVANCES | 30 | .0657% | .00 | .00 | 23.990% | |

Customer Service

The Optima℠ Card

Account
Charges



| Am. Exp. Reference No. | Cardmember Name CHAD EDWARD | | Account Number 3723-163363-61001 | | Bill Closing Date 04-12-02 | Page 2 of 2 |
|---|---|---|---|---|---|---|
| | Date of Transaction | Date of Posting | Transaction Description | | Charges | Credits |

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD

/NFQB3027

/ ST PG  2 OF  2 /

// PG-0757

# Statement of Account

**Account Statement**

9

MINIMUM PAYMENT DUE BY PAYMENT DUE DATE.

| Monthly Activity Summary | Minimum Payment Due | Past Due Amount | Payment Due Date | New Balance | Account Number | Please write in amount of payment enclosed |
|---|---|---|---|---|---|---|
| | 73.00 | .00 | 06/01/02 | 3,637.95 | 3723-163363-61001 | $ |

CHAD EDWARD
PO BOX 51081
NEW BEDFORD  MA  02745-0037

Make check payable to:

AMERICAN EXPRESS CENTURION BANK
SUITE 0002
CHICAGO  IL 60679-0002

0000037231633636l001 000363795000007300 14HH

# Summary of Account

**Cardmember News**   Your monthly Delta SkyMiles(R) Credit Card statement will be changing to a new layout during your next billing period that will make it easier to read.  Please refer to the CustomExtras(SM) section located on the last page of your new statement for details on locating all of your essential account activity information.

| Cardmember Name | | | | Account Number | | Page |
|---|---|---|---|---|---|---|
| CHAD EDWARD | | | | 3723-163363-61001 | | 1 of 1 |

| Am. Exp. Reference No. | Date of Transaction | Date of Posting | Transaction Description | Charges | Credits |
|---|---|---|---|---|---|
| 831126-O | 05/06 | 05/06 | PAYMENT RECEIVED - THANK YOU      05/06 | | 100.00 |
| | | | **ACCOUNT TOTAL** | .00 | **100.00** |

```
YOUR CASH ADVANCE LIMIT IS      $200
AVAILABLE BALANCE FOR NEW CASH ADVANCE
TRANSACTION IS      $200.

ACCOUNT GRACE PERIOD=STANDARD GRACE
(SEE STATEMENT BACK FOR DETAILS).

FOR INQUIRIES ABOUT YOUR ACCOUNT, CALL
1-800-430-1000. FOR FASTER SERVICE, ENTER:
- 1 FOR MILEAGE BALANCE OR REDEMPTIONS
- 2 FOR BALANCE, PAYMENT OR AVAIL. CREDIT
- 3 FOR LOST, STOLEN OR DAMAGED CARD
```

| Account Summary | Previous Balance | + New Charges | - Payments | - Credits | + FINANCE CHARGE | + Debit Adjustments | = New Balance |
|---|---|---|---|---|---|---|---|
| | 3,665.47 | .00 | 100.00 | .00 | 72.48 | .00 | 3,637.95 |

| | Bill Closing Date | Payment Due Date | Credit Limit | Available Credit | Amount Over Credit Limit | Past Due Amount | Minimum Payment Due |
|---|---|---|---|---|---|---|---|
| | 05/12/02 | 06/01/02 | 4,300 | 662 | 0 | .00 | 73.00 |

| Finance Charge | Number of Days this Billing Period | x Daily Periodic Rate | x Average Daily Balance | = FINANCE CHARGE | CURRENT ANNUAL PERCENTAGE RATE | Thank You |
|---|---|---|---|---|---|---|
| PURCHASES | 30 | .0657% | 3,677.22 | 72.48 | 23.990% | |
| CASH ADVANCES | 30 | .0657% | .00 | .00 | 23.990% | |

Customer Service

The Optima$^{SM}$ Card


Cards

**△ Delta**
**Cards**    **SkyMiles**

# Gold Delta SkyMiles® Credit Card

Prepared For
CHAD EDWARD

Closing Date
June 11, 2002

Account Number
3723-163363-61001

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge,if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 3,637.95 | -200.00 | +237.74 | =3,675.69 | 74.00 |

Payment Due Date
July 1, 2002

Please refer to page 3
for important information
regarding your account

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00. Available balance for new cash advance transactions
is $200.00.

| Credit Line Summary on June 11, 2002 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 624.00 | 200.00 | 200.00 |

## Payments

Amount $

| | |
|---|---|
| **May 26, 2002**<br>PAYMENT RECEIVED - THANK YOU 05/26<br>Reference: 831146-00 | -200.00 |
| **Total of Payment Activity** | **-200.00** |

## New Activity

Amount $

Transactions for CHAD EDWARD
Card 3723-163363-61001

166.50

**June 2, 2002**
SOUTHWEST AIRLINES  DALLAS    TX
TKT# 5262705292047 06/02
Reference: 600154-00

↓ Please fold on the perforation below, detach and return with your payment ↓

Continued on reverse ➡

**Payment Coupon**

Account Number
3723-163363-61001

Payment Due Date:
July 1, 2002

Minimum Amount Due
$74.00

Please enter account
number on all checks and
correspondence.

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

CHAD EDWARD
PO BOX 51081
NEW BEDFORD    MA 02745-0037

Amount enclosed

$

Note any address and/or
telephone number change
on reverse side. Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

Mail Payment to:    AMERICAN EXPRESS
SUITE 0002
CHICAGO IL 60679-0002

0000372316336361001 0003675690000007400 13AA

Prepared For
**CHAD EDWARD**

Account Number
3723-163363-61001

Page 2 of 6

## Transactions Continued

Amount $

**June 11, 2002**
Finance Charge

71.24

## Total of New Activity

237.74

| Finance Charges<br>Billing days this period: 30 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual Annual<br>Percentage<br>Rate | Corresponding<br>Annual<br>Percentage Rate | FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 3,614.55 | 0.0657% | 0.00% | 23.99% | 71.24 |
| Cash Advances | 0.00 | 0.0657% | 0.00% | 23.99% | 0.00 |
| | | | | | 71.24 |

## Delta Rewards Program

CHAD EDWARD
3723-163363-61001

| This Month Earned | 167 |
|---|---|

These miles have been transferred to your Delta Air Lines SkyMiles account.

*Continued on next page*

Change of Address
If correct on front
do not use



Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

## Cards

Closing Date
June 11, 2002

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and there may be re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum **Finance Charge** for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights.

In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

### Telephone Numbers

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

### Addresses

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

### Payments

SUITE 0002
CHICAGO IL
60679-0002

*Prepared for:*
CHAD EDWARD

*Account Number*
3723-163303-61001

Closing Date
June 11, 2002

**Cards**

CustomExtras™

## Your New Monthly Statement is Now Easier to Read

Now your statement is clearer than ever with a simple, easy to read format that allows you to find important statement information quicker. Several sections have moved, so read further for a detailed description of the layout from top to bottom of your new statement.

The **Account Summary** is easier to read, so you can scan your statement activity quickly. It shows your previous month balance, your previous payment made and your total amount of new charges. It also shows you the minimum amount due in a shaded box with your due date next to it for added clarity.

The **Credit Line Summary** shows your total line of credit, available credit as of that billing cycle, total cash advance limit and available cash advance limit as of that billing cycle. This gives you a quick snapshot of where you stand relative to your total credit limit, making it even easier to keep a record of your charges.

The **New Activity** section summarizes all transaction activity of the primary Cardmember and any additional Cardmembers listed by person for this billing period. Important details such as the date, establishment names and types of purchases are found here.

The **Rewards Program** section is specific to your account. It summarizes the total amount of rewards points earned for your purchases during a billing period. This is also where you will find important messages relating to your account.

## Get Financial Advice, Plus 5,000 Miles



It's easy to put off thinking about tomorrow when there's so much going on in your day-to-day life. But you can maintain the lifestyle you've worked hard to achieve while gaining the financial independence you want in the future. As a Delta SkyMiles® Credit Cardmember, attend an initial complimentary consultation to see how an American Express financial advisor can help you achieve your financial goals and earn 5,000 Miles.

American Express Financial Advisors Inc. Member NASD. American Express Company is separate from American Express Financial Advisors and is not a broker-dealer. All standard Delta program rules and conditions apply.

Live for today. Plan for tomorrow and get 5,000 Miles. An American Express Financial Advisor can help you do both. To arrange your private no-obligation meeting call **1-866-757-3649**. Offer expires October 31, 2002.

(CE 102507)

## Are You Overpaying for Personal Checks?

**Publishing**

Tired of the inconvenience of ordering your personal checks through your bank? Since 1997 American Express® has been offering personal and business checks and accessories to Cardmembers at prices up to 50% less than financial institutions. Other quality products we offer are address labels, deposit slips, checkbook organizers, business checks, stamps, binders and more. We adhere to security features that exceed industry standards as well as strict confidentiality of account information and we offer an unconditional money-back satisfaction guarantee.

Order your checks now from a trusted name: American Express.

Call **1-800-662-2314** to request a brochure or order now at **www. amexpub.com/checks/ statement.**

(CE 102503)

## Get Free Additional Cards - Earn SkyMiles Faster!

Add someone to your account - with no annual fee. And you'll earn Delta SkyMiles for virtually every dollar charged by an Additional Cardmember!* Additional Cardmember charges are itemized and separated on your monthly statement.

For more information or to add a Cardmember, go to **www.americanexpress. com/delta**, and select the Add Someone to My Account link.

(CE 102535)

▲Delta
**SkyMiles**

*In each year of Cardmembership, your miles are limited to $100,000 eligible spending, not including bonuses. However, only one SkyMile for each U.S. dollar of eligible spending on Delta charges will be awarded above this limit. The Additional Cardmember must be 18 or older, and must never have had a defaulted account with American Express.

## Protection on the Road



Did you know that you are covered under the Car Rental Loss and Damage Insurance Program - at no additional charge? Simply use your Card to reserve, pick up, and pay for an auto rental.

For more information or to file a claim, call **1-800-338-1670** toll free.

(CE 102508)

See the Description of Coverage or call **1-800-338-1670** for full details. Coverage is underwritten by AMEX Assurance Company (administrative office Green Bay, WI) and is subject to the terms, conditions and exclusions of Master Policy **AX0925**.

Cards    **SkyMiles**

Customer Service
1-800-430-1000
(24 hours/7 days)
www.americanexpress.com/delta

# Gold Delta SkyMiles® Credit Card

Prepared For
CHAD EDWARD

Closing Date
July 12, 2002

Account Number
3723-163363-61001

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 3,675.69 | -200.00 | +104.90 | =3,580.59 | 73.00 |

Payment Due Date
August 1, 2002

Please refer to page 2
for important information
regarding your account

Minimum Payment due by Payment Due Date

Your membership renews next month.  Please refer to the Renewal Notice on Page 2.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions
is $200.00.

| Credit Line Summary on July 12, 2002 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 719.00 | 200.00 | 200.00 |

## Payments

| | Amount $ |
|---|---|
| **June 22, 2002** | -200.00 |
| PAYMENT RECEIVED - THANK YOU 06/22 | |
| Reference: 831173-00 | |
| **Total of Payment Activity** | **-200.00** |

## New Activity

**Transactions for CHAD EDWARD**
Card 3723-163363-61001

Amount $

**July 5, 2002**                                                                                          31.90
FOOD & WINE COOKBOOK SERIES  NEW YORK NY
0218600QY 2002 BEST OF THE BEST 07/05/02
Reference: 496187-00

↓ Please fold on the perforation below, detach and return with your payment  ↓          Continued on reverse ⟹

**Payment Coupon**

Account Number
3723-163363-61001

Payment Due Date:
August 1, 2002

Minimum Amount Due
$73.00

Amount enclosed

$

CHAD EDWARD
PO BOX 51081
NEW BEDFORD      MA 02745-0037

MA 02745-0037

Illᴅᴅᴅdᴅᴅdᴅddlllᴅᴅddlllᴅddlᴅdᴅᴅdlllᴅ

Mail Payment to:      AMERICAN EXPRESS
SUITE 0002
CHICAGO IL 60679-0002

Please enter account
number on all checks and
correspondence.

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

Note any address and/or
telephone number change
on reverse side.  Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

lllᴅlllᴅᴅdᴅddᴅdlᴅᴅdlllᴅdlᴅdlllᴅᴅᴅdlllᴅdᴅddᴅᴅdll

0000372316336361001 000358059000007300 14ᴴᴴ

## Transactions Continued

|  | Amount $ |
|---|---|
| **July 12, 2002**<br>Finance Charge | 73.00 |
| **Total of New Activity** | **104.90** |

| Finance Charges<br>Billing days this period: 31 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual Annual<br>Percentage<br>Rate | Corresponding<br>Annual<br>Percentage Rate | FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 3,584.02 | 0.0657% | 0.00% | 23.99% | 73.00 |
| Cash Advances | 0.00 | 0.0657% | 0.00% | 23.99% | 0.00 |
|  |  |  |  |  | 73.00 |

## Important Notice

### Renewal Notice

**Annual Fee:** The annual Basic Card fee is $85.00. The annual fee for each card is increased by $5 if the billing address of the account is outside the US. The annual Basic fee is $85 unless you have a Qualifying Charge Card Product (as defined in your Cardmember Agreement), in which case the annual Basic fee is $30.

**Grace Period:** You have until the Payment Due Date shown on the front of your statement which is 20 days from your Statement Closing Date, to pay your New Balance to avoid imposition of additional FINANCE CHARGES on Purchases. On Cash Advances and Balance Transfers, FINANCE CHARGES will continue to be assessed from the date of the Cash Advance or Balance Transfer until the date we receive payment in full.

**Method of Computing the Balance Subject to Finance Charge (FC):** Average Daily Balance (including New Purchases).

**APR Information:** The Annual Percentage Rates may vary on the applicable Prime Rate (PR). The PR used to determine the APR is listed in the *Wall Street Journal* on the 1st or 20th day (or, if such date is not a business day, the next business day) of the prior month. If a promotional rate is in effect, that rate will apply and expire according to the promotional terms disclosed to you when you were offered the account or promotional opportunity. Please see your Cardmember agreement. The following Annual Percentage Rate (APRs) and Daily Periodic Rate (DPRs) are applicable to your account.

Please refer to page 3 for further important information regarding your account

**Purchases and Balance Transfers (unless otherwise noted below)**

| Tier | Rate Description | APR | DPR |
|---|---|---|---|
| STANDARD | Prime + 9.99% | 14.74% | 0.0404% |
| DEFAULT | Fixed | 23.99% | 0.0657% |

**Cash Advances**

| Tier | Rate Description | APR | DPR |
|---|---|---|---|
| STANDARD | Prime + 12.99% | 17.74% | 0.0486% |
| DEFAULT | Fixed | 23.99% | 0.0657% |

*Continued on next page*

**Change of Address**
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

## Cards

Closing Date
July 12, 2002

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum **Finance Charge** for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights.

In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error of the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York** residents may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

### Telephone Numbers

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

### Addresses

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

### Payments

SUITE 0002
CHICAGO IL
60679-0002

**Cards**

CustomExtras™

---

## Add Someone to Your Account - With No Annual Fee!

Now you can share the advantages of Cardmembership with family, friends or anyone you choose. Add someone to your account - **with no annual fee**- and give the convenience, security, and benefits of the Card to someone you love.



Earn SkyMiles on your Gold Delta SkyMiles® account for virtually every dollar your Additional Cardmember spends*! With more than one Card earning miles, you'll see add up at an incredible rate.

*The Additional Cardmember must be 18 or older, and must never have had a defaulted account with American Express. Any account you have with American Express must not be in default.

*To add someone to your account, please visit us at www.americanexpress.com/sharedelta2.*

*(CE 102584)*

---

## Legal Advice at Your Fingertips for Pennies a Day!

You don't need a crisis to need a lawyer. You could be buying a home. You could have trouble getting work done on your new car (even though its under warranty). You could simply need a will. Legal questions come up every day of your life.

Do you have access to affordable legal advice? Become a member of the Legal Services Plan provided by Signature Agency, part of the GE Financial family of companies. With the Legal Services Plan, you can have letters and phone calls made on your behalf, receive legal consultations by phone, drafting and updating of a single, legally binding will whenever you wish at no cost, have face-to-face meetings with your attorney on new legal matters and get free professional review of legal documents and contracts up to six pages. Also, take advantage of six (6) fixed-fee benefits, including non-commercial real estate closings, name changes and a simple will with minor's trust.

All matters that are not free or at a fixed fee are at a maximum fee of only $70 per hour.

This promotional offer is not available in the following states: AL, FL, IN, MA, MN, MO, MS, MT, ND, NV, OR, RI, TX, WI and WY. In NY, members and spouses are each entitled to one free will and annual updates of that will. AR, NE and VA residents are charged $15.00 for this services. Legal Services Plan, presented by American Express®, is a service of Signature Agency, Inc.

*Protect your family. To learn more and to enroll in the Legal Services Plan, presented by American Express, call toll-free 1-877-902-8914.*

*(CE 10909)*

---

## $25 Dining Credit When You Book an Escapes! Package

Stay and pay with the American Express® Card between June 15 and August 15, 2002, and enjoy a hotel dining credit of $25 per night.



Visit **marriott.com/escape**, call toll-free **1-866-529-2225** or call your travel agent to book your Escapes! package

Offer ends 8/15/02. Payment must be made with the American Express Card. A limited number of Escapes! packages are available at participating locations in the US and Canada. Package offer and rates may vary by location. Dining credit charged to guest room folio. Redeemable only at hotel where you are staying, is applied per night, per room and can be used toward one meal (lunch or dinner), can not be accrued to following day, can not be applied towards alcoholic beverages or gratuities. Not redeemable for cash.

*Most packages available on weekends and are available seven days a week at select city and resort locations.*

*Offer not available on groups of 10 rooms or more, or with other promotional offers.*

*(CE 102593)*

---

## Magical Vacations With Disney!

This July, American Express® Travel is offering three magical vacations to treasure...and three incredible ways to save on your next Disney vacation!

Special offers await you and your family at *Disneyland*® Resort, *Walt Disney World*® Resort and *Disney Cruise Line*®.

*For more information and to make reservations, call American Express Travel at 1-800-AXP-8190.*

*Be sure to mention Prom Code: B305:0001.*

*(CE 102607)*

## Earn Double Miles on Everything You Buy Until August 15!

▲Delta
**SkyMiles**

Now you've got more reasons than ever to use your Delta SkyMiles® Credit Card from American Express. Because from July 15 to August 15, 2002, you can earn Double Miles on every single purchase you make. That's two miles for every eligible dollar you charge on your Card. Every day. Every time you use it.

To take advantage of this Double Miles promotion, you need to enroll at **www.americanexpress.com/deltaoffers.**

Enrollment required. Qualifying transactions include all purchase transactions posted from 7/15 to 8/15/02. Only purchases made between7/15 and 8/15/02 are eligible for bonus miles promotion. Bonus SkyMiles earned as part of this promotion are limitited to 20,000.

Everything you do can earn you Double Miles. All you have to do is enroll before August 15. But don't wait. Do it today and watch how fast your miles add up.

(CE 102590)

---

## Up to 50% Off Personal and Business Checks!

**Publishing**

Since 1997, American Express® has been offering personal and business checks and accessories to Cardmembers at prices up to 50% less than financial institutions.

Other quality products we offer are address labels, deposit slips, checkbook organizers, stamps, binders and more. We adhere to security features that exceed industry standards as well as strict confidentiality of account information. And we offer an **unconditional money-back satisfaction guarantee.**

Order your checks now from a trusted name - American Express.

Call **1-800-662-2314** to request a brochure or order now at **www. amexpub.com/checks/ statement.**

(CE 10905)

---

## American Express® at London's Heathrow Airport

**Foreign Exchange**

If you are traveling to London's Heathrow Airport, visit the American Express Foreign Exchange Services bureaux located in Terminals 3 and 4. You can rely on American Express for all your foreign currency needs. Purchase foreign currency, American Express Travelers Cheques, or pre-paid Global Phone Cards. While you're visiting, ask about our other services such as mobile phone rentals and MoneyGram®.

As an added incentive, we're offering Heathrow customers a **Same Rate Buy Back Guarantee.** We'll buy back your unused currency commission free - at the same exchange rate as original purchase.

Visit us online at **www. americanexpress.com/ travel** to find a listing of our worldwide offices or the location nearest you.

(CE 10908)

Cards

**△Delta**
**SkyMiles®**

# Gold Delta SkyMiles® Credit Card

Prepared For
CHAD EDWARD

Closing Date
August 11, 2002

Account Number
3723-163363-61001

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge,if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 3,580.59 | -100.00 | +124.67 | =3,605.26 | 72.00 |

**Payment Due Date**
August 31, 2002

Please refer to page 3
for important information
regarding your account

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00. Available balance for new cash advance transactions
is $200.00.

| **Credit Line Summary** on August 11, 2002 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 695.00 | 200.00 | 200.00 |

## Payments

| | Amount $ |
|---|---|
| **July 29, 2002** PAYMENT RECEIVED - THANK YOU 07/29 Reference: 831210-00 | -100.00 |
| **Total of Payment Activity** | **-100.00** |

## New Activity

| | Amount $ |
|---|---|
| **Transactions for CHAD EDWARD** Card 3723-163363-61001 | 85.00 |
| **July 12, 2002** ANNUAL MEMBERSHIP FEE CHAD EDWARD PERIOD 09/02 THRU 08/03 Reference: 822193-00 | |

*Continued on reverse* ⟹

↓ Please fold on the perforation below, detach and return with your payment ↓

# Payment Coupon

Account Number
3723-163363-61001

Payment Due Date:
August 31, 2002

Minimum Amount Due
$72.00

CHAD EDWARD
PO BOX 51081
NEW BEDFORD          MA 02745-0037

Amount enclosed

$

Please enter account
number on all checks and
correspondence.

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

Note any address and/or
telephone number change
on reverse side. Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

Mail Payment to:          AMERICAN EXPRESS
SUITE 0002
CHICAGO IL 60679-0002

0000037231633636 1001  0003605260000007200  12HH

Prepared For
**CHAD EDWARD**

Account Number
3723-163363-61001

Page 2 of 3

Amount $

## Transactions Continued

| | -31.90 Credit |
|---|---|

**July 22, 2002**
FOOD & WINE COOKBOOK SERIES  NEW YORK NY
LBL020705 2002 BEST OF THE BEST 07/22/02
Reference: 496203-00

| | 71.57 |
|---|---|

**August 11, 2002**
Finance Charge

| | 124.67 |
|---|---|

## Total of New Activity

| Finance Charges<br>Billing days this period: 30 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual Annual<br>Percentage<br>Rate | Corresponding<br>Annual<br>Percentage Rate | FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 3,631.38 | 0.0657% | 0.00% | 23.99% | 71.57 |
| Cash Advances | 0.00 | 0.0657% | 0.00% | 23.99% | 0.00 |
| | | | | | 71.57 |

## Delta Rewards Program

CHAD EDWARD
3723-163363-61001

Delta Air Lines SkyMiles® -- Total miles earned each billing period are transferred to
your Delta Air Lines SkyMiles® account.  For SkyMiles® account information, call
Delta's Instant Info℠ at 1-800-325-3999.

*Continued on next page*

Change of Address
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.

Account Number
3728CH35369/61004

Page 3 of 3

CHAD EDWARD

**Cards**

Closing Date
August 11, 2002

**Telephone Numbers**

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

**Addresses**

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

**Payments**

SUITE 0002
CHICAGO IL
60679-0002

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:**We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account.*This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.*The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. **In your letter, give us the following information:** 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

Page 1 of 3

Cards

▲Delta
**SkyMiles**®

Customer Service
1-800-430-1000
(24 hours/7 days)
www.americanexpress.com/delta

# Gold Delta SkyMiles® Credit Card

Prepared For
CHAD EDWARD

Closing Date
September 12, 2002

Account Number
3723-163363-61001

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge,if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 3,605.26 | -100.00 | +46.33 | =3,551.59 | 71.00 |

Payment Due Date
October 2, 2002

Please refer to page 3
for important information
regarding your account

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions is $200.00.

| Credit Line Summary on September 12, 2002 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 748.00 | 200.00 | 200.00 |

## Payments

| | Amount $ |
|---|---|
| | -100.00 |
| **August 30, 2002** PAYMENT RECEIVED - THANK YOU 08/30 Reference: 831242-00 | |
| | -100.00 |
| **Total of Payment Activity** | |

## New Activity

| | Amount $ |
|---|---|
| | 46.33 |
| **September 12, 2002** Finance Charge | |
| | 46.33 |
| **Total of New Activity** | |

↕ Please fold on the perforation below, detach and return with your payment ↕

Continued on reverse ⇨

## Payment Coupon

Account Number
3723-163363-61001

Payment Due Date:
October 2, 2002

Please enter account
number on all checks and
correspondence.

Minimum Amount Due
$71.00

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

CHAD  EDWARD
PO BOX 51081
NEW BEDFORD       MA  02745-0037

Amount enclosed

$

Note any address and/or
telephone number change
on reverse side.  Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

Mail Payment to:       AMERICAN EXPRESS
SUITE 0002
CHICAGO IL 60679-0002

☐

0000372316336361001 0003551590000007100 14HH

Prepared For
CHAD EDWARD

Account Number
372-061363-61004

| Finance Charges<br>Billing days this period: 32 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual Annual<br>Percentage<br>Rate | Corresponding<br>Annual<br>Percentage Rate | FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 3,584.06 | 0.0404% | 0.00% | 14.74% | 46.33 |
| Cash Advances | 0.00 | 0.0486% | 0.00% | 17.74% | 0.00 |
| | | | | | 46.33 |

*Continued on next page*

Change of Address
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.**

Account Number
3729 663663 64004
CHAD EDWARD
Prepared For

Closing Date
September 12, 2002

**Cards**

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and drawn on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in this billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: **1.** Your name and account number; **2.** The dollar amount of the suspected error; **3.** Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us: 1.** Tell us your name & account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. **Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**Telephone Numbers**

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

**Addresses**

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

**Payments**

SUITE 0002
CHICAGO IL
60679-0002

Cards

▲Delta
**SkyMiles®**

Customer Service
1-800-430-1000
(24 hours/7 days)
www.americanexpress.com/delta

# Gold Delta SkyMiles® Credit Card

Prepared For
CHAD EDWARD

Closing Date
October 12, 2002

Account Number
3723-163363-61001

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge, if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 3,551.59 | -500.00 | +40.67 | =3,092.26 | 62.00 |

Payment Due Date
November 1, 2002

Please refer to page 3
for important information
regarding your account

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00. Available balance for new cash advance transactions
is $200.00.

| Credit Line Summary on October 12, 2002 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 1,208.00 | 200.00 | 200.00 |

| | Amount $ |
|---|---|
| **Payments** | -500.00 |
| **September 30, 2002** PAYMENT RECEIVED - THANK YOU 09/30 Reference: 831273-00 | -500.00 |
| **Total of Payment Activity** | |

| | Amount $ |
|---|---|
| **New Activity** | 40.67 |
| **October 12, 2002** Finance Charge | 40.67 |
| **Total of New Activity** | |

Continued on reverse ⟹

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number
3723-163363-61001

Payment Due Date:
**November 1, 2002**

Minimum Amount Due
**$62.00**

Please enter account
number on all checks and
correspondence.

