MAS-20040909                                                                                      11/29/2004
aguiarka                    **Commonwealth of Massachusetts**                                      10:13 AM
                            **BRISTOL SUPERIOR COURT**
                                    Case Summary
                                    Civil Docket              04CV12462MLW

# BRCV2004-01203
## Edward v American Express

| File Date | 10/27/2004 | Status | Disposed: transfered to other court (dtrans) |
| --- | --- | --- | --- |
| Status Date | 11/29/2004 | Session | C - CtRm Main - (Taunton) |
| Origin | 1 | Case Type | E05 - All Arbitration |
| Lead Case |  | Track | X |

| Service | 01/25/2005 | Answer | 03/26/2005 | Rule12/19/20 | |
| --- | --- | --- | --- | --- | --- |
| Rule 15 | | Discovery | | Rule 56 | |
| Final PTC | 04/25/2005 | Disposition | 05/25/2005 | Jury Trial | No |

### PARTIES

**Plaintiff**
Chad Edward
PO Box 1656
Westport, MA 02790
Phone: 508-730-2996
Active 10/27/2004 Notify

**Defendant**
American Express
PO Box 297812
Fort Lauderdale, FL 33329-7812
Served: 11/01/2004
Served (answr pending) 11/10/2004

**Private Counsel 406640**
Walter B Prince
Prince Lobel Glovsky & Tye
585 Commercial Street
Boston, MA 02109-1024
Phone: 617-456-8000
Fax: 617-456-8100
Active 11/26/2004 Notify

**Private Counsel 545706**
Joseph S Sano
Prince Lobel Glovsky & Tye
585 Commercial Street
Boston, MA 02109-1024
Phone: 617-456-8000
Fax: 617-456-8100
Active 11/26/2004 Notify

**Private Counsel 637905**
Paige A Scott Reed
Prince Lobel Glovsky & Tye
585 Commercial Street
Boston, MA 02109-1024
Phone: 617-456-8000
Fax: 617-456-8100
Active 11/26/2004 Notify

Case 1:04-cv-12462-MLW   Document 3   Filed 12/01/2004   Page 2 of 4

MAS-20040909　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　11/29/2004
aguiarka　　　　　　　　　　　　　　BRISTOL SUPERIOR COURT　　　　　　　　　　10:13 AM
　　　　　　　　　　　　　　　　　　　　Case Summary
　　　　　　　　　　　　　　　　　　　　Civil Docket

## BRCV2004-01203
### Edward v American Express

**Other interested party**
FILE COPY
Active 10/27/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 10/27/2004 | 1.0 | Complaint & civil action cover sheet filed |
| 10/27/2004 | | Origin 1, Type E05, Track X. |
| 11/10/2004 | 2.0 | SERVICE RETURNED (summons): American Express, service made on October 28, 2004 (certified mail) |
| 11/26/2004 | 3.0 | Notice for Removal to the United States District Court filed by American Express |
| 11/29/2004 | | Case REMOVED this date to US District Court of Massachusetts with (O4CV12462MLW) endorsed thereon |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 10/27/2004 | CtRm Main - (Taunton) | Status: by clerk<br>Initial one trial review | Event held as scheduled |

A True Copy By Photostatic Process
Attest:

*[signature]*
Asst. Clerk of Courts

COMMONWEALTH OF MASSACHUSETTS

BRISTOL, ss.

SUPERIOR COURT
C.A. No. C04 01203

_Chad Edward_, Plaintiff(s)
P.O. Box 1656 Westport MA 02790

vs.

COMPLAINT

_American Express_, Defendant(s)
P.O. Box 297812 Ft. Lauderdale, Fl. 33329-7812

1) Please indicate in writing, a brief background of the incidents and/or actions performed by the Defendant(s) which you allege have caused you injury, and the dates on which they occurred.

Pursuant to 15 USC §1666(a) and 12 CFR 226.13(a), in part and also the Fair Credit Billing Act, as well as other instances, the Plaintiff has been wronged by the defendant. See certified mailings for all occurrences.

2) Please indicate in particular, the physical and/or emotional injuries you may have suffered by the defendant(s) actions, and in a contract case, the amount of monies involved in your claim for relief.

Financial and emotional injuries have been suffered, also by harassing phone calls and an Arbitration has been awarded in the amount of $4,232.18 plus legally mandated interest. Physical damages also resulted by being hospitalized in intensive care on 2/13/04.

I have reviewed the above statements and they are indeed true accounts, which I verify upon the pains and penalties of perjury.

Plaintiff: _Chad Edward_
Address: _P.O. Box 1656_
_Westport, MA 02790_
Telephone No. _508 730 2996_

A True Copy By Photostatic Process
Attest:
Asst. Clerk of Courts

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) C04-01203 | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

PLAINTIFF(S) Chad Edward  P.O. Box 1656 Westport, MA 02790

DEFENDANT(S) American Express  P.O. Box 297812 Ft. Lauderdale, FL 33329

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE

ATTORNEY (if known)

Board of Bar Overseers number:

### Origin code and track designation

Place an x in one box only:
- [ ] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO.  TYPE OF ACTION (specify)  TRACK  IS THIS A JURY CASE?

E05   Confirmation of Award   (X)   ( ) Yes   (X) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................. $.............
2. Total Doctor expenses .............................. $.............
3. Total chiropractic expenses ........................ $.............
4. Total physical therapy expenses ................... $.............
5. Total other expenses (describe) ................... $.............
   Subtotal $.............

B. Documented lost wages and compensation to date ...... $.............
C. Documented property damages to date ................. $.............
D. Reasonably anticipated future medical and hospital expenses ... $.............
E. Reasonably anticipated lost wages ................... $.............
F. Other documented items of damages (describe)
   $.............
G. Brief description of plaintiff's injury, including nature and extent of injury (describe)

   $.............
   TOTAL $.............

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
Confirmation of Arbitration Award of $4,232.18 plus interest.

TOTAL $. 4232.18

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record  _____  DATE: 10/27/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000