UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHAD EDWARD,<br>    Plaintiff<br><br>v.<br><br>AMERICAN EXPRESS,<br>    Defendant | DOCKET NO.<br><br>04-CV-12462 MLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties hereby stipulate to the dismissal of all claims and counterclaims in this action with prejudice and without costs, all parties waiving all rights of appeal.

PLAINTIFF CHAD EDWARD

_/s/ Chad Edward_
Chad Edward
P. O. Box 1656
Westport, MA 02790


Dated: February 23rd, 2005

AMERICAN EXPRESS CENTURION BANK
By its attorneys,

_/s/ Paige Scott Reed_
Walter B. Prince, BBO #406640
Joseph S. Sano, BBO # 545706
Paige Scott Reed, BBO #637905
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000