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

CHAD EDWARD
PO BOX 51081
NEW BEDFORD        MA 02745-0037

Amount enclosed

$

Note any address and/or
telephone number change
on reverse side. Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

Mail Payment to:

AMERICAN EXPRESS
SUITE 0002
CHICAGO IL 60679-0002

0000037231633636l001 0003092260000b200 14HH

Prepared For
CHAD EDWARD

Account Number
3728 063636 62004

| Finance Charges Billing days this period: 30 | Average Daily Balance $ | Daily Periodic Rate | Actual Annual Percentage Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE $ |
|---|---|---|---|---|---|
| | | | 0.00% | 14.74% | 40.67 |
| Purchases | 3,355.28 | 0.0404% | 0.00% | 17.74% | 0.00 |
| Cash Advances | 0.00 | 0.0486% | | | 40.67 |

*Continued on next page*

Change of Address
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

Prepared For
CAROL EDWARD
Account Number
3723-163563-61001
Closing Date
October 12, 2002

**Cards**

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance would be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights.

In your letter, **give us the following information: 1.** Your name and account number; **2.** The dollar amount of the suspected error; **3.** Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When contacting us: **1.** Tell us your name & account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York** residents may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**Telephone Numbers**

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

**Addresses**

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

**Payments**

SUITE 0002
CHICAGO IL
60679-0002

A Delta
**SkyMiles**
Cards

Customer Service
1-800-430-1000
(24 hours/7 days)
www.americanexpress.com/delta

# Gold Delta SkyMiles® Credit Card

Prepared For
CHAD EDWARD

Closing Date
November 11, 2002

Account Number
3723-163363-61001

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge,if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 3,092.26 | -100.00 | +240.42 | =3,232.68 | 65.00 |

**Payment Due Date**
December 1, 2002

Please refer to page 3
for important information
regarding your account

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00. Available balance for new cash advance transactions
is $200.00.

**Credit Line Summary**
on November 11, 2002

| Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|
| 4,300.00 | 1,067.00 | 200.00 | 200.00 |

## Payments
Amount $

**October 27, 2002**
PAYMENT RECEIVED - THANK YOU 10/27
Reference: 831300-00
-100.00

**Total of Payment Activity** -100.00

## New Activity

**Transactions for CHAD EDWARD**
Card 3723-163363-61001
Amount $

**November 2, 2002**
WYNDHAM HOTELS -BOSTBOSTON        MA
030996323 LODGING/CHARGES 11/02/02
Reference: 501309-00
84.34

↑ Please fold on the perforation below, detach and return with your payment ↓        *Continued on reverse* ⟹

## Payment Coupon

Account Number
3723-163363-61001

Payment Due Date:
December 1, 2002

Please enter account
number on all checks and
correspondence.

Minimum Amount Due
$65.00

CHAD EDWARD
PO BOX 51081
NEW BEDFORD        MA 02745-0037

MA 02745-0037

Amount enclosed

$

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

Note any address and/or
telephone number change
on reverse side. Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

Mail Payment to:

AMERICAN EXPRESS
SUITE 0002
CHICAGO IL 60679-0002

0000037231633636l00l 00032326800000650O 13dd

## Transactions Continued

| | Amount $ |
|---|---|
| **November 4, 2002** | 4.20 |
| WYNDHAM HOTELS -BOSTBOSTON    MA | |
| 030996322 LODGING/CHARGES 11/04/02 | |
| Reference: 501309-00 | |
| **November 9, 2002** | 114.34 |
| TREMONT HOTEL-BOSTONBOSTON    MA | |
| 031401112 LODGING 11/09/02 | |
| Reference: 501314-00 | |
| **November 11, 2002** | 37.54 |
| Finance Charge | |
| **Total of New Activity** | **240.42** |

| Finance Charges Billing days this period: 30 | Average Daily Balance $ | Daily Periodic Rate | Actual Annual Percentage Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 3,097.67 | 0.0404% | 0.00% | 14.74% | 37.54 |
| Cash Advances | 0.00 | 0.0486% | 0.00% | 17.74% | 0.00 |
| | | | | | 37.54 |

## Delta Rewards Program

CHAD EDWARD
3723-163363-61001

| This Month Earned | 170 |
|---|---|

These miles have been transferred to your Delta Air Lines SkyMiles account.

*Continued on next page*

Change of Address
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

Prepared For
C24621EDWARD

**Cards**

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights.

**In your letter, give us the following information: 1.** Your name and account number; **2.** The dollar amount of the suspected error; **3.** Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us: 1.** Tell us your name & account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if this amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**Telephone Numbers**

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

**Addresses**

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

**Payments**

SUITE 0002
CHICAGO IL
60679-0002

American Express
Cards
**SkyMiles**

# Gold Delta SkyMiles® Credit Card

| Prepared For | | Closing Date | Account Number |
|---|---|---|---|
| CHAD EDWARD | | December 12, 2002 | 3723-163363-61001 |

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge,if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 3,232.68 | -300.00 | +146.10 | =3,078.78 | 62.00 |

**Payment Due Date
January 1, 2003**

Please refer to page 3
for important information
regarding your account

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions is $200.00.

| Credit Line Summary on December 12, 2002 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 1,221.00 | 200.00 | 200.00 |

## Payments

Amount $

| December 2, 2002 PAYMENT RECEIVED - THANK YOU 12/02 Reference: 831335-00 | -300.00 |
|---|---|

**Total of Payment Activity** — **-300.00**

## New Activity

**Transactions for CHAD EDWARD**
Card 3723-163363-61001

Amount $

| November 15, 2002 VERIZONWRLS ECARS  888-466-4646    CA 17742504 95630 11/15/02 Reference: 501320-00 | 31.50 |
|---|---|

↓ Please fold on the perforation below, detach and return with your payment ↓     *Continued on reverse* ⟶

## Payment Coupon

Account Number
3723-163363-61001

Payment Due Date
**January 1, 2003**

Minimum Amount Due
**$62.00**

CHAD  EDWARD
PO BOX 51081
NEW BEDFORD      MA  02745-0037

Amount enclosed

$

Mail Payment to:     AMERICAN EXPRESS
SUITE 0002
CHICAGO IL 60679-0002

Please enter account
number on all checks and
correspondence.

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

Note any address and/or
telephone number change
on reverse side. Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

0000037231633636l00l 00030787800000062ОО 14ЧЧ

## Transactions Continued

| | Amount $ |
|---|---|
| **November 15, 2002**<br>DOUBLETREE HOTELS BOBOSTON         MA<br>032028788 EATING PLACES AND RESTA 11/15/02<br>Reference: 501321-00 | 74.00 |
| **December 12, 2002**<br>Finance Charge | 40.60 |
| **Total of New Activity** | **146.10** |

| **Finance Charges**<br>Billing days this period: 31 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual Annual<br>Percentage<br>Rate | Corresponding<br>Annual<br>Percentage Rate | FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 3,241.49 | 0.0404% | 0.00% | 14.74% | 40.60 |
| Cash Advances | 0.00 | 0.0486% | 0.00% | 17.74% | 0.00 |
| | | | | | 40.60 |

## Delta Rewards Program

CHAD EDWARD
3723-163363-61001

Delta Air Lines SkyMiles® -- Total miles earned each billing period are transferred to your Delta Air Lines SkyMiles® account. For SkyMiles® account information, call Delta's Instant Info℠ at 1-800-325-3999.

*Continued on next page*

Change of Address
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

**Cards**

Closing Date
December 12, 2002

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: **1.** Your name and account number; **2.** The dollar amount of the suspected error; **3.** Describe why you believe there is an error. If you need more information, describe the items you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us: 1.** Tell us your name & account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**Telephone Numbers**

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

**Addresses**

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

**Payments**

SUITE 0002
CHICAGO IL
60679-0002

Prepared For
CHAD EDWARDS

**Cards**


CustomExtras™

## Add Someone to Your Account!

Now you can share the advantages of your Cardmembership with family members, friends, or anyone you choose. *Add someone to your account - with no annual fee - and give the convenience, security, and benefits of the Card to someone you love.

▲**Delta**
**SkyMiles**

You can earn miles on your Gold Delta SkyMiles® account for virtually every dollar your Additional Cardmember spends! With more than one Card earning miles, you'll watch those SkyMiles add up at an incredible rate.

*The Additional Cardmember must be 18 or older, and must never have had a defaulted account with American Express. Any account you have with American Express must not be in default.

To add someone to your account, please visit us at **www.americanexpress.com/sharedelta2**.

(CE 103011)

## Virgin Atlantic Airways Joins the SkyMiles® Program

Starting October 1, 2002, SkyMiles members can earn miles on all qualifying Virgin flights. Earn a 100% mileage bonus on Economy Class tickets, 115% on Premium Economy Class tickets and 125% on Upper Class tickets. Flying Virgin is another great way to get yourself closer to Award Travel - and beginning October 1, you can redeem miles for Award Travel on Virgin flights as well.

*virgin atlantic*

For information on Virgin's participation in the SkyMiles program, call **1-800-323-2323**. For reservations and more information, visit **www.virgin.com**.

(CE 102983)

## Peace of Mind - Travel with Automatic Flight Insurance

Get exceptional coverage and peace of mind with Automatic Flight Insurance. Enroll today in Automatic Flight Insurance, and enjoy the added peace of mind that comes with up to $1,500,000 in coverage every time you fly. You only pay a premium when you use your enrolled American Express® Card to purchase a Scheduled Airline Ticket.

**Travel Services**

This exceptional plan even covers you on the ground, while traveling directly to or from the airport in a land common carrier conveyance (e.g., taxi, bus, etc.) to board or leave a covered flight.

To enroll or find out more information, please call **1-800-858-5947 ext 511**.

(CE 102996)

Underwritten by AMEX Assurance Company, Green Bay, WI. Coverage is subject to the terms, conditions and exclusions of Policy AX0950 (Policy AX0910 in NY).

## The Ideal Holiday Gift for Him!

*Dressing the Man* is the only book a man needs to master dressing well. Written by Alan Flusser, best-selling author, award-winning men's clothing designer and considered the most knowledgeable authority on the subject, *Dressing The Man - Mastering the Art of Permanent Fashion* is a magnificently illustrated, user-friendly guide containing all a man really needs to know to dress with effortless style. Destined to be a classic, this 300 page book is the perfect gift, a magnificent coffee-table collectors item, and an invaluable aid to help any man dress better. *Dressing the Man* is regularly priced at $49.95, but you will enjoy a special rate of 10% off the cover price when you use the American Express® Card.


Publishing

Order *Dressing the Man* at the special rate of 10% off the cover price by calling **1-800-382-3228 x9104**.

(CE 102995)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

## Delta Announces Its New Partnership with AT&T



SkyMiles members can now earn up to 5,000 bonus miles for selecting new AT&T Residential Long Distance or Local Service. Plus, when you enroll in the SkyMiles AT&T Program, you will earn 5 miles for every dollar spent on qualifying AT&T Services. And, if you are an existing AT&T customer, you are already eligible to earn miles on qualifying AT&T Services. The miles will be automatically posted to your SkyMiles account every month as long as you remain an AT&T Residential customer and a member of the SkyMiles AT&T Program.

For complete details and terms and conditions visit **www.att.com/delta**. Enroll today by calling **1-888-359-2881** ext. **29658**.

(CE 102982)

## Another Level of Service is Ready and Waiting



Access your Card account online now at **www.americanexpress. com/mycardaccount**. Review your most recent charges and payments - it's the best way to get instant assurance that your account is up to date. Log on to the Web site now and try it out. It's a great habit to get into. You've got nothing to lose. It's simply another service option for even more control.

This service is for you: log on to **www.american express.com/mycard account**, and you can verify that your most recent charges and payments are up to date.

(CE 102979)

Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.

A Delta
**SkyMiles** Cards

Customer Service
1-800-430-1000
(24 hours/7 days)
www.americanexpress.com/delta

# Gold Delta SkyMiles® Credit Card

Prepared For
CHAD EDWARD

January 12, 2003

Closing Date

Account Number
3723-163363-61001

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge,if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 3,078.78 | -62.00 | +51.02 | =3,067.80 | 61.00 |

Payment Due Date
February 1, 2003

Please refer to page 3
for important information
regarding your account

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions
is $200.00.

| Credit Line Summary on January 12, 2003 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 1,232.00 | 200.00 | 200.00 |

## Payments

Amount $

**December 23, 2002**
PAYMENT RECEIVED – THANK YOU 12/23      -62.00
Reference: 831357-00

**Total of Payment Activity**      -62.00

## New Activity

Transactions for CHAD EDWARD
Card 3723-163363-61001      Amount $

**December 16, 2002**      13.94
AEPC-ANNUAL EDITIONS 1-888-403-9008
0235000HG 2003 WINE GUIDE 12/16/02
Reference: 496352-00

↓ Please fold on the perforation below, detach and return with your payment  ↓      *Continued on reverse*

## Payment Coupon

Account Number
3723-163363-61001

Payment Due Date:
**February 1, 2003**

Minimum Amount Due
**$61.00**

CHAD  EDWARD
PO  BOX  51081
NEW  BEDFORD      MA  02745-0037

Amount enclosed

**$**

Please enter account
number on all checks and
correspondence.

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

Note any address and/or
telephone number change
on reverse side.  Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

Mail Payment to:      AMERICAN  EXPRESS
SUITE  0002
CHICAGO  IL  60679-0002

0000037231633636100l 00030678000000610000 14дд

Prepared For
CHAD EDWARD

Account Number
3723-163363-61001

## Transactions Continued

**January 12, 2003**
Finance Charge

Amount $

37.08

## Total of New Activity

51.02

### Finance Charges
Billing days this period: 31

| | Average Daily Balance $ | Daily Periodic Rate | Actual Annual Percentage Rate | Corresponding Annual Percentage Rate | FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 3,067.35 | 0.0390% | 0.00% | 14.24% | 37.08 |
| Cash Advances | 0.00 | 0.0472% | 0.00% | 17.24% | 0.00 |
| | | | | | 37.08 |

### Delta Rewards Program
CHAD EDWARD
3723-163363-61001

| This Month Earned | 14 |
|---|---|

These miles have been transferred to your Delta Air Lines SkyMiles account.

*Continued on next page*

Change of Address
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

Prepared For
CHAD EDWARD
Account Number
3723-163363-61001
Closing Date
January 12, 2003

**Cards**

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: **1.** Your name and account number; **2.** The dollar amount of the suspected error; **3.** Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us: 1.** Tell us your name & account number; **3.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York** residents may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**Telephone Numbers**

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

**Addresses**

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

**Payments**

SUITE 0002
CHICAGO IL
60679-0002

Prepared For
246ANDVIEDWARD

Account Number
3723-163363-61001

Closing Date
January 12, 2003

**Cards**


CustomExtras

## We'll Plan Your Vacation and Pay You When You Take It!


**Travel Services**

Let American Express® Travel do all the work planning your vacation. And if you qualify, you'll get the credit - as much as $150. Here's how your Cardmember Annual Travel Benefit works: You can travel anywhere in the world, anytime throughout the year. Simply charge your family or traveling party's cruise or vacation of $2,000 or more on your Card at a participating American Express Travel Services location, and you'll receive a $100 statement credit once a year to your account. If the cruise or vacation is $2,500 or more, select Cardmembers may receive a $150 credit. So make plans now for your 2003 vacation and take advantage of your Cardmember Annual Travel Benefit. And remember, with American Express Travel, you get all the quality and service you expect from American Express.

To plan your 2003 vacation and for details on your Cardmember Annual Travel Benefit, call American Express Travel toll-free at **1-866-AXP-6801**, or go to americanexpress.com/annualtravelbenefit.

May only redeem one per booking. Terms and conditions apply.

(CE 103090)

A Qualifying Vacation is a purchase offered by a cruise or vacation package operator thru a participating American Express Travel Services U.S. location valued at $2000 or more per booking for $100 credit or, only for Gold, Platinum Card® & Centurion® charge Card members, $2500 or more for $150 credit. Does not include independent air, hotel or car rental reservations. Available once per Card account per year.

## Add Someone to Your Account!


**Delta SkyMiles**

Now you can share the advantages of your Cardmembership with family members, friends, or anyone you choose. *Add someone to your account - with no annual fee - and give the convenience, security, and benefits of the Card to someone you love.
You can earn miles on your Gold Delta SkyMiles® account for virtually every dollar your Additional Cardmember spends! With more than one Card earning miles, you'll watch those SkyMiles add up at an incredible rate.
*The Additional Cardmember must be 18 or older, and must never have had a defaulted account with American Express. Any account you have with American Express must not be in default.

To add someone to your account, please visit us at www.americanexpress.com/sharedelta2.

(CE 103097)

## Legal Advice at Your Fingertips for Pennies a Day!

AMERICAN EXPRESS
®

You don't need a crisis to need a lawyer. You could be buying a home. You could have trouble getting work done on your new car (even though it's under warranty). You could simply need a will. Legal questions come up every day of your life.

Do you have access to affordable legal advice? Become a member of the Legal Services Plan provided by Signature Agency, part of the GE Financial family of companies for only $9.99 a month. With the Legal Services Plan, you can have letters and phone calls made on your behalf, receive legal consultations by phone, drafting and updating of a simple, legally binding will (nominal fee in AR, NE, VA), have face-to-face meetings with your attorney on new legal matters and get professional review of legal documents and contracts up to six pages. Also, included in your $9.99 monthly fee are six fixed fee benefits, including non-commercial real estate closings, name changes and a simple will with minor's trust.

Protect Your Family. To learn more and to enroll in the Legal Services Plan, presented by American Express, call toll-free **1-800-616-9320**.

(CE 103070)

Your Plan Attorney will charge a maximum fee of only $70 per hour for all matters that are not free or at a fixed fee.

This promotional offer is not available in the following states: AL, FL, IN, MA, MN, MO, MS, MT, ND, NM, NV, OR, RI, TX, VT, WI and WY. Additional terms, conditions & restrictions apply & vary by state. Call for complete details. Legal Services Plan, presented by American Express, is a service of Signature Agency, Inc.

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# FEE FREE American Express® Travelers Cheques!


**Travelers Cheques**

As an American Express Cardmember you can purchase FEE FREE* American Express Travelers Cheques and Cheques for Two® at participating American Express Travel Service locations. Behind every Travelers Cheque is someone who can help in a travel emergency, 24/7 - from replacing lost or stolen Cheques, to assistance with replacing lost credit cards and passports**. Travel with peace of mind.

*Not all services available at all locations. Subject to local laws and cash availability. **Proof of Travelers Cheque purchase may be required. Credit Card Replacement Assistance is for major bank issued credit cards only. Fees for passport/credit card replacement are the sole responsibility of the customer. For complete terms call 1-800-221-7282.

Buy your Fee Free American Express Travelers Cheques before you leave!!

To find your nearest American Express Travel Services location, call **1-866-AXP-2482.**

(CE 103093)

# Earn Triple Miles on Delta

▲Delta
**SkyMiles**

Just use your Delta SkyMiles® Credit Card to purchase Delta tickets of $250 or more from January 15 through February 15, 2003, and you can earn triple miles. This exclusive triple miles offer won't last long, so purchase your Delta tickets today.

Please visit **www. americanexpress.com/ deltaoffers** for more information.

(CE 103100)

Qualifying transactions include every Delta purchase for $250 or more posted 01/15 - 02/15/03. Please allow 8 to 12 weeks after the promotion for bonus miles to be posted to your account. Delta purchases made from 01/15 - 02/15/03 are only eligible for one bonus mile offer.

# Make Tax Time More Rewarding

▲Delta
**SkyMiles**

You can earn Delta SkyMiles® when you use your Card to pay your 2002 individual federal income taxes. It's easy and convenient. First, file your Form 1040 on-time, via paper or electronically. Then, use your Delta SkyMiles® Credit Card to charge your taxes online or over the telephone by calling Official Payments Corporation at **1-800-2PAY-TAX ( 1-800-272-9829 )** or visiting **www.officialpayments.com**. You can also charge your taxes if you are requesting an extension of time to file (Form 4868), paying federal estimated taxes (1040-ES), or paying state or local taxes.

All tax payments made with the Card are subject to a convenience fee charged by Official Payments Corp. For complete information about Official Payments, visit **www.official payments.com** or call toll-free **1-877-754-4413.**

(CE 103079)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# Gold Delta SkyMiles® Credit Card

Prepared For
CHAD EDWARD

Closing Date
February 11, 2003

Account Number
3723-163363-61001

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge,if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 3,067.80 | -200.00 | +20.71 | =2,888.51 | 58.00 |

Payment Due Date
March 3, 2003

Please refer to page 3
for important information
regarding your account

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions
is $200.00.

| Credit Line Summary on February 11, 2003 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 1,411.00 | 200.00 | 200.00 |

## Payments

| | Amount $ |
|---|---|
| **January 26, 2003** PAYMENT RECEIVED - THANK YOU 01/26 Reference: 835028-00 | -200.00 |
| **Total of Payment Activity** | **-200.00** |

## New Activity

| Transactions for CHAD EDWARD Card 3723-163363-61001 | Amount $ |
|---|---|
| **January 21, 2003** AEPC-ANNUAL EDITIONS 1-888-403-9008 LBL021216 2003 WINE GUIDE 01/21/03 Reference: 496021-00 | -13.94 Credit |

*Continued on reverse*

⬇ Please fold on the perforation below, detach and return with your payment ⬇

## Payment Coupon

Account Number
3723-163363-61001

Payment Due Date:
**March 3, 2003**

Please enter account
number on all checks and
correspondence.

CHAD EDWARD
PO BOX 51081
NEW BEDFORD        MA 02745-0037

Minimum Amount Due
**$58.00**

Amount enclosed

$

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

Note any address and/or
telephone number change
on reverse side.  Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

Mail Payment to:        AMERICAN EXPRESS
SUITE 0002
CHICAGO IL 60679-0002

0000037231633636361001 000288851000005800 13AA

## Transactions Continued

| | Amount $ |
|---|---|
| **February 11, 2003**<br>Finance Charge | 34.65 |
| **Total of New Activity** | **20.71** |

| **Finance Charges**<br>Billing days this period: 30 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual Annual<br>Percentage<br>Rate | Corresponding<br>Annual<br>Percentage Rate | FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 2,961.26 | 0.0390% | 0.00% | 14.24% | 34.65 |
| Cash Advances | 0.00 | 0.0472% | 0.00% | 17.24% | 0.00 |
| | | | | | 34.65 |

## Delta Rewards Program

CHAD EDWARD
3723-163363-61001

| This Month Earned | -14 |
|---|---|

Credits appearing this billing period have resulted in a negative number of miles earned. Future merchandise spending will be applied against your negative mileage balance.

*Continued on next page*

Change of Address
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.

# Cards

Closing Date
**February 11, 2003**

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights.

In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York** residents may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

## Telephone Numbers

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

## Addresses

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

## Payments

SUITE 0002
CHICAGO IL
60679-0002

Delta
Cards
**SkyMiles®**

Customer Service
1-800-430-1000
(24 hours/7 days)
www.americanexpress.com/delta

# Gold Delta SkyMiles® Credit Card

Prepared For
**CHAD EDWARD**

Closing Date
**March 13, 2003**

Account Number
**3723-163363-61001**

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge,if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 2,888.51 | -200.00 | +64.69 | =2,753.20 | 55.00 |

Payment Due Date
**April 2, 2003**

Please refer to page 3
for important information
regarding your account

---

**See Page 5   For A Summary Of Changes To Your Agreement And Benefits**

**See Page 7   For An Important Privacy Notice**

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions
is $200.00.

| Credit Line Summary on March 13, 2003 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 1,547.00 | 200.00 | 200.00 |

## Payments

Amount $

**February 25, 2003**
PAYMENT RECEIVED ACH - THANK YOU 02/25
Reference: 835058-00

-200.00

**Total of Payment Activity**   -200.00

---

↓ Please fold on the perforation below, detach and return with your payment ↓

*Continued on reverse* ⟹

## Payment Coupon

Account Number
3723-163363-61001

Payment Due Date:
**April 2, 2003**

Please enter account number on all checks and correspondence.

CHAD EDWARD
PO BOX 51081
NEW BEDFORD        MA 02745-0037

Minimum Amount Due
**$55.00**

Amount enclosed

$

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

Note any address and/or telephone number change on reverse side. Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

Mail Payment to:    AMERICAN EXPRESS
                    P.O. BOX 360002
                    FT. LAUDERDALE FL 33336-0002

0000372316336361001 000275320000005500 15AA

## New Activity

| Transactions for **CHAD EDWARD**<br>Card 3723-163363-61001 | Amount $ |
|---|---|
| **March 3, 2003**<br>FOOD & WINE COOKBOOK SERIES  NEW YORK NY<br>0306200K2 2003 F&W ANNUAL 03/03/03<br>Reference: 496063-00 | 31.90 |
| **March 13, 2003**<br>Finance Charge | 32.79 |
| **Total of New Activity** | **64.69** |

| Finance Charges<br>Billing days this period: 30 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual Annual<br>Percentage<br>Rate | Corresponding<br>Annual<br>Percentage Rate | FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 2,802.94 | 0.0390% | 0.00% | 14.24% | 32.79 |
| Cash Advances | 0.00 | 0.0472% | 0.00% | 17.24% | 0.00 |
| | | | | | 32.79 |

## Delta Rewards Program

CHAD EDWARD
3723-163363-61001

| This Month Earned | 32 |
|---|---|

These miles have been transferred to your Delta Air Lines SkyMiles account.

*Continued on next page*



Change of Address
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.

Case 1:04-cv-12 Document 2-7 Filed 11/30/20 Page 3 of 3

Prepared for W.
CHAD EDWARD

Account Number
3729-169363-61001

Page 22 of 27

Cards

Closing Date
March 13, 2003

**Telephone Numbers**

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

**Addresses**

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

**Payments**

P.O. BOX 360002
FT. LAUDERDALE FL
33336-0002

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights.

**In your letter, give us the following information:** 1. Your name and account number; 2. The dollar amount of the suspected error; **3.** Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York** residents may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

Case 1:04-cv-12395-JLW    Document 2-7    Filed 11/30/2004    Page 5 of 8

CHAD EDWARD

Cards

Account Number
3723-183565-61001

Closing Date
March 13, 2003

## Notice of Changes to Your Agreement and Benefits
## Changes in Your Account Agreement

We are making Important Changes to the Agreement governing the American Express® Card Account identified on this Notice. This Notice formally amends that Agreement and any contrary or conflicting language in such Agreement is fully superseded. All terms of the Agreement not amended herein remain in full force and effect.

Please review this Notice carefully and file it in a safe place. This information should also be shared with Additional Cardmember(s), if applicable, on your Account because it applies to their use of your Account as well. The changes made to the Agreement will become effective as of the dates indicated below for each change.

**APR for Cash Advances** (Effective on the first day of the billing period ending in May 2003)
We are changing the standard **Annual Percentage Rate** for Cash Advances by substituting the following sentence for the sentence that specifies the standard **APR** for Cash Advances in the section of your Cardmember Agreement entitled, "Calculation of Daily Periodic Rate":

"Unless a default or other rate applies in accordance with the terms of this Agreement, the **APR** for Cash Advances is equal to the Prime Rate plus **14.99%.**"

**Delinquency Fee** (Effective on the first day of the billing period ending in July 2003)

We are changing the Delinquency Fee we may assess by replacing the section of your Cardmember Agreement entitled "Delinquency Fees" with the following:

"You will be assessed a Delinquency Fee if you fail to pay us at least the minimum amount due by the Payment Due Date shown on each billing statement. The Delinquency Fee will vary based on the amount of your previous balance. The previous balance that we use to determine the Delinquency Fee is the closing balance of your prior statement for which we did not receive timely payment of the minimum amount due:

| Previous Balance | Delinquency Fee |
|---|---|
| Less than $100 | $15 |
| $100 to $1000 | $29 |
| Greater than $1000 | $35" |

**Monthly Statement–Minimum Payment** (Effective on the first day of the billing period ending in July 2003)

We are changing the calculation of the Minimum Payment amount on your Account by substituting the following paragraphs for the first paragraph in the section of your Agreement concerning your Minimum Payment amount:

"Each billing statement will reflect a Minimum Payment amount. To calculate the Minimum Payment amount, we will first take any previously billed Minimum Payment amounts that remain unpaid on the Closing Date of the statement, and then add the following:

- the greater of (i) 1/50th of the New Balance on your billing statement rounded up or down to the nearest whole dollar (for the purpose of this calculation we exclude from the New Balance any overlimit fee added to your Account during the billing period), (ii) the current billed Finance Charges, or (iii) $15; and
- any over limit fee added to your Account during the billing period.

The Minimum Payment amount will not exceed the New Balance on your billing statement. At our option, we may also include in the Minimum Payment amount all or part of other fees incurred during the billing period and any part of the New Balance on your billing statement in excess of your credit limit."

**Over the Limit Fee** (Effective immediately)
We are substituting the following paragraph for the corresponding paragraph in your Agreement relating to the fee for exceeding your credit limit:

"We may charge your Account a fee of $29 in each billing period if a balance on your Account exceeds your credit limit. We may impose the fee even if we authorize or impose any Charges that cause your balance to exceed your credit limit."

MU/4FYI/0303
T3905

Prepared For
CHAD EDWARD

**Credit Limit** (Effective immediately)
We are substituting the following paragraph for the corresponding paragraph in your Agreement relating to your credit limit:

"Your initial credit limit is set forth in the Supplement. A portion of your credit limit may be available to you for Cash Advances up to an amount determined by us to be your Cash Advance limit. We may, at any time and in our sole discretion, change your credit and Cash Advance limits. Notice of a change to your credit or Cash Advance limit will be provided to you on or with a billing statement or by separate communication either before or after such change is made. Your billing statement will show your credit limit and the portions of such limit that are available to you for Purchases and Cash Advances and the APRs for Purchases and Cash Advances as of the statement date. You agree not to use the Account in any way that causes your balance for Cash Advances to exceed the Cash Advance limit or cause your balance for all Charges to exceed your credit limit. Upon our request, you also agree to immediately pay us the amount of any balance on your Account in excess of any applicable limit."

## Changes in Your Card Benefits

Please note that not all Card products offer these benefits. Additionally, only residents of the United States, Puerto Rico, and the U.S. Virgin Islands are eligible for coverage under these Plans.

### Travel Accident Insurance Description of Coverage Rider Under Group Policy AX0948

The following two changes take effect May 1, 2003:

The definition of "Covered Trip" is revised:

> 2. the Covered Person's *entire* fare for such trip *on that Common Carrier Conveyance* has been actually charged to a specific American Express Card account prior to any Injury.

The **DESCRIPTION OF BENEFITS** section is revised:

"**Common Carrier Benefit:** This benefit is payable if the Covered Person sustains Injury as a result of an Accident which occurs while riding solely as a passenger in, or boarding, or alighting from or being struck by a Common Carrier Conveyance *used on* a Covered Trip."

In all other respects, the provisions and conditions of the Description of Coverage remain the same.

Kenneth J. Ciak, President
AMEX Assurance Company
161083-11-02

Timothy S. Meehan, Secretary
AMEX Assurance Company

**Best Value Guarantee Program**
Please be advised that as of May 1, 2003, the Best Value Guarantee benefit will no longer be available on any Optima® Card from American Express®. The program will cease for purchases made by Optima Cardmembers after April 30, 2003. For all other eligible Card Accounts, purchases made as of May 1, 2003 will no longer honor lower price comparisons found on the Internet. Please call 800-557-8317 to verify if your Card product is eligible for this benefit.

**Cards**

# It's a Matter of Privacy
## An Important Notice Concerning Cardmember Privacy
At American Express, we consider it a high priority to earn and keep our customers' trust and confidence. We are sending this Privacy Notice to United States holders of personal American Express® Charge Cards or accounts, Optima® Cards or accounts, and other personal credit card accounts that we issue. This Notice explains how we collect and safeguard information about you and the choices you have about our use and disclosure of that information.

*In this Notice American Express Travel Related Services Company, Inc. and American Express Centurion Bank are called "American Express," "we," "our," and "us." The cards and accounts that we issue are called "Cards" or "Card accounts." Holders of those Card accounts are called "Cardmembers" or "you." "Affiliates" refers to other companies in the American Express family, related to us by common control or ownership.*

### What Information Do We Collect?
We obtain information about you from a variety of sources. You provide us with information about yourself, for example by completing Card applications. This includes your name, address, social security number, and income and asset information. Your use of the Card and your other transactions with us and our Affiliates provide us with additional information, such as your spending and payment history.

Other sources, such as credit reporting agencies and providers of marketing information, furnish us with additional information about your credit history, purchasing preferences, and other matters. We also obtain information in connection with our efforts to protect against fraud. We call all of this information "Cardmember Information."

### What Do We Do with This Information?
We use Cardmember Information in connection with delivering products and services to you. To do this it's often necessary to share it with our Affiliates and other companies we work with. These include companies that manage Card accounts; offer affinity, frequent-user, and reward programs; and perform marketing services and other business operations for us. We may also share Cardmember Information with other financial institutions with whom we jointly offer products and services. And we may disclose it to other third parties as permitted by law. For example, we disclose Cardmember Information in response to subpoenas, to credit reporting agencies, and to help prevent fraud.

### Your Opt Out Choices
You have "opt out" choices about certain uses and disclosures of Cardmember Information. You may also choose not to receive certain communications. We explain below what uses, disclosures, and communications you may opt out from and how to opt out.

### Offers for Products and Services of Other Companies
We work with other companies, such as merchants that accept the Card, so that you may receive offers for their products and services. We may disclose Cardmember Information to these and other companies to develop and send you these offers. **Your choice:** To opt out from these disclosures and from receiving these offers, call us at 800-297-8378 or fill out the attached form and return it to the address on the form. You may also include the form with your regular payment.

Please Note: You may receive additional privacy notices that provide information and different opt out choices for other Card accounts that are applicable only to those accounts.

**Please complete this form if you choose to opt out and wish to mail your response rather than use the toll-free number, which is 800-297-8378.** If you have already given us your choices, you don't need to respond unless you want to change your choices. Return this form to American Express along with your payment coupon using the payment envelope enclosed with your statement.

*If you do not have a payment envelope, mail your response to:*
**American Express**
Cardmember Information Services
P.O. Box 299836
Ft. Lauderdale
FL 33329-9836

#### Offers for Products and Services of Other Companies
☐ Do not share Cardmember Information with other companies to send me offers for their products and services.

#### Credit Information Provided to Our Affiliates
☐ Do not share credit-related information about me (except as described in this notice) with your Affiliates.

#### Offers for American Express Products and Services

**Mail Offers**
☐ Do not send me offers in the mail for American Express products and services.

**Telephone Offers**
☐ Do not contact me by telephone to offer me products and services.

Account Number
**3723-163363-61001**

MU/1LE/0303
1.752072.102
T3905

## Offers for American Express Products and Services

### Mail Offers
We work with our Affiliates to develop and mail you offers for our products and services and those of our Affiliates.
**Your choice:** To opt out from receiving these mailings, call us at 800-297-8378 or fill out the attached form and return it to the address on the form. You may also include the form with your regular payment.

### Telephone Offers
We may contact you by telephone about our products and services or those that we offer with our business partners.
**Your choice:** To opt out from receiving telephone offers, call us at 800-297-8378 or fill out the attached form and return it to the address on the form. You may also include the form with your regular payment.

### Information We Share with Our Affiliates
Our Affiliates include financial advisors, publishers, insurers, and travelers cheques issuers. American Express Travel Related Services Company, Inc. and American Express Centurion Bank are also Affiliates of each other. We may disclose certain Cardmember Information our Affiliates to provide services for your Card account and to help us provide you with offers. We are permitted by law to share information with our Affiliates about our transactions or experiences with you, such as your payment history. But you can opt out of our sharing other credit-related information (such as your credit history as shown on a consumer report) with our Affiliates, except as permitted by law.
**Your choice:** To opt out from sharing our credit-related information with our Affiliates (except as described above), call us at

800-297-8378 or fill out the attached form and return it to the address on the form. You may also include the form with your regular payment.

### E-Mail Offers
We may send you e-mail offers for our products and services, and those of our Affiliates and other companies we work with. We don't share e-mail addresses with other companies for them to market their own products and services to you.
**Your choice:** To opt out from receiving these e-mail offers, enter your preferences at the "Set E-Mail Preferences" page of our Internet Privacy Statement at www.americanexpress.com/cust_serv/ privacy/emailprivacy.asp.

### Information Security
We take commercially reasonable physical, electronic and procedural steps to help safeguard Cardmember Information.

### Former Customers
If you cancel your Card, or your Card account(s) are closed, we will continue to treat and safeguard Cardmember Information about you as described in this Notice.

### For Vermont Cardmembers Only
If your Card account has a Vermont billing address, we will automatically treat your account as if you had checked the upper-left and lower-left hand boxes on the attached opt out form. We may share your name and contact information, and information about our transactions or experiences with you, with financial institutions with whom we jointly offer financial products and services. This Notice describes opt out choices about certain other uses of Cardmember Information.

If you are the primary Cardmember on your Card account, your opt out choices will also apply to any other Cardmembers on your Card account. If you opt out, we may still include notices and information about the Card and other products and services when communicating with you about your Card account and related products and services.

**Cards**    △ Delta **SkyMiles**®

# Gold Delta SkyMiles® Credit Card

Prepared For
CHAD EDWARD

Closing Date
April 12, 2003

Account Number
3723-163363-61001

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge,if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 2,753.20 | -2,000.00 | +12.15 | =765.35 | 15.00 |

Payment Due Date
May 2, 2003

Please refer to page 3
for important information
regarding your account

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions
is $200.00.

| Credit Line Summary on April 12, 2003 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 3,535.00 | 200.00 | 200.00 |

## Payments

Amount $

**March 22, 2003**
PAYMENT RECEIVED - THANK YOU 03/22
Reference: 831081-00

-2,000.00

**Total of Payment Activity**

-2,000.00

## New Activity

Transactions for CHAD EDWARD

Amount $

Card 3723-163363-61001

-31.90
Credit

**March 19, 2003**
FOOD & WINE COOKBOOK SERIES NEW YORK NY
LBL030303 2003 F&W ANNUAL 03/19/03
Reference: 496078-00

*Continued on reverse* ⟹

↓ Please fold on the perforation below, detach and return with your payment ↓

# Payment Coupon

Account Number
3723-163363-61001

Payment Due Date:
May 2, 2003

Please enter account
number on all checks and
correspondence.

CHAD EDWARD
PO BOX 1656
WESTPORT          MA 02790-0608

Minimum Amount Due
$15.00

Amount enclosed

$

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

Note any address and/or
telephone number change
on reverse side.  Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

⫿�III⽥⽥⽥⽥⽥⽥⽥⽥⽥⽥⽥⽥⽥⽥⽥

Mail Payment to:     AMERICAN EXPRESS
P.O. BOX 360002
FT. LAUDERDALE FL 33336-0002

0000372316336361001 0000765350000001500 14ꝺꝺ

Prepared For
CHAD EDWARD

Account Number
3723-163363-61001

Amount $

## Transactions Continued

29.00

**March 27, 2003**
M O R E INC GOESSEL KS
000352783 GENERAL MDSE 03/27/03
Reference: 501086-00

15.05

**April 12, 2003**
Finance Charge

12.15

## Total of New Activity

| Finance Charges Billing days this period: 30 | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 1,285.91 | 0.0390% | 0.00% | 14.24% | 15.05 |
| Cash Advances | 0.00 | 0.0472% | 0.00% | 17.24% | 0.00 |
| | | | | | 15.05 |

## Delta Rewards Program

CHAD EDWARD
3723-163363-61001

| This Month Earned | -3 |
|---|---|

Credits appearing this billing period have resulted in a negative number of miles earned. Future merchandise spending will be applied against your negative mileage balance.

*Continued on next page*



Change of Address
If correct on front
do not use

Name

Company Name

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

Providing your email address to American Express will enable you to receive special offers, suited to your needs.

Case 1:04-cr-02462-MLW    Document 2-8    Filed 11-17-04    Page 3 of 3

Page 3 of 3
Page 3 of 28

CHAD EDWARD

Account Number
3729-163368-61001

Closing Date
April 12, 2003

## Cards

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. **In your letter, give us the following information: 1.** Your name and account number; **2.** The dollar amount of the suspected error; **3.** Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us: 1.** Tell us your name & account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error of the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York** residents may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

## Telephone Numbers

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

## Addresses

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

## Payments

P.O. BOX 360002
FT. LAUDERDALE FL
33336-0002

Cards    **SkyMiles®**    X Delta

# Gold Delta SkyMiles® Credit Card

Prepared For
CHAD EDWARD

Closing Date
May 12, 2003

Account Number
3723-163363-61001

## Account Summary

| Previous Balance $ | Payment Activity $ | New Charges/Adjustments $ inc. Finance Charge,if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 765.35 | -500.00 | +7.25 | =272.60 | 15.00 |

Payment Due Date
June 1, 2003

Please refer to page 3
for important information
regarding your account

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions is $200.00.

| Credit Line Summary on May 12, 2003 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 4,027.00 | 200.00 | 200.00 |

## Payments

| | Amount $ |
|---|---|
| | -500.00 |
| **May 4, 2003** PAYMENT RECEIVED ACH - THANK YOU 05/04 Reference: 835124-00 | |
| **Total of Payment Activity** | **-500.00** |

## New Activity

| | Amount $ |
|---|---|
| | 7.25 |
| **May 12, 2003** Finance Charge | |
| **Total of New Activity** | **7.25** |

---

↓ Please fold on the perforation below, detach and return with your payment ↓

Continued on reverse ⟹

## Payment Coupon

Account Number
3723-163363-61001

Payment Due Date:
June 1, 2003

Please enter account number on all checks and correspondence.

CHAD EDWARD
PO BOX 1656
WESTPORT          MA 02790-0608

Minimum Amount Due
$15.00

Amount enclosed

$ _____

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

Note any address and/or telephone number change on reverse side.  Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

Mail Payment to:

AMERICAN EXPRESS
P.O. BOX 360002
FT. LAUDERDALE FL 33336-0002

☐

00000372316336361001  000027260000001500  14AA

Prepared For
CHAD EDWARD

Account Number
3782-163363-21001

| Finance Charges<br>Billing days this period: 30 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 619.46 | 0.0390% | 0.00% | 14.24% | 7.25 |
| Cash Advances | 0.00 | 0.0527% | 0.00% | 19.24% | 0.00 |
| | | | | | 7.25 |

*Continued on next page*

Change of Address
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.

Prepared for
**CHAD EDWARD**

Account Number
3729-163366-83061

**Cards**

Closing Date
May 12, 2003

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature, except for variations caused by rounding. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

---

**Telephone Numbers**

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
(24 hours, toll free)

Int'l collect:
1-336-393-1111

Hearing Impaired
TTY: 1-800-221-9950
FAX: 1-800-695-9090

SkyMiles Account
balances and
Award Redemption
1-800-325-3999
www.delta.com/skymiles

**Addresses**

Delta SkyMiles Card
from American Express
CoBrand
Correspondence
PO Box 297814
Ft. Lauderdale
FL 33329

Funds Access Service
PO Box 53809
Phoenix, AZ
85072-3809

**Payments**

P.O. BOX 360002
FT. LAUDERDALE FL
33336-0002

Prepared For
CHAD EDWARD

Account Number



CHAD EDWARD

**Cards**

Account Number
3F23-163963-41001
Closing Date
May 12, 2003

*CustomExtras*

## Song--Flying Your Way



▲Delta
**SkyMiles**

For more information, visit
www.flysong.com or call
1-800-FLY-SONG
(1-800-359-7664). Or call
your travel agent.

(CE 103335)

Song--the new, innovative, low-cost air carrier operated by Delta Air Lines--is especially good news for Delta SkyMiles® Credit Cardmembers!

You can enjoy one-way fares as low as $79 with no Saturday stay-over required--while earning valuable SkyMiles®. While you're relaxing in your leather seat with 33 inches of leg room, you'll be able to enjoy premium, name-brand food with your complimentary non-alcoholic beverage on every flight. Because Song is all about choices, you can always purchase an adult beverage. Name-brand spirits, wine and beer will also be available.

By early 2004, every seat on Song flights will feature state-of-the-art amenities like personalized video monitors, digitally streamed MP3 audio, pay-per-view programming on demand, and all-digital satellite TV. Song will initially service New York City, West Palm Beach, Boston, Washington, D.C., Hartford, Atlanta, Fort Myers, Fort Lauderdale, Tampa, Orlando and Las Vegas.

Tickets are non-transferable & non-refundable. Seats are limited and fares may not be available on all flights. Tickets: Fares are one way. Round-trip purchase is not required. Except for tickets purchased on flysong.com, ticketing must be completed by midnight 1 day after the reservations are confirmed or at least 14 days prior to departure, whichever occurs first. See www.flysong.com for online ticket purchase requirements & restrictions.

## Save $5 at Barnes & Noble.com

**BARNES&NOBLE**
www.bn.com

Visit **www.bn.com** today. Enter claim code ZZYCCVA on payment page during checkout. This offer expires at 11:59 p.m. EST on 7/31/03.

(CE 103334)

Barnes & Noble.com has over one million titles in stock and ready for immediate delivery, so you're sure to find just what you're looking for. Visit **www.bn.com** today and we'll give you $5 off your purchase of $50 or more. Plus, standard ground shipping is free when you buy two or more items! See site for details. Exceptional savings and great selection from the Internet's largest bookstore, Barnes & Noble.com.

Restrictions apply. This coupon can be redeemed once per individual with an online purchase totaling $50 or more (exclusive of shipping and handling charges, available discounts and applicable sales tax). This coupon is only valid for purchases made at bn.com and its mirror sites and is not valid on purchases made in any Barnes & Noble retail store or from third parties accessible from our site, such as GameStop.com. Please see www.bn.com for additional Terms and Conditions and order instructions.

## Double Miles on Everything

▲Delta
**SkyMiles**

To enroll or to learn more visit **www.american express.com/deltaenroll**

(CE 103344)

Now there are twice as many reasons to use your Delta SkyMiles® Credit Card from American Express. Between May 15 and July 15, 2003, you can earn Double Miles on purchases made with the Card. Just enroll your Card at **www.americanexpress.com/deltaenroll**. Then use your Card everywhere and every time you shop, and watch the miles add up. With Double Miles on Everything, your next vacation is closer than you think.

## Are You Overpaying for Personal Checks?

 **Publishing**

Order now at **www.amexpub.com/checks/statement** or call **1-800-662-2314** to request a brochure.

(CE 103306)

Tired of the inconvenience of ordering your personal checks through your bank? Since 1997, American Express Publishing has been offering personal and business checks and accessories to Cardmembers at prices up to 50% less than financial institutions. Other quality products we offer are address labels, deposit slips, checkbook organizers, stamps, binders and more. We adhere to security features that exceed industry standards, as well as strict confidentiality of account information. And, we offer an unconditional money-back satisfaction guarantee.

Order your checks now from a trusted name--American Express.

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# The Gold Delta SkyMiles®
## Credit Card

SkyMiles®

**Delta SkyMiles®**
**Earned This Period**
For details, please see page 3

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 06/12/03 | Page 1 of 3 |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 272.60 | -200.00 | +2,506.97 | =2,579.57 | 52.00 |

**Payment Due Date**
**07/02/03**
Please refer to page 2
for important information
regarding your account

| Credit Line Summary on 06/12/03 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 1,720.00 | 200.00 | 200.00 |

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00. Available balance for new cash advance transactions is $200.00.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

## We've Made Some Design Changes to Your Billing Statement!

It's easier than ever to find important account information. For starters, your Delta SkyMiles®
earned may be prominently displayed in the upper right-hand corner of your statement's first
page. We've also bundled your credits and returns in one section so you can find them easily.
Finally, we've created this new section on the front of your statement for special
announcements and Cardmember benefit information.

| Activity  * Indicates posting date | Amount $ |
|---|---|
| | -200.00 |
| 06/05/03   PAYMENT RECEIVED - THANK YOU 06/05 | |

| New Activity for CHAD EDWARD Card XXXX-XXXXX3-61001 | Amount $ |
|---|---|
| | 13.90 |
| 06/12/03   Finance Charge | 102.91 |
| 05/31/03   WEST MARINE 00086   NEW BEDFORD   MA 000006478 02740 05/31/03 | |
| | 1,785.96 |
| 05/31/03   BOAT US 1755   FAIRHAVEN   MA 000002072 02719 05/31/03 | |
| | 134.23 |
| 06/04/03   EXXONMOBIL2609636333WESTPORT   MA IN-STORE 2609636333 06/04/03 | |
| | 75.00 |
| 06/04/03   EXXONMOBIL2609636333WESTPORT   MA PAY AT PUMP2609636333 06/04/03 | |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↑

**Payment Coupon**

Account Number
3723-163363-61001

**Payment Due Date:**
07/02/03

**Total New Balance**
$ 2,579.57

**Minimum Amount Due**
$52.00

CHAD EDWARD
PO BOX 1656
WESTPORT        MA  02790-0608

$ _____ . _____
Amount enclosed

Please enter account
number on all checks and
correspondence.

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

Note any address and/or
telephone number change
on reverse side. Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360002
FORT LAUDERDALE  FL  33336-0002

0000372316336361001 000257957000005200 13HH

Prepared For
CHAD EDWARD



**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges:** We use the Average Daily Balance method to calculate Finance Charges on your Account. Under this method, we figure the Finance Charges on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid Finance Charges from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this daily balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the Finance Charge assessed on that feature, except for the daily periodic rate for that feature, the result will be the Finance Charge assessed on that feature. The total Finance Charge for the billing period is calculated by adding the Finance Charges assessed on all features of the Account. *This method of calculating the Average Daily Balance and Finance Charge results in daily compounding of Finance Charges.* The minimum Finance Charge for any billing period in which Finance Charges are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

---

To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
24 hours/7 days

International Collect
1-336-393-1111

Hearing Impaired
(9am-5pm EST)
TTY:  1-800-221-9950
FAX:  1-800-625-9090
In NY: 1-800-552-1897



SkyMiles Account
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles

---

Correspondence

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O. Box 297814
Ft. Lauderdale, FL
33329

Funds Access Services
P.O. Box 53809
Phoenix, AZ
85072-3809

Payments
PO BOX 360002
FORT
LAUDERDALE FL
33336-0002

---

Change of Address
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

Prepared For
CHAD EDWARD

XXXX-XXXXX3-61001   Cycle Date
06/12/03

| | | Amount $ |
|---|---|---|
| **New Activity Continued** | | |
| | | 41.88 |
| 06/07/03 | HI ENERGY CORP    NEW BEDFORD    MA
000368906 SERVICE STATION 06/07/03 | |
| | | 237.62 |
| 06/07/03 | WEST MARINE 00086   NEW BEDFORD    MA
000006609 02740 06/07/03 | |
| | | 115.47 |
| 06/08/03 | WEST MARINE 00086   NEW BEDFORD    MA
000006700 02740 06/08/03 | |
| **Total of New Activity** | | **2,506.97** |

| Finance Charges
Billing days this period: 31 | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 1,150.11 | 0.0390% | 0.00% | 14.24% | 13.90 |
| Cash Advances | 0.00 | 0.0527% | 0.00% | 19.24% | 0.00 |
| | | | | | 13.90 |

**Delta Rewards Program**
CHAD EDWARD
3723-163363-61001

| This Month Earned | 2744 |
|---|---|

Continue to fill up your tank with the Delta SkyMiles® Credit Card and get double miles!

# The Gold Delta SkyMiles® Credit Card

**SkyMiles**

| Prepared For | Account Number | Closing Date | Page 1 of 5 |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 07/13/03 | |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | Payment Due Date 08/02/03 |
|---|---|---|---|---|---|
| 2,579.57 | -200.00 | +384.32 | =2,763.89 | 55.00 | Please refer to page 3 for important information regarding your account |

| Credit Line Summary on 07/13/03 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 1,536.00 | 200.00 | 200.00 |

Minimum Payment due by Payment Due Date.

Your membership renews next month.  Please refer to the Renewal Notice on Page 3.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions is $200.00.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

## We've Made Some Design Changes to Your Billing Statement!

It's easier than ever to find important account information.  For starters, your Delta SkyMiles® earned may be prominently displayed in the upper right-hand corner of your statement's first page.  We've also bundled your credits and returns in one section so you can find them easily.  Finally, we've created this new section on the front of your statement for special announcements and Cardmember benefit information.

## Activity   * indicates posting date

| | Amount $ |
|---|---|
| PAYMENT RECEIVED - THANK YOU 07/04 | -200.00 |

**New Activity for CHAD EDWARD**
Card XXXX-XXXXX3-61001

| | | Amount $ |
|---|---|---|
| 05/31/03 | BOAT US 1755      FAIRHAVEN      MA | -1,690.45 Credit |
| | 000002101 02719 05/31/03 | |
| 06/12/03 | WESTPORT ACE HARDWARWESTPORT      MA | 5.24 |
| | 098520651 HARWARE STORES 06/12/03 | |
| 06/13/03 | NEXTEL WIRELESS SVCS800-639-6111    CO | 837.47 |
| | 170279299 80112 06/13/03 | |
| 06/17/03 | IMMUNOCORP    949-4746917      CA | 9.95 |
| | 113329 MISC FOOD STORE 06/17/03 | |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment

**Payment Coupon**

| | Account Number | Payment Due Date: 08/02/03 | Please enter account number on all checks and correspondence. |
|---|---|---|---|

3723-163363-61001

**Total New Balance** $ 2,763.89 — To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

CHAD  EDWARD
PO  BOX  1656
WESTPORT                MA  02790-0608

**Minimum Amount Due** $55.00

Note any address and/or telephone number change on reverse side.  Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

$ _____
Amount enclosed

Mail Payment to:
AMERICAN EXPRESS
PO  BOX  360002
FT  LAUDERDALE  FL  33336-0002

0000372316336361001 0002763890000005500 15dd



Prepared For
CHAD EDWARD

Account Number
XXXXXXXXXX2-9
XXXXXXXXX2-69001

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):** We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This method of calculating the Average Daily Balance and FC results in daily compounding of FC.* The minimum FC for any billing period in which FC are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: **1.** Your name and account number; **2.** The dollar amount of the suspected error; **3.** Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us: 1.** Tell us your name & account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**To Pay By Phone**
1-800-472-9297

**Customer Service**
1-800-430-1000
**24 hours/7 days**

**International Collect**
1-336-393-1111

**Hearing Impaired**
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-625-9090
In NY: 1-800-552-1897

**SkyMiles Account**
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles



**Correspondence**

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O Box 297814
Ft. Lauderdale, FL
33329

**Funds Access Services**
P.O. Box 53809
Phoenix, AZ
85072-3809

**Payments**
PO BOX 360002
FT LAUDERDALE
FL
33336-0002

**Change of Address**
If correct on front
do not use

| | |
|---|---|
| Name | |
| Company Name | |
| Street Address | |
| City, State | |
| Zip Code | |
| Area Code and Home Phone | |
| Area Code and Work Phone | |
| Email | |

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

## New Activity Continued

| | | Amount $ |
|---|---|---|
| 06/18/03 | EAST PARK RES800-656LAS VEGAS      NV<br>YL5941076 OLIVE OIL EXTRACT 06/18/03 | 83.95 |
| 06/20/03 | WEST MARINE 00086  NEW BEDFORD      MA<br>000008056 02740 06/20/03 | 37.51 |
| 06/30/03 | HARVEY INDUSTRIES  DARTMOUTH      MA<br>469000662 LUMBER/BUILDING MAT. 06/30/03 | 237.30 |
| 07/01/03 | THE HOME DEPOT #2673N DARMOUTH      MA<br>018331637 BUILDING MATERIALS 07/01/03 | 219.39 |
| 07/01/03 | EXXONMOBIL2609636325WESTPORT      MA<br>PAY AT PUMP2609636325 07/01/03 | 25.00 |
| 07/01/03 | DR. LEONARD'S HLTHCR800-455-1918      NJ<br>AFJX5700 MEDICAL SUPPLIES 07/01/03 | 59.85 |
| 07/02/03 | HEARTLANDAMERICA  CHASKA      MN<br>085292880 GEN MERCHNDS 07/02/03 | 346.45 |
| 07/02/03 | THE HOME DEPOT #2673N DARMOUTH      MA<br>018435781 BUILDING MATERIALS 07/02/03 | 185.73 |
| 07/13/03 | Periodic FINANCE CHARGE | 26.93 |

## Total of New Activity

**384.32**

| Finance Charges<br>Billing days this period: 31 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 2,227.78 | 0.0390% | 14.24% | 14.24% | 26.93 |
| Cash Advances | 0.00 | 0.0527% | 0.00% | 19.24% | 0.00 |
| | | | | | 26.93 |

## Delta Rewards Program

CHAD EDWARD
3723-163363-61001

| This Month Earned | 1866 |
|---|---|

Continue to fill up your tank with the Delta SkyMiles® Credit Card and get double miles!

You've earned DOUBLE miles this month for your wireless phone bill payment!

## Important Notice

### Renewal Notice

**Annual Fee:** The annual Basic Card fee is $85.00. The annual fee for each card is increased by $5 if the billing address of the account is outside the US. The annual Basic fee is $85 unless you have a Qualifying Charge Card Product (as defined in your Cardmember Agreement), in which case the annual Basic fee is $30.

**Grace Period:** You have until the Payment Due Date shown on the front of your statement which is 20 days from your Statement Closing Date, to pay your New Balance to avoid imposition of additional FINANCE CHARGES on Purchases. On Cash Advances and Balance Transfers, FINANCE CHARGES will continue to be assessed from the date of the Cash Advance or Balance Transfer until the date we receive payment in full.

**Method of Computing the Balance Subject to Finance Charge (FC):** Average Daily Balance (including New Purchases).

**APR Information:** The Annual Percentage Rates may vary on the applicable Prime Rate (PR). The PR used to determine the APR is listed in the *Wall Street Journal* on the 1st or 20th day (or, if such date is not a business day, the next business day) of the prior month. If a promotional rate is in effect, that rate will apply and expire according to the promotional terms disclosed to you when you were offered the account or promotional opportunity. If your Account is in default, as described in your Cardmember Agreement, the default rate noted for Purchases, Cash Advances and Balance Transfers will apply. Please see your Cardmember agreement. The following Annual Percentage Rate (APRs) and Daily Periodic Rate (DPRs) are applicable to your account:

Please refer to page   2
for further important
information regarding
your account

*Continued on reverse*

## Important Notice continued

**Purchases and Balance Transfers (unless otherwise noted below)**

| Tier | Rate Description | APR | DPR |
|---|---|---|---|
| STANDARD | Prime + 9.99% | 14.24% | 0.0390% |
| DEFAULT | Fixed | 23.99% | 0.0657% |

**Cash Advances**

| Tier | Rate Description | APR | DPR |
|---|---|---|---|
| STANDARD | Prime + 14.99% | 19.24% | 0.0527% |
| DEFAULT | Fixed | 23.99% | 0.0657% |

Prepared For
CHAD EDWARD

XXXX-XXXXX3-61001    07/13/03



**CustomExtras™**

---

## Do You Buy Your Travelers Cheques from AAA?



**Travelers Cheques**

Save yourself the trip. Most AAA* offices no longer sell American Express® Travelers Cheques. But, as an American Express Cardmember, you can purchase them FEE FREE** at participating American Express Travel Service locations. Behind every Cheque is someone who can help in a travel emergency, 24/7. Travel with peace of mind.

*AAA is a trademark of American Automobile Association. **Not all services available at all locations. Subject to local laws and cash availability.

To find your nearest American Express Travel Services location, call **1-800-AXP-8347**. Make your next vacation even more relaxing. Remember to pick up your Fee-Free American Express Travelers Cheques before you leave. C107:0001
(CE 103518)

---

## Order *USA Today* and Save 33% Off the Basic Rate!



Get home or office delivery of *USA Today*, the nation's newspaper--an economy of words and a wealth of information. Save 33% off the basic rate with this special offer. Subscribe for 13 weeks for $26, 26 weeks for $52, or 52 weeks for $104. It makes a great gift, too!

Offer valid only when paying with the American Express® Card. Void outside the continental United States. Local sales tax, when applicable, will be added to your order. Carrier delivery in selected areas. Savings calculated against basic rate of 60 cents per issue. Offer expires 8/31/03.

To order, call **1-800-USA-0001** and ask for keycode 589, or simply order online at: myusatoday.com/offers
(CE 103501)

---

## Magical Cancun--Up to $150 Credit



**Travel**

Escape to Cancun this summer and fall. A perfect mix of nature and culture--amazing beaches and breathtaking waters, great shopping and dining, Mayan ruins and cultural riches, world-class hotels, watersports and other adventures. Simply reserve your vacation with American Express Travel, and if you qualify, take advantage of your Annual Travel Benefit--up to $150.

Qualifying vacation is a purchase offered by a cruise or vacation package operator thru participating American Express Travel Services U.S. locations of $2,000 or more per booking for $100 credit or, only for Gold, Platinum Card® and Centurion® charge Card members, $2,500 or more for $150 credit. Does not include independent air/hotel/car rental reservations. Available once per Card account per year. May only redeem 1 per booking. Terms and Conditions apply. For details call **1-866-AXP-6801**.

To plan your vacation to Cancun and for details on your Cardmember Annual Travel Benefit, call American Express Travel toll-free at **1-866-AXP-6801**, or go to americantravelbenefit.
(CE 103499)

---

## Are You Overpaying For Personal Checks?



**Publishing**

Tired of the inconvenience of ordering your personal checks through your bank? Since 1997, American Express® Publishing has been offering personal and business checks and accessories to Cardmembers at prices up to 50% less than financial institutions. Other quality products we offer are address labels, deposit slips, checkbook organizers, stamps, binders and more. We adhere to security features that exceed industry standards, as well as strict confidentiality of account information. And, we offer an unconditional money-back satisfaction guarantee.

Order your checks now from a trusted name--American Express.

Order now at www.amexpub.com/checks/statement or call 1-800-662-2314 to request a brochure.
(CE 103516)

---

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# The Gold Delta SkyMiles® Credit Card

**SkyMiles®**

Prepared For
CHAD EDWARD

Account Number
3723-163363-61001

Closing Date
08/12/03

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 2,763.89 | -100.00 | +160.09 | =2,823.98 | 56.00 |

**Payment Due Date**
**09/01/03**
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 08/12/03 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 1,476.00 | 200.00 | 200.00 |

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions is $200.00.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

## Earn Miles with an Additional Card

You can earn miles on your Delta SkyMiles® account for virtually every dollar your Additional Cardmember spends. Now, you can earn 1,000 bonus SkyMiles for the first new Additional Cardmember you add to your account at **www.americanexpress.com/deltasuppcard** between now and 10/31/03. For complete Terms and Conditions, see enclosed newsletter.

## Activity
* Indicates posting date

| | | Amount $ |
|---|---|---|
| 08/07/03 | PHONE PAYMENT RECEIVED-THANK YOU 08/07 | -100.00 |

### New Activity for CHAD EDWARD
Card XXXX-XXXXX3-61001

| | | Amount $ |
|---|---|---|
| 07/13/03 | ANNUAL MEMBERSHIP FEE CHAD EDWARD PERIOD 09/03 THRU 08/04 | 85.00 |
| 07/17/03 | IMMUNOCORP        949-4746917       CA 120430 MISC FOOD STORE 07/17/03 | 41.97 |
| 08/12/03 | Periodic FINANCE CHARGE | 33.12 |

**Total of New Activity** **160.09**

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number
3723-163363-61001

**Payment Due Date:**
**09/01/03**

Please enter account number on all checks and correspondence.

**Total New Balance**
**$ 2,823.98**

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

**Minimum Amount Due**
**$56.00**

CHAD EDWARD
PO BOX 1656
WESTPORT          MA  02790-0608

$ _____ . ____
Amount enclosed

Note any address and/or telephone number change on reverse side.  Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

Continued on Page 3

0000372316336361001 000282398000005600 13dd

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express' Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.
**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):** We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature. This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero.* Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This method of calculating the Average Daily Balance and FC results in daily compounding of FC.* The minimum FC for any billing period in which FC are imposed is $0.50.
**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights.
In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)
**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
24 hours/7 days

International Collect
1-336-393-1111

Hearing Impaired
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-625-9090
In NY: 1-800-552-1897

SkyMiles Account
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles



Correspondence

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O Box 297814
Ft. Lauderdale, FL
33329

Funds Access Services
P.O. Box 53809
Phoenix, AZ
85072-3809

Payments
PO BOX 360002
FT LAUDERDALE
FL
33336-0002

Change of Address
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.

| Finance Charges<br>Billing days this period: 30 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 2,882.71 | 0.0383% | 13.99% | 13.99% | 33.12 |
| Cash Advances | 0.00 | 0.0520% | 0.00% | 18.99% | 0.00 |
| | | | | | 33.12 |

**Delta Rewards Program**

CHAD EDWARD
3723-163363-61001

| This Month Earned | 42 |
|---|---|

**The Gold Delta SkyMiles® Credit Card**

SkyMiles®

Delta SkyMiles®
Earned This Period
For details, please see page 3 .

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 09/12/03 | Page 1 of 5 |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 2,823.98 | -100.00 | +212.16 | =2,936.14 | 59.00 |

**Payment Due Date
10/02/03**
Please refer to page 2
for important information
regarding your account

| Credit Line Summary on 09/12/03 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 1,364.00 | 200.00 | 200.00 |

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions is $200.00.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

## Activity   * Indicates posting date

| | | Amount $ |
|---|---|---|
| 08/29/03 | PAYMENT RECEIVED - THANK YOU 08/29 | -100.00 |

**New Activity for CHAD EDWARD**
Card XXXX-XXXXX-61001

| | | Amount $ |
|---|---|---|
| 08/18/03 | IMMUNOCORP        949-4746917       CA | 41.97 |
| | 127975 MISC FOOD STORE 08/18/03 | |
| 09/02/03 | EXXONMOBIL2609636333WESTPORT       MA | 40.93 |
| | PAY AT PUMP2609636333 09/02/03 | |
| 09/02/03 | WAL-MART 1906    FAIRHAVEN      MA | 15.75 |
| | 65650442 GENERAL MERCHANDISE 09/02/03 | |
| 09/05/03 | EXXONMOBIL2609636325WESTPORT       MA | 45.85 |
| | PAY AT PUMP2609636325 09/05/03 | |
| 09/11/03 | THE HOME DEPOT #2673N DARMOUTH      MA | 33.69 |
| | 025527864 BUILDING MATERIALS 09/11/03 | |
| 09/12/03 | Periodic FINANCE CHARGE | 33.97 |

**Total of New Activity**                                    **212.16**

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

| | Account Number |
|---|---|
| | 3723-163363-61001 |

**Payment Due Date:**
10/02/03

**Total New Balance**
$ 2,936.14

**Minimum Amount Due**
$59.00

Please enter account number on all checks and correspondence.

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

Note any address and/or telephone number change on reverse side.  Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

CHAD EDWARD
PO BOX 1656
WESTPORT        MA  02790-0608

$                      .
Amount enclosed

Mail Payment to:        AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE  FL  33336-0002

0000372316336361001 000293614000005900 13dd

Prepared For
CHAD EDWARD

Account Number
XXXXXXXXXX2-69001

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):** We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by daily compounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This rounding.* method of calculating the Average Daily Balance and FC results in daily compounding of FC. The minimum FC for any billing period in which FC are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error of the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
24 hours/7 days

International Collect
1-336-393-1111

Hearing Impaired
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-625-9090
In NY: 1-800-552-1897

SkyMiles Account
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles



Correspondence

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O Box 297814
Ft. Lauderdale, FL
33329

Funds Access Services
P.O. Box 53809
Phoenix, AZ
85072-3809

Payments
PO BOX 360002
FT LAUDERDALE
FL
33336-0002

Change of Address
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX3-61001

Closing Date
09/12/03

Page 3 of 5

| Finance Charges<br>Billing days this period: 31 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 2,861.29 | 0.0383% | 13.99% | 13.99% | 33.97 |
| Cash Advances | 0.00 | 0.0520% | 0.00% | 18.99% | 0.00 |
| | | | | | 33.97 |

## Delta Rewards Program

CHAD EDWARD
3723-163363-61001

| | |
|---|---|
| This Month Earned | 300 |

Continue to fill up your tank with the Delta SkyMiles® Credit Card and get double miles!

Making home improvements are doubly rewarding because you used your Delta SkyMiles® Credit Card.

These miles have been transferred to your Delta Air Lines SkyMiles® account.

Prepared For
CHAD EDWARD

Prepared For
CHAD EDWARD
Account XXXX-XXXXX3-61001
Closing Date 09/12/03


**CustomExtras**

## Add Cards. Earn SkyMiles®. Fly Even Faster.

Earn Award Travel even faster with a little help from your friends and family. Just add Additional Cards to your account--with no additional fees--and you can start earning miles on virtually every dollar they charge. You'll also share the benefits, convenience, and security of the Card. Each Cardmember's charges will be itemized separately. And, because each Additional Card has its own number, only that Card will need to be replaced if it's lost or stolen.

▲Delta
**SkyMiles**

So why wait? Give a Card to someone you care about, and get ready for your next vacation. With more than one Card earning miles, you can be flying in no time.

*Apply for your Additional Card today at www.americanexpress.com/addgoldcard*

*(CE 103700)*

## Instead of One Store--It's Good at All Kinds of Stores

Unlike store-issued gift cards or gift certificates, American Express® Gift Cards let the people you care about get exactly what they want-- from a digital camera to a new shirt, from in-line skates to a good book. American Express Gift Cards are an ideal gift for everyone on your list. They make great gifts for holidays, birthdays, weddings, or even just to say "thank you." Gift Cards are available in a variety of prepaid denominations and come packaged with a personalized message from you.

**Gift Cheques**

Subject to daily purchase limits. Terms & Conditions for recipient may apply.

*Give the gift that's better than a gift certificate--give the American Express Gift Card.*

*American Express Gift Cards are available online at americanexpress.com/gift*

*(CE 103721)*

## Earn Up to 1,000 miles at delta.com

Earn 1,000 SkyMiles® to travel the world with each online purchase of a Delta round-trip ticket, or 500 miles for a one-way ticket. Please note that this offer is valid only for tickets purchased through **delta.com**. The bonus miles will not be awarded for any other form of purchase.

▲**Delta**

Please allow 6 to 8 weeks after your travel date for bonus miles to appear on your SkyMiles account summary. All standard SkyMiles program rules and conditions apply. This offer is subject to change or withdrawal with 30 days' advance notice. Any changes to the offer will be posted on www.delta.com, so please check the site often.

*For more information, visit www.delta.com*

*(CE 103710)*

## Online Protection with Private Payments®

Shopping online is easy, and Private Payments helps make it safer than ever. With the fee-free Private Payments service, you can protect your account information while shopping online by using a temporary transaction number, instead of your actual Card number.



*To enroll in Private Payments, a free service for all Cardmembers, visit www.americanexpress.com/pps50*

*(CE 103697)*

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# The Gold Delta SkyMiles® Credit Card

**SkyMiles**

Delta SkyMiles®
Earned This Period
For details, please see page 4

| Prepared For | Account Number | Closing Date | Page 1 of 4 |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 10/12/03 | |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | Payment Due Date |
|---|---|---|---|---|---|
| 2,936.14 | -500.00 | +1,888.48 | =4,324.62 | 86.00 | **11/01/03**<br>Please refer to page 2 for important information regarding your account |

| Credit Line Summary on 10/12/03 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 0.00 | 200.00 | 0.00 |

Minimum Payment due by Payment Due Date.

Your account is overlimit. Please pay at least $86.00, plus any additional charges you have incurred since the date of this billing statement, to avoid any overlimit fees on your next statement. Please see your Cardmember Agreement for additional terms and conditions that may apply.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

## Pay Your Bill Easily--Online
You can pay all your charges anytime, and anywhere. When you sign up to pay your bill online, you'll have online 24/7 access to your account. All you have to do is log on to view your statement, pay your bill, and receive an instant payment confirmation in a matter of seconds. Plus, your account information is protected by state-of-the-art encryption technology, so you feel secure. Sign up today at **www.americanexpress.com/paycardbill**

## Activity
*Indicates posting date

| | | Amount $ |
|---|---|---|
| | | -500.00 |
| 09/26/03 | PAYMENT RECEIVED - THANK YOU 09/26 | |

**New Activity for CHAD EDWARD**
Card XXXX-XXXXX-61001

| | | Amount $ |
|---|---|---|
| 10/09/03 | POTTING BENCH    NEW BEDFORD    MA<br>046493254 FLORISTS 10/09/03 | -7.68 Credit |
| 09/12/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>025627347 BUILDING MATERIALS 09/12/03 | 41.90 |
| 09/15/03 | 130 WILLIAM S CANNINFALL RIVER    MA<br>EQUISHELL 9100292090429580401 0187 09/15/03 | 43.85 |
| 09/16/03 | TESTCOUNTRY.COM    858-541-1760    CA<br>3205 GENERAL MERCHANDISE 09/16/03 | 85.85 |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

## Payment Coupon

| Account Number | Payment Due Date: |
|---|---|
| 3723-163363-61001 | **11/01/03** |

Please enter account number on all checks and correspondence.

**Total New Balance** $ 4,324.62

**Minimum Amount Due** $86.00

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

CHAD  EDWARD
PO BOX 1656
WESTPORT    MA 02790-0608

Note any address and/or telephone number change on reverse side. Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

$ _____ ._____
Amount enclosed

Mail Payment to:    AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

0000372316336361001 000432462000008600 13AA

Prepared For
CHAD EDWARD



**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically. At first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.
**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):** We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account. To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This method of calculating the Average Daily Balance and FC results in daily compounding of FC.* The minimum FC for any billing period in which FC are imposed is $0.50.
**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. **In your letter, give us the following information:** 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase).
**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

**To Pay By Phone**
1-800-472-9297

**Customer Service**
1-800-430-1000
24 hours/7 days

**International Collect**
1-336-393-1111

**Hearing Impaired**
(9am-5pm EST)
TTY:  1-800-221-9950
FAX:  1-800-625-9090
In NY: 1-800-552-1897

**SkyMiles Account**
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles



**Correspondence**

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O. Box 297814
Ft. Lauderdale, FL
33329

**Funds Access Services**
P.O. Box 53809
Phoenix, AZ
85072-3809

**Payments**
PO BOX 360002
FT LAUDERDALE
FL
33336-0002

**Change of Address**
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.

Case 1:04-cv-12462-MLW   Document 2-8   Filed 11/30/2004   Page 27 of 28

Page 3 of 4

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX3-61001

Closing Date
10/12/03

Amount $

## New Activity Continued

| Date | Description | Amount $ |
|---|---|---|
| | | 28.79 |
| 09/21/03 | 71 SOUTH MAIN STREETASSONET   MA<br>TEXACO 910040083802653020004022 09/21/03 | 42.75 |
| 09/22/03 | LEE'S SUPERMARKET   WESTPORT   MA<br>052726599 GROCERY STORE 09/22/03 | 199.75 |
| 09/22/03 | ROYAL BODYCARE   IRVING   TX<br>3F6EF3560 75038 09/22/03 | 57.18 |
| 09/23/03 | THE HOME DEPOT #2673N DARMOUTH   MA<br>026727812 BUILDING MATERIALS 09/23/03 | 223.98 |
| 09/24/03 | HEARTLANDAMERICA   CHASKA   MN<br>079232190 GEN MERCHNDS 09/24/03 | 51.08 |
| 09/26/03 | THE HOME DEPOT #2673N DARMOUTH   MA<br>027026208 BUILDING MATERIALS 09/26/03 | 34.55 |
| 09/26/03 | HI ENERGY/CIRCLE B  5089958708   MA<br>17560022 GAS/SERVICES 09/26/03 | 11.00 |
| 09/28/03 | STEAMSHIP AUTHORITY WOODS HOLE   MA<br>41580 TICKETS/BOAT FARE 09/28/03 | 107.91 |
| 09/28/03 | CLASSIC CARS   OAK BLUFFS   MA<br>0000-0928 RENTAL/SERVICE/PARTS 09/28/03 | 10.01 |
| 09/28/03 | EXXONMOBIL2609636564BUZZARDS   MA<br>PAY AT PUMP2609636564 09/28/03 | 9.88 |
| 09/28/03 | WAL-MART 2157   NORTH DARTMOU   MA<br>35556357 GENERAL MERCHANDISE 09/28/03 | 10.00 |
| 09/28/03 | LAKE AVE   OAK BLUFFS   MA<br>EQUISHELL 11677082405273204009743 09/28/03 | 32.78 |
| 09/29/03 | THE HOME DEPOT #2673N DARMOUTH   MA<br>027328698 BUILDING MATERIALS 09/29/03 | 174.14 |
| 09/29/03 | THE HOME DEPOT #2673N DARMOUTH   MA<br>027328699 BUILDING MATERIALS 09/29/03 | 17.56 |
| 10/04/03 | EXXONMOBIL3401470723NORTH DA   MA<br>PAY AT PUMP3401470723 10/04/03 | 43.28 |
| 10/04/03 | EXXONMOBIL2609636325WESTPORT   MA<br>PAY AT PUMP2609636325 10/04/03 | 39.54 |
| 10/06/03 | CHILI'S GRILL#827   RAYNHAM   MA<br>73391705 FOOD 10/06/03 | 214.00 |
| 10/06/03 | POTTING BENCH   NEW BEDFORD   MA<br>014624225 FLORISTS 10/06/03 | 7.68 |
| 10/06/03 | POTTING BENCH   NEW BEDFORD   MA<br>014624237 FLORISTS 10/06/03 | 10.00 |
| 10/07/03 | WAL-MART 3560   FALL RIVER S   MA<br>62368439 GENERAL MERCHANDISE 10/07/03 | 23.03 |
| 10/07/03 | POTTING BENCH   NEW BEDFORD   MA<br>025795284 FLORISTS 10/07/03 | 148.90 |
| 10/08/03 | FLAVORWAVE DELUXE  866-689-2025   CA<br>2746857 ALL PRODUCTS 10/08/03 | 39.29 |
| 10/09/03 | EXXONMOBIL2609674615EAST FRE   MA<br>PAY AT PUMP2609674615 10/09/03 | 8.25 |
| 10/09/03 | CITGO4899 DEMERS BROFALL RIVER   MA<br>CITGO GAS/MSC97 850824899151 10/09/03 | 20.76 |
| 10/10/03 | 130 WILLIAM S CANNINFALL RIVER   MA<br>SHELL OIL 91002920904284641026661 10/10/03 | 10.51 |
| 10/11/03 | THE HOME DEPOT #2673N DARMOUTH   MA<br>028548674 BUILDING MATERIALS 10/11/03 | |

Continued on reverse

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX5-61001

Amount $

## New Activity Continued

| | | | |
|---|---|---|---|
| | | | 26.09 |
| 10/11/03 | THE HOME DEPOT #2673N DARMOUTH     MA | | |
| | 028548675 BUILDING MATERIALS 10/11/03 | | 81.11 |
| 10/11/03 | THE HOME DEPOT #2605SOMERSET       MA | | |
| | 028548295 HARDWARE/HOME IMPROVE 10/11/03 | | 40.76 |
| 10/12/03 | Periodic FINANCE CHARGE | | **1,888.48** |

## Total of New Activity

| Finance Charges<br>Billing days this period: 30 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| | | | | | 40.76 |
| Purchases | 3,547.49 | 0.0383% | 13.99% | 13.99% | 0.00 |
| Cash Advances | 0.00 | 0.0520% | 0.00% | 18.99% | 40.76 |

## Delta Rewards Program

CHAD EDWARD
3723-163363-61001

| | |
|---|---|
| This Month Earned | 2711 |

You've earned DOUBLE miles this month for your supermarket purchases.

Continue to fill up your tank with the Delta SkyMiles® Credit Card and get double miles!

You've earned DOUBLE miles this month for your drugstore purchases.

Making home improvements are doubly rewarding because you used your Delta SkyMiles® Credit Card.

These miles have been transferred to your Delta Air Lines SkyMiles® account.

**The Gold Delta SkyMiles®
Credit Card**

Delta SkyMiles®
**SkyMiles®**

Delta SkyMiles®
**Earned This Period**
For details, please see page 4

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 11/11/03 | Page 1 of 6 |

| Previous Balance $ | Payment Activity $ | New Activity inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | **Payment Due Date 12/01/03** |
|---|---|---|---|---|---|
| 4,324.62 | -2,000.00 | +2,819.02 | =5,143.64 | 131.00 | Please refer to page 2 for important information regarding your account |

| Credit Line Summary on 11/11/03 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 0.00 | 200.00 | 0.00 |

Minimum Payment due by Payment Due Date.

Your account is overlimit.  Please pay at least $843.64, plus any additional charges you have incurred since the date of this billing statement, to avoid any overlimit fees on your next statement.  Please see your Cardmember Agreement for additional terms and conditions that may apply.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

### Sign Up for American Express Alerts

Get important information about your account delivered to you--whenever and wherever. With American Express Alerts, you can choose to be notified when your payment is due or received, you are approaching your line of credit/spending limit, and when irregular account activity is detected. Alerts can be sent to your e-mail address, mobile phone, pager or PDA.

To sign up for Alerts, visit **www.americanexpress.com/alerts**

## Activity

*Indicates posting date*

| | Amount $ |
|---|---|
| 11/06/03    PAYMENT RECEIVED - THANK YOU 11/06 | -2,000.00 |

**New Activity for CHAD EDWARD**
Card XXXX-XXXXX3-61001

| | | Amount $ |
|---|---|---|
| 10/17/03 | THE HOME DEPOT #2673N DARMOUTH        MA | -11.13 Credit |
| | 029125667 BUILDING MATERIALS 10/17/03 | |
| 10/12/03 | EXXONMOBIL2609636325WESTPORT        MA | 42.52 |
| | PAY AT PUMP2609636325 10/12/03 | |
| 10/15/03 | THE HOME DEPOT #2673N DARMOUTH        MA | 18.87 |
| | 028930423 BUILDING MATERIALS 10/15/03 | |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↑

**Payment Coupon**

Account Number
3723-163363-61001

**Payment Due Date:
12/01/03**

**Total New Balance
$ 5,143.64**

**Minimum Amount Due
$131.00**

Please enter account number on all checks and correspondence.

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

CHAD EDWARD
PO BOX 1656
WESTPORT        MA 02790-0608

Note any address and/or telephone number change on reverse side.  Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

$ _____ . ____
Amount enclosed

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

☐

0000372316336361001 0005143640000013100 12HH

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX6-XXXX

Page 2 of 6

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the check, **Authorization for Electronic Payments:**By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):**We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This method of calculating the Average Daily Balance and FC results in daily compounding of FC.* The minimum FC for any billing period in which FC are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

---

**To Pay By Phone**
1-800-472-9297

**Customer Service**
1-800-430-1000
24 hours/7 days

**International Collect**
1-336-393-1111

**Hearing Impaired**
(9am-5pm EST)
TTY:   1-800-221-9950
FAX:   1-800-625-9090
In NY: 1-800-552-1897

**SkyMiles Account**
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles



**Correspondence**

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O Box 297814
Ft. Lauderdale, FL
33329

**Funds Access Services**
P.O. Box 53809
Phoenix, AZ
85072-3809

**Payments**
PO BOX 360002
FT LAUDERDALE
FL
33336-0002

---

**Change of Address**
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

**Providing your email address to American Express will enable you to receive special offers, suited to your needs.**

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX3-61001

Closing Date
11/11/03

Page 3 of 6

| | | Amount $ |
|---|---|---|
| **New Activity Continued** | | 144.27 |
| 10/15/03 | THE HOME DEPOT #2605SOMERSET    MA<br>028999020 HARDWARE/HOME IMPROVE 10/15/03 | 223.95 |
| 10/16/03 | GTI-TRAVEL AGENT PRO800-715-4440    FL<br>200328906 MEMBERSHIP 10/16/03 | 38.00 |
| 10/16/03 | FAIRHAVEN GAS    FAIRHAVEN    MA<br>613000579 FUEL DEALER- OIL/COAL 10/16/03 | 93.75 |
| 10/16/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>029030291 BUILDING MATERIALS 10/16/03 | 83.52 |
| 10/17/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>029125668 BUILDING MATERIALS 10/17/03 | 36.50 |
| 10/19/03 | FAIRHAVEN GAS    FAIRHAVEN    MA<br>619000816 FUEL DEALER- OIL/COAL 10/19/03 | 19.93 |
| 10/21/03 | MAINTENANCE WAREHOUS800-431-3000    CA<br>24046071 MAINTENANCE WAREHOUSE 10/21/03 | 123.55 |
| 10/21/03 | THE HOME DEPOT #2605SOMERSET    MA<br>029502021 HARDWARE/HOME IMPROVE 10/21/03 | 144.96 |
| 10/22/03 | URBAN NUTRITION INC.HOMOKEN    NJ<br>0000-1022 MISC FOOD, SPECIALTY,CO 10/22/03 | 99.39 |
| 10/24/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>029827620 BUILDING MATERIALS 10/24/03 | 112.84 |
| 10/24/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>029827621 BUILDING MATERIALS 10/24/03 | 44.02 |
| 10/25/03 | WOMBI ROCK    UNCASVILLE    CT<br>0000-1026 FOOD/BEV 10/25/03 | 39.92 |
| 10/25/03 | MOHEGAN SUN-THE COVEUNCASVILLE    CT<br>0000-1026 FOOD/BEV 10/25/03 | 40.34 |
| 10/25/03 | MOHEGAN SUN LOG HOUSUNCASVILLE    CT<br>0000-1026 FOOD/BEV 10/25/03 | 7.32 |
| 10/27/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>030132391 BUILDING MATERIALS 10/27/03 | 39.80 |
| 10/29/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>030326387 BUILDING MATERIALS 10/29/03 | 45.78 |
| 10/30/03 | EXXONMOBIL3401470723NORTH DA    MA<br>PAY AT PUMP3401470723 10/30/03 | 41.87 |
| 10/31/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>030524952 BUILDING MATERIALS 10/31/03 | 82.12 |
| 11/01/03 | SENATOR INN    AUGUSTA    ME<br>0 LODGING 11/01/03 | 44.82 |
| 11/01/03 | CITGO3673 SALLEY'S MHARTLAND    ME<br>CITGO GAS/MSC97 020523673182 11/01/03 | 132.50 |
| 11/03/03 | ROYAL BODYCARE    IRVING    TX<br>3FA02F007 75038 11/03/03 | 62.91 |
| 11/03/03 | BARGAIN OUTLET-401 NEW BEDFORD    MA<br>00000511 LUMBER & BUILDING MATER 11/03/03 | 43.79 |
| 11/03/03 | WWW.EBAY.COM/CC/  8887493229    CA<br>00794942 DIRECT MARKETER 11/03/03 | 114.43 |
| 11/05/03 | WEST MARINE 00086 NEW BEDFORD    MA<br>000008552 02740 11/05/03 | 29.19 |
| 11/05/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>031027370 BUILDING MATERIALS 11/05/03 | 42.53 |
| 11/06/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>031124827 BUILDING MATERIALS 11/06/03 | |

Continued on reverse

Prepared For
**CHAD EDWARD**

Account Number
XXXX-XXXXX-61001

Page 4 of 6

Amount $

## New Activity Continued

110.64

| | | | Amount $ |
|---|---|---|---|
| 11/07/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>031225331 BUILDING MATERIALS 11/07/03 | | 84.78 |
| 11/07/03 | PETCO.COM    SAN DIEGO    CA<br>000780114 PET SUPPLIES/ACCESS 11/07/03 | | 42.47 |
| 11/07/03 | 737 GAR HIGHWAY    SWANSEA    MA<br>TEXACO 11686220472312205012759 11/07/03 | | 64.78 |
| 11/08/03 | LOWES    WARWICK    RI<br>12476 HOME IMPROVEMENT 11/08/03 | | 66.49 |
| 11/10/03 | THE HOME DEPOT #2673N DARMOUTH    MA<br>031531840 BUILDING MATERIALS 11/10/03 | | 378.00 |
| 11/10/03 | NBA-BOSTON CELTICS  BOSTON    MA<br>000GSBT TICKETS 11/10/03 | | 29.00 |
| 11/11/03 | OVERLIMIT FEE ASSESSMENT | | 60.60 |
| 11/11/03 | Periodic FINANCE CHARGE | | **2,819.02** |

## Total of New Activity

| Finance Charges<br>Billing days this period: 30 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 5,274.14 | 0.0383% | 13.99% | 13.99% | 60.60 |
| Cash Advances | 0.00 | 0.0520% | 0.00% | 18.99% | 0.00 |
| | | | | | 60.60 |

## Delta Rewards Program

CHAD EDWARD
3723-163363-61001

This Month Earned                4135

Continue to fill up your tank with the Delta SkyMiles® Credit Card and get double miles!

Making home improvements are doubly rewarding because you used your Delta SkyMiles® Credit Card.

These miles have been transferred to your Delta Air Lines SkyMiles® account.

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXXX3-61001

Closing Date
11/11/03

Page 5 of 6


**CustomExtras™**

---

## Add Cards - Earn SkyMiles® - Fly Even Faster

Earn Award Travel even faster with a little help from your friends and family. Just add Additional Cards to your account--with no additional fees--and you can start earning miles on virtually every dollar you charge. You'll also share the benefits, convenience and security of the Card. Each Cardmember's charges will be itemized separately. And, because each Additional Card has its own number, only that Card will need to be replaced if it's lost or stolen.

So why wait? Give a Card to someone you care about and get ready for your next vacation. With more than one Card earning miles, you can be flying in no time.

▲Delta
**SkyMiles**

*Apply for your Additional Card today at www.americanexpress.com/addgoldcard*

(CE 103944)

---

## Enroll and Earn Hundreds of Miles

Now there are hundreds of reasons to use your Delta SkyMiles® Credit Card from American Express. Between December 1-31, 2003 you can earn 100 Bonus Miles when you make a purchase of $100 or more with your Card. Just enroll your Card at **www.americanexpress.com/deltaenroll**. Then use your Card everywhere and every time you shop and watch the miles add up.

For Terms and Conditions and to enroll, visit www.americanexpress.com/deltaenroll

▲Delta
**SkyMiles**

*Enroll today at www.americanexpress.com/deltaenroll*

(CE 103906)

---

## A New Look, New Features for the Card

The new, clear Delta SkyMiles® Credit Card has your Delta SkyMiles number right on the front of the Card, and embedded in the bar code on the back of the Card. And, soon you'll be able to scan it at Delta's self-service kiosks for faster check-in at the airport. Now, every time you go to the airport, make a reservation, stay in a hotel, or rent a car, your SkyMiles number will be easily accessible. So, you won't miss out on another opportunity to earn miles.

Delta SkyMiles number and bar code are only available to basic Cardmembers

▲Delta
**SkyMiles**

*Please visit www.americanexpress.com/delta for more details about your Delta SkyMiles Credit Card.*

(CE 103907)

---

## Earn Triple SkyMiles® and 1,000 Bonus SkyMiles on Song

Use your Delta SkyMiles® Credit Card to purchase Song tickets at **www.flysong.com** and make in-flight purchases from October 15 through December 31, 2003, and you can earn Triple SkyMiles for every eligible dollar you spend on Song. That's one extra mile in addition to the Always Double Miles® you can earn with your Card on Song. Plus, you can get 1,000 bonus miles when you make your first in-flight purchase on Song. With your Delta SkyMiles Credit Card, your next vacation is closer than you think.

Terms and Conditions apply. For complete Terms and Conditions, please visit: www.americanexpress.com/deltaoffers



*For more information and for complete Terms, Conditions and Restrictions, visit www.americanexpress.com/deltaoffers*

(CE 103908)

---

## This Year, Give American Express® Gift Cards

Unlike most store gift cards or certificates, American Express Gift Cards can be used in over a million places. They let the people you care about get exactly what they really want--whether it's a good book or a digital camera. American Express Gift Cards are ideal for everyone on your list. They are great for holidays, birthdays, weddings or even just to say, "Thank You." Gift Cards are available in a variety of pre-paid denominations and come packaged with a personalized message from you.

Subject to daily purchase limits. Terms and Conditions for recipient may apply.


**Gift Cheques**

*Give an American Express Gift Card. It can be the perfect gift for everyone on your list! Available online at www.americanexpress.com/gift*

(CE 103933)

---

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

## Verify your Charges Before they Appear on your Bill



Sign up to view your account online and start checking your most recent charges anytime and anywhere you want. It's a convenient option that allows you to view your statement and complete your American Express transactions in a matter of seconds. For added convenience, you can even pay your bill online. You'll get an instant payment confirmation as soon as you're through. Plus, your account information is protected by state-of-the-art encryption technology-- so you can always feel secure about making transactions online.

Sign up today at www.americanexpress. com/mycardaccount

(CE 103925)

## Protect your Card From Fraud at Walgreens



Give your Card an added level of security at Walgreens by providing your billing zip code. This is a simple, easy way to increase the security of your Card. In addition to presenting your Card at the Walgreens' checkout counter, you will be asked to provide your five-digit billing zip code for every purchase. This will help us ensure that the person who is using your Card is really you. Zip Code Verification is a safety precaution that takes only a moment to complete, and provides American Express® Cardmembers with an added level of security. We assure you that your information will only be used for security verification. It will not be retained by Walgreens or used for marketing purposes.

For more information on Zip Code Verification, please call the American Express Customer Service number on the back of your Card.

(CE 103910)

## Visit www.brothermall.com for Savings!



Can't locate that certain accessory or supply for your Brother product, then shop at **www.brothermall.com** where you'll find genuine Brother supplies and accessories. Check out our Factory Outlet with over 1,000 items to choose from, including specially priced closeouts, and great deals on new and refurbished products.

Our store is open 24 hours a day, 7 days a week. Call now toll-free **1-888-879-3232** or visit us online at **www.brothermall.com**. Orders over $50 placed before December 31, 2003, receive FREE ground shipping. To receive offer mention promotional code **BMAE**.

Visit www.brothermall.com

To receive offer mention promotional code BMAE.

(CE 103912)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# The Gold Delta SkyMiles®
# Credit Card

**SkyMiles®**

Delta SkyMiles®
Earned This Period
For details, please see page 3

| Account Number | Closing Date | |
|---|---|---|
| 3723-163363-61001 | 12/12/03 | Page 1 of 3 |

Prepared For
**CHAD EDWARD**

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | **Payment Due Date 01/01/04** |
|---|---|---|---|---|---|
| 5,143.64 | -2,000.00 | +508.76 | =3,652.40 | 73.00 | Please refer to page 2 for important information regarding your account |

| Credit Line Summary on 12/12/03 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 648.00 | 200.00 | 200.00 |

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00. Available balance for new cash advance transactions is $200.00.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

## Everyday Ways to Earn Always DOUBLE MILES®
With the Delta SkyMiles® Credit Card from American Express, earning Always DOUBLE MILES every day of the year is easy. Every time you use your Card you can earn two miles for every eligible dollar you spend at supermarkets, gas stations, drugstores, home improvement and hardware stores and the U.S. Postal Service, as well as for wireless phone bill payments, Song® and Delta purchases. There's no need to enroll--it's automatically part of your Cardmembership. Always DOUBLE MILES is just one more good reason to use your Card every day--and an easy way to get closer to your next vacation. Terms and Conditions apply. For details, refer to your Cardmember agreement or visit **www.americanexpress.com/delta**

## Activity    *indicates posting date

| | | Amount $ |
|---|---|---|
| 11/25/03 | PAYMENT RECEIVED - THANK YOU 11/25 | -2,000.00 |

**New Activity for CHAD EDWARD**
Card XXXX-XXXXX3-61001

| | | Amount $ |
|---|---|---|
| 11/12/03 | THE HOME DEPOT #2673N DARMOUTH     MA 031726072 BUILDING MATERIALS 11/12/03 | 24.23 |
| 11/12/03 | BEST   0684574701PEABODY     MA SUNOCO 0013364 031704519 11/12/03 | 36.93 |
| 11/13/03 | COSTCO WHOLESAL 0993AVON     MA 201921310 GROCERY STORE/SUPERMRKT 11/13/03 | 88.79 |

*Continued on Page 3*

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number
3723-163363-61001

**Payment Due Date:**
**01/01/04**

**Total New Balance**
**$ 3,652.40**

**Minimum Amount Due**
**$73.00**

Please enter account number on all checks and correspondence.

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

CHAD EDWARD
PO BOX 1656
WESTPORT         MA 02790-0608

Note any address and/or telephone number change on reverse side. Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

$ _____ . ____
Amount enclosed

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

0000037231633636361001  0003652400000007300  13日日

# The Gold Delta SkyMiles® Credit Card

**SkyMiles**

**Delta SkyMiles®**
**Earned This Period**
For details, please see page 3

Prepared For
**CHAD EDWARD**

Account Number
**3723-163363-61001**

Closing Date
**01/12/04**

Page 1 of 3

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 3,652.40 | 0.00 | +579.78 | =4,232.18 | 158.00 |

**Payment Due Date**
**02/01/04**

Minimum Amount Due
includes:
Past due amount
$73.00
This month's amount due
$85.00
Please refer to page 2
for important information
regarding your account

**Credit Line Summary** on 01/12/04

| Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|
| 4,300.00 | 68.00 | 200.00 | 68.00 |

Your account is past due. Please remit payment immediately.

Your cash advance limit is $200.00. Available balance for new cash advance transactions is $68.00.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

## New Features for the Delta SkyMiles® Credit Card

The new, clear Delta SkyMiles Credit Card has your Delta SkyMiles® number right on the front of the Card, and embedded in the bar code on the back of the Card, so there are no more last minute searches through your wallet. And, you'll be able to scan it at Delta's self-service kiosks for faster check-in at the airport. Now, every time you go to the airport, make a reservation, stay in a hotel, or rent a car your SkyMiles number will be easily accessible. You won't miss out on another opportunity to earn miles. With your Delta SkyMiles Credit Card, your next vacation is closer than you think. Please visit **www.americanexpress.com/delta** for more details about your Delta SkyMiles Credit Card.

## Activity
* Indicates posting date

Amount $
**0.00**

**Total of Payment Activity**

## New Activity for CHAD EDWARD
Card XXXX-XXXXX3-61001

Amount $

| | | |
|---|---|---|
| 01/06/04 | DELINQUENCY FEE ASSESSMENT MIN PAYMENT NOT RECEIVED BY DUE DATE | 35.00 |
| 01/07/04 | ATEC TRAINING CORP 877-6742286    FL 131073489 1-727-375-2700 01/07/04 | 500.00 |
| 01/12/04 | Periodic FINANCE CHARGE | 44.78 |

**579.78**

## Total of New Activity

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number
**3723-163363-61001**

**Payment Due Date:**
**02/01/04**

CHAD EDWARD
PO BOX 1656
WESTPORT          MA 02790-0608

**Total New Balance**
**$ 4,232.18**

**Minimum Amount Due**
**$158.00**

$ _____ . ____
Amount enclosed

Please enter account number on all checks and correspondence.

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

Note any address and/or telephone number change on reverse side. Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

0000037231633636l001 0004232l80000l5800 l3AA

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX3-81601



To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
24 hours/7 days

International Collect
1-336-393-1111

Hearing Impaired
(9am-5pm EST)
TTY: 1-800-221-9950
FAX: 1-800-625-9090
In NY: 1-800-552-1897

SkyMiles Account
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):** We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This method of calculating the Average Daily Balance and FC results in daily compounding of FC.* The minimum FC for any billing period in which FC are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number. 2. The dollar amount of the suspected error. 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name & account number. 2. Provide the dollar amount of the suspected error. 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not meet sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



**Correspondence**

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O Box 297814
Ft. Lauderdale, FL
33329

Funds Access Services
P.O. Box 53809
Phoenix, AZ
85072-3809

**Payments**
PO BOX 360002
FT LAUDERDALE
FL
33336-0002

**Change of Address**
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email address to American Express will enable you to receive special offers, suited to your needs.

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX3-61001

Closing Date
01/12/04

Page 3 of 3

| Finance Charges<br>Billing days this period: 31 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| | | | | | 44.78 |
| Purchases | 3,771.46 | 0.0383% | 13.99% | 13.99% | 0.00 |
| Cash Advances | 0.00 | 0.0520% | 0.00% | 18.99% | |
| | | | | | 44.78 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

**Delta Rewards Program**

CHAD EDWARD
3723-163363-61001

This Month Earned                                          500

These miles have been transferred to your Delta Air Lines SkyMiles® account.

**The Gold Delta SkyMiles®**
**Credit Card**

SkyMiles® balance visit
delta.com

SkyMiles®

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 02/12/04 | Page 1 of 3 |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 4,232.18 | -20.00 | +86.65 | =4,298.83 | 224.65 |

**Payment Due Date**
**03/03/04**

**Minimum Amount Due Includes:**
Past due amount
$138.00
This month's amount due
$86.65
Please refer to page 2
for important information
regarding your account

| Credit Line Summary on 02/12/04 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 1.00 | 200.00 | 1.00 |

Your account is seriously past due.  Your account has been suspended.  To avoid cancellation, please remit payment now.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions is $1.00.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

### Your Year End Summary - Now Online

Your 2003 Year End Summary of Charges, available online as of February 5, 2004, gives you access to important information 24 hours a day, seven days a week. Flexible new features make organizing your expenses a snap. Download the Summary and print it out, sort by date, merchant name, or charge amount, view your own charges, those of an Additional Card, or everything at once, and review charges made within a category. To access your Online Year End Summary, simply visit **www.americanexpress.com/yearendsummary**.

| **Activity** † indicates posting date | Amount $ |
|---|---|
| | -20.00 |
| 01/14/04    PAYMENT RECEIVED ACH - THANK YOU 01/14 | |

| | Amount $ |
|---|---|
| | 86.65 |
| 02/12/04    Periodic FINANCE CHARGE | 86.65 |

**Total of New Activity**

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment

**Payment Coupon**

| | Account Number |
|---|---|
| | 3723-163363-61001 |

**Payment Due Date:**
**03/03/04**

**Total New Balance**
**$ 4,298.83**

**Minimum Amount Due**
**$224.65**

CHAD EDWARD
PO BOX 1656
WESTPORT          MA 02790-0608

Please enter account
number on all checks and
correspondence.

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

Note any address and/or
telephone number change
on reverse side.  Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

$ _____  .  _____
Amount enclosed

Mail Payment to:       AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

0000037231633636361001 00004298830000022465 13HH

Case 1:04-cv-12462-MLW    Document 2-9    Filed 11/30/2004    Page 12 of 23

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX9-51001

Page 2 of 3

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):** We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This method of calculating the Average Daily Balance and FC results in daily compounding of FC.* The minimum FC or any billing period in which FC are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



**To Pay By Phone**
1-800-472-9297

**Customer Service**
1-800-430-1000
24 hours/7 days

**International Collect**
1-336-393-1111

**Hearing Impaired**
(9am-5pm EST)
TTY:  1-800-221-9950
FAX:  1-800-695-9090
In NY: 1-800-552-1897

**SkyMiles Account
Balance and Award
Redemption**
1-800-325-3999
www.delta.com/skymiles



**Correspondence**

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O. Box 297814
Ft. Lauderdale, FL
33329

**Funds Access Services**
P.O. Box 53809
Phoenix, AZ
85072-3809

**Payments**
PO BOX 360002
FT LAUDERDALE
FL
33336-0002

---

**Change of Address**
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX3-61001

Closing Date
02/12/04

| Finance Charges<br>Billing days this period: 31 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 4,254.61 | 0.0657% | 23.99% | 23.99% | 86.65 |
| Cash Advances | 0.00 | 0.0657% | 0.00% | 23.99% | 0.00 |
| | | | | | 86.65 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary
based upon the prime rate identified in the Wall Street Journal, as described in your
Cardmember Agreement as currently in effect.

SkyMiles® balance visit
delta.com

**The Gold Delta SkyMiles®**
**Credit Card**

SkyMiles

| | | |
|---|---|---|
| Prepared For | Account Number | Closing Date |
| CHAD EDWARD | 3723-163363-61001 | 03/13/04 |

Page 1 of 10

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 4,298.83 | 0.00 | +120.57 | =4,419.40 | 312.65 |

**Payment Due Date**
**04/02/04**

Minimum Amount Due
Includes:
Past due amount
$224.65
This month's amount due
$88.00
Please refer to page 2
for important information
regarding your account

| Credit Line Summary on 03/13/04 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 0.00 | 0.00 | 0.00 |

Effective on or around April 19, 2004, your account will be transferred from American Express Centurion Bank, Member F.D.I.C., to American Express Bank, FSB, Member F.D.I.C. Other changes to your account not as a result of this transfer are described in the **Notice Of Changes To Your Agreement** section of this statement. PIN numbers and account numbers for this account are unchanged and checks that were issued may be used subject to their original terms.

**See Page 5    For An Important Notice**

**See Page 7    For A Notice Of Changes To Your Agreement**

**See Page 9    For An Important Privacy Notice**

Urgent notice - your account is cancelled.  Remit payment immediately.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

| **Activity** * indicates posting date | Amount $ |
|---|---|
| **Total of Payment Activity** | **0.00** |

| **New Activity for CHAD EDWARD** Card XXXX-XXXXX3-61001 | Amount $ |
|---|---|
| | 35.00 |
| 03/08/04   DELINQUENCY FEE ASSESSMENT MIN PAYMENT NOT RECEIVED BY DUE DATE | 85.57 |
| 03/13/04   Periodic FINANCE CHARGE | 120.57 |
| **Total of New Activity** | |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

| Account Number |
|---|
| 3723-163363-61001 |

**Payment Due Date:**
**04/02/04**

Please enter account number on all checks and correspondence.

CHAD EDWARD
PO BOX 1656
WESTPORT        MA  02790-0608

**Total New Balance**
**$ 4,419.40**

**Minimum Amount Due**
**$312.65**

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

Note any address and/or telephone number change on reverse side. Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

$                      .
Amount enclosed

Mail Payment to:        AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

0000372316336361001 00044194000031265 14AA

Prepared for
CHAD EDWARD

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than a line of credit check issued by American Express Centurion Bank or American Express Bank, FSB), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. Authorization for Electronic Payments: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):** We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance which be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This method of calculating the Average Daily Balance and FC results in daily compounding of FC.* The minimum FC for any billing period in which FC are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank or American Express Bank, FSB. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
24 hours/7 days

International Collect
1-336-393-1111

Hearing Impaired
(9am-5pm EST)
TTY:   1-800-221-9950
FAX:   1-800-625-9090
In NY: 1-800-552-1897

SkyMiles Account
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles



Correspondence

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O Box 297814
Ft. Lauderdale, FL
33329

Funds Access Services
P.O. Box 53809
Phoenix, AZ
85072-3809

Payments
PO BOX 360002
FT LAUDERDALE
FL
33336-0002

Change of Address
if correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.

Case 1:04-cv-12462-MLW   Document 2-9   Filed 11/30/2004   Page 3 of 10   Page 16 of 23

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX3-61001

Closing Date
03/13/04

| Finance Charges<br>Billing days this period: 30 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 4,341.20 | 0.0657% | 23.99% | 23.99% | 85.57 |
| Cash Advances | 0.00 | 0.0657% | 0.00% | 23.99% | 0.00 |
| | | | | | 85.57 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING THEREON

### Christopher Boehr vs. American Express Centurion Bank, et al.

Superior Court of the State of California for the County of Los Angeles, Case No. BC 256499

**TO:** **All current or former holders of credit cards or charge cards issued by American Express Travel Related Services Company, Inc. or American Express Centurion Bank, or any of their subsidiaries or affiliates or any of their predecessors (collectively, "American Express"), who at any time between August 22, 1995 and January 27, 2004 either (1) incurred finance charges or (2) incurred a late fee within one day of the posting of a payment to their account (hereinafter, "Settlement Class").**

### THIS NOTICE MAY AFFECT YOUR RIGHTS — PLEASE READ IT CAREFULLY

This Notice summarizes a proposed class action settlement relating to your credit card or charge card account(s) with American Express. On January 27, 2004, this Court gave preliminary approval to the Settlement. The purpose of this notice is to describe the proposed Settlement to you and advise you of your rights.

Description of the Litigation

On August 21, 2001, plaintiff Christopher Boehr ("Plaintiff") filed a class action complaint (the "Boehr Action") against American Express alleging that Settlement Class members incurred additional finance charges and late fees not authorized by their agreements with American Express when their payments were received by American Express after noon or on weekends or holidays because the payments were not credited until the following business day. American Express denies any wrongdoing, and has asserted numerous defenses to both liability and damages. Among other things, American Express contends that its payment crediting practice is expressly authorized by its agreements with Settlement Class members. Nevertheless, American Express has agreed to the proposed Settlement solely to avoid the burden of further litigation. Plaintiff believes that the claims asserted in the litigation have merit, but that the proposed Settlement is fair, reasonable and in the best interest of Settlement Class members given the risk and expense of further litigation.

The Court has scheduled a hearing on July 30, 2004, at 8:30 a.m. in Department 324 of the Los Angeles County, California Superior Court, located at 600 S. Commonwealth Ave., Los Angeles, California 90005, to consider whether to grant final approval of the Settlement.

Terms of the Proposed Settlement

If the Settlement receives final approval, American Express will provide the following relief to the Settlement Class:

Monetary Consideration. American Express has deposited $8,200,000 into an interest-bearing escrow account (with interest, the "Settlement Contribution"). After payment from the Settlement Contribution of escrow costs, Class Counsel's fees and costs and the incentive award approved by the Court, American Express will credit or pay (as applicable) to each member of the Settlement Class a proportional share of the Settlement Contribution provided that such member's account has not, at any time prior to the date the Settlement Contribution is distributed, been written off by American Express and/or been in collection and/or been sold for purposes of collection. Distributions

from the Settlement Contribution for corporate accounts will be paid to the corporate holder of the account rather than the individual card holders.

Distributions will be made automatically for Settlement Class members whose accounts are open or who are receiving periodic statements. Settlement Class members whose accounts are closed and who are not receiving periodic statements must submit a timely and properly completed Claim Form in order to receive a distribution from the Settlement Contribution. If you received this notice with your periodic statement, you need not submit a claim form.

Non-Monetary Consideration. American Express will amend its cardmember agreements to clarify that payments received after noon or on weekends or holidays may not be credited until the following business day. American Express also will agree to continue at least until January 27, 2006, its existing practice of not assessing late fees on revolving credit card accounts for payments received within 24 hours of the payment due date, unless there is a change in substantive law preventing maintenance of this grace period.

Attorneys' Fees. At the final approval hearing, Class Counsel will make an application to the Court for an award of attorneys' fees and costs in the amount of $3,000,000 plus a proportional share of net interest on the Settlement Contribution. American Express will pay attorneys' fees and costs awarded by the Court not to exceed this amount. The attorneys' fees and costs will be paid out of the gross Settlement Contribution. American Express will also pay a reasonable and customary incentive award, in an amount awarded by the Court, but not exceeding $10,000, to Plaintiff.

Based on their substantial investigation and discovery in the action, Class Counsel believe that the Settlement is fair, reasonable and in the best interests of Settlement Class members.

Your Rights

If the Settlement receives final approval, each member of the Settlement Class who has not obtained proper and timely exclusion from the Settlement Class, their respective heirs, executors, administrators, representatives, agents, attorneys, partners, successors, predecessors-in-interest, assigns, and any authorized users of their accounts will be deemed to have fully released and forever discharged American Express, its present, former and

future direct and indirect parent companies, affiliates, subsidiaries, agents, successors, predecessors-in-interest and/or any financial institutions, corporations, trusts or other entities that may hold or have held any interest in any account or any receivables relating to any account, or any interest in the receivables or group of receivables, or any interest in the operation or ownership of the American Express Company and all of the aforementioneds' respective officers, directors, employees, attorneys, vendors (including processing facilities) and assigns, from any and all rights, duties, obligations, claims, actions, causes of action or liabilities, whether arising under local, state or federal law, whether by statute, contract, common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent and liquidated or unliquidated, as of the date of Final Judgment: (1) that arise out of or are related in any way to any or all of the acts, omissions, facts, matters, transactions or occurrences that were or could have been directly or indirectly alleged, asserted, described, set forth or referred to in the Boehr Action and relating in any way to posting and/or crediting of payments on accounts (including but not limited to claims for alleged violations of the Truth in Lending Act (including the Fair Credit Billing Act), state consumer credit or consumer protection statutes, common law prohibiting unfair or deceptive trade practices, breach of contract, fraud and misrepresentation); (2) that are, were or could have arisen out of or been related in any way to the Released Parties' practices or disclosures relating to the posting and/or crediting of payments on accounts (including but not limited to claims for finance charges or late fees); or (3) that relate to the administration of the Settlement. The releases identified in this paragraph shall be referred to as the Released Claims, and the parties released shall be referred to as the Released Parties. Without limiting the foregoing, the Released Claims specifically extend to claims that the members of the Settlement Class do not know or suspect to exist in their favor at the time that the Settlement, and the releases contained therein, becomes effective. This paragraph constitutes a waiver of, without limitation as to any other applicable law, Section 1542 of the California Civil Code, which provides as follows: A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

If you do not wish to participate in the Settlement, you may exclude yourself from the Settlement Class ("OPT-OUT") by sending a letter to Boehr Settlement Administrator, P.O. Box 1692, Faribault, MN, 55021-1692, **postmarked by no later than July 15, 2004**. The letter must be signed and must include your full name, address and account number(s). The request must also state: "I/we request to be excluded from the Settlement in Boehr vs. American Express Centurion Bank, et al., Los Angeles County Superior Court Case No. BC 256499." By electing to "OPT-OUT": (i) you will not share in any distribution of the Settlement Contribution; (ii) you will not be bound by any further orders or judgment entered for or against the

Settlement Class; and (iii) you will preserve your ability to independently pursue any claims you may have against American Express by filing your own lawsuit at your own expense. DO NOT WRITE REQUESTING EXCLUSION IF YOU WISH TO RECEIVE A SHARE OF THE SETTLEMENT CONTRIBUTION.

Any Settlement Class member may appear at the hearing to argue that the proposed Settlement should not be approved and/or to oppose the applications of Class Counsel for attorneys' fees and costs and the incentive award. However, in order to be heard at the hearing, you must make any objection in writing and file it with the Court **no later than July 15, 2004**. The objection must also be mailed to each of the following and **postmarked on or before July 15, 2004**: Class Counsel: Brian R. Strange, Strange & Carpenter, 12100 Wilshire Blvd., Suite 1900, Los Angeles, CA 90025; Counsel to American Express: Scott M. Pearson, Stroock & Stroock & Lavan LLP, 2029 Century Park East, 18th Floor, Los Angeles, CA 90067.

How To Obtain Additional Information

For more detailed information, you may review the Court's file during regular court hours at 600 S. Commonwealth Ave., Los Angeles, California 90005. You also may obtain a copy of the full settlement agreement by logging on to www.boehramexsettlement.com or by calling 888-568-7650, and you may contact Class Counsel at the address set forth above. **PLEASE DO NOT CONTACT THE COURT OR AMERICAN EXPRESS.**

This notice provides only a summary of matters relating to the Settlement. You may seek the advice and guidance of your own private attorney at your own expense if you wish.

Dated: 1/27/2004                     /s/
                              _____
                              The Honorable Victoria Chaney
                              Judge of the Superior Court

Case 1:04-cv-12462-MLW   Document 2-9   Filed 11/30/2004   Page 7 of 10   Page 20 of 23

Prepared For
CHAD EDWARD

Account Number
3723-163363-61001

Close Date
03/13/04

# Notice of Changes to Your Agreement

We are making **Important Changes** to your American Express Cardmember Agreement governing the American Express® Card Account identified on this Notice. We urge you and any Additional Cardmembers on your Account to read this Notice carefully.

The changes made to the Cardmember Agreement will become effective as indicated below. This Notice formally amends that Agreement and any contrary or conflicting language in that Agreement is replaced fully and completely. Note that the terms of your Account are subject to change (including increasing **APRs** and fees and changing fixed **APRs** to variable **APRs**) in accordance with the Agreement governing your Account. All terms of the Agreement not amended herein remain in full force and effect.

This is an important Notice of changes to your American Express Card Account Agreement. We recommend that you carefully review the changes, and then file this Notice for future reference. If you have questions regarding this Notice, please call the telephone number listed on the back of your American Express Card.

**Over-limit Fee** (Effective with billing periods ending on or after May 8, 2004)
We are increasing the Over-limit Fee to $35 if you exceed the total credit line on your Account. Accordingly, we are amending the **Other Fees** section of your Cardmember Agreement by replacing the "$29" applicable to Over-limit Fees with "$35."

**Dishonored Payment Fee** (Effective May 8, 2004)
We are increasing the fee to $38 whenever any check, similar instrument, electronic payment order that we receive, or a check presented at an American Express Travel Services Office or other authorized location is not honored by your bank or other financial institution. Accordingly, we are amending the **Other Fees** section of your Cardmember Agreement applicable to Dishonored Payments by replacing "$29" with "$38." We are also replacing the "$29" with "$38" in the **Payments for Cash Transactions** section of your "Agreement between Cardmember and American Express Travel Related Services Company, Inc. Concerning Electronic Funds Transfer Services."

**Balance Transfer and Convenience Check Fee** (Effective May 8, 2004)
We are adding a fee on Balance Transfers and convenience checks posted to the Cash Advance balance. We will impose a transaction fee equal to 3% of the amount of the Balance Transfer or convenience check, with a $5 minimum and no maximum for all convenience and Balance Transfer checks posted to the Cash Advance balance. Accordingly, your Cardmember Agreement is revised to substitute the section entitled **Convenience Check Usage/Balance Transfer Transaction Fee**, included in the **Other Fees** section, with the following section:

> "Unless otherwise disclosed in a Promotional Offer, we will charge a transaction fee for each Balance Transfer and each convenience check drawn on your Account. This fee, a **Finance Charge**, will be 3% of the amount of the convenience check or Balance Transfer, with a minimum of $5 and a maximum of $50. However, no maximum will apply to the fee for Balance Transfer or convenience checks made payable to cash or to you, a bank, brokerage or similar asset account. This fee will be added to the same Purchase or Cash Advance balance as the convenience check transaction or Balance Transfer."

**Fee for Copies of Statements** (Effective May 8, 2004)
We are increasing the fee for copies of billing statements to $5 per statement copy requested. Accordingly, we are amending the **Other Fees** section of your Cardmember Agreement applicable to copies of statements by replacing "$3" with "$5."

**APR Applicable to Accounts** (The changes in these sections will become effective as noted below)
We are amending the **Finance Charges** section of your Cardmember Agreement as follows:

Determining the Prime Rate Applicable to Your Account: Effective with billing periods ending in June 2004, we are changing the timing of when we determine the Prime Rate used to calculate the variable **APRs** applicable to your Account to the higher of the 1st or 25th day of the month prior to the month in which your billing period ends.

APR Applicable to Accounts in Default:
(i) Effective with billing periods ending in June 2004, we are changing the Default Rate from a fixed **APR** of 23.99% to a variable **APR** equal to the Prime Rate plus 21.99%. This change will apply to Accounts that are at the Default Rate as of the effective date as well as Accounts that go into default in the future.

(ii) Effective with billing periods ending in May 2004, we are also revising the circumstances in which the Default Rate will apply to your Account.

Accordingly, we are replacing subsections C and D of the **Finance Charges** section of your Agreement with the following:

> "C. The "Prime Rate" is determined once with respect to each billing period, and applies to the entire billing period. The Prime Rate for billing periods ending in any calendar month is the highest Prime Rate published in the Money Rates section (or successor section) of The Wall Street Journal on the 1st or 25th day (or, in each case, if such date is not a business day, the next business day) of the prior calendar month. If The Wall Street Journal ceases publication or does not publish the Prime Rate on either of those dates, we may refer to the Prime Rate published in any other newspaper of general circulation in New York, New York, or we may substitute a similar reference rate at our sole discretion.

D. Notwithstanding the foregoing, the DPR (and corresponding **APR**) on all balances will increase to the Default Rate if during the Review Period (i) payment of your Minimum Amount Due is not credited to your Account by the Payment Due Date in any two billing periods, (ii) a payment on your Account is not honored by your bank or other financial institution, or (iii) you exceed any designated credit limit on your Account three or more times. The "Review Period" is the period, constituting approximately one year, of twelve consecutive billing periods ending with the Closing Date of the current billing period, whether or not you received a statement for each such billing period. If the Default Rate is applied, it will apply to your Account for a minimum of twelve consecutive billing periods, beginning with the current billing period. The Default Rate is a DPR which corresponds to an **APR** equal to the Prime Rate plus 21.99%."

**Monthly Payment-Minimum Amount Due** (Effective with billing periods ending in June 2004)
We are changing the calculation of the Minimum Amount Due on your Account. In some cases, as described below, we will increase the Minimum Amount Due by $15. Accordingly, we are replacing the third paragraph of your Agreement entitled **Billing Statements/Minimum Amount Due** with the following:

"Each billing statement will reflect a Minimum Amount Due. Payment is due by the time and date shown and in the manner prescribed on the statement. To calculate the Minimum Amount Due we will add together the following:

  (1) any amount past due;

  (2) the greatest of:

   a) 1/50th of the New Balance on the Closing Date of the billing statement (the calculation of which is rounded to the nearest whole dollar) (for purposes of this calculation we exclude from the New Balance any over-limit fee added to your Account during the billing period),

   b) the current billed Finance Charges, or

   c) $15 (or the New Balance if it is less than $15); and

  (3) any over-limit fee added to your Account during the billing period.

If the greatest of the three calculations in section (2) above is the current billed Finance Charges, then we will add $15 to the calculation of the Minimum Amount Due. At our option, we may also include in the Minimum Amount Due all or part of other fees incurred during the billing period and any part of the New Balance in excess of your credit line.

The Minimum Amount Due will not exceed the New Balance. You may pay more than the Minimum Amount Due, up to the entire outstanding balance, at any time."

# Other Important Information About Your Account

**Annual EFT Error Resolution Notice**
This notice is to inform you about how you should notify us of errors or questions regarding any electronic fund transfers you initiate using your American Express Card or electronic payments you make to American Express using Pay By Phone, Pay By Computer, or any other American Express electronic payment service.

In case of errors or questions about your Electronic Transfers, please telephone us at 1-800-IPAY-AXP for Pay By Phone and Pay By Computer questions, and at 1-800-CASH-NOW for Express Cash and Automatic Payment questions. Alternatively, you may write to us at the Express Cash Operations address indicated on your billing statement or E-mail us by clicking on the Customer Service Link online at www.americanexpress.com. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared or question arose. When you contact us, please provide the following information:

  (1) Tell us your name and account number.

  (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

  (3) Tell us the date and dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days of the call. We will determine whether an error occurred within 10 business days and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide we need up to 45 days, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

BP/OP6FYI/0304

Prepared For
CHAD EDWARD

Account Number
3723-163363-61001

Create Date
03/13/04

# An Important Notice Concerning Cardmember Privacy

This Privacy Notice is addressed to United States holders of personal American Express® Charge Cards or accounts, Optima® Cards or accounts, and other personal credit card accounts that we issue, and to United States holders of business charge and credit cards from OPEN: The Small Business Network™ from American Express. This Notice explains how we collect and safeguard information about you and how to tell us your opt out choices. In this Notice, American Express Travel Related Services Company, Inc., American Express Centurion Bank, and American Express Bank, FSB are called "American Express," "we," "our," and "us." The cards and accounts that we issue are called "Cards" or "Card accounts." Holders of those Card accounts are called "Cardmembers" or "you." "Affiliates" refers to other companies in the American Express family, related to us by common control or ownership.

### What Information Do We Collect?

We obtain information about you from a variety of sources. You provide us with information about yourself, for example by completing Card applications. This includes your name, address, social security number, and income and asset information. Your use of the Card and your other transactions with us and our Affiliates provide us with additional information, such as your spending and payment history.

Other sources, such as credit reporting agencies and providers of marketing information, furnish us with additional information about your credit history, purchasing preferences, and other matters. We also obtain information in connection with our efforts to protect against fraud. We call all of this information "Cardmember Information."

### What Do We Do with This Information?

We use Cardmember Information in connection with delivering products and services to you. To do this it is often necessary to share it with our Affiliates and other companies we work with. These include companies that manage Card accounts, offer affinity, frequent-user, and reward programs, companies that perform marketing services and other business operations for us, and companies whose products or services are provided as a benefit of your Card account. We may also share Cardmember Information with other financial institutions with whom we jointly offer products and services. And we may disclose it to other third parties as permitted by law. For example, we disclose Cardmember Information in response to subpoenas, to credit reporting agencies, and to help prevent fraud.

### Your Opt Out Choices

You have "opt out" choices about offers that may be sent to you and how those offers may be delivered to you. You may also opt out from certain disclosures of Cardmember Information. Your opt out choices and how to opt out are explained below.

### Offers for Products and Services of Other Companies

We work with other companies, such as merchants that accept the Card, so that you may receive offers for their products and services. We use Cardmember Information to help make these offers more relevant and valuable to you. If you respond to one of these offers, the other company will know certain information about you, such as your name, that you are a Cardmember, and that you met the qualifications established for the offer.

**Your choice:** You may opt out from receiving these offers by calling us at **800-297-8378** or by filling out the attached form and returning it to the address on the form. You may also include the form with your regular payment.

Please Note: You may receive additional privacy notices that provide information and different opt out choices for other Card accounts that are applicable only to those accounts.

------------------------------------------------------------

**Please complete this form if you choose to opt out and wish to mail your response rather than use the toll-free number, which is 800-297-8378.** If you have already given us your choices, you don't need to respond unless you want to change your choices. Return this form to American Express along with your payment coupon using the payment envelope enclosed with your statement.

### Offers for Products and Services of Other Companies

☐ Do not send me offers for products and services of other companies.

### Credit Information Provided to Our Affiliates

☐ Do not share credit-related information about me (except as described in this Notice) with American Express Affiliates.

### Offers for American Express Products and Services

☐ **Mail:** Do not mail me offers for American Express products and services.

☐ **Telephone Offers:** Do not contact me by telephone to offer me products and services.

If you do not have a payment envelope, mail your response to:
**American Express**
Cardmember Information Services
P.O. Box 299836
Ft. Lauderdale
FL 33329-9836

MU/1LE/0304
FDR 706671
T5047

Account Number
**3723-163363-61001**

## Offers for American Express Products and Services

### Mail Offers
We may mail you offers for American Express products and services.

**Your choice:** To opt out from receiving these mailings, call us at **800-297-8378** or fill out the attached form and return it to the address on the form. You may also include the form with your regular payment.

### Telephone Offers
We may contact you by telephone about our products and services or those that we offer with our business partners.

**Your choice:** To opt out from receiving telephone offers, call us at **800-297-8378** or fill out the form and return it to the address on the form. You may also include the form with your regular payment.

### Information We Share with Our Affiliates
Our Affiliates include financial advisors, publishers, insurers, and travelers cheques issuers. American Express Travel Related Services Company, Inc., and American Express Centurion Bank, and American Express Bank, FSB are Affiliates of each other. We may disclose certain Cardmember Information to our Affiliates to provide services for your Card account and to develop and send you offers for their products and services. We are permitted by law to share with our Affiliates information about our transactions and experiences with you, such as your payment history. But you can opt out of our sharing with our Affiliates other credit-related information (such as your credit history as shown on a consumer report).

**Your Choice:**
To opt out from our sharing credit-related information with our Affiliates (except as permitted by law) call us at **800-297-8378** or fill out the attached form and return it to the address on the form. You may also include the form with your regular payment.

### E-Mail Offers
We may send you e-mail offers for our products and services, and those of our Affiliates and other companies we work with. We don't share e-mail addresses with other companies for them to market their own products and services to you.

**Your choice:** To opt out from receiving these e-mail offers, enter your preferences at the "Set E-Mail Preferences" page of our Internet Privacy Statement at www.americanexpress.com/preferences.

### Additional Information About Your Opt Out Choices
If you are the primary Cardmember on your Card account, your opt out choices will also apply to any other Cardmembers on your Card account. If you opt out, we may still include notices and information about the Card and other products and services when communicating with you about your Card account and related products and services.

### Information Security
We take commercially reasonable physical, electronic and procedural steps to help safeguard Cardmember Information.

### Former Customers
If you cancel your Card, or your Card account(s) are closed, we will continue to treat and safeguard Cardmember Information about you as described in this Notice.

### For Vermont Cardmembers Only
If your Card account has a Vermont billing address, we will automatically treat your account as if you had checked the lower-left hand box on the attached opt out form. We may share your name and contact information, and information about our transactions or experiences with you, with financial institutions with whom we jointly offer financial products and services and with our Affiliates. This Notice describes opt out choices about certain other uses of Cardmember Information.

**The Gold Delta SkyMiles®
Credit Card**

Delta SkyMiles®
SkyMiles®

**Delta SkyMiles®
Earned This Period**
For details, please see page 4

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 11/11/03 | Page 1 of 6 |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ | Payment Due Date 12/01/03 |
|---|---|---|---|---|---|
| 4,324.62 | -2,000.00 | +2,819.02 | =5,143.64 | 131.00 | Please refer to page 2 for important information regarding your account |

| Credit Line Summary on 11/11/03 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 0.00 | 200.00 | 0.00 |

Minimum Payment due by Payment Due Date.

Your account is overlimit.  Please pay at least $843.64, plus any additional charges you have incurred since the date of this billing statement, to avoid any overlimit fees on your next statement.  Please see your Cardmember Agreement for additional terms and conditions that may apply.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

## Sign Up for American Express Alerts

Get important information about your account delivered to you--whenever and wherever. With American Express Alerts, you can choose to be notified when your payment is due or received, you are approaching your line of credit/spending limit, and when irregular account activity is detected. Alerts can be sent to your e-mail address, mobile phone, pager or PDA.

To sign up for Alerts, visit **www.americanexpress.com/alerts**

| **Activity** * Indicates posting date | Amount $ |
|---|---|
| | -2,000.00 |
| 11/06/03   PAYMENT RECEIVED - THANK YOU 11/06 | |

| **New Activity for CHAD EDWARD** Card XXXX-XXXXX3-61001 | Amount $ |
|---|---|
| 10/17/03   THE HOME DEPOT #2673N DARMOUTH          MA | -11.13 |
| 029125667 BUILDING MATERIALS 10/17/03 | Credit |
| | 42.52 |
| 10/12/03   EXXONMOBIL2609636325WESTPORT          MA | |
| PAY AT PUMP2609636325 10/12/03 | 18.87 |
| 10/15/03   THE HOME DEPOT #2673N DARMOUTH          MA | |
| 028930423 BUILDING MATERIALS 10/15/03 | |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↑

**Payment Coupon**

Account Number
3723-163363-61001

Payment Due Date:
**12/01/03**

Please enter account number on all checks and correspondence.

Total New Balance
**$ 5,143.64**

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

Minimum Amount Due
**$131.00**

CHAD EDWARD
PO BOX 1656
WESTPORT          MA  02790-0608

$ _____ . _____
Amount enclosed

Note any address and/or telephone number change on reverse side.  Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

0000372316336361001 0005143640000131000 12AA

Prepared For
CHAD EDWARD

Account Number
XXXXXXXXXX-64010

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the amount of the check, **Authorization for Electronic Payments:** By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.
**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.
**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):** We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the feature. For each day in the billing period. This gives us the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This method of calculating the Average Daily Balance and FC results in daily compounding of FC.* The minimum FC for any billing period in which FC are imposed is $0.50.
**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the automatic payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)
**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York State Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
24 hours/7 days

International Collect
1-336-393-1111

Hearing Impaired
(9am-5pm EST)
TTY:   1-800-221-9950
FAX:   1-800-625-9090
In NY: 1-800-552-1897

SkyMiles Account
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles

Correspondence

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O Box 297814
Ft. Lauderdale, FL
33329

Funds Access Services
P.O. Box 53809
Phoenix, AZ
85072-3809

Payments
PO BOX 360002
FT LAUDERDALE
FL
33336-0002

**Change of Address**
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX3-61001

Closing Date
11/11/03

| | | Amount $ |
|---|---|---|
| **New Activity Continued** | | |
| | | 144.27 |
| 10/15/03 | THE HOME DEPOT #2605 SOMERSET        MA<br>028999020 HARDWARE/HOME IMPROVE 10/15/03 | 223.95 |
| 10/16/03 | GTI-TRAVEL AGENT PRO 800-715-4440        FL<br>200328906 MEMBERSHIP 10/16/03 | 38.00 |
| 10/16/03 | FAIRHAVEN GAS        FAIRHAVEN        MA<br>613000579 FUEL DEALER- OIL/COAL 10/16/03 | 93.75 |
| 10/16/03 | THE HOME DEPOT #2673 N DARMOUTH        MA<br>029030291 BUILDING MATERIALS 10/16/03 | 83.52 |
| 10/17/03 | THE HOME DEPOT #2673 N DARMOUTH        MA<br>029125668 BUILDING MATERIALS 10/17/03 | 36.50 |
| 10/19/03 | FAIRHAVEN GAS        FAIRHAVEN        MA<br>619000816 FUEL DEALER- OIL/COAL 10/19/03 | 19.93 |
| 10/21/03 | MAINTENANCE WAREHOUS 800-431-3000        CA<br>24046071 MAINTENANCE WAREHOUSE 10/21/03 | 123.55 |
| 10/21/03 | THE HOME DEPOT #2605 SOMERSET        MA<br>029502021 HARDWARE/HOME IMPROVE 10/21/03 | 144.96 |
| 10/22/03 | URBAN NUTRITION INC. HOMOKEN        NJ<br>0000-1022 MISC FOOD, SPECIALTY,CO 10/22/03 | 99.39 |
| 10/24/03 | THE HOME DEPOT #2673 N DARMOUTH        MA<br>029827620 BUILDING MATERIALS 10/24/03 | 112.84 |
| 10/24/03 | THE HOME DEPOT #2673 N DARMOUTH        MA<br>029827621 BUILDING MATERIALS 10/24/03 | 44.02 |
| 10/25/03 | WOMBI ROCK        UNCASVILLE        CT<br>0000-1026 FOOD/BEV 10/25/03 | 39.92 |
| 10/25/03 | MOHEGAN SUN-THE COVE UNCASVILLE        CT<br>0000-1026 FOOD/BEV 10/25/03 | 40.34 |
| 10/25/03 | MOHEGAN SUN LOG HOUS UNCASVILLE        CT<br>0000-1026 FOOD/BEV 10/25/03 | 7.32 |
| 10/27/03 | THE HOME DEPOT #2673 N DARMOUTH        MA<br>030132391 BUILDING MATERIALS 10/27/03 | 39.80 |
| 10/29/03 | THE HOME DEPOT #2673 N DARMOUTH        MA<br>030326387 BUILDING MATERIALS 10/29/03 | 45.78 |
| 10/30/03 | EXXONMOBIL3401470723 NORTH DA        MA<br>PAY AT PUMP 3401470723 10/30/03 | 41.87 |
| 10/31/03 | THE HOME DEPOT #2673 N DARMOUTH        MA<br>030524952 BUILDING MATERIALS 10/31/03 | 82.12 |
| 11/01/03 | SENATOR INN        AUGUSTA        ME<br>0 LODGING 11/01/03 | 44.82 |
| 11/01/03 | CITGO3673 SALLEY'S M HARTLAND        ME<br>CITGO GAS/MSC97 020523673182 11/01/03 | 132.50 |
| 11/03/03 | ROYAL BODYCARE        IRVING        TX<br>3FA02F007 75038 11/03/03 | 62.91 |
| 11/03/03 | BARGAIN OUTLET-401 NEW BEDFORD        MA<br>00000511 LUMBER & BUILDING MATER 11/03/03 | 43.79 |
| 11/03/03 | WWW.EBAY.COM/CC/  8887493229        CA<br>00794942 DIRECT MARKETER 11/03/03 | 114.43 |
| 11/05/03 | WEST MARINE 00086 NEW BEDFORD        MA<br>000008552 02740 11/05/03 | 29.19 |
| 11/05/03 | THE HOME DEPOT #2673 N DARMOUTH        MA<br>031027370 BUILDING MATERIALS 11/05/03 | 42.53 |
| 11/06/03 | THE HOME DEPOT #2673 N DARMOUTH        MA<br>031124827 BUILDING MATERIALS 11/06/03 | |

Continued on reverse

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX3-61001

Page 4 of 6

Amount $

## New Activity Continued

| | | Amount $ |
|---|---|---|
| | | 110.64 |
| 11/07/03 | THE HOME DEPOT #2673N DARMOUTH       MA<br>031225331 BUILDING MATERIALS 11/07/03 | 84.78 |
| 11/07/03 | PETCO.COM       SAN DIEGO       CA<br>000780114 PET SUPPLIES/ACCESS 11/07/03 | 42.47 |
| 11/07/03 | 737 GAR HIGHWAY       SWANSEA       MA<br>TEXACO 11686220472312205012759 11/07/03 | 64.78 |
| 11/08/03 | LOWES       WARWICK       RI<br>12476 HOME IMPROVEMENT 11/08/03 | 66.49 |
| 11/10/03 | THE HOME DEPOT #2673N DARMOUTH       MA<br>031531840 BUILDING MATERIALS 11/10/03 | 378.00 |
| 11/10/03 | NBA-BOSTON CELTICS  BOSTON       MA<br>000GSBT TICKETS 11/10/03 | 29.00 |
| 11/11/03 | OVERLIMIT FEE ASSESSMENT | 60.60 |
| 11/11/03 | Periodic FINANCE CHARGE | **2,819.02** |

## Total of New Activity

| Finance Charges<br>Billing days this period: 30 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 5,274.14 | 0.0383% | 13.99% | 13.99% | 60.60 |
| Cash Advances | 0.00 | 0.0520% | 0.00% | 18.99% | 0.00 |
| | | | | | 60.60 |

### Delta Rewards Program

CHAD EDWARD
3723-163363-61001

| | | |
|---|---|---|
| This Month Earned | 4135 | |

Continue to fill up your tank with the Delta SkyMiles® Credit Card and get double miles!

Making home improvements are doubly rewarding because you used your Delta SkyMiles® Credit Card.

These miles have been transferred to your Delta Air Lines SkyMiles® account.

Prepared For
CHAD EDWARD
Account Number
XXXX-XXXXXX3-61001
Closing Date
11/11/03
Page 5 of 6


**CustomExtras**

## Add Cards - Earn SkyMiles® - Fly Even Faster

Earn Award Travel even faster with a little help from your friends and family. Just add Additional Cards to your account--with no additional fees--and you can start earning miles on virtually every dollar you charge. You'll also share the benefits, convenience and security of the Card. Each Cardmember's charges will be itemized separately. And, because each Additional Card has its own number, only that Card will need to be replaced if it's lost or stolen.

So why wait? Give a Card to someone you care about and get ready for your next vacation. With more than one Card earning miles, you can be flying in no time.

▲Delta
SkyMiles·

Apply for your Additional Card today at www.americanexpress. com/addgoldcard

(CE 103944)

## Enroll and Earn Hundreds of Miles

Now there are hundreds of reasons to use your Delta SkyMiles® Credit Card from American Express. Between December 1-31, 2003 you can earn 100 Bonus Miles when you make a purchase of $100 or more with your Card. Just enroll your Card at **www.americanexpress.com/deltaenroll**. Then use your Card everywhere and every time you shop and watch the miles add up.

For Terms and Conditions and to enroll, visit www.americanexpress.com/deltaenroll

▲Delta
SkyMiles·

Enroll today at www.americanexpress. com/deltaenroll

(CE 103906)

## A New Look, New Features for the Card

The new, clear Delta SkyMiles® Credit Card has your Delta SkyMiles number right on the front of the Card, and embedded in the bar code on the back of the Card. And, soon you'll be able to scan it at Delta's self-service kiosks for faster check-in at the airport. Now, every time you go to the airport, make a reservation, stay in a hotel, or rent a car, your SkyMiles number will be easily accessible. So, you won't miss out on another opportunity to earn miles.

Delta SkyMiles number and bar code are only available to basic Cardmembers

▲Delta
SkyMiles·

Please visit www.americanexpress. com/delta for more details about your Delta SkyMiles Credit Card.

(CE 103907)

## Earn Triple SkyMiles® and 1,000 Bonus SkyMiles on Song

Use your Delta SkyMiles® Credit Card to purchase Song tickets at **www.flysong.com** and make in-flight purchases from October 15 through December 31, 2003, and you can earn Triple SkyMiles for every eligible dollar you spend on Song. That's one extra mile in addition to the Always Double Miles® you can earn with your Card on Song. Plus, you can get 1,000 bonus miles when you make your first in-flight purchase on Song. With your Delta SkyMiles Credit Card, your next vacation is closer than you think.

Terms and Conditions apply. For complete Terms and Conditions, please visit: www.americanexpress.com/deltaoffers


**song.**

For more information and for complete Terms, Conditions and Restrictions, visit www.americanexpress. com/deltaoffers

(CE 103908)

## This Year, Give American Express® Gift Cards

Unlike most store gift cards or certificates, American Express Gift Cards can be used in over a million places. They let the people you care about get exactly what they really want--whether it's a good book or a digital camera. American Express Gift Cards are ideal for everyone on your list. They are great for holidays, birthdays, weddings or even just to say, "Thank You." Gift Cards are available in a variety of pre-paid denominations and come packaged with a personalized message from you.

Subject to daily purchase limits. Terms and Conditions for recipient may apply.


**Gift Cheques**

Give an American Express Gift Card. It can be the perfect gift for everyone on your list! Available online at www.american express.com/gift

(CE 103933)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

## Verify your Charges Before they Appear on your Bill



Sign up to view your account online and start checking your most recent charges anytime and anywhere you want. It's a convenient option that allows you to view your statement and complete your American Express transactions in a matter of seconds. For added convenience, you can even pay your bill online. You'll get an instant payment confirmation as soon as you're through. Plus, your account information is protected by state-of-the-art encryption technology-- so you can always feel secure about making transactions online.

Sign up today at www.americanexpress. com/mycardaccount

(CE 103925)

## Protect your Card From Fraud at Walgreens



Give your Card an added level of security at Walgreens by providing your billing zip code. This is a simple, easy way to increase the security of your Card. In addition to presenting your Card at the Walgreens' checkout counter, you will be asked to provide your five-digit billing zip code for every purchase. This will help us ensure that the person who is using your Card is really you. Zip Code Verification is a safety precaution that takes only a moment to complete, and provides American Express® Cardmembers with an added level of security. We assure you that your information will only be used for security verification. It will not be retained by Walgreens or used for marketing purposes.

For more information on Zip Code Verification, please call the American Express Customer Service number on the back of your Card.

(CE 103910)

## Visit www.brothermall.com for Savings!



Can't locate that certain accessory or supply for your Brother product, then shop at **www.brothermall.com** where you'll find genuine Brother supplies and accessories. Check out our Factory Outlet with over 1,000 items to choose from, including specially priced closeouts, and great deals on new and refurbished products.

Our store is open 24 hours a day, 7 days a week. Call now toll-free **1-888-879-3232** or visit us online at **www.brothermall.com**. Orders over $50 placed before December 31, 2003, receive FREE ground shipping. To receive offer mention promotional code **BMAE**.

Visit
www.brothermall.com

To receive offer mention promotional code BMAE.

(CE 103912)

**Offers are made only to Cardmembers who meet certain qualifying criteria. By responding you will be disclosing to the merchant that you meet these criteria.**

# The Gold Delta SkyMiles® Credit Card

**SkyMiles®**

**Delta SkyMiles® Earned This Period**
For details, please see page 3

| Account Number | Closing Date | Page 1 of 3 |
|---|---|---|
| 3723-163363-61001 | 12/12/03 | |

Prepared For
**CHAD EDWARD**

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 5,143.64 | -2,000.00 | +508.76 | =3,652.40 | 73.00 |

**Payment Due Date
01/01/04**
Please refer to page 2 for important information regarding your account

| Credit Line Summary on 12/12/03 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 648.00 | 200.00 | 200.00 |

Minimum Payment due by Payment Due Date.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions is $200.00.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

## Everyday Ways to Earn Always DOUBLE MILES®

With the Delta SkyMiles® Credit Card from American Express, earning Always DOUBLE MILES every day of the year is easy. Every time you use your Card you can earn two miles for every eligible dollar you spend at supermarkets, gas stations, drugstores, home improvement and hardware stores and the U.S. Postal Service, as well as for wireless phone bill payments, Song® and Delta purchases. There's no need to enroll--it's automatically part of your Cardmembership. Always DOUBLE MILES is just one more good reason to use your Card every day--and an easy way to get closer to your next vacation. Terms and Conditions apply. For details, refer to your Cardmember agreement or visit **www.americanexpress.com/delta**

## Activity
* indicates posting date

| | | Amount $ |
|---|---|---|
| 11/25/03 | PAYMENT RECEIVED - THANK YOU 11/25 | -2,000.00 |

**New Activity for CHAD EDWARD**
Card XXXX-XXXXX3-61001

| | | Amount $ |
|---|---|---|
| 11/12/03 | THE HOME DEPOT #2673N DARMOUTH    MA 031726072 BUILDING MATERIALS 11/12/03 | 24.23 |
| 11/12/03 | BEST  0684574701PEABODY    MA SUNOCO 0013364 031704519 11/12/03 | 36.93 |
| 11/13/03 | COSTCO WHOLESAL 0993AVON    MA 201921310 GROCERY STORE/SUPERMRKT 11/13/03 | 88.79 |

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number
3723-163363-61001

**Payment Due Date:
01/01/04**

Please enter account number on all checks and correspondence.

**Total New Balance
$ 3,652.40**

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

CHAD  EDWARD
PO  BOX  1656
WESTPORT       MA  02790-0608

**Minimum Amount Due
$73.00**

Note any address and/or telephone number change on reverse side.  Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

$ _____ . ____
Amount enclosed

Mail Payment to:

AMERICAN  EXPRESS
PO  BOX  360002
FT  LAUDERDALE  FL  33336-0002

0000037231633636 1001  0003652400000007300  13 dd

**The Gold Delta SkyMiles®**
**Credit Card**

**Δ Delta**
**SkyMiles**

**Delta SkyMiles®**
**Earned This Period**
For details, please see page 3

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| CHAD EDWARD | 3723-163363-61001 | 01/12/04 | Page 1 of 3 |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 3,652.40 | 0.00 | +579.78 | =4,232.18 | 158.00 |

**Payment Due Date**
**02/01/04**

Minimum Amount Due
includes:
Past due amount
$73.00
This month's amount due
$85.00
Please refer to page 2
for important information
regarding your account

| Credit Line Summary on 01/12/04 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 68.00 | 200.00 | 68.00 |

Your account is past due. Please remit payment immediately.

Your cash advance limit is $200.00. Available balance for new cash advance transactions is $68.00.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

### New Features for the Delta SkyMiles® Credit Card

The new, clear Delta SkyMiles Credit Card has your Delta SkyMiles® number right on the front of the Card, and embedded in the bar code on the back of the Card, so there are no more last minute searches through your wallet. And, you'll be able to scan it at Delta's self-service kiosks for faster check-in at the airport. Now, every time you go to the airport, make a reservation, stay in a hotel, or rent a car your SkyMiles number will be easily accessible. You won't miss out on another opportunity to earn miles. With your Delta SkyMiles Credit Card, your next vacation is closer than you think. Please visit **www.americanexpress.com/delta** for more details about your Delta SkyMiles Credit Card.

## Activity
* Indicates posting date

Amount $

0.00

### Total of Payment Activity

Amount $

### New Activity for CHAD EDWARD
Card XXXX-XXXXX3-61001

| | | |
|---|---|---|
| 01/06/04 | DELINQUENCY FEE ASSESSMENT MIN PAYMENT NOT RECEIVED BY DUE DATE | 35.00 |
| 01/07/04 | ATEC TRAINING CORP 877-6742286     FL 131073489 1-727-375-2700 01/07/04 | 500.00 |
| 01/12/04 | Periodic FINANCE CHARGE | 44.78 |

579.78

### Total of New Activity

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

| Account Number | | |
|---|---|---|
| 3723-163363-61001 | | |

**Payment Due Date:**
**02/01/04**

Please enter account number on all checks and correspondence.

CHAD EDWARD
PO BOX 1656
WESTPORT     MA 02790-0608

**Total New Balance**
**$ 4,232.18**

**Minimum Amount Due**
**$158.00**

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

Note any address or telephone number change on reverse side. Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

$ _____ .  ____
Amount enclosed

Mail Payment to:    AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

0000037231633b361001 000423218000015800 13AA

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:**By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):**We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This method of calculating the Average Daily Balance and FC results in daily compounding of FC.* The minimum FC for any billing period in which FC are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the **following information: 1.** Your name and account number; **2.** The dollar amount of the suspected error; **3.** Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us: 1.** Tell us your name & account number; **2.** Provide the dollar amount of the suspected error; **3.** Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



**To Pay By Phone**
1-800-472-9297

**Customer Service**
1-800-430-1000
24 hours/7 days

**International Collect**
1-336-393-1111

**Hearing Impaired**
(9am-5pm EST)
TTY:  1-800-221-9950
FAX:  1-800-625-9090
In NY: 1-800-552-1897

**SkyMiles Account**
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles

**Correspondence**

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O Box 297814
Ft. Lauderdale, FL
33329

**Funds Access Services**
P.O. Box 53809
Phoenix, AZ
85072-3809

**Payments**
PO BOX 360002
FT LAUDERDALE
FL
33336-0002

**Change of Address**
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.



Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX3-61001

Closing Date
01/12/04

**Finance Charges**
Billing days this period: 31

| | Average Daily Balance $ | Daily Periodic Rate | Actual ANNUAL PERCENTAGE RATE | Nominal ANNUAL PERCENTAGE RATE | Periodic FINANCE CHARGE $ |
|---|---|---|---|---|---|
| | | | | | 44.78 |
| Purchases | 3,771.46 | 0.0383% | 13.99% | 13.99% | 0.00 |
| Cash Advances | 0.00 | 0.0520% | 0.00% | 18.99% | |
| | | | | | 44.78 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

**Delta Rewards Program**

CHAD EDWARD
3723-163363-61001

| | This Month Earned |
|---|---|
| | 500 |

These miles have been transferred to your Delta Air Lines SkyMiles® account.

**The Gold Delta SkyMiles®
Credit Card**

SkyMiles®

*SkyMiles® balance visit
delta.com*

| Prepared For | | Account Number | Closing Date | |
| --- | --- | --- | --- | --- |
| CHAD EDWARD | | 3723-163363-61001 | 02/12/04 | Page 1 of 3 |

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
| --- | --- | --- | --- | --- |
| 4,232.18 | -20.00 | +86.65 | =4,298.83 | 224.65 |

**Payment Due Date
03/03/04**

**Minimum Amount Due
Includes:**
Past due amount
$138.00
This month's amount due
$86.65
Please refer to page 2
for important information
regarding your account

| Credit Line Summary on 02/12/04 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
| --- | --- | --- | --- | --- |
| | 4,300.00 | 1.00 | 200.00 | 1.00 |

Your account is seriously past due.  Your account has been suspended.  To avoid cancellation, please remit
payment now.

Your cash advance limit is $200.00.  Available balance for new cash advance transactions is $1.00.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

### Your Year End Summary - Now Online

Your 2003 Year End Summary of Charges, available online as of February 5, 2004, gives you
access to important information 24 hours a day, seven days a week. Flexible new features
make organizing your expenses a snap. Download the Summary and print it out, sort by date,
merchant name, or charge amount, view your own charges, those of an Additional Card, or
everything at once, and review charges made within a category. To access your Online Year
End Summary, simply visit **www.americanexpress.com/yearendsummary.**

**Activity**  * indicates posting date

| | | Amount $ |
| --- | --- | --- |
| | | -20.00 |
| 01/14/04 | PAYMENT RECEIVED ACH - THANK YOU 01/14 | |

| | | Amount $ |
| --- | --- | --- |
| | | 86.65 |
| 02/12/04 | Periodic FINANCE CHARGE | 86.65 |

**Total of New Activity**

---

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

| | Account Number |
| --- | --- |
| | 3723-163363-61001 |

**Payment Due Date:
03/03/04**

**Total New Balance
$ 4,298.83**

**Minimum Amount Due
$224.65**

Continued on Page 3

Please enter account
number on all checks and
correspondence.

To avoid additional
Finance Charges on
Purchases, pay New
Balance before Payment
Due Date.

CHAD EDWARD
PO BOX 1656
WESTPORT          MA 02790-0608

Note any address and/or
telephone number change
on reverse side.  Unless
you check here, this
change will apply to all of
your Card Accounts except
any Corporate Card
Accounts you have.

$ _____ . _____
Amount enclosed

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

0000037231633636361001  00004298300000224665  13HH

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX9-91001



**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than American Express Centurion Bank), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we can not collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. **Authorization for Electronic Payments:** By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):** We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This method of calculating the Average Daily Balance and FC results in daily compounding of FC.* The minimum FC for any billing period in which FC are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights. In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. **When contacting us:** 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, issue a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.

---

**To Pay By Phone**
1-800-472-9297

**Customer Service**
1-800-430-1000
24 hours/7 days

**International Collect**
1-336-393-1111

**Hearing Impaired**
(9am-5pm EST)
TTY:  1-800-221-9950
FAX:  1-800-625-9090
In NY: 1-800-552-1897

**SkyMiles Account**
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles



**Correspondence**

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
P.O. Box 297814
Ft. Lauderdale, FL
33329

**Funds Access Services**
P.O. Box 53809
Phoenix, AZ
85072-3809

**Payments**
PO BOX 360002
FT LAUDERDALE
FL
33336-0002

---

**Change of Address**
If correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Providing your email
address to American
Express will enable you
to receive special offers,
suited to your needs.

Prepared For
CHAD EDWARD

Account Number
XXXX-XXXXX3-61001

Closing Date
02/12/04

| Finance Charges<br>Billing days this period: 31 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 4,254.61 | 0.0657% | 23.99% | 23.99% | 86.65 |
| Cash Advances | 0.00 | 0.0657% | 0.00% | 23.99% | 0.00 |
| | | | | | 86.65 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

# The Gold Delta SkyMiles®
# Credit Card

**SkyMiles®** balance visit delta.com

| | | |
|---|---|---|
| Prepared For | Account Number | Closing Date |
| CHAD EDWARD | 3723-163363-61001 | 03/13/04 |

Page 1 of 10

| Previous Balance $ | Payment Activity $ | New Activity $ inc. Adjustments and Finance Charges if any | New Balance $ | Minimum Amount Due $ |
|---|---|---|---|---|
| 4,298.83 | 0.00 | +120.57 | =4,419.40 | 312.65 |

**Payment Due Date**
**04/02/04**

Minimum Amount Due
Includes:
Past due amount
$224.65
This month's amount due
$88.00
Please refer to page 2
for important information
regarding your account

| Credit Line Summary on 03/13/04 | Total Credit Line $ | Available Credit Line $ | Cash Advance Limit $ | Available Cash Limit $ |
|---|---|---|---|---|
| | 4,300.00 | 0.00 | 0.00 | 0.00 |

Effective on or around April 19, 2004, your account will be transferred from American Express Centurion Bank, Member F.D.I.C., to American Express Bank, FSB, Member F.D.I.C. Other changes to your account not as a result of this transfer are described in the **Notice Of Changes To Your Agreement** section of this statement. PIN numbers and account numbers for this account are unchanged and checks that were issued may be used subject to their original terms.

**See Page 5    For An Important Notice**

**See Page 7    For A Notice Of Changes To Your Agreement**

**See Page 9    For An Important Privacy Notice**

Urgent notice - your account is cancelled. Remit payment immediately.

Contact us at www.americanexpress.com or call Customer Service at 1-800-430-1000.

## Activity  * Indicates posting date

Amount $

**Total of Payment Activity**   0.00

| New Activity for CHAD EDWARD | Amount $ |
|---|---|
| Card XXXX-XXXXX3-61001 | |
| | 35.00 |
| 03/08/04  DELINQUENCY FEE ASSESSMENT | |
| MIN PAYMENT NOT RECEIVED BY DUE DATE | 85.57 |
| 03/13/04  Periodic FINANCE CHARGE | 120.57 |

**Total of New Activity**

---

Continued on Page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**

Account Number
3723-163363-61001

**Payment Due Date:**
**04/02/04**

Please enter account number on all checks and correspondence.

**Total New Balance**
**$ 4,419.40**

To avoid additional Finance Charges on Purchases, pay New Balance before Payment Due Date.

CHAD EDWARD
PO BOX 1656
WESTPORT          MA  02790-0608

**Minimum Amount Due**
**$312.65**

Note any address and/or telephone number change on reverse side. Unless you check here, this change will apply to all of your Card Accounts except any Corporate Card Accounts you have.

$ _____
Amount enclosed

Mail Payment to:

AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE FL 33336-0002

0000372316336361001  00044194000031265  14AA

**Payments:** Payments received after 12:00 noon or on weekends or holidays may not be credited until the next business day. Payments must be in US Dollars and drawn on a bank located in the US (other than a line of credit check issued by American Express Centurion Bank or American Express Bank, FSB), in the enclosed envelope with the remittance stub attached and account number listed on the check. Please do not send post-dated checks. They will be deposited upon receipt. If payment is made in any other form or at any other location, there may be a delay in processing. We reserve the right to process checks electronically, at first presentment and any re-presentments, by transmitting the amount of the check, routing number, account number and check serial number to your financial institution. Your checking account may be debited as soon as the same day we receive your payment. If we cannot collect the funds electronically at first presentment, we may issue a draft against your account for the amount of the check. Authorization for Electronic Payments: By using the American Express Pay By Computer, Pay By Phone or any other American Express electronic payment service, you will be authorizing American Express to initiate an electronic debit to the financial account you specify in the amount you request. To use Pay By Computer, please visit us at www.americanexpress.com.

**Lost or Stolen Card:** If the Card is lost or stolen, in the U.S. immediately telephone us at the number noted to the right. Outside the U.S. contact the nearest American Express Travel Service Office or call any local American Express office.

**Finance Charges: Average Daily Balance Method for Calculation of Finance Charges (FC):** We use the Average Daily Balance method to calculate FC on your Account. Under this method, we figure the FC on your Account by applying the daily periodic rate to the Average Daily Balance (as described below) for each feature (such as Purchase, Cash Advance and Balance Transfer features) of your Account (including current transactions). To get the Average Daily Balance for each feature, we (1) take the beginning balance for the feature each day (including unpaid FC from previous billing periods), (2) add any new transactions, debits, or fees, (3) subtract any payments or credits, and (4) make any appropriate adjustments. *For each day after the first day of the billing period, we also add an amount of interest equal to the previous day's daily balance multiplied by the daily periodic rate for the feature.* This gives us the daily balance for the feature for that day and the beginning balance for the feature for the next day. If this balance is negative, it is considered to be zero. Then, we add up all the daily balances for the feature for the billing period and divide the total by the number of days in the billing period. This gives us the Average Daily Balance for the feature. For all features except Cash Advances and certain promotions, the Average Daily Balance will be considered to be zero if you paid the New Balance, if any, shown on your previous month's statement by the Payment Due Date shown on that statement. If you multiply the Average Daily Balance for each feature by the number of days in the billing period and the daily periodic rate for that feature, the result will be the FC assessed on that feature, except for variations caused by rounding. The total FC for the billing period is calculated by adding the FC assessed on all features of the Account. *This method of calculating the Average Daily Balance and FC results in daily compounding of FC.* The minimum FC for any billing period in which FC are imposed is $0.50.

**Billing Rights Summary: In Case of Errors or Questions About Your Bill:** If you think your bill is incorrect, or if you need more information about a transaction on your bill, write us on a separate sheet of paper at the address noted to the right. We must hear from you no later than 60 days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us at the number indicated on the front of this statement, but doing so will not preserve your rights.

In your letter, give us the following information: 1. Your name and account number; 2. The dollar amount of the suspected error; 3. Describe why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur. **Special Rule For Credit Card Purchases:** If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of the purchase.)

**In Case of Errors or Questions About Your Electronic Transfers:** Please contact us by clicking on the Customer Service Link online at www.americanexpress.com, or you can call us at 1-800-IPAY-AXP for Pay By Phone & Pay By Computer issues, or 1-800-CASH-NOW for Express Cash & automatic payment issues. You can also write to the Express Cash Operations address indicated on your Statement. If you think your statement, receipt, or transaction is wrong, please contact us as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. When contacting us: 1. Tell us your name & account number; 2. Provide the dollar amount of the suspected error; 3. Describe the error or the transfer you are unsure of, & explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint & correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Credit Balance:** If a credit balance (designated "CR") is shown on this statement, it represents money owed to you. You may make charges against the credit balance or request a refund. If you do not make sufficient charges against the credit balance or request a refund, we will, within 30 days after expiration of the six-month period following the date of the first statement indicating the credit balance, send a check to you for the credit balance in your account if the amount is $1.00 or more. **Creditor:** American Express Centurion Bank or American Express Bank, FSB. **New York residents** may contact the New York Banking Department to obtain a comparative listing of credit card rates, fees and grace periods by calling 1-800-518-8866.



To Pay By Phone
1-800-472-9297

Customer Service
1-800-430-1000
24 hours/7 days

International Collect
1-336-393-1111

Hearing Impaired
(9am-5pm EST)
TTY:   1-800-221-9950
FAX:  1-800-625-9090
In NY: 1-800-552-1897

SkyMiles Account
Balance and Award
Redemption
1-800-325-3999
www.delta.com/skymiles



Correspondence

Delta SkyMiles® Card
from American Express
CoBrand
Correspondence
Ft. Lauderdale, FL
33329

Funds Access Services
P.O. Box 53809
Phoenix, AZ
85072-3809

Payments
PO Box 360002
FT LAUDERDALE
FL
33336-0002

Providing your email address to American Express will enable you to receive special offers, suited to your needs.



Change of Address
if correct on front
do not use

Name

Company
Name

Street Address

City, State

Zip Code

Area Code and
Home Phone

Area Code and
Work Phone

Email

Prepared For
CHAD EDWARD

Case 1:04-cv-12462-MLW    Document 2-10    Filed 11/30/2004    Page 16 of 23

Account Number
XXXX-XXXXX3-61001

Closing Date
03/13/04

Page 3 of 10

| **Finance Charges**<br>Billing days this period: 30 | Average Daily<br>Balance $ | Daily<br>Periodic Rate | Actual ANNUAL<br>PERCENTAGE<br>RATE | Nominal ANNUAL<br>PERCENTAGE<br>RATE | Periodic<br>FINANCE<br>CHARGE $ |
|---|---|---|---|---|---|
| Purchases | 4,341.20 | 0.0657% | 23.99% | 23.99% | 85.57 |
| Cash Advances | 0.00 | 0.0657% | 0.00% | 23.99% | 0.00 |
| | | | | | 85.57 |

Certain of the periodic rates and APRs above may be variable. Those rates may vary based upon the prime rate identified in the Wall Street Journal, as described in your Cardmember Agreement as currently in effect.

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT AND HEARING THEREON

### Christopher Boehr vs. American Express Centurion Bank, et al.
Superior Court of the State of California for the County of Los Angeles, Case No. BC 256499

**TO:** **All current or former holders of credit cards or charge cards issued by American Express Travel Related Services Company, Inc. or American Express Centurion Bank, or any of their subsidiaries or affiliates or any of their predecessors (collectively, "American Express"), who at any time between August 22, 1995 and January 27, 2004 either (1) incurred finance charges or (2) incurred a late fee within one day of the posting of a payment to their account (hereinafter, "Settlement Class").**

### THIS NOTICE MAY AFFECT YOUR RIGHTS — PLEASE READ IT CAREFULLY

This Notice summarizes a proposed class action settlement relating to your credit card or charge card account(s) with American Express. On January 27, 2004, this Court gave preliminary approval to the Settlement. The purpose of this notice is to describe the proposed Settlement to you and advise you of your rights.

#### Description of the Litigation

On August 21, 2001, plaintiff Christopher Boehr ("Plaintiff") filed a class action complaint (the "Boehr Action") against American Express alleging that Settlement Class members incurred additional finance charges and late fees not authorized by their agreements with American Express when their payments were received by American Express after noon or on weekends or holidays because the payments were not credited until the following business day. American Express denies any wrongdoing, and has asserted numerous defenses to both liability and damages. Among other things, American Express contends that its payment crediting practice is expressly authorized by its agreements with Settlement Class members. Nevertheless, American Express has agreed to the proposed Settlement solely to avoid the burden of further litigation. Plaintiff believes that the claims asserted in the litigation have merit, but that the proposed Settlement is fair, reasonable and in the best interest of Settlement Class members given the risk and expense of further litigation.

The Court has scheduled a hearing on July 30, 2004, at 8:30 a.m. in Department 324 of the Los Angeles County, California Superior Court, located at 600 S. Commonwealth Ave., Los Angeles, California 90005, to consider whether to grant final approval of the Settlement.

#### Terms of the Proposed Settlement

If the Settlement receives final approval, American Express will provide the following relief to the Settlement Class:

*Monetary Consideration.* American Express has deposited $8,200,000 into an interest-bearing escrow account (with interest, the "Settlement Contribution"). After payment from the Settlement Contribution of escrow costs, Class Counsel's fees and costs and the incentive award approved by the Court, American Express will credit or pay (as applicable) to each member of the Settlement Class a proportional share of the Settlement Contribution provided that such member's account has not, at any time prior to the date the Settlement Contribution is distributed, been written off by American Express and/or been in collection and/or been sold for purposes of collection. Distributions

from the Settlement Contribution for corporate accounts will be paid to the corporate holder of the account rather than the individual card holders.

Distributions will be made automatically for Settlement Class members whose accounts are open or who are receiving periodic statements. Settlement Class members whose accounts are closed and who are not receiving periodic statements must submit a timely and properly completed Claim Form in order to receive a distribution from the Settlement Contribution. If you received this notice with your periodic statement, you need not submit a claim form.

*Non-Monetary Consideration.* American Express will amend its cardmember agreements to clarify that payments received after noon or on weekends or holidays may not be credited until the following business day. American Express also will agree to continue at least until January 27, 2006, its existing practice of not assessing late fees on revolving credit card accounts for payments received within 24 hours of the payment due date, unless there is a change in substantive law preventing maintenance of this grace period.

*Attorneys' Fees.* At the final approval hearing, Class Counsel will make an application to the Court for an award of attorneys' fees and costs in the amount of $3,000,000 plus a proportional share of net interest on the Settlement Contribution. American Express will pay attorneys' fees and costs awarded by the Court not to exceed this amount. The attorneys' fees and costs will be paid out of the gross Settlement Contribution. American Express will also pay a reasonable and customary incentive award, in an amount awarded by the Court, but not exceeding $10,000, to Plaintiff.

Based on their substantial investigation and discovery in the action, Class Counsel believe that the Settlement is fair, reasonable and in the best interests of Settlement Class members.

#### Your Rights

If the Settlement receives final approval, each member of the Settlement Class who has not obtained proper and timely exclusion from the Settlement Class, their respective heirs, executors, administrators, representatives, agents, attorneys, partners, successors, predecessors-in-interest, assigns, and any authorized users of their accounts will be deemed to have fully released and forever discharged American Express, its present, former and

future direct and indirect parent companies, affiliates, subsidiaries, agents, successors, predecessors-in-interest and/or any financial institutions, corporations, trusts or other entities that may hold or have held any interest in any account or any receivables relating to any account, or any receivables or group of receivables, or any interest in the operation or ownership of the American Express Company and all of the aforementioneds' respective officers, directors, employees, attorneys, vendors (including processing facilities) and assigns, from any and all rights, duties, obligations, claims, actions, causes of action or liabilities, whether arising under local, state or federal law, whether by statute, contract, common law or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent and liquidated or unliquidated, as of the date of Final Judgment: (1) that arise out of or are related in any way to any or all of the acts, omissions, facts, matters, transactions or occurrences that were or could have been directly or indirectly alleged, asserted, described, set forth or referred to in the Boehr Action and relating in any way to posting and/or crediting of payments on accounts (including but not limited to claims for alleged violations of the Truth in Lending Act (including the Fair Credit Billing Act), state consumer credit or consumer protection statutes, common law prohibiting unfair or deceptive trade practices, breach of contract, fraud and misrepresentation); (2) that are, were or could have arisen out of or been related in any way to the Released Parties' practices or disclosures relating to the posting and/or crediting of payments on accounts (including but not limited to claims for finance charges or late fees); or (3) that relate to the administration of the Settlement. The releases identified in this paragraph shall be referred to as the Released Claims, and the parties released shall be referred to as the Released Parties. Without limiting the foregoing, the Released Claims specifically extend to claims that the members of the Settlement Class do not know or suspect to exist in their favor at the time that the Settlement, and the releases contained therein, becomes effective. This paragraph constitutes a waiver of, without limitation as to any other applicable law, Section 1542 of the California Civil Code, which provides as follows: A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

If you do not wish to participate in the Settlement, you may exclude yourself from the Settlement Class ("OPT-OUT") by sending a letter to Boehr Settlement Administrator, P.O. Box 1692, Faribault, MN, 55021-1692, **postmarked by no later than July 15, 2004**. The letter must be signed and must include your full name, address and account number(s). The request must also state: "I/we request to be excluded from the Settlement in Boehr vs. American Express Centurion Bank, et al., Los Angeles County Superior Court Case No. BC 256499." By electing to "OPT-OUT": (i) you will not share in any distribution of the Settlement Contribution; (ii) you will not be bound by any further orders or judgment entered for or against the Settlement Class; and (iii) you will preserve your ability to independently pursue any claims you may have against American Express by filing your own lawsuit at your own expense. DO NOT WRITE REQUESTING EXCLUSION IF YOU WISH TO RECEIVE A SHARE OF THE SETTLEMENT CONTRIBUTION.

Any Settlement Class member may appear at the hearing to argue that the proposed Settlement should not be approved and/or to oppose the applications of Class Counsel for attorneys' fees and costs and the incentive award. However, in order to be heard at the hearing, you must make any objection in writing and file it with the Court **no later than July 15, 2004**. The objection must also be mailed to each of the following and **postmarked on or before July 15, 2004**: Class Counsel: Brian R. Strange, Strange & Carpenter, 12100 Wilshire Blvd., Suite 1900, Los Angeles, CA 90025; Counsel to American Express: Scott M. Pearson, Stroock & Stroock & Lavan LLP, 2029 Century Park East, 18th Floor, Los Angeles, CA 90067.

<u>How To Obtain Additional Information</u>

For more detailed information, you may review the Court's file during regular court hours at 600 S. Commonwealth Ave., Los Angeles, California 90005. You also may obtain a copy of the full settlement agreement by logging on to www.boehramexsettlement.com or by calling 888-568-7650, and you may contact Class Counsel at the address set forth above. **PLEASE DO NOT CONTACT THE COURT OR AMERICAN EXPRESS.**

This notice provides only a summary of matters relating to the Settlement. You may seek the advice and guidance of your own private attorney at your own expense if you wish.

Dated: 1/27/2004          /s/
                    The Honorable Victoria Chaney
                    Judge of the Superior Court

# Notice of Changes to Your Agreement

We are making **Important Changes** to your American Express Cardmember Agreement governing the American Express® Card Account identified on this Notice. We urge you and any Additional Cardmembers on your Account to read this Notice carefully.

The changes made to the Cardmember Agreement will become effective as indicated below. This Notice formally amends that Agreement and any contrary or conflicting language in that Agreement is replaced fully and completely. Note that the terms of your Account are subject to change (including increasing **APRs** and fees and changing fixed **APRs** to variable **APRs**) in accordance with the Agreement governing your Account. All terms of the Agreement not amended herein remain in full force and effect.

This is an important Notice of changes to your American Express Card Account Agreement. We recommend that you carefully review the changes, and then file this Notice for future reference. If you have questions regarding this Notice, please call the telephone number listed on the back of your American Express Card.

**Over-limit Fee** (Effective with billing periods ending on or after May 8, 2004)
We are increasing the Over-limit Fee to $35 if you exceed the total credit line on your Account. Accordingly, we are amending the **Other Fees** section of your Cardmember Agreement by replacing the "$29" applicable to Over-limit Fees with "$35."

**Dishonored Payment Fee** (Effective May 8, 2004)
We are increasing the fee to $38 whenever any check, similar instrument, electronic payment order that we receive, or a check presented at an American Express Travel Services Office or other authorized location is not honored by your bank or other financial institution. Accordingly, we are amending the **Other Fees** section of your Cardmember Agreement applicable to Dishonored Payments by replacing "$29" with "$38." We are also replacing the "$29" with "$38" in the **Payments for Cash Transactions** section of your "Agreement between Cardmember and American Express Travel Related Services Company, Inc. Concerning Electronic Funds Transfer Services."

**Balance Transfer and Convenience Check Fee** (Effective May 8, 2004)
We are adding a fee on Balance Transfers and convenience checks posted to the Cash Advance balance. We will impose a transaction fee equal to 3% of the amount of the Balance Transfer or convenience check, with a $5 minimum and no maximum for all convenience and Balance Transfer checks posted to the Cash Advance balance. Accordingly, your Cardmember Agreement is revised to substitute the section entitled **Convenience Check Usage/Balance Transfer Transaction Fee**, included in the **Other Fees** section, with the following section:

"Unless otherwise disclosed in a Promotional Offer, we will charge a transaction fee for each Balance Transfer and each convenience check drawn on your Account. This fee, a **Finance Charge**, will be 3% of the amount of the convenience check or Balance Transfer, with a minimum of $5 and a maximum of $50. However, no maximum will apply to the fee for Balance Transfer or convenience checks made payable to cash or to you, a bank, brokerage or similar asset account. This fee will be added to the same Purchase or Cash Advance balance as the convenience check transaction or Balance Transfer."

**Fee for Copies of Statements** (Effective May 8, 2004)
We are increasing the fee for copies of billing statements to $5 per statement copy requested. Accordingly, we are amending the **Other Fees** section of your Cardmember Agreement applicable to copies of statements by replacing "$3" with "$5."

**APR Applicable to Accounts** (The changes in these sections will become effective as noted below)
We are amending the **Finance Charges** section of your Cardmember Agreement as follows:

Determining the Prime Rate Applicable to Your Account: Effective with billing periods ending in June 2004, we are changing the timing of when we determine the Prime Rate used to calculate the variable **APRs** applicable to your Account to the higher of the 1st or 25th day of the month prior to the month in which your billing period ends.

APR Applicable to Accounts in Default:
(i) Effective with billing periods ending in June 2004, we are changing the Default Rate from a fixed **APR** of 23.99% to a variable **APR** equal to the Prime Rate plus 21.99%. This change will apply to Accounts that are at the Default Rate as of the effective date as well as Accounts that go into default in the future.

(ii) Effective with billing periods ending in May 2004, we are also revising the circumstances in which the Default Rate will apply to your Account.

Accordingly, we are replacing subsections C and D of the **Finance Charges** section of your Agreement with the following:

"C. The "Prime Rate" is determined once with respect to each billing period, and applies to the entire billing period. The Prime Rate for billing periods ending in any calendar month is the highest Prime Rate published in the Money Rates section (or successor section) of The Wall Street Journal on the 1st or 25th day (or, in each case, if such date is not a business day, the next business day) of the prior calendar month. If The Wall Street Journal ceases publication or does not publish the Prime Rate on either of those dates, we may refer to the Prime Rate published in any other newspaper of general circulation in New York, New York, or we may substitute a similar reference rate at our sole discretion.

Prepared For
CHAD EDWARD

Account Number
3723-163363-61001

D. Notwithstanding the foregoing, the DPR (and corresponding **APR**) on all balances will increase to the Default Rate if during the Review Period (i) payment of your Minimum Amount Due is not credited to your Account by the Payment Due Date in any two billing periods, (ii) a payment on your Account is not honored by your bank or other financial institution, or (iii) you exceed any designated credit limit on your Account three or more times. The "Review Period" is the period, constituting approximately one year, of twelve consecutive billing periods ending with the Closing Date of the current billing period, whether or not you received a statement for each such billing period. If the Default Rate is applied, it will apply to your Account for a minimum of twelve consecutive billing periods, beginning with the current billing period. The Default Rate is a DPR which corresponds to an **APR** equal to the Prime Rate plus 21.99%."

**Monthly Payment-Minimum Amount Due** (Effective with billing periods ending in June 2004)
We are changing the calculation of the Minimum Amount Due on your Account. In some cases, as described below, we will increase the Minimum Amount Due by $15. Accordingly, we are replacing the third paragraph of your Agreement entitled **Billing Statements/Minimum Amount Due** with the following:

"Each billing statement will reflect a Minimum Amount Due. Payment is due by the time and date shown and in the manner prescribed on the statement. To calculate the Minimum Amount Due we will add together the following:

(1) any amount past due;

(2) the greatest of:

    a)  1/50th of the New Balance on the Closing Date of the billing statement (the calculation of which is rounded to the nearest whole dollar) (for purposes of this calculation we exclude from the New Balance any over-limit fee added to your Account during the billing period),

    b)  the current billed Finance Charges, or

    c)  $15 (or the New Balance if it is less than $15); and

(3) any over-limit fee added to your Account during the billing period.

If the greatest of the three calculations in section (2) above is the current billed Finance Charges, then we will add $15 to the calculation of the Minimum Amount Due. At our option, we may also include in the Minimum Amount Due all or part of other fees incurred during the billing period and any part of the New Balance in excess of your credit line.

The Minimum Amount Due will not exceed the New Balance. You may pay more than the Minimum Amount Due, up to the entire outstanding balance, at any time."

# Other Important Information About Your Account

**Annual EFT Error Resolution Notice**
This notice is to inform you about how you should notify us of errors or questions regarding any electronic fund transfers you initiate using your American Express Card or electronic payments you make to American Express using Pay By Phone, Pay By Computer, or any other American Express electronic payment service.

In case of errors or questions about your Electronic Transfers, please telephone us at 1-800-IPAY-AXP for Pay By Phone and Pay By Computer questions, and at 1-800-CASH-NOW for Express Cash and Automatic Payment questions. Alternatively, you may write to us at the Express Cash Operations address indicated on your billing statement or E-mail us by clicking on the Customer Service Link online at www.americanexpress.com. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared or question arose. When you contact us, please provide the following information:

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the date and dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days of the call. We will determine whether an error occurred within 10 business days and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide we need up to 45 days, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. For errors involving new accounts, point-of-sale or foreign-initiated transactions, we may take up to 90 days to investigate your complaint or question. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

BP/OP6FYI/0304

Case 1:04-cv-12462-MLW   Document 2-10   Filed 11/30/2004   Page 9 of 10   Page 22 of 23

Prepared For
CHAD EDWARD

Account Number
3723-163363-61001

Closing Date
03/13/04

# An Important Notice Concerning Cardmember Privacy

This Privacy Notice is addressed to United States holders of personal American Express® Charge Cards or accounts, Optima® Cards or accounts, and other personal credit card accounts that we issue, and to United States holders of business charge and credit cards from OPEN: The Small Business Network™ from American Express. This Notice explains how we collect and safeguard information about you and how to tell us your opt out choices. In this Notice, American Express Travel Related Services Company, Inc., American Express Centurion Bank, and American Express Bank, FSB are called "American Express," "we," "our," and "us." The cards and accounts that we issue are called "Cards" or "Card accounts." Holders of those Card accounts are called "Cardmembers" or "you." "Affiliates" refers to other companies in the American Express family, related to us by common control or ownership.

### What Information Do We Collect?

We obtain information about you from a variety of sources. You provide us with information about yourself, for example by completing Card applications. This includes your name, address, social security number, and income and asset information. Your use of the Card and your other transactions with us and our Affiliates provide us with additional information, such as your spending and payment history.

Other sources, such as credit reporting agencies and providers of marketing information, furnish us with additional information about your credit history, purchasing preferences, and other matters. We also obtain information in connection with our efforts to protect against fraud. We call all of this information "Cardmember Information."

### What Do We Do with This Information?

We use Cardmember Information in connection with delivering products and services to you. To do this it is often necessary to share it with our Affiliates and other companies we work with. These include companies that manage Card accounts, offer affinity, frequent-user, and reward programs, companies that perform marketing services and other business operations for us, and companies whose products or services are provided as a benefit of your Card account. We may also share Cardmember Information with other financial institutions with whom we jointly offer products and services. And we may disclose it to other third parties as permitted by law. For example, we disclose Cardmember Information in response to subpoenas, to credit reporting agencies, and to help prevent fraud.

### Your Opt Out Choices

You have "opt out" choices about offers that may be sent to you and how those offers may be delivered to you. You may also opt out from certain disclosures of Cardmember Information. Your opt out choices and how to opt out are explained below.

### Offers for Products and Services of Other Companies

We work with other companies, such as merchants that accept the Card, so that you may receive offers for their products and services. We use Cardmember Information to help make these offers more relevant and valuable to you. If you respond to one of these offers, the other company will know certain information about you, such as your name, that you are a Cardmember, and that you met the qualifications established for the offer.

**Your choice:** You may opt out from receiving these offers by calling us at **800-297-8378** or by filling out the attached form and returning it to the address on the form. You may also include the form with your regular payment.

Please Note: You may receive additional privacy notices that provide information and different opt out choices for other Card accounts that are applicable only to those accounts.

---

**Please complete this form if you choose to opt out and wish to mail your response rather than use the toll-free number, which is 800-297-8378.** If you have already given us your choices, you don't need to respond unless you want to change your choices. Return this form to American Express along with your payment coupon using the payment envelope enclosed with your statement.

If you do not have a payment envelope, mail your response to:
**American Express**
Cardmember Information Services
P.O. Box 299836
Ft. Lauderdale
FL 33329-9836

### Offers for Products and Services of Other Companies

☐ Do not send me offers for products and services of other companies.

### Credit Information Provided to Our Affiliates

☐ Do not share credit-related information about me (except as described in this Notice) with American Express Affiliates.

### Offers for American Express Products and Services

☐ **Mail:** Do not mail me offers for American Express products and services.

☐ **Telephone Offers:** Do not contact me by telephone to offer me products and services.

Account Number
**3723-163363-61001**

MU/1LE/0304
FDR 706671
T5047

## Offers for American Express Products and Services

### Mail Offers
We may mail you offers for American Express products and services.

**Your choice:** To opt out from receiving these mailings, call us at **800-297-8378** or fill out the attached form and return it to the address on the form. You may also include the form with your regular payment.

### Telephone Offers
We may contact you by telephone about our products and services or those that we offer with our business partners.

**Your choice:** To opt out from receiving telephone offers, call us at **800-297-8378** or fill out the form and return it to the address on the form. You may also include the form with your regular payment.

### Information We Share with Our Affiliates
Our Affiliates include financial advisors, publishers, insurers, and travelers cheques issuers. American Express Travel Related Services Company, Inc., and American Express Centurion Bank, and American Express Bank, FSB are Affiliates of each other. We may disclose certain Cardmember Information to our Affiliates to provide services for your Card account and to develop and send you offers for their products and services. We are permitted by law to share with our Affiliates information about our transactions and experiences with you, such as your payment history. But you can opt out of our sharing with our Affiliates other credit-related information (such as your credit history as shown on a consumer report).

### Your Choice:
To opt out from our sharing credit-related information with our Affiliates (except as permitted by law) call us at **800-297-8378** or fill out the attached form and return it to the address on the form. You may also include the form with your regular payment.

### E-Mail Offers
We may send you e-mail offers for our products and services, and those of our Affiliates and other companies we work with. We don't share e-mail addresses with other companies for them to market their own products and services to you.

**Your choice:** To opt out from receiving these e-mail offers, enter your preferences at the "Set E-Mail Preferences" page of our Internet Privacy Statement at www.americanexpress.com/preferences.

### Additional Information About Your Opt Out Choices
If you are the primary Cardmember on your Card account, your opt out choices will also apply to any other Cardmembers on your Card account. If you opt out, we may still include notices and information about the Card and other products and services when communicating with you about your Card account and related products and services.

### Information Security
We take commercially reasonable physical, electronic and procedural steps to help safeguard Cardmember Information.

### Former Customers
If you cancel your Card, or your Card account(s) are closed, we will continue to treat and safeguard Cardmember Information about you as described in this Notice.

### For Vermont Cardmembers Only
If your Card account has a Vermont billing address, we will automatically treat your account as if you had checked the lower-left hand box on the attached opt out form. We may share your name and contact information, and information about our transactions or experiences with you, with financial institutions with whom we jointly offer financial products and services and with our Affiliates. This Notice describes opt out choices about certain other uses of Cardmember Information.